**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**1. Article Addressed to:** 060237 CSC

City of Montgomery
Legal Division
Post Office Box 1111
Montgomery, AL 36104-1111

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Frank Poole_  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )  FRANK POOLE   C. Date of Delivery  3/20/06

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☒ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

**2. Article Number**
(Transfer from service label)   7000 1670 0012 6259 0659

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540