IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CARL LEWIS, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06cv237-CSC |
| ) | |
| CITY OF MONTGOMERY, ) | |
| ) | |
|    Defendant. ) | |

**ORDER**

Upon consideration of the defendant's motion for more definite statement (doc. # 4), it is

ORDERED that on or before April 25, 2006, the opposing party shall show cause why the motion should not be granted.

Done this 10th day of April, 2006.

                    /s/Charles S. Coody
                    CHARLES S. COODY
                    CHIEF UNITED STATES MAGISTRATE JUDGE