IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 APR 25 P 3: 45

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| CARL LEWIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| V. | ) CIVIL ACTION NO.: 2:06cv237 |
| | ) |
| CITY OF MONTGOMERY, and | ) |
| Defendants "A," "B," and "C," | ) |
| Whether singular or plural, those | ) |
| other persons, corporations, firms or | ) |
| other entities whose true and correct | ) |
| names are unknown to Plaintiff at | ) |
| this time, but will be substituted by | ) |
| amendment when ascertained, | ) |
| | ) |
| Defendant. | ) |

## MOTION FOR LEAVE TO AMEND COMPLAINT

**COMES NOW** the Plaintiff, Carl Lewis and moves this Court for leave to amend his Complaint. As grounds for said motion, Plaintiff represents unto this Court as follows:

1. That Plaintiff, Carl Lewis, filed his initial Complaint on March 14, 2006.

2. That the Defeendant filed its Motion for a More Definite Statement on April 4, 2006.

3. That on April 10, 2006, this Honorable Court ordered the Plaintiff to show cause why the motion should not be granted.

5. That in response the Defendant's Motion for a More Definite Statement, the Plaintiff amends his Complaint.

6. That an Amended Complaint will not cause undue prejudice or delay in the proceedings.

7. That further, there is no Uniform Scheduling Order in this case as of yet, thus, the last day with which to amend this Complaint has not been set.

Respectfully submitted this the 25th day of April 2006.

Juraldine Battle-Hodge (BAT033)
Attorney for the Plaintiff
207 Montgomery Street, Suite 215
Montgomery, Alabama 36104
Montgomery, Alabama 36104
Telephone:   (334) 262-1177
Facsimile:   (334) 263-5569

## CERTIFICATE OF SERVICE

We, hereby certify that, on the 25th day of April 2006, the foregoing document was served upon the following counsel of record by placing a copy of the same in the U.S. Mail, First Class postage prepaid, addressed as follows:

**Hon. Wallace D. Mills**
Assistant City Attorney
103 North Perry Street
Montgomery, AL 36104

_____
OF COUNSEL