IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 APR 25  P 3: 44

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| CARL LEWIS, | ) |
| Plaintiff, | ) |
| V. | ) CIVIL ACTION NO.: 2:06cv237 |
| CITY OF MONTGOMERY, and Defendants "A," "B," and "C," Whether singular or plural, those other persons, corporations, firms or other entities whose true and correct names are unknown to Plaintiff at this time, but will be substituted by amendment when ascertained, | ) |
| Defendant. | ) |

## PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR A MORE DEFINITE STATEMENT

**COMES NOW** the Plaintiff, Carl Lewis, by and through his attorney of record, Juraldine Battle-Hodge and files his response to Defendant's Motion for a More Definite Statement and shows cause why the motion should not be granted as follows:

1. That Plaintiff, Carl Lewis, filed his initial Complaint on March 14, 2006.

2. That the Defendant filed its Motion for a More Definite Statement on April 4, 2006.

3. That on April 10, 2006, this Honorable Court ordered the Plaintiff to show cause why the motion should not be granted.

5. That in response the Defendant's Motion for a More Definite Statement, the Plaintiff filed an Amended Complaint on April 25, 2006.

6.  That Plaintiff's Amended Complaint cures Defendant's request for a more definite statement.

7.  That therefore, Plaintiff respectfully moves that Defendant's Motion for a More Definite Statement be denied.

Respectfully submitted this the 25th day of April 2006.

_____
Juraldine Battle-Hodge (BAT033)
Attorney for the Plaintiff
207 Montgomery Street, Suite 215
Montgomery, Alabama 36104
Montgomery, Alabama 36104
Telephone:    (334) 262-1177
Facsimile:     (334) 263-5569

## CERTIFICATE OF SERVICE

We, hereby certify that, on the 25th day of April 2006, the foregoing document was served upon the following counsel of record by placing a copy of the same in the U.S. Mail, First Class postage prepaid, addressed as follows:

**Hon. Wallace D. Mills**
Assistant City Attorney
103 North Perry Street
Montgomery, AL 36104

_____
OF COUNSEL