IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 APR 28 P 3:32
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| CARL LEWIS, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 2:06cv237-CSC |
| CITY OF MONTGOMERY, | ) |
| Defendant. | ) |

### CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

4/28/06
/Date

_[signature]_
Signature

City of Montgomery
Counsel For (**print** name of all parties)

103 N. Perry St., Montgomery, AL 36104
Address, City, State Zip Code

(334) 241-2090
Telephone Number

## DO NOT FILE THIS FORM ELECTRONICALLY

3