IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CARL LEWIS, | ) | |
| | ) | **RECEIVED** |
| Plaintiff, | ) | |
| | ) | 2006 MAY -9 P 2: 05 |
| v. | ) | CIVIL ACTION NO. 2:06cv237-CSC |
| | ) | DEBRA P. HACKETT, CLK |
| CITY OF MONTGOMERY, | ) | U.S. DISTRICT COURT |
| | ) | MIDDLE DISTRICT ALA |
| Defendant. | ) | |

## CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

5/9/06
Date

Signature

Carl Lewis
Counsel For (**print** name of all parties)

207 Montgomery Street, Ste 215, Montgomery, AL 36104
Address, City, State Zip Code

(334) 262-1177
Telephone Number

## DO NOT FILE THIS FORM ELECTRONICALLY

3