**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| CARL LEWIS, | ) Case No.: 2:06cv237-CSC |
| | ) |
| Plaintiff, | ) **CITY OF MONTGOMERY'S MOTION** |
| | ) **FOR SUMMARY JUDGMENT** |
| | ) |
| vs. | ) |
| CITY OF MONTGOMERY, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |

COMESNOW the city of Montgomery, Defendant in the above-styled action, by and through undersigned counsel, pursuant to Rule 56 of the Federal Rules of Civil Procedure, and move this Honorable Court to enter summary judgment in its favor based on the facts and grounds set forth in the Brief in Support of the Motion for Summary Judgment, which is filed herewith and incorporated by reference hereinto.

Defendants submit, pursuant to the law, that there are no genuine issues as to any material facts, and that they are entitled to a judgment as a matter of law. Defendants further submit that Plaintiff has failed to present evidence in support of some elements of their case on which they bear the ultimate burden of proof.

In support of the Motion for Summary Judgment, the defendants submit the following:

1. The City of Montgomery's Answer to Amended Complaint (Doc. No. 9)

2. Defendant's Brief in Support of Defendants' Motion for Summary Judgment with Affidavits attached thereto as Exhibits A and B.

To the extent allowable by the Court, Defendant reserves the right to supplement this motion.

Respectfully submitted,

Respectfully submitted this the 24 day of May, 2007.

/s/ Wallace D. Mills    .
WALLACE D. MILLS (MIL090)
Assistant City Attorney

CITY OF MONTGOMERY
Legal Department
Post Office Box 1111
Montgomery, Alabama  36101-1111
(334) 241-2050
(334) 241-2310 – facsimile

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of May, 2007, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system which will send notification of such filing to the following parties or counsel:

Juraldine Battle-Hodge

and I hereby certify that I have mailed by United States Postal Service the document to the following:

Juraldine Battle-Hodge, Esq
207 Montgomery Street, Ste. 215
Montgomery, AL  36104

/s/Wallace D. Mills
Wallace D. Mills
Assistant City Attorney
103 North Perry Street
Montgomery, AL  36104