TO: MR Terry Gatlis — Director  City of Montgomery Fleet Maint Dept
    MR Gene Knox — Assistant Director
    MR Royce Albright — Supervisor

FROM: Cael Lewis — Motorcycle Mechanic

Subject: Response to Letter of Reprimands and Code 29's time off without pay

Date: 02-05-05

On Jan. 31, 2005 Mr. Robert Safford master Mechanic came up to me at my work station informed me that Mr. Albright needed to see me in his office. He said it's a write up, you're going to get. So I thought to myself it must be for Jan. 14, 05, I went to Mr. Albright's office on Jan. 31, 05 2:45 p.m. expecting to recieve a letter for a violation that happen of Jan. 14th 05. Once in Mr. Albright's office he had 6-(six) letters for me to sign dating back to Sept. of last year thru Jan. 18th 05. I had no knowledge of those violations. The only one that I agree with

EXHIBIT 5  Blumberg No. 5208

(2)

is JAN 14, 05 And Do not Comply with the Rest of them, but I Signed them on JAN 31, 05, because I didn't want to be insorbornance to my Supervisor Mr Robert Safford witness Reprimands

I had no Knowledge of Those violations and should not be held Accountable and fired for that. if and when I made those violations it should have been Brought to my Attention and processed in a timely manner, so A Person Can Know where they stand with violations

As for as my Code 29; I Admit that my Supervisor talked with me as well as me. know to improve that, but was sick At times and Couldn't help but to stay out at times, Also I have had Problems with my Knees and legs hurting for About 3 years. Knees swelling + leg Pain. I have been Seeing Doctors About the Problems

(4)

Mr. Gaddis my honest opion about the whole Situation I feel as though I not being treated fairly in having to accept Reprimands which I had no Knowledge of. So I couldn't added to Punishments on them when I didn't know of them. As to Rules or manual to them. Fact I feel is not being meet. As to Code 29 there were other employees that Run ants that Le blanc at them Paul Moore Allen Bentley. They weren't Intervied like I was treated. I Been employed with City for 13 years and I have a Good understanding of si rules. Those Charges are there but nothing are sayed about all of the Good thing's I've done for the City of monty, Garage Dept. on

Respectfully
Submitted
Carl Lewis

③

had exams and test done by my Doctors, never had any problems with Knees or legs. I noticed here Lately that when Changing tires on the H-D motorcycles I, have to get Down very low and use my Legs & Knees to Balance the tires for Removal + inslalation, those tires Weight Approx. 35 Lbs ea., if I am Doing that motion in a Consistant over + over Could Be Causing my Knee + leg problem. Where as I can't Say it Caused All of my problem, but I feel with eliminating other factors, leeds, to being more of a Contributing Factor To my hurting and having to take time away from work. I Could not Say to my Supervisor because I didn't Know what Caused it, but Seeing doctors + having test and if those Records need To be looked at, I Can get Them for you'll. My Job itself Could be Partly the Blame for talking time off.     Next Page over ⟶