To: Personnel Hearing Board

From: Mr. Robert L. Shuford

Re: Disciplinary Hearing for Mr. Carl Lewis

Date: February 24, 2005

I am Mr. Carl Lewis's first line supervisor, if the procedures of leadership and disciplinary policies of the city of Montgomery are followed by the Fleet Management Department. However, procedures and policies are often overlooked and violated when they pertain to black employees.

I am a black employee and also a supervisor that has stated to Mr. Albright and Mr. Gaddis that they have two sets of policies, one for blacks and one for whites. For example: Mr. Lewis had no knowledge of his violations of the time clock until January 31, 2005. Mr. Albright had been keeping letters of reprimand for the violations of the time clock on Mr. Lewis, even though it was his responsibility to give the letters to all employees in violation of procedure. All of the letters were dated back as far as September 2004. The letters should have been given to Mr. Lewis right after every violation of the time clock. Why would Mr. Albright wait so long to give the letters of violation to Mr. Lewis? Mr. Johnny Smith, who is a white employee, had more than one letter of reprimand for being late or not calling in, but his letters "magically disappeared." Also, Mr. Johnny Smith had four or five letters during his probationary period and received three days without pay when he should have been dismissed.

Black employees received their letters whether they agreed with the letters or not, but Mr. Phillip Day, a white employee who was recently dismissed, accumulated twenty-one letters for being late or not calling in before he was dismissed. Like I stated before, there are different rules and disciplinary procedures for black and white employees.

Also, all of the procedures for progress disciplinary were violated in Mr. Lewis's case. There is no record of verbal warnings by Mr. Albright or Mr. Knox and there is no record of counseling for Mr. Lewis on the said infractions of him clocking in late. Furthermore, Mr. Lewis was under the impression that he was on time for work when the clock showed 7:00 a.m., but he was mistaken. If Mr. Albright had given Mr. Lewis his time clock violation letters, any confusion about Mr. Lewis's time would have been clarified sooner. Now Mr. Lewis is facing a disciplinary hearing that could have been avoided for violation letters he had no knowledge of until January 31, 2004, when Mr. Albright finally decided to give them to Mr. Lewis. Mr. Albright could have kept Mr. Lewis from having a disciplinary hearing had he been fair and honest.

There is a problem in the Fleet Management Department, and it is not just time clock violations. Racism towards blacks by whites on the management staff continues to be a problem. The racism and discrimination will not just "magically disappear" like Mr.


Blumberg No. 5208
EXHIBIT
6

Johnny Smith's letter of reprimand. The city employees will continue to anticipate a workplace free from racism and discrimination.

Sincerely,

Robert L. Shuford