# IN THE UNITED STATES DISTRICT COURT FRO THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

**CARL LEWIS**  )
PLAINTIFF,       )
                 )
                 )
                 ) Civil Action No. 2:06-CV-237-CSC
VS.              )
                 )
                 )
                 )
**CITY OF MONTGOMERY, ET. AL.,** )
DEFENDANT.       )
                 )
                 )

## AFFIDAVIT OF CARL LEWIS

Before me, the undersigned authority in and for said county and state personally appeared Carl Lewis who is known tome and being duly sworn, deposes and says under oath as follows:

1. My name is Carl Lewis. I am over the age of nineteen (19) and I have personal knowledge of the matter set forth herein.
2. I am the Plaintiff in the above styled case.
3. I was employed with the City of Montgomery on a full-time basis since 1992.
4. I was employed as a Mechanic in the Garage Department.
5. I only took time off of work without leave due to family, or personal health issues.
6. I am personally aware that John Hopper, Paul Evans, and Karen Barnes, all white employees, were allowed to take time off of work without leave or without adverse repercussion to their employment.
7. I always called the Control Department if I was late.

EXHIBIT 7

Further saith not.

Dated this the 27th day of _____June_____ 2007

_____Carl Lewis_____
CARL LEWIS

STATE OF ALABAMA
COUNTY OF MONTGOMERY

On this the 27th day of _____June_____ 2007, before me, the undersigned Notary Public, in and for said State and County, personally appeared, Carl Lewis who is known to me, and states that the foregoing information is true and correct to the best of his information, belief and knowledge, and that he executed same voluntarily on the day the same bears date.

_____
NOTARY PUBLIC

3/25/2008
My Commission Expires