IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CARL LEWIS, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO.  2:06cv237-CSC |
| | ) |
| CITY OF MONTGOMERY, | ) |
| | ) |
|    Defendant. | ) |

**ORDER**

Now pending before the court is the June 29, 2007, motion to for leave to file a reply brief (doc. # 22) filed by the defendant.  Upon consideration of the motion, it is

ORDERED that:

(1) the motion for leave to file be and is hereby GRANTED; and

(2) the defendant may file a reply to the plaintiff's response on or before July 17, 2007.

Done this 10th day of July, 2007.

                              /s/Charles S. Coody
                          CHARLES S. COODY
                          CHIEF UNITED STATES MAGISTRATE JUDGE