# CONFIDENTIAL EMPLOYEE HISTORY

| EMPLOYEE NAME | | EMPLOYMENT DATE | STATUS | | |
|---|---|---|---|---|---|
| Hooper, John W. | | 9-25-84 | ☒ REGULAR | ☐ PART TIME | ☐ TEMPORARY |

| YEARS OF SERVICE | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | SECURITY CLEARANCE | LEVEL | DATE GRANTED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

## PAYROLL DATA

| BIRTHDATE | SEX | SOCIAL SECURITY NO. | MARITAL STATUS | NAME OF SPOUSE | NO. OF CHILDREN |
|---|---|---|---|---|---|
| 9-18-61 | M | 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 | M | Donna | — |

| FEDERAL WITHHOLDING: | EXEMPTIONS CLAIMED | |
|---|---|---|
| | ADDITIONAL AMOUNT WITHHELD | |

| | DATE ELIGIBLE | DATE JOINED | DATE WITHDRAWN |
|---|---|---|---|
| UNION STATUS | 9-25-84 | | |
| PENSION PLAN | 9-25-84 | 9-25-84 | |
| CREDIT UNION | 9-25-84 | | |

| INSURANCE | DATE ELIGIBLE | DATE JOINED | DATE WITHDRAWN |
|---|---|---|---|
| LIFE | 9-25-84 | 9-25-84 | |
| MEDICAL - SELF | 9-25-84 | 9-25-84 | |
| DEP. | | | |
| MAJ. MED. - SELF | 9-25-84 | 9-25-84 | |
| DEP. | | | |

## GENERAL INFORMATION

| ADDRESS | CITY | STATE | ZIP | PHONE |
|---|---|---|---|---|
| Rt. 1, Box 122 | Ft. Deposit | AL | 36032 | 227-8615 |
| Rt. 1, Box 27-A | Letohatchee | AL | 36047 | 227-4780 |
| | CITY | STATE | ZIP | PHONE |
| | CITY | STATE | ZIP | PHONE |

| EMERGENCY NOTIFY | RELATIONSHIP | CITY | STATE | ZIP | PHONE |
|---|---|---|---|---|---|
| Helda McGough | mother-in-law | Same | same | same | 227-8615 |
| | RELATIONSHIP | CITY | STATE | ZIP | PHONE |

| RELATIVES OR FRIENDS EMPLOYED BY THIS CO. | NAMES | RELATIONSHIP | NAMES | RELATIONSHIP |
|---|---|---|---|---|
| | Gary McGough | brother-in-law | | |
| | Larry Weldon | " | | |
| | Mike McGough | " | | |

| EDUCATION | ELEM. _____ JHS _____ SHS 12th | SPECIAL SKILLS OR TRAINING | |
|---|---|---|---|
| | COLLEGE 1 2 3 4 MAJOR _____ | | |
| | OTHER _____ | | |

## TERMINATION RECORD

| ☐ RESIGNATION | REASON |
|---|---|
| DATE | |
| ☐ DISMISSAL | REASON |
| DATE | |
| RECOMMENDED FOR | REASON |

DEFENDANT'S
EXHIBIT
tabbies
A1

Form 10

# CITY AND COUNTY OF MONTGOMERY
## PERSONNEL DEPARTMENT
### RECOMMENDATION FOR PERSONNEL ACTION

Submit in Triplicate

Department/Division    Fleet Management - 4800                    Date  5/7/04

Name of Employee    John W. Hooper                    Effective Date    5/15/04

Social Security #    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    Classification    Auto Mechanic    Job Code    5243

Item 2 requires the signature of both department heads. Items 2, 3, 4, 5, 6, 15 require approval of Personnel Director before action is official. Items 3, 4, 5, 7 must have copy of letter to employee attached. Item 8 should have copy of letter of resignation.

| | | |
|---|---|---|
| 1. Transfer within department ( ) | 9. Retirement . | ( **X** ) |
| 2. Transfer to another department ( ) | 10. Separation by death .. | ( ) |
| 3. Demotion ( ) | 11. Expiration by Temporary Appointment | ( ) |
| 4. Layoff ( ) | 12. Return Leave Without Pay | ( ) |
| 5. Dismissal ( ) | 13. Return from Military Leave | ( ) |
| 6. Leave without pay ( ) | 14. Change of Name | ( ) |
| 7. Suspension ( ) | 15. Change in Salary | ( ) |
| 8. Resignation ( ) | 16. other | ( ) |

| ITEMS AFFECTED BY ACTION | FROM | TO |
|---|---|---|
| Department (items 1 & 2) | | |
| Classification & Salary (items 1 2 3) | | |
| Dates (items 6 & 7) | | |
| Name (Item 14) | | |
| Amount (Item 15) | | |
| Other (Item 16) | | |

Funds are available _E. Lloyd Faulk_            Date  MAY 11 2004
                    Disbursing Officer

Explanation and remarks (Give reason for any action which is not self-explanatory)

Mr. Hooper will be retiring effective May 15, 2004 for medical reasons.

(Signed) 1. _Bobby W Bright_            Date  MAY 10 2004
                    Appointing Authority

2. _Terry H. Gaddis_            Date  May 7, 2004

3. _____    Date _____

4. _Barbara M. Montoya_            Date  MAY 13 2004
        Personnel Director

PER 300-419
revised 10/31/03

FORM 100                  **CITY PAYROLL DEPARTMENT**                    SUBMIT IN TRIPLICATE

**Section A     To be completed for items 1, 2, 3, 15 & 16 on Form 10 and Promotion on Form 5**

Dept./Div. Number _____4800_____     Employee's Name _____John W. Hooper_____

                                                            FIRST          M.I.                              LAST

Effective Date _____5/15/2004_____     Social Security Number: _____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_____

                        MO.    DA.    YR.

                                    CURRENT CLASSIFICATION & SALARY ____5243____  ___s09___  ___11___

                                                            JOB CODE        PAY RANGE         STEP

NEW CLASSIFICATION & SALARY INFORMATION          NEW PAYROLL/DEPT# _____

                                                            IF APPLICABLE
                                                            REVIEW DATE FOR

NEW JOB CODE _____     NEW PAY RANGE _____     NEW STEP _____  NEXT INCREASE _____

                                                                              (MO/DA/YR)

ITEM 15 NEW HOURLY RATE: _____     WKLY / BW _____     SCH. HOURS _____

IF ACTION INVOLVES A PAY OUT ON PAYROLL, WAS EMPLOYEE ADVANCED WORK TIME ON BI-WKLY 4/15/83
WEEKLY PAYROLL 4/8/83 OR BI-WEEKLY/WEEKLY 1985?                    _____no_____
                                                                  YES/NO

IF YES:  HOW MANY HOURS WERE ADVANCED:          (1983)   _____  HOURS
                                                (1985)   _____  HOURS
                                                TOTAL    _____0.0_____  HOURS

AFTER TIME USED ON FINAL TIME SHEET, PAY REMAINING LEAVE BALANCES AS FOLLOWS:

ANNUAL LEAVE HOURS:          _____1.8_____
SICK LEAVE HOURS:            _____0.6_____ (1/2 Accrued)
COMPENSATORY HOURS           _____0.0_____
PERSONAL LEAVE HOURS:        _____0.0_____          LAST DAY IN PAY STATUS: _____5/14/2004_____
TOTAL LEAVE HOURS:           _____2.4_____

**Section B     To be completed with Forms 3,5,8,9 & 40 or Re-employment on Form 10**

DEPARTMENT/DIVISION NUMBER: _____     VERIFIED SOCIAL SECURITY NUMBER _____

THE FOLLOWING PERSON HAS BEEN APPOINTED:     TEMPORARY: _____     PERMANENT: _____

NAME: _____     EFFECTIVE DATE: _____

            FIRST:          MI          LAST                                (MO/DA/YR)

STREET ADDRESS _____  CITY _____  STATE _____  ZIP _____          PHONE NUMBER _____

RACE _____     SEX _____     MARITAL          NO. OF          BIRTHDAY _____
                                   STATUS _____  DEPENDENTS _____

HOURLY RATE _____     JOB CODE _____     PAY RANGE _____     STEP _____     REVIEW DATE _____

PAID:               WILL ACCRUE LEAVE:               WILL PAY RETIREMENT:
   WEEKLY _____      YES _____                YES _____
   BI-WEEKLY _____   NO _____                 NO _____

SCHEDULED HOURS PER PAY PERIOD: _____     NON-SCHEDULED, PAID HOURS WORKED ONLY: _____

WAS EMPLOYEE PREVIOUSLY EMPLOYED BY THE CITY OF MONTGOMERY? _____     PAID WKLY OR BW _____
                                                            YES/NO

                                                                     PREVIOUS SERVICE

IF YES:     DEPT # _____     TERM. DATE _____

                                                            MONTHS   DAYS   YEARS

REMARKS: |_____|
         |                                                           |
         |                                                           |
         |                                                           |
         |_____|

                                                  REVISED 5-03-02 PYR/RW



# City of
# Montgomery, Alabama

Employees' Retirement System

## MEMORANDUM

TO:       TERRY H GADDIS, DIRECTOR
                 FLEET MANAGEMENT DEPT

FROM:     CLAIRE KING
                 ADMINISTRATOR

DATE:     04/16/04

SUBJECT:   EMPLOYEE RETIREMENT


This is to inform you ___JOHN W HOOPER___ , has filed the necessary application with the Employees' Retirement System for their retirement to be effective ___05/16/04___ . The last day for active status (work time, leave time or off days) will be ___05/15/04___ .

PH (334) 241-2018        P.O. BOX 1111, MONTGOMERY, ALABAMA 36101-1111        FAX (334) 241-2266

*4/14/04*

*To → Clara King. Retirement and*

*Terry Gaddis <*

April 15, 2004

Mayor:

    Attached is a disability retirement request of employee John Hooper. He is unable to work regularly at the garage, and I recommend his case be referred to the Retirement Board for possible disability retirement.

Attachment

JDD

/rld

*I spoke with Traci in the Retirement Office 4/19/04 and she says the next retirement board is scheduled to meet 12 May but she will schedule him to meet with our City Dr.-Heighly prior to the Retirement Board Mtg.*

# M E M O R A N D U M

**TO:**        Retirement Board
                City of Montgomery

**THRU:**     Mayor Bobby Bright
                Mayor City of Montgomery

**THRU:**     Mr. Jeff Downes
                Executive Assistant to the Mayor

**FROM:**    Mr. Terry H. Gaddis, Director
                Fleet Management Department

**DATE:**     15 April 2004

**SUBJECT:**  Recommendation for Medical Retirement for
                Mr. John W. Hooper, SSAN: 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

*4/16/04*
*approved to*
*forward to*
*R.B.*

I recommend consideration of a Medical Retirement for Mr. John W. Hooper.

I have attached a copy of a medical statement from his personal physician, A. Stuart Hendon, M.D. to substantiate this recommendation.

Mr. Hooper has exhausted all of his benefits under the Family Medical Leave Act as well as his annual, sick and compensatory leave with the City. He is constantly complaining that he is sick which prevents him from performing his assigned daily duties.

Mr. Hooper presently has 19 years and 6 months with the City of Montgomery.

THB/bw

1 Atch
Dr. A. Stuart Hendon's medical statement, dated 14 April 2004.

# Montgomery Family Medicine, P. C.

Brian W. Elrod, M.D.
Eric W. Graves, M. D.
Jeffrey W. Mathis, M.D.
A. Stuart Hendon, M.D.
Daniel L. Moore, M.D.
P.O. Box 240369
8190 Seaton Place
Montgomery, Alabama 36124
Phone: (334) 396-9100
Fax:    (334) 396-9110
www.MontgomeryFamMed.com


April 14, 2004


Dear Sir,

I have been the primary physician for John Hooper since February, 2003. I have noticed a rapid decline in Mr. Hooper's health since that time. His degenerative hip disease has rapidly progressed to the point he is physically unable to perform his job. His gastrointestinal problem, persistent nausea, has persisted despite aggressive therapy. His anxiety has calmed somewhat.

I understand Mr. Hooper plans to retire in 6 months. However, I feel an earlier retirement for medical medication would be appropriate. Currently his medical condition does not allow for full duty and it is my fear his incapitation will only worsen and persist.

Sincerely,

A. Stuart Hendon, M.D.
ASH/asp





**City of**
**Montgomery, Alabama**

BOBBY N. BRIGHT
Mayor

MONTGOMERY CITY COUNCIL
MRS. ALICE D. REYNOLDS-Pres.
JAMES A. NUCKLES-Pres. Pro tem
WILLIE COOK
TERANCE D. DAWSON
CHARLES W. JINRIGHT

TRACY LARKIN
B. J. (BEN) MCNEILL
P. E. (PEP) PILGREEN
CHARLES W. SMITH

<u>**CERTIFIED MAIL**</u>

John Hooper
3555 US Highway 31
Latachaatchee, AL 36047

April 8, 2004

Dear John:

This letter is to serve as an official notification that your final date to be excused from duty under the provisions of the Family Medical Leave Act will be April 12, 2004. Since you have exhausted all of your accumulated leave and authorized 12 weeks leave provided under the Family Medical Leave Act, you must return to full duty status on April 13, 2004. If you fail to return to full duty status on April 13, 2004, I will have no choice but to initiate procedures for termination of your employment with the Fleet Management Department and the City of Montgomery.

While I am concerned about you, I must also be concerned about the hardship your continued absence is causing the other employees in your work center. It is essential that you attend work in order for the Fleet Management Department to maintain production requirements and accomplish our daily mission.

It is my sincere hope that you will be able to return to work on April 13, 2004. As always, I am available to talk with you about your employment status.

Sincerely,

Terry H. Gaddis, Director
Fleet Management

THG/lb

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only: No Insurance Coverage Provided)

LETOHATCHEE AL 36047

| | | |
|---|---|---|
| Postage | $ | $0.37 |
| Certified Fee | | $2.30 |
| Return Receipt Fee (Endorsement Required) | | $1.75 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $4.42 |

04/08/2004

DOWNTOWN STATION
MONTGOMERY AL 36104
APR
Postmark
Here
2004

Recipient's Name (Please Print Clearly) (To be completed by mailer)
John Hooper
Street, Apt. No.; or PO Box No.
3555 Hwy. 31
City, State, ZIP+ 4
Letohatchee, AL 36047

(Please Print Clearly)    B. Date of Delivery
Hooper    4-9-04

☐ Agent
☐ Addressee

address different from item 1?  ☐ Yes
r delivery address below:    ☐ No

Mail    ☐ Express Mail
ed    ☐ Return Receipt for Merchandise
Mail    ☐ C.O.D.

Delivery? (Extra Fee)    ☐ Yes

6 1203 6831

7000 0520 0016 1203 6831

PS Form 3811, July 1999        Domestic Return Receipt        102595-00-M-0952

PS Form 3800, February 2000        See Reverse for Instructions

# Montgomery Family Medicine, P. C.

Brian W. Elrod, M.D.
Eric W. Graves, M. D.
Jeffrey W. Mathis, M.D.
A. Stuart Hendon, M.D.
Daniel L. Moore, M.D.
P.O. Box 240369
8190 Seaton Place
Montgomery, Alabama 36124
Phone: (334) 396-9100
Fax:    (334) 396-9110
www.MontgomeryFamMed.com

*[handwritten notations:]* 2/19/04  Knox K  Albright ⊕  cy: Mr. Harperis  Personnel File

February 17, 2004

Dear Sir,

John Hooper has been treated in my office for severe panic attacks, abdominal pain, and chest pain since October 01, 2003. These symptoms intensified despite aggressive medical treatment. He is now improved with current medications. It is impossible to estimate the duration of his condition. He, at times, is unable to work at his position because of his medical problems.

It is medically necessary at times for him to be off work or excused from work. I can not estimate a duration of time this may occur. He is to return to my office in mid to late March for re-evaluation.

Sincerely,

A. Stuart Hendon, M.D.
ASH/asp



CITY SHOPS DEPARTMENT

CITY OF MONTGOMERY


W R I T T E N   R E P R I M A N D


TO:       Mr. John W. Hooper #397

FROM:     Terry H. Gaddis, Director
          City Shops Department

SUBJECT:  Written Letter of Reprimand

DATE:     30 December 1997

Mr. John W. Hooper, Employee Number 397, is being given a
Written Reprimand for clocking out Badge Number 395 on the
afternoon of 26 December 1997.

Operating Instruction No. 08 Paragraph 2 states that each
individual is responsible for punching the time clock and it is
not permissible for any person to clock in or out with a time
card other than his own.

When Mr. Hooper was leaving at the end of his shift on Friday,
26 December 1997, he clocked out  using the badge of another
employee.

You are hereby reminded that receiving three (3) reprimands in a
180-day period for any violations in Paragraph 8 will result in
a three-day suspension without pay.  This is your first
reprimand in this 180-day period.  This 180-day period will end
24 June 1998.

THIS LETTER OF REPRIMAND HAS BEEN READ TO MR. HOOPER.

_____
Terry H. Gaddis, Director


_____
Employee Signature

_____
Witness

```
BADGE: 393
GROUP: 0630-1500-02
EMP  : WILKES,D
```

| DATE | CLOCK IN | CLOCK OUT | ROUND IN | ROUND OUT | REG | OT1 | OT2 | OT3 | ST1 | ST2 |
|------|----------|-----------|----------|-----------|-----|-----|-----|-----|-----|-----|
| PERIOD TOTALS | | | | | 0:00 | 0:00 | 0:00 | 0:00 | 0:00 | 0:00 |

===============================================================================

```
BADGE: 395
GROUP: 0700-1530-99
EMP  : MOSELEY,K          Clocked by Hooper
```

| DATE | CLOCK IN | CLOCK OUT | ROUND IN | ROUND OUT | REG | OT1 | OT2 | OT3 | ST1 | ST2 |
|------|----------|-----------|----------|-----------|-----|-----|-----|-----|-----|-----|
| 12/26/97 | 15:25 | | 15:25 | 15:25M | 0:00 | 0:00 | 0:00 | 0:00 | 0:00 | 0:00 |
| PERIOD TOTALS | | | | | 0:00 | 0:00 | 0:00 | 0:00 | 0:00 | 0:00 |

===============================================================================

```
BADGE: 397
GROUP: 0630-1500-99
EMP  : HOOPER,J
```

| DATE | CLOCK IN | CLOCK OUT | ROUND IN | ROUND OUT | REG | OT1 | OT2 | OT3 | ST1 | ST2 |
|------|----------|-----------|----------|-----------|-----|-----|-----|-----|-----|-----|
| 12/26/97 | 6:53 | 15:25 | 6:53 | 15:25 | 8:32 | 0:00 | 0:00 | 0:00 | 0:00 | 0:00 |
| PERIOD TOTALS | | | | | 8:32 | 0:00 | 0:00 | 0:00 | 0:00 | 0:00 |

===============================================================================

```
BADGE: 398
GROUP: 1300-1530
EMP  : GRACE,K
```

| DATE | CLOCK IN | CLOCK OUT | ROUND IN | ROUND OUT | REG | OT1 | OT2 | OT3 | ST1 | ST2 |
|------|----------|-----------|----------|-----------|-----|-----|-----|-----|-----|-----|
| 12/26/97 | 6:53 | 15:25 | 6:53 | 15:25 | 8:32 | 0:00 | 0:00 | 0:00 | 0:00 | 0:00 |

M E M O R A N D U M

TO:        Mr. John W. Hooper      #397
           Automotive Mechanic

FROM:      Mr. Terry H. Gaddis, Director
           City Shops Department

DATE:      4 April 1996

SUBJECT:   Letter of Counseling On Excessive Absenteeism

Although I am totally aware and compassionate of your time off
due to the medical attention and required recovery time for your
workmen's compensation injury, I am very concerned about your
called-in absences starting the day you were released by the
doctor to return to work. Your unscheduled absences have caused
undue hardship not only in the production effort of your work
center, but to your fellow employees and supervisor as well. The
motorcycle shop has had a tremendous daily workload and your
supervisor has had to use personnel from other work centers to
assist the motorcycle shop to "just keep up"! When we have to
utilize personnel from other work centers, the entire production
effort of the Department suffers.

As you are aware, this is not the first time I have counseled you
on your unacceptable attendance and your need to build up your
annual and sick leave balances. You were given previous letters
of counseling on 28 February 1995 and 28 September 1995. Again,
you have exhausted your leave balances, and received two and one
half (2 1/2) hours time off without pay for your absence on 2
April 1996.

As I have counseled you before, we need you here to work every
day. I am going to allow you the two and one (2 1/2) hours off
without pay for 2 April 1996, however this final letter of
counseling is hereby notice to you that if you should call in
your absence and you have no annual leave or a valid written
doctor's excuse for any illness, I will have no choice but to
suspend you without pay for three to five days, as explained in
your counseling letter of 28 February 1995. If this trend
continues after any suspension, I will recommend your dismissal
of employment from this Department to the mayor.

I strongly urge you to make every attempt to immediately correct
this situation.

Acknowledge Receipt by:

_____          _____
John W. Hooper    #397                Witness
Automotive Mechanic
                                      4-4-96   J.W.H
                                      _____
                                      Date

*File*

# M E M O R A N D U M

TO:        John Hooper

FROM:      Terry H. Gaddis, Director
           City Shops Department

THRU:      Eugene Knox, Jr., Asst Director
           City Shops Department

DATE:      28 September 1995

SUBJECT:   Letter of Counseling

This record will confirm the counseling session held on
__28 September 1995__ .

Since January 1995, you have called in to notify the Depart-
ment that you would be late to work or absent from work a
total of ___32___ times. You have also been absent from work
for various reasons a total of ___34___ times. ___1___
were scheduled and ___33___ were unscheduled for a total of
_262.5_ hours.

You were made aware that your absenteeism is considered to be
excessive as compared to the general population of other
employees in this Department and is affecting the capability
of your Division to accomplish its daily mission. When you
are absent, _unscheduled_, someone else has to perform your
duties and many times, work has to be delayed and resched-
uled. This has a negative impact on our production effort
and causes unnecessary hardships on your supervisor, co-work-
ers and the Department.

We have been very lenient and understanding of your past
absenteeisms and you know that if a true emergency arises, we
will grant your request for leave. You are also aware that
we encourage you to take scheduled time off from work to
relax and enjoy whatever you like to do and we realize that
from time to time you require time off for medical/dental
appointments. All of this is part of the benefits you have
earned and all we ask is that you don't abuse your benefits.

You are reminded that you have a big responsibility to be
present for work, on time, everyday, unless there is a true
emergency.

This Department prides itself on accomplishing an enormous amount of quality work with a limited number of personnel, but we cannot continue to make this happen without you being present for work.

I strongly suggest that you take immediate action to correct your absenteeism and be a more dependable employee. Your job is important not only to you, but us and we need you present for work!

_____          _____
Employee's Signature                        Supervisor's Signature

2

M E M O R A N D U M

TO:        Mr. John W. Hooper     #397
           Automotive Mechanic

FROM:      Mr. Terry H. Gaddis, Director
           City Shops Department

DATE:      28 February 1995

SUBJECT:   Letter of Counseling On Excessive Absenteeism

I realize that you have experienced several unfortunate, personal misfortunes and medical problems which have prevented your reporting to work; however, you need to understand that your work section has suffered in production output due to your absenteeism.

During the past eight months, you have been absent 43 full-days (344 hours) and have taken off a total of 27.5 hours during various other days. One hundred five point nine (105.9) of the 344 hours were charged as Leave Without Pay. When compared to the absenteeism of other department employees, I consider your absenteeism excessive.

Because you have used all of your vacation time, sick leave, personal leave days, and compensatory time, I have tried to be understanding and compassionate of your personal needs and have allowed you to take time off without pay.

During previous verbal counseling sessions, and on numerous occasions, you have told me that you were going to try your best to be present for work and build-up your annual and sick leave balances; however, you continue to call-in sick or ask for time off. The end result is that we depend on you and need you here to work - doing your part to ensure our production goals are met. When you are absent, we have to pull an employee from another section to perform your duties. This situation creates a negative impact on our production effort and a hardship on the entire shop.

This letter is formal notification that I will not approve any future leave without pay. I strongly advise that you make some kind of arrangements to take care of your needs, whether personal or medical, and ensure you are: (1) Present for work, and (2) Build-up your annual and sick leave.

If you continue to be absent  from work without earned leave, you will give me no choice but to  suspend  you for three (3) to five (5) days without pay.

A copy of this Letter  of  Counseling will  be  placed  in  your Official Personnel Folder.

I  have this date received a copy of this Letter of Counseling on Excessive Absenteeism:


_John W. Hooper     #397_
Automotive Mechanic

DATE: 2-28-95

WITNESS: _____     DATE: 2-28-95

<u>M E M O R A N D U M</u>

TO:            Mr. John W. Hooper

FROM:          Mr. Donald R. Hayes, Director
               City Shops Department

DATE:          03 January 1992

SUBJECT:       Written Reprimand


1.  Mr. John W. Hooper is being given a Written Reprimand for failing to
    produce a physician's certificate to substantiate his illness on 31
    December 1991.

2.  Mrs. John W. Hooper called stating that Mr. Hooper was sick on 31
    December 1991.  She was instructed by the Production Controller, Mr.
    Raymond D. Ewbank to have Mr. John W. Hooper bring in a physician's
    certificate for his illness on 02 January 1992.  You failed to do so.

3.  Should you fail to bring in a physician's certificate in the future,
    I will recommend suspension or dismissal.

    This Reprimand has been read to Mr. Hooper.


_____          _____
WITNESS                                   EMPLOYEE SIGNATURE


                                          _____
                                          DONALD R. HAYES, DIRECTOR

M E M O R A N D U M

To:             John W. Hooper
                Memorandum-for-Record

From:           Eugene Knox, Jr. *EK*
                Assistant Director, City Shops

Date:           03 October 1991

Subject:        Absenteeism


This will confirm the verbal counsel session held in my office on 03 October 1991.

You were made aware that your absentee record was above average for the period between 10-01-90 through 09-30-91.

During this period, you were absent from duty a total of thirty-three (33) separate occasions, 8 were scheduled and 25 were unscheduled. A total of 228.6 hours. You stated to me that you would take corrective action to change this pattern.



cc:  Personnel File

GARAGE DEPARTMENT

CITY OF MONTGOMERY

W R I T T E N    R E P R I M A N D

TO:            Mr. John W. Hooper                #397

FROM:          Mr. Donald R. Hayes, Director
               Garage Department

DATE:          20 July 1990

SUBJECT:       WRITTEN REPRIMAND

Mr. John Hooper is  being given a Written Reprimand for the following violation of the Rules, Regulations or Policies of the Garage Department, Operating Instruction No. 6 - Leave Request Para. 4. which states "... the employee must call their duty section before the start of their scheduled shift start time...".

Mr.  Hooper called in at 0720 hours 19 July 1990.  His duty shift start time is 0700 hours.

THIS IS MR. Hooper's FIRST VIOLATION OF THIS OPERATING INSTRUCTION WITHIN 180 DAYS.  THE 180-DAY PERIOD FOR THIS VIOLATION WILL END 15 JANUARY 1991.

This Reprimand has been read to Mr. Hooper.

Employee Signature

WITNESS:

Donald R. Hayes, Director

GARAGE   DEPARTMENT

CITY OF MONTGOMERY

W R I T T E N    R E P R I M A N D

TO:          Mr. John W. Hooper          #397

FROM:        Mr. Donald R. Hayes, Director
             Garage Department

DATE:        06 January 1989

SUBJECT:     WRITTEN REPRIMAND

Mr. John W. Hooper is being given a Written Reprimand for the
following violation of the Rules, Regulations or Policies of the
Garage Department, Operating Instruction No. 8 – TIME ACCOUNTING CARD
Par. 6 – "Neglect or failure to clock in or out is considered a
violation."  On 05 January 1989, Mr. Hooper failed to clock out at
his departure time (1530 Hours).

This reprimand has been read to Mr. Hooper.

_____
Employee Signature

_____
WITNESS:

_____
Donald R. Hayes, Director

<u>M E M O R A N D U M</u>

To:                    Mr. John W. Hooper      #397
                       Memorandum-for-Record

From:                  Mr. Robert F. Wade, Garage Foreman

Date:                  14 July 1986

Subject:               Absenteeism


This will confirm the verbal counsel session held in my office on
11 July 1986.

You were made aware that your absentee record was above average for
the period between 01 October 1985 through 11 July 1986.

During this period, you were absent from duty a total of 141.7 hours.
In sixteen (16) separate occasions, six (6) were scheduled and ten
(10) were unscheduled.  You stated to me that you would take correc-
tive action to change this pattern.


copy:  Personnel File

FORM 54 PER
INSURANCE PREMIUM RECOVERY AUTHORIZATION FORM

Date _1/9/04_

To: _City of Montgomery, Finance Dept._
(Payroll Section)

From: _John Hooper_

I certify by my signature that I have read and understand the
following policy:

I acknowledge my employer's legal right to recover the cost of any
premium paid by it to maintain my coverage in group health benefits
during any period of unpaid leave under the following conditions:

1.  I fail to return from leave at the expiration of the leave
    to which I am entitled; and

2.  The reason I fail to return to work is not one of the
    following:

    A.  the continuation, recurrence, or onset of a serious
        health condition that entitles me to leave to care
        for a child, parent or spouse with a serious health
        condition, or if I am unable to perform the functions
        of my position due to my own serious health
        condition; or,

    B.  other conditions beyond my control prevent me from
        returning.

Date: _1/9/04_                Name (Print) _John Hooper_

Employee Number: _7359_       Name (Sign) _John Hooper_

---

INSURANCE PREMIUM REIMBURSEMENT AGREEMENT

I certify by my signature that I have read and agree to do the
following:

If I fail to return from leave, for any reason other than 2-A or
2-B above, I agree to coordinate with the payroll section to
develop a mutually acceptable schedule to reimburse my employer for
the cost of any premium paid by it to maintain my coverage in group
health benefits during any period of unpaid leave taken by me.

Date: _1/9/04_                Name (Print) _John J. Hooper_

Employee Number: _7399_       Name (Sign) _John Hooper_

FORM 55 PER
(WH-381)

EMPLOYER RESPONSE TO EMPLOYEE
REQUEST FOR FAMILY OR MEDICAL LEAVE
(Family and Medical Leave Act of 1993)

(DATE)

TO: _____JOHN HOOPER_____
(Employee's Name)

FROM: _City of Montgomery, Fleet Management Dept._
(Name of appropriate employer representative)

SUBJECT:    Request for Family/Medical Leave

On __1/9/04__ you notified us of your need to take family/medical leave due to:
(date)

☐ the birth of a child, or the placement of a child with you for adoption or foster care; or

☑ a serious health condition that makes you unable to perform the essential functions of your job; or

☐ a serious health condition affecting your ☐spouse, ☐child, ☐ parent, for which you are needed to provide care.

You notified us that you need this leave beginning on__1/9/04__ and that you expect leave to continue until on or about__4/2/04__
(date)                                    (date)

Except as explained below, you have a right under the FMLA for up to 12 weeks of unpaid leave in a 12-month period for the reasons listed above. Also, your health benefits must be maintained during any period of unpaid leave under the same conditions as if you continued to work, and you must be reinstated to the same or an equivalent job with the same pay, benefits, and terms and conditions of employment on your return from leave. If you do not return to work following FMLA leave for a reason other than: (1) the continuation, recurrence, or onset of a serious health condition which would entitle you to FMLA leave; or (2) other circumstances beyond your control, you may be required to reimburse us for our share of health insurance premiums paid on your behalf during you FMLA leave.

This is to inform you that:    (check appropriate boxes; explain where indicated)

1.    You are ☑eligible  ☐ not eligible for leave under the FMLA.

2.    The requested leave ☐ *will*  not be counted against your anual FMLA leave entitlement.

3.    You☑will ☐ will not be required to furnish medical certification of a serious health condition. If required, you must furnish certification by __2/13/04__ (insert date) (must be at least 15 days after you are notified of this requirement) or we may delay the commencement of your leave until the certification is submitted.

4. You may elect to substitute accrued paid leave for unpaid FMLA leave. We ☐will ☐will not require that you substitute accrued paid leave for unpaid FMLA leave. If paid leave will be used, the following conditions will apply: (Explain) _____

_____
_____
_____
_____

5(a). If you normally pay a portion of the premiums for your health insurance, these payments will continue during the period of FMLA leave. Arrangements for payment have been discussed with you and it is agreed that you will make premium payments as follows: (Set forth dates, e.g., the 10th of each month, or pay periods, etc. that specifically cover the agreement with the employee.)

_____
_____
_____
_____

(b). You have a minimum 30-day (or, indicate longer period, if applicable) grace period in which to make premium payments. If payment is not made timely, your group health insurance may be canceled, provided we notify you in writing at least 15 days before the date that your health coverage will lapse, or, at our option, we may pay your share of the premiums during FMLA leave, and recover these payments from you upon your return to work. We ☐ will ☒ will not pay your share of health insurance premiums while you are on leave.

(c). We ☒ will ☐ will not do the same with other benefits (e.g., life insurance, disability insurance, etc.) while you are on FMLA leave. If we do pay your premiums for other benefits, when you return from leave you ☐ will ☐ will not be expected to reimburse us for the payments made on your behalf.

6. You ☒ will ☐ will not be required to present a fitness-for-duty certificate prior to being restored to employment. If such certification is required but not received, your return to work may be delayed until certification is provided.

7(a). You ☐ are ☒ are not a key employee" as described in §825.218 of the FMLA regulations. If you are a "key employee," restoration to employment may be denied following FMLA leave on the grounds that such restoration will cause substantial and grievous economic injury to us.

(b). We ☐ have ☒ have not determined that restoring you to employment at the conclusion of FMLA leave will cause substantial and grievous economic harm to us. (Explain (a) and/or (b) below. See §825.219 of the FMLA regulations.) _____

_____
_____
_____

8. While on leave, you ☐ will ☒ will not be required to furnish us with periodic reports every _____ (indicate interval of periodic reports, as appropriate for the particular leave situation) of your status and intent to return to work (see §825.309 of the FMLA regulations). If the circumstances of your leave change and you are able to return to work earlier than the date indicated on the reverse side of this form, you ☐ will ☒ will not be required to notify us at least two work days prior to the date you intend to report for work.

9. You ☐ will ☒ will not be required to furnish recertification relating to a serious health condition. (Explain below, if necessary), including the interval between certifications as prescribed in §825.308 of the FMLA regulations.) _____

_____
_____
_____
_____

# MEMORANDUM

To:     John W. Hooper, Employee #397

From:   Terry H. Gaddis, Director
        Fleet Management Department

Date:   April 13, 2004

Subject:  Medical Retirement

As you were advised by memo dated April 8, 2004, you have exhausted your benefits under the Family Medical Leave Act and have no annual, sick or compensatory leave accumulated and were required to return to full duty status on 13 April 2004. While I am concerned about you, I must also be concerned about maintaining this department's production standards. As you are aware, any employee's continued absence not only creates a problem with maintaining daily production, it is also creates hardships on other employees. Based on our discussion, this memorandum will serve as an official notification that I am willing to assist you in obtaining a medical retirement for your continuing medical condition.

I have thoroughly reviewed your personnel records and see that you have had similar recurring medical problems as far back as June 1990. I also understand from our discussion, that your continued medical problems are currently preventing you from coming to work and performing your assigned duties. Therefore, if you feel that you can no longer come to work everyday and perform your assigned duties, I request that you submit a request for a medical retirement based on a medical doctor's recommendation by close of business April 20,2004.

Should you not continue to come to work or do not provide a doctor's recommendation for medical retirement on the date specified, I will have no choice but to recommend termination of your employment with the City of Montgomery.

CC:   Jeff Downes, Executive Assistant to the Mayor
      John Carnell, Risk Manager
      Eugene Knox, Jr., Assistant Director, Fleet Management
      Royce Albright, Superintendent, Automotive Division

**CLAIM FORM**

Colonial Life & Accident
Insurance Company
Post Office Box 1365
Columbia, South Carolina 29202-1365

Mail To:
1-800-325-9368
8:00 A.M. to 7:00 P.M.
Eastern Standard Time
Toll Free Claims Number
SIDE 1

Has a Claim been filed before for this loss?   ☐ Yes   ☐ No

**A**
1. Name first _John_ middle _West_ last _Hogan_    Social Security Number _421 – 90 – 0929_
2. Address _Rt 1 Box 27A_   Home phone number _(205) 222 – 4073_   Date of Birth _9/18/61_
   City _Letohatchee_ State _Al._ Zip _36047_   Work phone number _(205) 241 – 2509_ ext. ___   ☒ male  ☐ female

☐ CHECK HERE IF NEW ADDRESS   Policy Number _1-7221792-20_

4. Patient first _Oma_ middle _Latisha_ last _Hogan_   Date of Birth _12/15/61_ Age _32_
   Patient Social Security Number ___ – ___ – ___
5. This person is your _Wife_   (example self, wife, son, etc.)  ☐ male ☒ female
   Is he/she a full-time student?  ☐ yes  ☒ no
6. This claim is for:  ☐ Accident  ☐ Wellness Screening  ☐ Intensive Care  ☒ Hospital Income  ☐ Other
   ☐ Sickness  ☐ Cancer  If claim is being filed for cancer, enclose pathology report.

**B**
7. What sickness or injury are you claiming? _Off taking care of kids while wife was in the Hospital_
   _wife in on premature labor_
8. List all doctors who have treated you for this condition: Name/Address _Rodger S. Duggan_
   _2024 Chestnut St. Montgomery Al. 36106_   Phone No. _265-3543_
9. Have you received treatment, medication or advice from a doctor in the past for this or a similar condition? ___ Date ___
   Name ___ Address ___ Phone No. ___
10. If you were hospitalized: Date admitted _11-5-94_ Date discharged _11-8-94_ Name of hospital _Jackson Hospital_
    Address ___ Phone No. ___

**IF ACCIDENTAL INJURY:**
11. (A) Date injured ___ (B) Where did it happen? ___ (C) Time of accident ___ ☐ am ☐ pm
12. (D) Tell us exactly how your accident happened ___
13. (E) ☐ on job  ☐ off job  (F) Did your injuries occur while you were working for pay or profit? ___

**C**
14. Dates unable to work _11-7-94_ ☒ am ☐ pm to _11-10-94_ ☐ am ☐ pm
15. Dates confined to your house ___ ☐ am ☐ pm to ___ ☐ am ☐ pm
16. Have you returned to your main (or principal) duties? Date returned part-time ___ Date returned full-time _11-11-94_

**D** TO BE COMPLETED BY EMPLOYER:
17. Name of Employer _City of Montgomery_   Phone number of Employer _(205) 241 – 2509_
18. Billing Control No. _City Garage_   19. Is Workers' Compensation being filed? _N/A_
20. Dates employee unable to work _7 November 1994_ ☒ am ☐ pm to _10 November 1994_ ☐ am ☒ pm
21. Date employee returned to his main (or principal) duties: Date returned part-time ___ Date returned full-time _11 Nov 94_
22. Employee's job title and duties _Auto Mechanic_ 23. Did the accident occur while working for wage or profit? _Not an accident—his wife was confined to hospital._
24. Signed _Jerry H. Bailin_ Date _29 November 1994_ Title _Director_

**E** Alaska, Delaware, Idaho and Florida residents: Any person who knowingly and with intent to injure, defraud, or deceive any insurance company files a statement of claim containing any false, incomplete or misleading information is guilty of a felony. (Florida — Felony of the third degree.)

*Authorization*
I have checked the above answers and they are correct. I AUTHORIZE any physician, medical practitioner, hospital, clinic, other medical or medically related facility, insurance or reinsuring company, the Medical Information Bureau, Inc., consumer reporting agency, or employer having information available as to diagnosis, treatment and prognosis with respect to any physical or mental condition and/or treatment of me or my minor children and any other non-medical information of me or my minor children to give to Colonial Life & Accident Insurance Company or its legal representative, any and all such information. I UNDERSTAND the information obtained by use of the Authorization will be used by Colonial Life & Accident Insurance Company to determine eligibility for benefits under an existing policy. Any information obtained will not be released by Colonial Life & Accident Insurance Company to any person or organization EXCEPT to reinsuring companies, or other persons or organizations performing business or legal service in connection with my claim, or as may be otherwise lawfully required or as I may further authorize. I KNOW that I may request to receive a copy of this Authorization. I AGREE that a photographic copy of this authorization shall be as valid as the original. I AGREE this Authorization shall be valid for two and one-half years from the date shown below. I certify under penalty of perjury that my correct social security number is shown on this form.

Signed this _29_ day of _November_, 19 _94_.
Signature of Patient ___   Signature of Policyholder _John Hogan_

Form 8727-18

CLAIM FORM

**Colonial Life & Accident
Insurance Company**
Post Office Box 1365
Columbia, South Carolina 29202-1365

| Has a Claim been filed before for this loss? | ☐ Yes ☒ No |
|---|---|

## A

1. Name first _John_ middle _West_ last _Hooper_    Social Security Number _421—90—09_

2. Address Street _RT 1 Box 27A_    3. Home phone number _(205) 227—4043_    Date of Birth _7/18/61_
   City _Letohatchee_ State _AL_ Zip _36047_    Work phone number _(205) 241—2511_ ext. _____    ☒ male ☐ female

   ☐ **CHECK HERE IF NEW ADDRESS**    Policy Number _1722119140_

4. **Patient** first _John_ middle _West_ last _Hooper_    Date of Birth _9/18/61_ Age _3_

   Patient Social Security Number _421—90—0925_

5. This person is your _Myself_    (example self, wife, son, etc.) ☒ male ☐ female

   Is he/she a full-time student?    ☐ yes ☒ no

6. This claim is for: ☒ Accident    ☐ Wellness Screening    ☐ Intensive Care    ☐ Hospital Income    ☐ Other
   ☐ Sickness    ☐ Cancer  If claim is being filed for cancer, enclose pathology report.

## B

7. What sickness or injury are you claiming? _Broken Arm_

8. List all doctors who have treated you for this condition: Name/Address _Dr Edward Palmer 1501 Forest Av. Montg_
   _36132 — 205-263-3944) Jackson Hospital. ER + Dr. Daugherty_    Phone No. _264-9739_

9. Have you received treatment, medication or advice from a doctor in the past for this or a similar condition? _NO_ Date _____
   Name _____ Address _____    Phone No. _____

10. If you were hospitalized: Date admitted _____ Date discharged _____ Name of hospital _____
    Address _____    Phone No. _____

### IF ACCIDENTAL INJURY:

11. (A) Date injured _8-29-94_    (B) Where did it happen? _Home_    (C) Time of accident _approx. 2:00_ ☐ am ☒ pm

12. (D) Tell us exactly how your accident happened _while installing a bridge on my property I fell off_
    _the Bridge into the creek botton about 15 to 16 feet_

13. (E) ☐ on job    ☒ off job    (F) Did your injuries occur while you were working for pay or profit? _no_

## C

14. Dates unable to work _29 August 1994_    ☒ am ☐ pm    to _9 September 1994_    ☐ am ☒ pm

15. Dates confined to your house _____ ☐ am ☐ pm    to _____ ☐ am ☐ pm

16. Have you returned to your main (or principal) duties?    Date returned part-time _____    Date returned full-time _____

## D

### TO BE COMPLETED BY EMPLOYER:

17. Name of Employer _City of Montgomery_    Phone number of Employer _( 205 ) 241 — 2509_

18. Billing Control No. _City Garage_    19. Is Workers' Compensation being filed? _No_

20. Dates employee unable to work _29 August 1994_    ☒ am ☐ pm    to _9 September 1994_    ☐ am ☒ pm

21. Date employee returned to his main (or principal) duties:    Date returned part-time _____    Date returned full-time _12 Sep 94_

22. Employee's job title and duties _Auto Mech-Motorcy_ 23. Did the accident occur while working for wage or profit? _No_

24. Signed _Jerry H. Gaddis_    Date _12 Sep 1994_    Title _Director, City Shops_

## E

Alaska, Delaware, Idaho and Florida residents: Any person who knowingly and with intent to injure, defraud, or deceive any insurance company files a statement of claim containing any false, incomplete or misleading information is guilty of a felony. (Florida — Felony of the third degree.)

### Authorization

I have checked the above answers and they are correct. I AUTHORIZE any physician, medical practitioner, hospital, clinic, other medical or medical related facility, insurance or reinsuring company, the Medical Information Bureau, Inc., consumer reporting agency, or employer having information available as to diagnosis, treatment and prognosis with respect to any physical or mental condition and/or treatment of me or my minor children and any other non-medical information of me or my minor children to give to Colonial Life & Accident Insurance Company or its legal representatives any and all such information. I UNDERSTAND the information obtained by use of the Authorization will be used by Colonial Life & Accident Insurance Company to determine eligibility for benefits under an existing policy. Any information obtained will not be released by Colonial Life & Accident Insurance Company to any person or organization EXCEPT to reinsuring companies, or other persons or organizations performing business or legal services in connection with my claim, or as may be otherwise lawfully required or as I may further authorize. I KNOW that I may request to receive a copy of this Authorization. I AGREE that a photographic copy of this authorization shall be as valid as the original. I AGREE this Authorization shall valid for two and one-half years from the date shown below. I certify under penalty of perjury that my correct social security number is shown on this form.

Signed this ____ day of _____, 19 ____    _____
    Signature of Patient    Signature of Policyholder

Form 8727-

MEMORANDUM

TO:        Payroll Clerk, Garage Department

DATE:      21 JANUARY 1991

SUBJECT:   Overtime Designation


In accordance with Personnel Rule VIII, Section 2 and 3, dealing with Overtime and Legal Holidays -- Exerpt from Section 2, (a) (3), as follows:  "The employee has the sole option, by stating in writing, prior to the time that overtime work is performed, of either accepting overtime pay or compensatory time."

Therefore, in lieu of the above, I understand that I have the option to either accept overtime pay or compensatory time, as I have designated by the placement of my signature on the appropriate line below.


HOOPER                                     397
(TYPE EMPLOYEE'S LAST NAME)          EMPLOYEE NO.


In accordance with Personnel Rule VIII, I elect to receive pay for any overtime hours worked.


_____
Employee's Full Signature


In accordance with Personnel Rule VIII, I elect to credit any overtime hours worked to Compensatory Leave.

_John D. Hooper_____
Employee's Full Signature


NOTE:  I may elect to change my option at any future date by presenting a new letter reflecting my decision.  All letters will remain in effect until changed by the employee.

OFFICIAL BUSINESS

SENDER INSTRUCTIONS
Print your name, address and ZIP Code
in the space below.
• Complete items 1, 2, 3, and 4 on the
reverse.
• Attach to front of article if space
permits, otherwise affix to back of
article.
• Endorse article "Return Receipt
Requested" adjacent to number.


U.S. MAIL

PENALTY FOR PRIVATE
USE, $300


'abama



RETURN
TO

Print Sender's name, address, and ZIP Code in the space below.

Donald R. Hayes
City of Montgomery
934 N. Ripley
Montgomery, AL 36104

Mr. John W. Hooper
Rt. 1 Box 27-A
Letohatchee, Al  36047

Dear Mr. Hooper:

This is to inform you that at the close of business today you will have remaining
11.3 hours of annual leave; 4.4 hours of sick leave; no compensatory time and no
personal days.  If these hours are used you will be placed in a leave without pay
(LWOP) status and I will recommend your termination from City employment.

Sincerely,

Donald R. Hayes, Director
Garage Department

MEMORANDUM

TO:  Mayor Emory Folmar

FROM:  Mr. Donald R. Hayes, Director  *D. Hayes*
       Garage Department

DATE:  21 February 1990

SUBJECT:  Death of a mother


Mr. John W. Hooper, one of our motorcycle mechanics, was
notified at approximately 1000 hours this date that his
mother had passed away.

Mrs. Opal Hooper lived in Huntsville, Al.  She has been sick
with cancer for the past five years.  She died in her sister's
home in Huntsville.

The above is the only information we have at this time.

          Mr. John W. Hooper
          Rt. 1 Box 27-A
          Letohatchee, Al 36047
          Phone:  227-4790

DRH/cm

cc:  Mrs. A. Folmar

<u>M E M O R A N D U M</u>

TO:            All Department Personnel

FROM:          Mr. Donald R. Hayes, Director   *D. Hayes*
               Garage Department

DATE:          05 January 1989

SUBJECT:       Sick Leave


Six (6) of our employees completed Calendar Year 1988
without taking any time off on sick leave.

        ARTHUR, WILLIE

        COKER, WILLIAM C.

        FLYNN, JAMES D.

        HOOPER, JOHN W. (2nd year in a row)

        QUATES, JR., DAVID

        WRIGHT, WILLIE

In order to have been considered, an individual had
to be employed for the full year of 1988.

My personal thanks to each of you for such a notable
attendance record.  Keep up the good work---and let's
see the list grow in 1989.

/jfb

cc:   Personnel File
         Arthur
         Coker
         Flynn
         Hooper
         Quates
         Wright

M E M O R A N D U M

TO:              All Department Personnel

FROM:          Mr. Donald R. Hayes, Director
                Garage Department

DATE:          18 September 1987

SUBJECT:       Sick Leave

The following Rule VIII, Section 5 - Sick Leave (C), is quoted from
the City and County of Montgomery Personnel Department Rules and
Regulations:

> Sick Leave may be granted only for absence due to personal
> illness, maternity, legal quarantine, attendance upon members
> of the immediate family whose illness requires the care of
> the employee, or death in the immediate family of the
> employee.  Immediate family is hereby defined to include
> spouse, children, parents, grandparents, parents-in-law,
> and siblings.  Unusually strong ties with other other
> relatives may be recognized for leave purposes upon
> written justification by the employee and approval of the
> appointing authority and/or Personnel Director.  An employee
> claiming sick leave may be required by the appointing
> authority to file a certificate from a physician stating the
> kind and nature of sickness or injury, that the employee was
> incapacitated for work for the period of absence, that the
> employee is physically unable to perform duties or that the
> employee has no contagious disease that might jeopardize
> the health of other employees, or that the employee is
> required to provide care for an ill family member.

As stated in this rule, an employee claiming sick leave may be required
to file a certificate from a physician.  This is the KEY PHRASE in the
rule.  Should you be required or directed to obtain a physician's
certificate, the physician must comply with this rule -- state the kind
and nature of sickness or injury, etc., etc., as outlined above.  The
certificate must include the date(s) the employee was absent from work
and under the doctor's care.  In other words, a mere doctor's
stamp, nurse's signature, etc. will not be accepted.  It is encumbent
upon the employee that this personnel rule be followed to the letter.

    NOTE:    ALSO SEE GARAGE DEPARTMENT OPERATING INSTRUCTION NO. 6
             SUBJECT:  LEAVE REQUEST

    I Acknowledge receipt and understanding of this memorandum.


_____    _____    _____
Employee Signature                 399       9-21-87
John W. Hooper                 Employee #    Date

YOU MAY WANT TO CARRY THESE INSTRUCTIONS ON YOUR PERSON.

M E M O R A N D U M

TO:        All Department Personnel

FROM:      Mr. Donald R. Hayes, Director    *D. Hayes*
           Garage Department

DATE:      05 January 1987

SUBJECT:   Outstanding Attendance


Three (3) individuals completed calendar year 1987 without taking
any time off on SICK LEAVE.

                     Mr. Jesse J. Boyd
                     Mr. John W. Hooper
                     Mr. Eugene Knox, Jr. (2nd year in a row)

In order to have been considered, an individual had to be employed
for the full year of 1987.

My personal thanks for such a notable attendance record.  Keep up
the good work --- and let's see the list grow!


DRH:crs

cc:  Personnel File:

     Boyd, J. J.
     Hooper, J. W.
     Knox, E., Jr.

# MONTGOMERY FAMILY MEDICINE, P.C.

Brian W. Elrod, M.D.
Eric W. Graves, M.D.

8190 Seaton Place
Montgomery, AL 36116
(334) 396-9100

Jeffrey W. Mathis, M.D.
A. Stuart Hendon, M.D.
Daniel L. Moore, M.D.

## DR. APPOINTMENT VERIFICATION FORM

*John Hooper* _____ *9/10/03* _____ _____
Patient Name                Date              Appointment Time

PATIENT MAY RETURN TO WORK/SCHOOL ON: _____ *9/11/03* _____
                                            Date

Comments/Special Instructions:
_____
_____
_____
_____

*A. Stuart Hendon* _____    *9/10/03* _____
Physician Signature                      Date

# MONTGOMERY FAMILY MEDICINE, P.C.

Brian W. Elrod, M.D.
Eric W. Graves, M.D.

8190 Seaton Place
Montgomery, AL 36116
(334) 396-9100

Jeffrey W. Mathis, M.D.
A. Stuart Hendon, M.D.
Daniel L. Moore, M.D.

## DR. APPOINTMENT VERIFICATION FORM

_John Hooper_                          _7/31/07_
Patient Name                         Date                        Appointment Time

PATIENT MAY RETURN TO (WORK)/SCHOOL ON:    _8/4/03_
                                                        Date

Comments/Special Instructions: _Excused for 7/31/03 & 8/01/03_

_A. Stuart Hendon_                         _7/31/03_
Physician Signature                         Date

---

te to return to work or school

_John Hooper_

der my care from _16 July 91_ to _19 July 91_

ent of _Acute gastroenteritis_

return to (work)/school on _20 July 91_

_[signature]_

OFFREY W. DAUGHERTY, M.D.
1722 Pine St.   Suite 903       Date _19 July 91_
Montgomery, AL  36106-4103
2055205739
DISTA PRODUCTS, A DIVISION OF
ELI LILLY AND COMPANY, INDIANAPOLIS, INDIANA 46285

IN U.S.A    50-KX-48550    APRIL 1985    (C) 1985. DISTA PRODUCTS COMPANY

---

Certificate to return to work or school

Mr.
Ms.
Mrs.
Miss    _John Hooper_

has been under my care from _29 July 91_ to ___

for the treatment of _Bronchitis & Pharyngitis_

and is able to return to work/school on _30 July 91_

Remarks ___

_[signature]_

Dr.    GEOFFREY W. DAUGHERTY, M.D.
1722 Pine St.   Suite 903
Address     Montgomery, AL  36106-4103    Date ___
■DISTA   DISTA PRODUCTS, A DIVISION OF    2055205739
         ELI LILLY AND COMPANY, INDIANAPOLIS, INDIANA 46285

50-KX-1901-2  PRINTED IN U.S.A.  50-KX-48550  APRIL. 1985  C. 1985. DISTA PRODUCTS COMPANY

# Certificate to return to work or school

Mr __John Hooper__

Mrs _____

Ms _____

Has been under my care from __2-20-02__ to __2-25-02__

and is able to return to work/school on __Monday 2-25-01__

Remarks: __Pt. has been sick and unable__
__to work.__

THE OTORHINOLARYNGOLOGY ASSOCIATES

Dr _____  Phone __281-6227__

Address _____  Date __2-22-02__

60-KX-2280-0   PRINTED IN USA  820231-988135  ©1988, DISTA PRODUCTS COMPANY

## Certificate to return to work or school

John W. Hooper

been under my care from _____ to _____

able to return to work/school on _____

Remarks *Seen in office this afternoon for medical evaluation*

Phone 264-9739

Address 303 S. Ripley ST   Date 29 Aug 90

Industries, Inc. • Carolina, Puerto Rico 00630
Subsidiary of Eli Lilly and Company • Indianapolis, Indiana 46285

60-CR-0131-1   PRINTED IN U.S.A.   500330-38575   FEBRUARY. 1985

## Certificate to return to work or school

Mr.
Mrs.
Ms.   John W. Hooper ← Personnel File

has been under my care from _____ to _____

and is able to return to work/school on 06 Sept 90

Remarks *Seen in my office 4pm today with abdominal pain due to functional bowel syndrome*

Dr. G.W. Daugherty, MD   Phone 264-9739

Address 303 S. Ripley ST   Date 05 Sept 90

Eli Lilly Industries, Inc. • Carolina, Puerto Rico 00630
Subsidiary of Eli Lilly and Company • Indianapolis, Indiana 46285

60-CR-0131-1   PRINTED IN U.S.A.   500330-38575   FEBRUARY. 1985

## Certificate to return to work or school

John W. Hooper

been under my care from _____ to _____

able to return to work/school on 27 Aug 90

Remarks *Came to my office at this date with abdominal pain that had acutely impaired*

Phone 264-9739

Address 303 S. RIPLEY ST   Date 24 Aug 90
MONTGOMERY, AL 36104

Industries, Inc • Carolina, Puerto Rico 00630
Subsidiary of Eli Lilly and Company • Indianapolis, Indiana 46285

60-CR-0131-3   PRINTED IN USA   700955-1187100

## Certificate to return to work or school

Mr.
Mrs.
Ms.   John W. Hooper

has been under my care from 27 Aug 90 to _____

and is able to return to work/school on _____

Remarks *Seen in office today for disabling abdominal pain and nausea*

Dr. G.W. Daugherty   Phone 264-9739

Address _____   Date 27 Aug 90

Eli Lilly Industries, Inc. • Carolina, Puerto Rico 00630
A Subsidiary of Eli Lilly and Company • Indianapolis, Indiana 46285

60-CR-0131-1   PRINTED IN U.S.A.   500330-38575   FEBRUARY. 1985

## Certificate to return to work or school

John Hooper

been under my care from 4-7-92 to 4-8-92

able to return to work/school on 4-8-92

Remarks _____

Phone 281-632_

Address _____   Date 4-7-92
OTORHINOLARYNGOLOGY ASSOCIATES

Lilly Industries, Inc • Carolina, Puerto Rico 00630
Subsidiary of Eli Lilly and Company • Indianapolis, Indiana

## Certificate to return to work or school

Mr
Mrs
Ms   John Hooper

has been under my care from _____ to _____

and is able to return to work/school on _____

Remarks *Seen in office for medical evaluation & treatment*

**GEOFFREY W. DAUGHERTY, M.D.**
1722 Pine St.   Suite 903
Montgomery, AL   36106-4103
205/264-9739

Dr _____   Phone 264-9739

Address _____   Date 06 May 92

Eli Lilly Industries, Inc • Carolina, Puerto Rico 00630

Certificate to return to work or school

Mr
Mrs
Ms    _John W. Hooper_

has been under my care from _01 Apr 92_ to _____

and is able to return to work/school on _____

Remarks _Seen in office today for_
_medical treatment_

_____

Dr _____  Phone _204-9739_

GEOFFREY W. DAUGHERTY, M.D.
Address _1722 Pine St.  Suite 903_
_Montgomery, Alabama 36106_  Date _01 Apr 9_
203/204-9739

Eli Lilly Industries, Inc. • Carolina, Puerto Rico 00630
A Subsidiary of Eli Lilly and Company • Indianapolis, Indiana 46285

60-CR-0131-3    PRINTED IN USA   700955-1187100

# Medically Excused Absence

This is to confirm that

_John W. Hooper_

has been under my care

for _4-2-92, Thursday_
_ear inf. and sinus problems_

from _4-2-92_    to _4-2-92_

The patient's absence was medically advised.

_Lise Jousson / RB Gore MD_
signature _____

PD-07-R-2359-P-1 (2-86)

# Certificate to return to work

Name _John Hooper_

has been under my care from _5-20-97_ to _5-23-97_

and will be able to return to work on _5-26-97_

Nature of illness or injury _____

☐ Restrictions        ☐ Light Work

Comments _____

THE OTORHINOLARYNGOLOGY ASSOCIATES

Dr _____  Phone _281-6327_

Address _____ Date _5-23-97_



*Nutritional Support Consultants, P. C.*

Research    •    Education    •    Patient Care



Robert R. Brinson, M.D.
*Director*

October 26, 1990

To whom it may concern:

John Hooper was seen today in our office for evaluation of severe abdominal pain. If you have any questions concerning his medical care, please feel free to call our office.

With best regards,

Robert R. Brinson, M.D.

2055 EAST SOUTH BOULEVARD, SUITE 303 • MONTGOMERY, ALABAMA 36116 • (205) 284-1298

**ROBERT R. BRINSON, M.D.**
2109 Taylor Road
Montgomery, Alabama 36117
(334) 271-1205

*Diplomate, American Board of Internal Medicine*
*Diplomate, Subspecialty Board, Gastroenterology*
*Fellow, American College of Nutrition*

*Gastroenterology*
*Clinical Nutrition*
*Hyperalimentation*

TO WHOM IT MAY CONCERN

This is to  confirm that John Hooper was seen in
my office on 24 April 1996 for a scheduled appointment.
If you should have questions, please contact my office.

Robert R. Brinson, M. D.

# Certificate to return to work or school

Mr.
Mrs.  John Hooper
Miss

has been under my care from 4/17 to 4/18

and is able to return to work/school on 4-19-96

Remarks: Seen in Office 4/17. Nausea, Abdominal Pain

**GEOFFREY W. DAUGHERTY, M.D.**
1722 Pine St.  Suite 903
Dr._____ Phone_____
Montgomery, AL  36106-4103
334/264-9739
Address_____ Date 4-18-96

Eli Lilly and Company • Indianapolis, Indiana 46285

6O-CR-0131-0   PRINTED IN U.S.A.   300026-1181100   NOVEMBER, 1981

## Certificate to return to work (top right)

Name __John HOOPER__

has been under my care from __04-22-96__ to __04-22-96__

and will be able to return to work on __04-23-96__

Nature of illness or injury _____

☐ Restrictions    ☐ Light Work

Comments _____

Dr __R Brian Gibbs MD__    Phone __281-632__

Address _____    Date __04-22-96__

Please see complete Prescribing Information at the back of this pad.
© 1993, Bristol-Myers Squibb Company, Princeton, New Jersey 08543, U.S.A.

E2-A060-1-94

## Certificate to return to work or school (middle right)

Mr.
Mrs.    __JOHN W. HOOPER__
Miss

has been under my care from __17 April 96__ to _____

and is able to return to work/school on __18 April 96__

Remarks __Has nausea + vomiting__

Dr. **GEOFFREY W. DAUGHERTY, M.D.**    Phone _____
     **1722 Pine St.   Suite 903**
Address **Montgomery, AL  36106-4103**    Date _____
     **334/264-9739**

Eli Lilly and Company • Indianapolis, Indiana 46285

6O-CR-0131-0   PRINTED IN U.S.A.   200026-1181100   NOVEMBER, 1981

## Certificate to return to work (bottom right)

Name __John Hooper__

has been under my care from __4-11-96__ to __4-15-96__

and will be able to return to work on __4-16-96__

Nature of illness or injury _____

☐ Restrictions    ☐ Light Work

Comments _____

Dr _____    Phone _____

Address _____    Date __4/15/96__

Please see complete Prescribing Information at the back of this pad.
© 1993, Bristol-Myers Squibb Company, Princeton, New Jersey 08543, U.S.A.

E2-A060-1-94

ACCOUNT# 4193643  M/R #      09-02-97
HOOPER, JOHN WEST
SEX - M   BORN: 09/18/61   F/C - B
BRINSON, ROBERT      ROOM:

HOSPITAL & CLINIC, INC.
35 FOREST AVENUE
TGOMERY, AL 36106



CTIONS - ENDOSCOPY PATIENTS

Patient Name                                        Doctor

Return to Dr._____ office on _____
                                                                Date

at _____ .
        Time

Return to Jackson Hospital Outpatient Service on_____ at _____
                                            Date                        Time

for _____
                    Procedure

THE FOLLOWING CHECKED INSTRUCTIONS ARE SPECIFIC FOR YOUR PROCEDURE

1. _____ Notify your doctor if you have any of the following symptoms:
   a. More than 1 teaspoon of bright red blood in your bowel movement.
   b. Fever over 100°.
   c. Severe abdominal pain.
   If you are unable to reach your doctor, call Jackson Hospital at 293-8000 and ask the switchboard operator to locate him.

2. _____ You may experience gas pains and cramps after your examination. If the discomfort does not go away in 6-12 hours, notify your doctor.

3. _____ No alcoholic beverages or tranquilizers for 24 hours.

4. _____ Rest at home today.

5. _____ Have a responsible adult accompany you when out of the bed for the next 4 hours or until you do not experience any dizziness.

6. _____ Do not drive for 24 hours.

7. _____ Resume normal activities tomorrow.

8. _____ Resume usual diet in one hour or when your throat is no longer numb.

9. _____ Follow _____ diet as instructed by the dietitian.

10. _____ No caffeine (coffee, coke, tea).

11. _____ No aspirin or any medication containing aspirin.

12. _____ No nicotine.

13. _____ You may gargle with a saline gargle (1 tsp. salt with 2 cups of warm water) or use chloroseptic lozenges for throat discomfort.

14. _____ You may use a warm, wet compress to your IV site for any redness or discomfort. If redness persists, call your physician.

15. _____ If your doctor removed a polyp or tissue (biopsy) for further examination, he will notify you by phone or in writing as soon as he receives the results. Your doctor usually receives this report in 24-48 hours after the tissue is examined by a pathologist.

16. _____ Take the following medications as ordered by your physician.

_____

_____

17. _____ Other specific instructions:  Repeat exam in 1 yr

_____

_____

_____

_____

I acknowledge the receipt and understanding of these instructions. I was informed by _____ Dr. Robert Brinson
                                                                      Name or Practitioner

_____          _____
        Witness                    Signature of Patient or Patient Representative

**JACKSON HOSPITAL & CLINIC, INC.**
1235 FOREST AVENUE
MONTGOMERY, AL 36106

09-02-97

ACCOUNT# 4192007 M/R #
HOOPER, JOHN WEST  F/C - B
SEX - M  BORN: 09/18/61
BRINSON, ROBERT  ROOM:

**INSTRUCTIONS - ENDOSCOPY PATIENTS**

Return to Dr._____ office on_____

Doctor

Date

at _____
Time

Return to Jackson Hospital Outpatient Service on_____ at_____

Date.

Time

for _____
Procedure

THE FOLLOWING CHECKED INSTRUCTIONS ARE SPECIFIC FOR YOUR PROCEDURE

1. ✓ Notify your doctor if you have any of the following symptoms:
   a. More than 1 teaspoon of bright red blood in your bowel movement.
   b. Fever over 100°.
   c. Severe abdominal pain.
   If you are unable to reach your doctor, call Jackson Hospital at 293-8000 and ask the switchboard operator to locate him.

2. ✓ You may experience gas pains and cramps after your examination. If the discomfort does not go away in 6-12 hours, notify your doctor.

3. ✓ No alcoholic beverages or tranquilizers for 24 hours.

4. ✓ Rest at home today.

5. ✓ Have a responsible adult accompany you when out of the bed for the next 4 hours or until you do not experience any dizziness.

6. ✓ Do not drive for 24 hours.

7. ✓ Resume normal activities tomorrow.

8. ✓ Resume usual diet in one hour or when your throat is no longer numb.

9. ____ Follow _____ diet as instructed by the dietitian.

10. ____ No caffeine (coffee, coke, tea).

11. ____ No aspirin or any medication containing aspirin.

12. ____ No nicotine.

13. ✓ You may gargle with a saline gargle (1 tsp. salt with 2 cups of warm water) or use chloroseptic lozenges for throat discomfort.

14. ✓ You may use a warm, wet compress to your IV site for any redness or discomfort. If redness persists, call your physician.

15. ✓ If your doctor removed a polyp or tissue (biopsy) for further examination, he will notify you by phone or in writing as soon as he receives the results. Your doctor usually receives this report in 24-48 hours after the tissue is examined by a pathologist.

16. ✓ Take the following medications as ordered by your physician.
   _____
   _____

17. ____ Other specific instructions:_____
   _____
   _____
   _____

I acknowledge the receipt and understanding of these instructions. I was informed by_____

Name of Practitioner

_____        _____
Witness                Signature of Patient or Patient Representative

SEQ. # 3818 (1/88)

JACKSON HOSPITAL & CLINIC, INC.
1235 FOREST AVENUE
MONTGOMERY, AL 36106

ACCOUNT# 4192707  M/R #  09-02-97
HOOPER, JOHN WEST
SEX - M  BORN: 09/18/61  F/C - B
BRINSON, ROBERT  ROOM:

INSTRUCTIONS - ENDOSCOPY PATIENTS

Return to Dr. _____ Patient Name _____ office on _____ Doctor _____

at _____ Time

Return to Jackson Hospital Outpatient Service on _____ Date _____ at _____ Time

for _____ Procedure

THE FOLLOWING CHECKED INSTRUCTIONS ARE SPECIFIC FOR YOUR PROCEDURE

1. ✓ Notify your doctor if you have any of the following symptoms:
   a. More than 1 teaspoon of bright red blood in your bowel movement.
   b. Fever over 100°.
   c. Severe abdominal pain.
   If you are unable to reach your doctor, call Jackson Hospital at 293-8000 and ask the switchboard operator to locate him.

2. ✓ You may experience gas pains and cramps after your examination. If the discomfort does not go away in 6-12 hours, notify your doctor.

3. ✓ No alcoholic beverages or tranquilizers for 24 hours.

4. ✓ Rest at home today.

5. ✓ Have a responsible adult accompany you when out of the bed for the next 4 hours or until you do not experience any dizziness.

6. ✓ Do not drive for 24 hours.

7. ✓ Resume normal activities tomorrow.

8. ✓ Resume usual diet in one hour or when your throat is no longer numb.

9. _____ Follow _____ diet as instructed by the dietitian.

10. _____ No caffiene (coffee, coke, tea).

11. _____ No aspirin or any medication containing aspirin.

12. ✓ No nicotine.

13. ✓ You may gargle with a saline gargle (1 tsp. salt with 2 cups of warm water) or use chloroseptic lozenges for throat discomfort.

14. ✓ You may use a warm, wet compress to your IV site for any redness or discomfort. If redness persists, call your physician.

15. _____ If your doctor removed a polyp or tissue (biopsy) for further examination, he will notify you by phone or in writing as soon as he receives the results. Your doctor usually receives this report in 24-48 hours after the tissue is examined by a pathologist.

16. _____ Take the following medications as ordered by your physician: *Any questions - call Dr. Brinson's office 271-1205*

17. _____ Other specific instructions: *Return for colonoscopy on May 14 at 7:00 AM. Take all 02 prep night before. Don't eat or drink after midnight night before. Bring a towel.*

I acknowledge the receipt and understanding of these instructions. I was informed by Dr. Robert Brinson
_____ Name of Practitioner

_____ Witness

_____ Signature of Patient or Patient Representative

SEQ. # 3818 (1/88)

①

### PATIENT INSTRUCTIONS FOR ERCP

You have been scheduled for an ERCP.  ERCP means we will be
passing the scope orally down to the intestine where the bile
duct and pancreatic duct empty into the intestine at a place
called the papilla.  A catheter will then be passed into this
opening and dye will be injected into both ducts to make X-Rays
of these ducts to see if there is any evidence of abnormalities.

There are minor risks with this procedure, as with any procedure,
which would include infection, pancreatitis (inflammation of
the pancreas), bleeding or perforation.  All of these risks
are extremely low.

You have been scheduled at the following Hospital: Jackson
Hospital @ 7:30 _____ on this date: May 13 ___.

DO NOT EAT OR DRINK ANYTHING AFTER MIDNIGHT ON THIS DATE.

If you have any further questions, please call my office at
271-1205.

②

Small Bowel Follow Through
5/8/96   Wed.   8:45  #203 Doddle Building

# ROBERT R. BRINSON, M.D.
## 2109 Taylor Road
## Montgomery, Alabama 36117
## (334) 271-1205

*Diplomate, American Board of Internal Medicine*
*Diplomate, Subspecialty Board, Gastroenterology*
*Fellow, American College of Nutrition*

*Gastroenterology*
*Clinical Nutrition*
*Hyperalimentation*

TO WHOM IT MAY CONCERN

John Hooper has been under my care for an illness 7, 8 and 9 of May.

He was unable to perform his regular employment duties.

Robert R. Brinson, M. D.

**BIAXIN**™
clarithromycin

## Certificate to return to work

Name _JOHN W. HOOPER_

has been under my care from _18 MAR 96_ to _27 MAR 96_

and is able to return to work on _27 MAR 96_

Nature of illness or injury _MILD CARPEL TUNNEL SYNDROME_

☐ restrictions  ☒ no restrictions

Comments _MAY OCCASIONALLY GET NUMB HANDS_
_WHEN USING HARD PULLING ON TOOLS_

Dr. _G.W. DAUGHERTY_    Phone _264-9739_

Address _1722 PINE ST_    Date _27 May '96_
_MONTGOMERY, AL 36106_

Mr. Hooper came back to work on 10-21-94
and said he felt like working even
tho the Dr. recommended he not return
to work until 10-24-94.

10-21-94

**te to return to work or school**

John Hooper

der my care from 21 July 95 to _____

o return to work/school on _____

Been in Office for

edical Treatment

EY W. DAUGHERTY, M.D. Phone 264-9739

722 Pine St. Suite 903

tgomery, AL 36106-4103 Date 26 July 95

205/264-9739

npany • Indianapolis, Indiana 46285

60-CR-0131-0 PRINTED IN U.S.A. 200026-1181100 NOVEMBER, 1981

---

**Certificate to Return to School or Work**

Date: 7-19-95

Name: Donna Hooper

is my patient and has been under my care from 7-19-95 to

7-19-95 and is able to return to school/work on

Remarks: John Hooper had to bring her to our office

Dr. THE OTORHINOLARYNGOLOGY ASSOCIATES
(Signature)

Address: _____

Telephone: 281-6327

---

**to return to work**

Hooper

care from 11-2-95 to 11-2-95

return to work on 11-3-95

injury Side effects of medicin

☐ Light Work

LARYNGOLOGY ASSOCIATES Phone 281-632

Normandie Dr. Date 11-2-95

**ICEF®** (CEFADROXIL MONOHYDRATE, USP)

Duricef may be given QD or BID for skin/skin structure infections in adults, uncomplicated UTI in adults, and pharyngitis/tonsillitis in both adults and children. For more serious UTI in adults, and for UTI and skin/skin structure infections in children, BID is the prescribed dosing regimen.

© 1994, Bristol-Myers Squibb Company, Princeton, N.J. 08543 U.S.A.

---

**Certificate to return to work or school**

Mr.
Mrs.
Miss John Hooper

has been under my care from 20 Mar 95 to _____

and is able to return to work/school on 21 Mar 95

Remarks Has viral respiratory infection

Dr. GEOFFREY W. DAUGHERTY, M.D. Phone _____

Address 1722 Pine St. Suite 903 Date 20 Mar 95
Montgomery, AL 36106-4103
205/264-9739

Eli Lilly and Company • Indianapolis, Indiana 46285

60-CR-0131-0 PRINTED IN U.S.A. 200026-1181100 NOVEMBER, 1981

---

K 7¾

**tificate to Return to School or Work**

Name John Hooper

is my patient and has been under my care from 9-26-95 to

and is able to return to work/school on

9-27-95

Remarks: _____

Dr. THE OTORHINOLARYNGOLOGY ASSOCIATES Date 9-26-95
(Signature)

Address _____

Telephone 281-6327

## Top Left Form

ate to return to work or school

John W. Hooper

nder my care from 01 July 94 to _____

to return to work/school on 02 July 94

Has viral syndrome!

_____ W. DAUGHERTY, M.D.
2 Pine St.    Suite 903        Phone _____
omery, AL  36106-4103
205/264-9739                    Date 01 July 94

tries, Inc. • Carolina, Puerto Rico 00630
of Eli Lilly and Company • Indianapolis, Indiana 46285

60-CR-0131-2  (PRINTED IN USA  600389-38675    MARCH 1986)

## Top Right Form

Mr
Mrs
Ms        John Hooper

has been under my care from 30 Aug 94 to _____

and is able to return to work/school on 05 Sept 94

Remarks Has a fracture of left wrist
sustained 29 Aug 94 — will need
light duty while in splint or cast

D_____ GEOFFREY W. DAUGHERTY, M.D. Phone _____
1722 Pine St.  Suite 903
Address  Montgomery, AL  36106-4103   Date 30 Aug 94
205/264-9739
Eli Lilly Industries, Inc. • Carolina, Puerto Rico 00630
A Subsidiary of Eli Lilly and Company • Indianapolis, Indiana 46285

60-CR-0131-2  (PRINTED IN USA  600389-38675    MARCH 1986)

## Bottom Left Form

ate to return to work or school   K

...n Hooper

nder my care from 12/28/94 to 1/6/94

...o return to work/school on 12/29/94

...Has been in for an office
today will have an
...tient Schedule on Jan 6
...may return Jan 7, 1995

...+ Bunan              Phone _____
09 Taylor Rd    Date 12/28/94

...ries, Inc. • Carolina, Puerto Rico 00630
Eli Lilly and Company • Indianapolis, Indiana 46285

60-CR-0131-3  PRINTED IN USA  700955-1187100

## Bottom Right — Medically Excused Absence

MEDICALLY EXCUSED ABSENCE

...is is to confirm that  John Hooper              K

...s been under my care for  Bronchitis

THE OTORHINOLARYNGOLOGY ASSOCIATES

...m 7-5-94              to 7-8-94

...e patient's absence
...s medically advised.  R. Brian Collie MD

                              signature

## Bottom Right — Jackson Hospital Rx

JACKSON HOSPITAL & CLINIC, INC.           K
1235 Forest Avenue • Montgomery, AL 36106 • (205) 293-8000

For  John Hooper                          Age _____
Address _____                            Date 6/9

Rx          **NOT FOR CONTROLLED DRUGS**

To Whom it may concern
Mr Hooper was seen @ Jackson Hosp
for ESRD. Please excuse him
from Work

Reg. No. _____

Refill ___ 0 ___ 1 ___ 2 ___ 3 ___ 4 ___ 5

DISPENSE AS WRITTEN          M.D.          PRODUCT SELECTION PERMITTED          M.D.

**Certificate to return to work or school**

Mr
Mrs
Ms _John Happer_

has been under my care from _22 Feb 95_ to _____

and is able to return to work/school on _____

Remarks _Seen in ER 21 Feb 95_
_& in my office 22 Feb 95_

GEOFFREY W. DAUGHERTY, M.D.

Dr _____
4723 Pine St. Suite 903
Address _____ 36106-103
205/264-9739

Eli Lilly Industries, Inc • Carolina, Puerto Rico 00630
Subsidiary of Eli Lilly and Company • Indianapolis, Indiana 46285
60-CR-0131-3    PRINTED IN USA

Date _22 Feb 95_

ON _____

**X** IF YOU BECOME WORSE OR DO NOT GET BETTER SEE YOUR PRIVATE PHYSICIAN OR GO TO THE ER OF THE DAY

_____ YOU MAY RETURN TO WORK OR SCHOOL TODAY

LIMITATIONS/REMARKS _____

✓ YOU MAY NOT RETURN TO WORK OR SCHOOL TODAY

YOU MAY RETURN ON _Friday 2-24-95_

LIMITATIONS/REMARKS _____

OTHER SPECIFIC INSTRUCTIONS

_____

_____

_____

**IMPORTANT NOTICE:** YOUR X-RAY HAS BEEN READ AND REVIEWED. FINAL REVIEW BY THE RADIOLOGIST IS MADE THE FOLLOWING DAY. IT IS IMPORTANT THAT YOU REQUEST YOUR PHYSICIAN TO CALL THE X-RAY DEPARTMENT TOMORROW AFTER 11:00 A.M. FOR THE FINAL X-RAY INTERPRETATION. 293-8000, EXT. 8182.

I HEREBY ACKNOWLEDGE RECEIPT OF ABOVE PRINTED INSTRUCTIONS:

NAME _____

ADDRESS _____

RELATIONSHIP TO PATIENT _____ DATE _____

SIGNED _____ MD OR NURSE

**PLEASE NOTE:** TREATMENT GIVEN IN THE EMERGENCY SERVICE IS OFFERED AS EMERGENCY FIRST CARE ONLY.

FOLLOW-UP TREATMENT BY A PHYSICIAN MAY BE IMPORTANT FOR YOUR SAFETY. YOU ARE URGED TO FOLLOW CAREFULLY THE INSTRUCTIONS GIVEN ON THIS SHEET.

FORM # 181 (Rev. 1/94)

---

CLINIC, INC.
_____ nue
_____ a 36106

...TION SHEET

_____ DATE OF SERVICE _2-24-95_

FOLLOW THE WRITTEN INSTRUCTION SHEET WHICH HAS BEEN GIVEN TO YOU TO HELP IN TREATMENT OF YOUR ILLNESS OR INJURY:

YOU HAVE BEEN GIVEN:

_____ FEVER SHEET

_____ NAUSEA AND VOMITING SHEET

_____ SUTURED WOUND SHEET

_____ BURN CARE SHEET

_____ URINARY TRACT INFECTION SHEET

_____ HOME CAST CARE SHEET

_____ SPRAIN AND MINOR FRACTURE SHEET

_____ CORNEAL ABRASION SHEET

_____ PELVIC INFECTION SHEET

_____ MALE GONORRHEA SHEET

_____ GENITAL HERPES SHEET    _Chest Pain_

_____ HEAD INJURY SHEET

_____ IMPETIGO SHEET

**GENERAL INSTRUCTIONS**

_____ KEEP DRESSING CLEAN AND DRY

_____ KEEP INJURED PART ELEVATED AS MUCH AS POSSIBLE FOR _____ DAY(S)

_____ NO WEIGHT BEARING

_____ RE-WRAP ACE BANDAGE IF TOO LOOSE OR TOO TIGHT

_____ ICE (INTERMITTENTLY) TO INJURED AREA FOR _____ HOUR(S)

_____ CRUTCHES AS NEEDED (THEY ARE SOLD TO YOU)

✓ TAKE PRESCRIPTION(S) AS DIRECTED

_____ NO DRIVING TODAY

✓ REST AT HOME TODAY

_____ YOU HAVE BEEN STARTED ON TETANUS IMMUNIZATION SERIES TODAY. PLEASE COMPLETE THE SERIES WITH YOUR PRIVATE PHYSICIAN:

1) 1 MONTH FROM TODAY - ½CC TETANUS TOXOID

2) 2 MONTHS FROM TODAY - ½CC TETANUS TOXOID
THIS WILL COMPLETE YOUR TETANUS IMMUNIZATION

_____ SIGNS OF POSSIBLE INFECTION TO LOOK FOR:

• REDNESS        • HEAT

• SWELLING       • RED STREAKS

CONTACT YOUR PHYSICIAN IMMEDIATELY IF THESE OCCUR

**ROBERT R. BRINSON, M.D.**
2055 East South Boulevard, Suite 705 303
Montgomery, Alabama 36116
(205) 284-1298

*Diplomate, American Board of Internal Medicine*
*Diplomate, Subspecialty Board, Gastroenterology*
*Fellow, American College of Nutrition*

Gastroenterology
Clinical Nutrition
Hyperalimentation

September 10, 1990

To whom it may concern:

John Hooper was seen in our office today.  His scheduled
appointment was at 3:45pm.  He was under our care until
4:45pm at which time he left our office.

If you need additional information, please feel free to contact
our office.

With best regards,

Robert R. Brinson, M.D.

```
796608-8   MR234741
HOOPER, JOHN W
DR. BRINSON, ROBERT
9/13/90     M 28
(IMPRINT PATIENT'S ADDRESSOGRAPH)
```

BAPTIST MEDICAL CENTER

DISCHARGE INSTRUCTIONS-ENDOSCOPY PATIENTS

DATE: 9|13|90

RETURN TO DR. _Brinson_   OFFICE ON 9|27|90 AT 1:15pm
                                 DATE:        TIME:

RETURN TO BMC OUTPATIENT SERVICE ON _____ AT _____ FOR _____
                                DATE:    TIME:    PROCEDURE:

THE FOLLOWING CHECKED INSTRUCTIONS ARE SPECIFIC FOR YOUR PROCEDURE:

1. ___ Notify your physician if you have any of the following symptoms:
   A. More than 1 teaspoon of bright red blood in your bowel movement.
   B. Fever over 100°.
   C. Severe abdominal pain.

2. ___ You may experience gas pains and cramps after your examination.  If the discomfort does not go away in 6-12 hours, notify your physician.

3. ___ No alcoholic beverages or tranquilizers for 24 hours.

4. ___ Rest at home today.

5. ___ Have a responsible adult accompany you when out of the bed for the next 4 hours or until you do not experience any dizziness.

6. ___ Do not drive for 24 hours.

7. ___ Resume normal activities tomorrow.

8. ___ Resume usual diet in one hour or when your throat is no longer numb.

9. ___ Follow_____ diet as instructed by the dietitian.

10. ___ No caffiene (coffee, coke, tea).

11. ___ No aspirin or any medication containing aspirin.

12. ___ No nicotine.

13. ___ You may gargle with a saline gargle (1 tsp salt with 2 cups of warm water) or use chloroseptic  lozenges for throat discomfort.

14. ___ You may use a warm, wet compress to your IV site for any redness or discomfort. If redness persists, call your physician.

15. ___ If your physician removed a polyp or tissue (biopsy) for further examination, he will notify you by phone or in writing as soon as he receives the results.  Your physician usually receives this report in 24-48 hours after the tissue is examined by a pathologist.

16. ___ Take the following medications as ordered by your physician._____

_____

_____

17. ___ Other specific instructions:_____

I acknowledge the receipt and understanding of these instructions.  I was informed by

_Brinson_ .      C. Moore        X _____
NAME OF PRACTITIONER        WITNESS           SIGNATURE OF PATIENT OR PATIENT
                                              REPRESENTATIVE

                            9|13|90            9|13|90
FORM 1117               DATE:              DATE:
6/86

Original   Patient   Copy   Medical Record

**GEOFFREY W. DAUGHERTY, M.D.**
INTERNAL MEDICINE
DOCTORS OFFICE BUILDING
303 SOUTH RIPLEY STREET, SUITE 4600
MONTGOMERY, AL 36104
PHONE 205-264-9739

08 June 1990

TO:  Supervisor
     City of Montgomery, Garage Dept.

SUBJECT:  Medical Statement, John W. Hooper

Mr. Hooper is a 28 year old male who has had difficulties with recurrent
subjective fevers, dizziness, abdominal pains, nausea, headaches, joint
pains, and weakness since March.  He has had repeated blood tests, chest
x-ray, endoscopic examinations, CT Scan and consultations with a gastro-
enterologist and ENT doctors.  All of this has shown no definite abnormalities.
It is felt that he has an inner ear dysfunction (acute labyrinthitis).
Although he never has shown evidence of great distress when seen by me,
he reports that his nausea and dizziness prevent him from working frequently.
I have been giving him trials with various medications with variable success,
but he seems to be improving now.  At this time I do not think returning
to full duty would jeopardize his health.

Cordially,

Geoffrey W. Daugherty, M. D.

GWD/ja

## Certificate to return to work or school

Mr
Mrs
Ms     _John Hooper_

has been under my care from _21 Aug 90_ to _____

and is able to return to work/school on _____

Remarks _Seen in office today for_

_medical evaluation_

_E. W. Humphrey_      Phone _264-9739_

                              Date _21 Aug 90_

...stries, Inc • Carolina, Puerto Rico 00630
...ry of Eli Lilly and Company • Indianapolis, Indiana 46285

60-CR-0131-3   PRINTED IN USA   700955-1187100

## Certificate to return to work or school

Mr.
Mrs.
Miss    _John Hooper_

has been under my care from _06 Aug 90_ to _____

and is able to return to work/school on _07 Aug 1990_

Remarks _Has muscular back and_

_abdominal strain from non-work_

_related activities_

Dr. _E.W.Humphrey, MD_       Phone _264-9739_

Address _303 S. Ripley_       Date _06 August 90_

Eli Lilly and Company • Indianapolis, Indiana 46285

60-CR-0131-0   PRINTED IN U.S.A.   200026-1181100   NOVEMBER, 1981

DRS. ROBINSON, STRONG, YATES & WEBB P.C.
JAMES T. MC LAUGHLIN, M.D.
1722 PINE STREET, SUITE 309
MONTGOMERY, AL 36194-2701
(205) 262-0342                    DEA # AM 2728016
                                  LIC. #  11460 (AL)

NAME _John Hooper_      AGE ____

ADDRESS _____      DATE _8/31/90_

Rx

_Mr Hooper was seen in_
_our office 8/14 with abdominal_
_pain and nausea of undetermined_
_etiology. He was seen again_
_today_

Refill ____ times

_James T. McLaughlin_

PRODUCT SELECTION PERMITTED    DISPENSE AS WRITTEN

**Left certificate:**

_[Name]_ Hooper   seen in office   16 July 90

...er my care from

...return to work/school on   16 July 90

seen for medical

problem

_[signature]_   Phone 264-9739

Date 16 July 90

stries, Inc • Carolina, Puerto Rico 00630
of Eli Lilly and Company • Indianapolis, Indiana 46285

60-CR-0131-3   PRINTED IN USA   700955-1187100

**Right certificate:**

Mr.
Mrs.
Ms.   John W. Hooper

has been under my care from _____ to _____

and is able to return to work/school on   27 April 1990

Remarks   Has Vertigo and Nausea from inner ear

dysfunction, and seen in office 25 April 90 to

start new medicine

Dr.   Geoffrey W. Armistead   Phone 264-9739

Address 303 S. Ripley St   Date 25 Apr 90

Eli Lilly Industries, Inc. • Carolina, Puerto Rico 00630
A Subsidiary of Eli Lilly and Company • Indianapolis, Indiana 46285

60-CR-0131-1   PRINTED IN U.S.A.   500330-38575   FEBRUARY, 1985

---

## DRS. ROBINSON, STRONG, YATES & WEBB, P.C.

### ADULT AND ADOLESCENT PRIMARY CARE
### INTERNAL MEDICINE

SUITE 309
1722 PINE STREET

## MONTGOMERY, ALABAMA 36194-2701

TELEPHONE
(205) 262-0342
NIGHTS 293-8000

PHILLIP R. ROBINSON, M.D.
PAUL L. STRONG, M.D.
GLENN A. YATES, M.D.
JAMES T. McLAUGHLIN, M.D.

JEANNINE N. SMITHERMAN
Practice Manager

TO WHOM IT MAY CONCERN:

_John Hooper_   is under my care for illness.

(He)/She may return to (work)/school on   8-15-90   .

(✓) Regular Activity
( ) Activity as patient tolerated
( ) Restricted activity until _____

_[signature]_ for J. T. McLaughlin M.D.
Drs. Robinson, Strong, Yates & McLaughlin

Date   8-14-90

**to return to work or school**

John W. Hooper

r my care from 09 May to 11 May 90

return to work/school on _____

terminal pains dizziness of unknown
up tree not to work three days
saw 04 May 1990    SAW DR MARK
ANDERSON 09 MAY 90
university
Phone 284-9739
S. Ripley St.    Date 11 May 90

Eli Lilly Industries, Inc. • Carolina, Puerto Rico 00630
A Subsidiary of Eli Lilly and Company • Indianapolis, Indiana 46285

60-CR-0131-1   PRINTED IN U.S.A.   500330-38575   FEBRUARY, 1985

---

**Certificate to return to work or school** *(inverted form at top right)*

Mr.
Mrs.
Ms. John Hooper

has been under my care from 11.5.92 to 11.5.92

and is able to return to work/school on 11.10.92

Remarks

GEOFFREY W. DAUGHERTY, M.D.
1722 Pine St. Suite 903
Montgomery, AL 36106-4103
Phone _____   Date _____
Address

Eli Lilly Industries, Inc. A Subsidiary of Eli Lilly and Company Indianapolis, Puerto Rico 00630

---

**to return to work or school**

John W. Hooper

r my care from _____ to _____

return to work/school on _____

pt Saw him the office

Anderson    Phone 288-2900
SS E. St Blvd    Date 5-9-90
Montg.

Eli Lilly Industries, Inc. • Carolina, Puerto Rico 00630
Eli Lilly and Company • Indianapolis, Indiana 46285

60-CR-0131-3   PRINTED IN USA   700955-1187100

---

**Certificate to return to work or school**

Mr.
Mrs.
Ms. John W. Hooper

has been under my care from 03 May 1990 to 04 May 1990

and is able to return to work/school on 05 May 90

Remarks His muscles abdominal pain

Dr. M. Daugherty MD    Phone 264 9739
Address _____    Date 04 May 90

Eli Lilly Industries, Inc. • Carolina, Puerto Rico 00630
A Subsidiary of Eli Lilly and Company • Indianapolis, Indiana 46285

60-CR-0131-1   PRINTED IN U.S.A.   500330-38575   FEBRUARY, 1985

---

**STABLER CLINIC, P.A.**

May 1, 1990

John Hooper _____ has been under my care and will be able
to return to work on May 3, 1990

Dr. Aubrey Stabler _____ M.D.

Excuse April 30, 1990

**EXCESSED ABSENCE** (EXCUSED ABSENCE)

municate to return to work or school

s __John W. Hooper__

been under my care from __28 Jan 90__ to __09 Jan 90__

is able to return to work/school on __10 Jan 90__

arks __Severe Influenza__

_[signature]_ Phone __264-9739__

ess __303 S. Ripley St Suite 4600__ Date __08 Jan 90__

DISTA PRODUCTS COMPANY, DIVISION OF
ELI LILLY AND COMPANY • INDIANAPOLIS, INDIANA 46285

60-WJ-0495 PRINTED IN U.S.A. 600774-780100 JUNE, 1980

---

__John Hooper__

has been under my care for the period

from: __12-15-86__

to: __12-17-86__
(no work due to illness)

I confirm that this patient's absence was physician advised.

_[signature]_

Signature

Special Instructions:

---

rtificate to return to work or school

__John W. Hooper__

been under my care from __28 Mar 90__ to

s able to return to work/school on __30 Mar 90 (I hope)__

arks __Has severe febrile illness with vomiting, etc__

_[signature]_ Phone __284-9739__

ess __303 S. Ripley St__ Date __28 Mar 90__

y Industries, Inc • Carolina, Puerto Rico 00630
idiary of Eli Lilly and Company • Indianapolis, Indiana 46285

60-CR-0131-3 PRINTED IN USA 700955-1187100

---

rtificate to return to work or school

s __John Hooper__

as been under my care from __4/17/90__ to __4/18/90__

nd is able to return to work/school on __4/18/90__

emarks __was in our office all day__

_[signature]_ Phone __281-6327__
Date __4/17/90__

B

Carolina, Puerto Rico 00630
s Company • Indianapolis, Indiana 46285

60-CR-0131-3 PRINTED IN USA 700955-1187100

---

# Medically Excused Absence

is is to confirm that

__John W. Hooper__

s been under my care

__(Left) unilateral weakness / dizziness__
__nauseated from medication__

n __4-17-90__ to __4-23-90__

turn to work on __4-24-90__

e patient's absence was medically advised

_[signature]_

Otolaryngology Associates P.C.
Drs. Holding, Love, & Sawyer
2173 Normandie Drive

PER.FORM 30a
10/22/02

# EMPLOYEE COMMENDATION RECORD

EMPLOYEE: *Hooper, John*       POSITION: *Auto Mechanic – Small Gas Engine*

SUPERVISOR: *Albright, Royce*       DEPT: *Fleet Management*

DATE OF COMMENDATION: *9/11/03*

REASON FOR COMMENDATION: (Description of performance or conduct - give specific facts, background information, dates and times)

*John is a highly talented small equipment repairman. His efforts keep City equipment, from weedeaters to farm tractors, working properly. He is equally qualified on both gasoline and diesel powered equipment. His efforts on both police department and emergency management projects produced great results that were both on time and at the least possible cost.*

*Royce W. Albright*
_____
Supervisor

*9/11/200 3*
_____
Date

My signature indicates that the above matters were discussed with me on

and that I received a copy of this form.

*9/11/2003*
_____
(Month   Day   Year)

_____
Employee Signature

ATTACH ADDITIONAL SHEETS AS REQUIRED

```
PREPARED:  9/15/03          CITY OF MONTGOMERY MERIT INCREASE
PROGRAM: PASAEL
              FROM: 09/12/03      TO: 09/25/03          PAYABLE DATE: 10/03/03

DEPARTMENT:  44 CO  GARAGE
```

| LAST NAME<br>FIRST<br>MI | SSN<br>POSITION<br>PAY PPEO<br>GRADE<br>SCH HOURS | PAY<br>GRD<br>STP | CURRENT<br>HRLY-RT<br>PAY PERIOD<br>ANNUAL | MERIT<br>DATE | | PAY<br>GRD<br>STP | NEW<br>HRLY-RT<br>PAY PERIOD<br>ANNUAL | MERIT<br>DATE |
|---|---|---|---|---|---|---|---|---|
| HOOPER<br>JOHN<br>W | 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<br>5243<br>BX<br>S09<br>80 | 10 | 16.6495<br>1,331.96<br>34,630.96 | 9/25/03 | 11 | 17.0957<br>1,367.66<br>35,559.06 | 9/25/04 |

✓ THIS EMPLOYEE IS RECOMMENDED FOR A MERIT INCREASE.

__ MERIT INCREASE NOT RECOMMENDED AT THIS TIME.

COMMENTS: John Hooper is a highly qualified small engine/equipment technician. His efforts keep the City's small equipment in tip-top mechanical condition. He has earned this increase.

DATE: 15 Sept 2003   APPROVED:   DEPARTMENT HEAD _____

Sept 15-3                        APPOINTING AUTHORITY _____

9/17/03                          PERSONNEL OFFICER _____

                    PAGE   10

FORM 50

# REQUEST FOR FAMILY AND MEDICAL LEAVE OF ABSENCE

Employees who have worked for at least 1,250 hours during the 12-month period immediately prior to the request for leave are eligible for leave.

Name: _John Hooper_          Employee Number: _7392_

Department: _Garage Dept._       Hire Date: _Sept 25 1984_

### TYPE OF LEAVE REQUESTED

(check one box)

[✓] Employee Medical Leave of Absence
[ ] Extension of Employee Medical Leave of Absence
  Dates of prior approved Medical Leave are:

  _____to_____

[ ] Family Medical Leave of Absence
[ ] Extension of Family Medical Leave of Absence
  Dates of prior approved Family Medical Leave are:

  _____to_____

[ ] Leave to care for newborn or adopted child placed
  (via state procedures) for foster care

The Leave (or extension) requested will begin on __1/9/04__ and end on __4/2/04__ If the request is for multiple days off for recurring medical treatments of a child, parent, or spouse, or for your own medical treatments, specify dates requested:

_____.

## REASON FOR LEAVE

I request a family leave of absence for the following reason:

(Check one box)

[X] My personal serious health conditions
[ ] Birth of my child
[ ] Adoption of a child by me
[ ] Placement (by the state) of a child with me for foster care
[ ] Serious health condition of my child
[ ] Serious health condition of my parent
[ ] Serious health condition of my spouse

_John Hooper_
EMPLOYEE SIGNATURE

FORM 51 PER

Leave Certification Requirements

(Check as appropriate)

SECTION I
To request leave for the care of a child, parent, or spouse
with a serious health condition.

I have attached a certification from the health care
provider who is treating my child, parent, or spouse.
The certification includes the following:

1.   The date on which the condition commenced

2.   The probable duration of the condition

3.   The appropriate medical facts within the knowledge
     of the health care provider regarding the condition

4.   An estimate of the time needed to care for the
     individual involved (including any recurring
     medical treatment)

5.   A statement that the condition warrants my
     participation to provide care.

SECTION II
To request leave for the care of any employee's personal
serious health condition. The certification includes the
following:

I have attached certification from the health care
provider who is treating my own serious health condition
The certification includes the following:

1.   The date on which my condition commenced

2.   The probable duration of my condition

3.   The appropriate medical facts within the knowledge
     of the heath care provider regarding my condition.

4.   A statement that am I unable to perform the
     functions of my position due to my condition

SECTION III
Additional certification requirements for intermittent leave
or for leave on a reduced leave schedule

In addition to the foregoing certifications from the
health care provider involved, I have attached
additional information from the health care provider as
stipulated below:

FORM 51 PER

_____A. Leave for the employee

       1.  A statement of medical necessity for my
           intermittent leave or reduced leave schedule and
           the expected duration of my schedule.

       2.  A listing of the dates of my planned medical
           treatment and the duration of the treatment(s).

_____B.  Leave to care for a son, daughter, spouse or parent who is
       seriously ill.

       1.  A statement attesting to the necessity for
           intermittent leave or reduced leave for me to
           provide care or to assist in their recovery.

       2.  An estimate of the expected duration and schedule
           of my intermittent reduced leave.

     I certify by my signature that I have read and understand the
organization's certification policy.

Date: _____1/9/04_____    Name(Print) _JOHN W. HOOPER_

Employee Number: _397_____    Name (Sign) _John Hooper_

FORM 55 PER
(WH-381)

## EMPLOYER RESPONSE TO EMPLOYEE
### REQUEST FOR FAMILY OR MEDICAL LEAVE
(Family and Medical Leave Act of 1993)

(DATE) 5/16/96

TO:        John W. Hooper
_____
                    *(Employee's Name)*

FROM:    City Shops Department, Terry H. Gaddis, Director
_____
           *(Name of appropriate employer representative)*

SUBJECT:    Request for Family/Medical Leave

On ___5/16/96___, you notified us of your need to take family/medical leave due to:
            *(date)*

[ ] the birth of a child, or the placement of a child with you for adoption or foster care; or

[X] a serious health condition that makes you unable to perform the essential functions of your job; or

[ ] a serious health condition affecting your [ ] spouse, [ ] child, [ ] parent, for which you are needed to provide care.

You notified us that you need this leave beginning on ___5/16/96___ and that you expect leave to
continue until on or about ___unKnown date___.
                                    *(date)*            *(date)*

Except as explained below, you have a right under the FMLA for up to 12 weeks of unpaid leave in a 12-month period for the reasons listed above. Also, your health benefits must be maintained during any period of unpaid leave under the same conditions as if you continued to work, and you must be rein-stated to the same or an equivalent job with the same pay, benefits, and terms and conditions of employ-ment on your return from leave. If you do not return to work following FMLA leave for a reason other than: (1) the continuation, recurrence, or onset of a serious health condition which would entitle you to FMLA leave; or (2) other circumstances beyond your control, you may be required to reimburse us for our share of health insurance premiums paid on your behalf during your FMLA leave.

This is to inform you that:    (check appropriate boxes; explain where indicated)

1.      You are [X] eligible    [ ] not eligible for leave under the FMLA.

2.      The requested leave [X] will    [ ] will not be counted against your annual FMLA leave entitlement.

3.      You [X] will    [ ] will not be required to furnish medical certification of a serious health condition.
        If required, you must furnish certification by_____(insert date) (must be at least 15 days
        after you are notified of this requirement) or we may delay the commencement of your leave until the
        certification is submitted. As required by City Shops Department

4.   You may elect to substitute accrued paid leave for unpaid FMLA leave. We [X] will    [ ] will not require that you substitute accrued paid leave for unpaid FMLA leave. If paid leave will be used, the following conditions will apply: (Explain)_____

_____exhaust   accrued   leave   before   LWOP_____

5(a).   If you normally pay a portion of the premiums for your health insurance, these payments will continue during the period of FMLA leave. Arrangements for payment have been discussed with you and it is agreed that you will make premium payments as follows: (Set forth dates, e.g., the 10th of each month, or pay periods, etc. that specifically cover the agreement with the employee.)

_Contact  Risk  Mgt.  Dept.  for arrangements  if  your  check_
_does  not  cover  the  employee  portion  of  your  premium_

(b).   You have a minimum 30-day (or, indicate longer period, if applicable) grace period in which to make premium payments. If payment is not made timely, your group health insurance may be cancelled, pro-vided we notify you in writing at least 15 days before the date that your health coverage will lapse, or, at our option, we may pay your share of the premiums during FMLA leave, and recover these payments from you upon your return to work. We [ ] will    [ ] will not pay your share of health insurance premiums while you are on leave.   See 5(a)

(c).   We [X] will    [ ] will not do the same with other benefits (e.g., life insurance, disability insurance, etc.) while you are on FMLA leave. If we do pay your premiums for other benefits, when you return from leave you [ ] will    [ ] will not be expected to reimburse us for the payments made on your behalf.

6.   You [X] will    [ ] will not be required to present a fitness-for-duty certificate prior to being restored to employment. If such certification is required but not received, your return to work may be delayed until certification is provided.

7(a).   You [ ] are    [ ] are not a "key employee" as described in §825.218 of the FMLA regulations. If you are a "key employee," restoration to employment may be denied following FMLA leave on the grounds that such restoration will cause substantial and grievous economic injury to us. n/a

(b).   We [ ] have    [ ] have not determined that restoring you to employment at the conclusion of FMLA leave will cause substantial and grievous economic harm to us. (Explain (a) and/or (b) below. See §825.219 of the FMLA regulations.)_____
_____n/a_____

8.   While on leave, you [X] will    [ ] will not be required to furnish us with periodic reports every _____ (indicate interval of periodic reports, as appropriate for the particular leave situation) of your status and intent to return to work (see §825.309 of the FMLA regulations). If the circumstances of your leave change and you are able to return to work earlier than the date indicated on the reverse side of this form, you [ ] will    [ ] will not be required to notify us at least two work days prior to the date you intend to report for work.

9.   You [X] will    [ ] will not be required to furnish recertification relating to a serious health condition. (Explain below, if necessary), including the interval between certifications as prescribed in §825.308 of the FMLA regulations.)_____

# MEMORANDUM

TO:        Mr. John Hooper

FROM:      Mr. Terry H. Gaddis, Director
           City Shops Department

DATE:      15 May 2002

SUBJECT:   Assigned Vehicle/Unit(s)

This letter is in compliance with Operating Instruction No. 21 – Care and Maintenance of Department vehicles.

The following Compressor(s), 4800-258, are being assigned to you as primary provider for care and maintenance, effective 15 May 2002. The unit(s) assigned to you will be inspected once a week to determine compliance with the Operating Instructions. Items such as gear shift knobs, turn signal, knobs, tire pressure, wiper blades, upholstery, exterior and interior cleanliness, lights, etc., will be of particular importance, as are the other requirements in the Operating Instruction.

Should, during the course of a follow-up inspection by the Director, Assistant Director or Foreman, it is found that items are missing, broken, not functioning, or in a state of neglect, you will be held peculiarly liable for the cost to repair or replace the items. Therefore, it is in your best interest to carefully inspect the vehicle/unit assigned to you and have any discrepancy repaired.

Additionally, a checklist is available in the Vehicle Administration Office, which will be used during your inspection. This checklist will be turned-in to your Foreman upon completion of your inspection/work. After the Foreman's review, he will forward the checklist to the Assistant Director for his review prior to filing by the clerk. If discrepancies are found during your inspection, the Foreman will forward a copy of the checklist to the Production Controller so a repair order can be initiated to make repairs. The day of the week you make your inspection is an individual choice; however, if you are not the primary operator of the vehicle, coordinate the time and availability with the primary operator. A vacuum cleaner is available outside the paint booth for keeping the interior of the vehicle clean – use it.

The Foreman of your Division will randomly inspect this vehicle to ensure compliance. Our vehicles are very expensive and essential for accomplishing the mission of our Department, so take the pride and responsibility in maintaining your assigned vehicle to the highest standards.

cc:    Mr. Royce Albright, Foreman
       Auto Light Equipment Division

M E M O R A N D U M

TO:      Mr. John W. Hooper #397

FROM:    Mr. Terry H. Gaddis, Director
         City Shops Department

DATE:    22 December 1998

SUBJECT: Assigned Vehicle/Unit(s)

This letter is in compliance with Operating Instruction No.
21--Care and Maintenance of Department vehicles.

The following Vehicle(s), 4800-019, is being assigned to you as
primary provider for care and maintenance, effective 22 December
1998.  The unit(s) assigned to you will be inspected once a week
to determine compliance with the Operating Instructions.  Items
such as gear shift knobs, turn signal knobs, tire pressure,
wiper blades, upholstery, exterior and interior cleanliness,
lights, etc., will be of particular importance, as are the other
requirements in the Operating Instruction.

Should, during the course of a follow-up inspection by the Direc-
tor or Assistant Director, it is found that items are missing,
broken, not functioning, or in a state of neglect, you will be
held peculiarly liable for the cost to repair or replace the
items.  Therefore, it is in your best interest to carefully
inspect the vehicle/unit assigned to you and have any discrepancy
repaired.

Additionally, a checklist is available in the Administration
Office, which will be used during your inspection.  This check-
list will be turned-in either to the Director or Assistant
Director upon completion of your inspection/work.  Day of the
week is an individual choice; however, if you are not the primary
operator of the vehicle, coordinate the time and availability
with the primary operator.  A vacuum cleaner is available outside
the paint booth for keeping the interior of the vehicle clean
--use it.

The Foreman of your Division will also inspect this vehicle to
ensure compliance.  Our vehicles are very expensive and essential
for accomplishing the mission of our Department, so take the
pride and responsibility in maintaining your assigned vehicle to
the highest standards, and let's set a goal to ensure our City
Shops vehicles "OUTSHINE" all other Departments!

cc:  Mr. Thessalonia Kendrick, Foreman
     Auto Cycle Division

M E M O R A N D U M

TO:      Mr. John W. Hooper      #397

FROM:    Mr. Terry H. Gaddis, Director
         City Shops Department

DATE:    21 March 1994

SUBJECT: Assigned Vehicle/Unit(s)


This letter is in compliance with Operating Instruction No. 21--
Care and Maintenance of Department vehicles.

The following Vehicle, 4800-019 is being assigned to you effec-
tive 21 March 1994, for care and maintenance. The unit(s)
assigned to you will be inspected once a week to determine
compliance with the Operating Instructions. Items such as gear
shift knobs, turn signal knobs, tire pressure, wiper blades,
upholstery, exterior and interior cleanliness, lights, etc., will
be of particular importance, as are the other requirements in the
Operating Instruction.

Should during the course of a follow-up inspection by the Direc-
tor or Assistant Director, it is found that items are missing,
broken, not functioning, or in a state of neglect, you will be
held peculiarly liable for the cost to repair or replace the
items. Therefore, it is in your best interest to carefully
inspect the vehicle/unit assigned to you and have any discrepancy
repaired.

Additionally, a checklist is available in the Administration
Office, which will be used during your inspection. This check-
list will be turned-in either to the Director or Assistant
Director upon completion of your inspection/work. Day of the
week is an individual choice; however, if you are not the primary
operator of the vehicle, coordinate the time and availability
with the primary operator. A vacuum cleaner is available outside
the paint booth for keeping the interior of the vehicle clean --
use it.

The Foreman of your Division will also inspect this vehicle to
ensure compliance. Our vehicles are very expensive and essential
for accomplishing the mission of our Department, so take the
pride and responsibility in maintaining your assigned vehicle to
the highest standards, and let's set a goal to ensure our City
Shops vehicles "OUTSHINE" all other Departments!


cc:  Mr. Robert F. Wade, Foreman
     Auto/Light Truck Division


/mbl

M E M O R A N D U M

TO:            Mr. John W. Hooper        #397

FROM:          Mr. Donald R. Hayes, Director
               Garage Department

DATE:          25 January 1989

SUBJECT:       Assigned Vehicle/Unit(s)


    This letter is in compliance with Operating Instruction No. 21 -
Care and Maintenance of Garage Department vehicles.

    The following vehicle/units 4800-019 is being assigned to
you effective 25 January 1989 for care and maintenance.  The unit
assigned to you will be inspected once a week to determine compliance
with the Operating Instructions.  Items such as gear shift knobs, turn
signal knobs, wiper blades, upholstery, interior cleanliness, etc.,
will be of particular importance, as are the other requirements in the
Operating Instruction.

    Should during the course of an inspection by the Director or
Assistant Director, it is found that items are missing, broken, not
functioning, or in a state of neglect, you will be held pecuniarily
liable for the cost to repair or replace the items.  Therefore, it
behooves you to inspect the vehicle/unit assigned to you and have any
discrepancy repaired.

    In addition, a checklist is available in the Administration Office
which shall be complied with at least weekly.  This checklist will be
turned-in either to the Director or Assistant Director on a weekly
basis.  Day of the week is an individual choice.  A vacuum cleaner is
available in the Tool Room for keeping the interior of the vehicle
clean.  You are strongly encouraged to use it.

    The Foreman of your Division is also herewith instructed to inspect
this vehicle/unit to ensure compliance.  Should repeat discrepancies
occur, necessary administrative action shall be taken.

cc:  Mr. Robert F. Wade, Foreman

*Personnel Folder*

M E M O R A N D U M

TO:            Mr. John W. Hooper          #397

FROM:          Mr. Donald R. Hayes, Director  *D. Hayes*
               Garage Department

DATE:          02 May 1988

SUBJECT:       Assigned Vehicle/Unit(s)


This letter is in compliance with Operating Instruction No. 21 - Care and Maintenance of Garage Department vehicles.

The following vehicle/units 4800-019/025 is being assigned to you effective 02 May 1988 for care and maintenance.  The unit assigned to you will be inspected once a week to determine compliance with the Operating Instructions.  Items such as gear shift knobs, turn signal knobs, wiper blades, upholstery, interior cleanliness, etc., will be of particular importance, as are the other requirements in the Operating Instruction.

Should during the course of an inspection by the Director or Assistant Director, it is found that items are missing, broken, not functioning, or in a state of neglect, you will be held pecuniarily liable for the cost to repair or replace the items.  Therefore, it behooves you to inspect the vehicle/unit assigned to you and have any discrepancy repaired.

In addition, a checklist is available in the Administration Office which shall be complied with at least weekly.  This checklist will be turned-in either to the Director or Assistant Director on a weekly basis.  Day of the week is an individual choice.  A vacuum cleaner is available in the Tool Room for keeping the interior of the vehicle clean.  You are strongly encouraged to use it.

The Foreman of your Division is also herewith instructed to inspect this vehicle/unit to ensure compliance.  Should repeat discrepancies occur, necessary administrative action shall be taken.

cc:  Mr. Robert F. Wade, Foreman

Alabama Temporary     -- Driver License
3964706

JOHN WEST HOOPER
3555 US HWY 31
LETOHATCHEE AL 36047



Class        Endorse.      Restr.
 DM                         A

D.O.B.                   S.S.N.
09-18-1961               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
Sex    Ht.        Wt.    Eyes    Hair
 M     5'11      172     GRN     BRO

Iss. Date                Exp. Date
05-06-2002               05-01-2006

Class            Fold Here
 Operator  Motorcycle

Restrictions
 Corrective Lenses

Endorsements

This temporary license is valid until  07/05/2002  . Your new license
will be mailed to you. If you do not receive your license within
60 days write: Information Services, PO Box 1471, Montgomery, AL
36102-1471 or telephone 334-242-4400.
                                          043A004

This is to acknowledge that I attended the City of Montgomery's **Harassment in the Workplace** Training class at the Montgomery Civic Center and that I received a copy of Montgomery's Harassment Policy, which I have read and understand.

_____          2-25-02
Signature                                                     Date

# MEMORANDUM

**TO:**      Priscilla Williams
            Insurance Clerk

**FROM:**    Darlene Parker
            City Shops Department

**DATE:**    9 November 2000

**RE:**      Employees' Change of Address for
            Blue Cross/Blue Shield Insurance Records

The following employees had a change of address and their Blue Cross/Blue Shield information needs to be updated to reflect this change so their insurance claims report will go to their correct address.  Thank you for your assistance, and if you need additional information, call me at 2509.

| Name | Social Security # | New Address |
|------|-------------------|-------------|
| James K. Barnes | 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 | 725 Persons Drive<br>Santuck, AL 36092 |
| John Hooper | 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 | 3555 U. S. Highway 31<br>Letohatchee, AL 36047 |

./dp

# MEMO

To:        All City Employees

From:      F. Tim McCollum *FMc*
           City Attorney

Subject:   Ethics Code Violations

Date:      June 10, 1998

    <u>To reiterate</u> - The City of Montgomery's policy towards employee Ethics Code violations is as follows:

    "No public official or public employee shall use or cause to be used equipment, facilities, time, materials, human labor, or other public property under his or her discretion or control for the private benefit or business benefit of the public official, public employee, any other person . . . ."§36-25-5(c) <u>Code of Alabama</u>, 1975.

    Every employee of the City of Montgomery is a "public employee". Every employee is entrusted by the taxpayers of this city with the responsibility of carrying on business beneficial to the taxpayer. If an employee uses city/taxpayer time, equipment, facilities, materials, his or her work time, someone else's work time, or other public property for personal gain, that employee is guilty of violating the above quoted section. Summed up, the employee cannot use any City equipment to make money or gain a personal benefit. Any employee who engages in the activities described above will be subject to severe disciplinary action in addition to any prosecution by the Alabama Ethics Commission.

FTMcC/mwf

    . On this the _11_ day of _June_, 1998, I have read the above memorandum and I understand the same.

 

                                      _____
                                    Employee's Signature

                                    _____ Department

### CITY AND COUNTY OF MONTGOMERY
### PERSONNEL DEPARTMENT
P.O. BOX 1111
MONTGOMERY, ALABAMA 36101-1111

PERSONNEL BOARD
MR. JOHN J. HOGG, JR., CHAIRMAN
MR. C. LAMAR CHAMPION
MR. EDWARD F. CROWELL

BARBARA M. MONTOYA
PERSONNEL DIRECTOR
KAREN B. CASON
ASSISTANT PERSONNEL DIRECTOR
TELEPHONE: 205-241-2875
FAX: 205-241-2219

November 9, 1993

Mayor Emory Folmar
City Hall
103 N. Perry Street
Montgomery, Alabama

Dear Mayor Folmar:

The Personnel Board asked me to advise you that they approved your request to adjust the salary range for Auto Mechanic-Small Gas Engine (5243) from $21,670/$27,630 to $21,670/$28,625.

If I can be of further assistance, please let me know.

Yours truly,

Barbara M. Montoya
Personnel Director

cc:  Mr. Jim Buckalew
     Mr. Don Hayes

An Equal Opportunity Employer

FORM 10

CITY AND COUNTY OF MONTGOMERY
PERSONNEL DEPARTMENT
RECOMMENDATION FOR PERSONNEL ACTION

Submit in Triplicate

Department/Division ___City Shops/4800___ Date _11 Nov 93_

Name of Employee ___John W. Hooper___ Effective Date _19 Nov 93_

Classification ___Auto Mechanic-Small Gas Engine___ Job Code ___5243___

Item 2 requires the signature of both department heads.

Items 2, 3, 4, 5, 6, 15 require approval of Personnel Director before action is official. Items 3, 4, 5, 7 must have copy of letter to employee attached. Item 8 should have copy of letter of resignation.

| | | |
|---|---|---|
| 1. Transfer within department. . . . . . . . . . . . ( ) | 9. Retirement . . . . . . . . . . . . . . . . . . . . . . . . ( ) | |
| 2. Transfer to another department . . . . . . . . ( ) | 10. Separation by death . . . . . . . . . . . . . . . . ( ) | |
| 3. Demotion . . . . . . . . . . . . . . . . . . . . . . . . ( ) | 11. Expiration of Temp. Apt. . . . . . . . . . . . . . ( ) | |
| 4. Layoff. . . . . . . . . . . . . . . . . . . . . . . . . . . ( ) | 12. Return LWOP . . . . . . . . . . . . . . . . . . . . . ( ) | |
| 5. Dismissal . . . . . . . . . . . . . . . . . . . . . . . . ( ) | 13. Return from Military Lv . . . . . . . . . . . . . . ( ) | |
| 6. Leave without Pay. . . . . . . . . . . . . . . . . . ( ) | 14. Change in Name . . . . . . . . . . . . . . . . . . . ( ) | |
| 7. Suspension . . . . . . . . . . . . . . . . . . . . . . . ( ) | 15. Change in Salary . . . . . . . . . . . . . . . . . . (XX) | |
| 8. Resignation. . . . . . . . . . . . . . . . . . . . . . . ( ) | 16. | |

| ITEMS AFFECTED BY ACTION | FROM | TO |
|---|---|---|
| Department (Items 1 & 2) | | |
| Classification & Salary (Items 1, 2, 3) | | |
| Dates (Items 6 & 7) | | |
| Name (Item 14) | | |
| Amount (Item 15) | $27,630 $1,062.70 (13.2837) | $28,625 $1,100.98 (13.7622) |
| Other (Item 16) | | |

If Action is Resignation or Layoff, is Reemployment Recommended?  Yes ( )  No ( )

Funds are available ___Hugh Samuel Wisdom___  Date _NOV 12 1993_
                        Disbursing Officer

Explanation and remarks (Give reason for any action which is not self-explanatory)

(Signed) 1. ___Emory Folmar___  Date _NOV 15 1993_
            Appointing Authority

2. ___Donald R. Hayes___  Date _11 Nov 93_

3. _____  Date _____

4. ___Barbara M. Montoya___  Date _NOV 17 1993_
   Personnel Director

CITY AND COUNTY OF MONTGOMERY

FORM 100
Revised 3/1/84                    PERSONNEL DEPARTMENT                SUBMIT IN TRIPLICATE
                                                                     WITH FORM 10

SECTION A

(ITEM 16) If action is re-employment, downgrade (B/W to Wkly), upgrade (Wkly to B/W), or
          temporary to permanent status, complete Section B instead of Section A.

DEPT/DIV NO. City Shops/4800  EMPLOYEE'S NAME   John W. Hooper

EFFECTIVE DATE Nov / 19 / 93 (MO/DA/YR)  SOCIAL SECURITY NO.   421 / 90 /0925

CURRENT CLASSIFICATION & SALARY (ITEMS 1, 2, &3) JOB CODE 5243    PAY RANGE 310    STEP 7

(ITEM 15) NEW HOURLY RATE $ 13 .7622 REVIEW DATE FOR NEXT PAY INCREASE ___ / ___ / ___
                                                                        MO    DA    YR

(ITEM 3, 16 on FORM 10, PROMOTION on FORM 5)

NEW JOB CODE_____ NEW PAY RANGE_____ NEW STEP_____ REVIEW DATE FOR NEXT PAY INCREASE
                                                            ___ / ___ / ___ MO/DA/YR

IF ACTION IS INVOLVING A PAY OUT ON PAYROLL:
Was employee advanced work time on 4/15/83 B/W or 4/8/83 Wkly Payroll? YES ( ) NO ( )
If YES:  How many hours were advanced:- ____ . ____ Hrs
                        After time used on final time sheet, pay remaining leave balance
                        as follows:  ANNUAL LEAVE HOURS: _____ . _____
                                     SICK LEAVE HOURS: _____ . _____ (½ ACCRUED)
                                     COMPENSATORY HOURS: _____ . _____
                                     TOTAL LEAVE HOURS: _____ . _____
LAST DAY IN PAY STATUS ____ / ____ / ____    (MO/DA/YR)

SECTION B                              SUBMIT IN TRIPLICATE WITH FORMS 3, 5, 8, 9, & 40

DEPT/DIV NO._____ VERIFIED SOCIAL SECURITY NO._____ / _____ / _____
The following person has been appointed: TEMPORARY ( ) PERMANENT ( )
NAME:_____ EFFECTIVE DATE: _____ / _____ / _____
      First      M.I.      Last                          MO      DA      YR
STREET ADDRESS: _____
CITY _____ STATE _____ ZIP CODE _____
RACE_____ SEX_____ MARITAL STATUS_____ NO. DEPENDENTS_____ BIRTHDATE _____ / _____ / _____
                                                                          MO    DA    YR
Hourly Rate $_____ . _____ Job Code_____ Pay Range_____ Step_____ Review Date for next
                                    Pay Increase _____ / _____ / _____ (MO/DA/YR)
PAID: Wkly ( ) B/W ( ) Will Accrue Leave: Yes ( ) No ( ) Will pay Retirement: Yes( ) No( )
Scheduled Hours per Pay Period: _____ . _____ Non-scheduled, pay hours worked only:
                                                                        Yes( ) No( )

Was Employee previously employed by the City of Montgomery: Yes ( ) No ( )

If Yes:_____ / _____ Was paid: Wkly ( ) B/W ( )
        Department                  Date Terminated

REMARKS:

# PERSONNEL DEPARTMENT
## RECOMMENDATION FOR PERSONNEL ACTION

| | | | |
|---|---|---|---|
| Department/Division | CITY SHOP | Date | 10/5/2002 |
| Name of Employee | JOHN W HOOPER | Effective Date | 10/11/2002 |
| Social Security # | 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 | Classification | AUTO MECHANIC - SMALL GAS ENG | Job Code | 5243 |

Item 2 requires the signature of both department heads.

Items 2, 3, 4, 5, 6, 15 require approval of Personnel Director before action is official.  Items 3, 4, 5, 7 must have copy of letter to employee attached.  Item 8 should have copy of letter of resignation.

| | |
|---|---|
| 1. Transfer within department ...................... ( ) | 9. Retirement ............................................................ ( ) |
| 2. Transfer to another department .............. ( ) | 10. Separation by death ........................................... ( ) |
| 3. Demotion ..................................................( ) | 11. Expiration by Temporary Appointment................... ( ) |
| 4. Layoff ......................................................( ) | 12. Return Leave Without Pay.................................... ( ) |
| 5. Dismissal ................................................( ) | 13. Return from Military Leave.................................... ( ) |
| 6. Leave without pay ................................. ( ) | 14. Change of Name ................................................. ( ) |
| 7. Suspension ...........................................( ) | 15. Change in Salary ............................................... ( x ) |
| 8. Resignation ...........................................( ) | 16. Change in Title ................................................... ( ) |

## ITEMS AFFECTED BY ACTION

| | FROM | TO |
|---|---|---|
| **Department** (Items 1 & 2) | | |
| **Classification & Salary** (Items 1, 2, 3) | | |
| **Dates** (Items 6 & 7) | | |
| **Name** (Item 14) | | |

| | | FROM | | | TO | | |
|---|---|---|---|---|---|---|---|
| **Amount** (Item 15) | Pos/Grade/Step | 5243 | 310 | 8 | 5243 | S09 | 10 |
| | Hrly/BW | 16.142 0 | 1,291.36 | | 16.6495 | 1,331.96 | |
| | Annual | 33,575.36 | | | 34,631.00 | | |

**Other** (Item 16)

Funds are available   *E. Lloyd Faucett*    Date OCT - 9 2002

Disbursing Officer

## Explanation and remarks (Give reason for any action which is not self-explanatory)

Employee warrants 1 step merit increase per rule 4 of new Pay Plan.

*reinstate Merit date to 9-25-84 JH*

| | | |
|---|---|---|
| (Signed) 1. | *(signature)* | Date OCT - 9 2002 |
| | Appointing Authority | |
| 2. | *Jerry W. Sadler* | Date Oct 5 2002 |
| 3. | | Date |
| 4. | *Barbara M. Montoya* | Date OCT 16 2002 |
| | Personnel Director | |

PER 300-419
revised 5/20/02

## C I T Y   O F   M O N T G O M E R Y

### GARAGE DEPARTMENT

Payroll Deduction Authorization

### TOOL CONTRACT
V-016

I, ___John W. Hooper_____,
(Name - please type)

S. S. #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_____, do hereby

authorize my employer to deduct $ __20__,__00__
(minimum - $20.00)

from my pay until a total of $ __2,614__,__90__

is attained. Beginning this date: ___May 16___ 19 85.


SIGNED : ___John Hooper_____

## C I T Y   O F   M O N T G O M E R Y

### GARAGE DEPARTMENT
Payroll Deduction Authorization
### TOOL CONTRACT
V-016

I, ___John W. Hooper_____,
(Name - please type)

S. S. # ___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_____, do hereby

authorize my employer to deduct $ ___20.00____
(minimum - $20.00)
from my pay until a total of $ ___2,773.40___

is attained.  Beginning this date: February 7  1985.


SIGNED : ___John Hooper_____

FORM 100                **CITY PAYROLL DEPARTMENT**                SUBMIT IN TRIPLICATE

**Section A**    To be completed for items 1, 2, 3, 15 & 16 on Form 10 and Promotion on Form 5

Dept./Div. Number  4800/711        Employee's Name                JOHN  W  HOOPER
                                                 FIRST        M.I.                      LAST

Effective Date        10/11/2002        Social Security Number:        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
                     MO.    DA.    YR.

                          CURRENT CLASSIFICATION & SALARY      5243        310              8
                                                           JOB CODE      PAY RANGE        STEP

NEW CLASSIFICATION & SALARY INFORMATION                NEW PAYROLL/DEPT#

                                                                     IF APPLICABLE        *03 P*
                                                                     REVIEW DATE        *9-25-8 1/2 2/2*
NEW JOB CODE  5243      NEW PAY RANGE   S09      NEW STEP      10      FOR NEXT
                                                                     INCREASE        ~~9/10/03~~ *11-18-00*
                                                                                (MO/DA/YR)

ITEM 15 NEW HOURLY RATE:              16.6495        WKLY / BW    1,331.96      SCH. HOURS

IF ACTION INVOLVES A PAY OUT ON PAYROLL, WAS EMPLOYEE ADVANCED WORK TIME ON BI-WKLY 4/15/83
WEEKLY PAYROLL 4/8/83 OR BI-WEEKLY/WEEKLY 1985?
                                                         YES/NO

IF YES:  HOW MANY HOURS WERE ADVANCED:        (1983)                      HOURS
                                              (1985)                      HOURS
                                              TOTAL        0.0            HOURS

AFTER TIME USED ON FINAL TIME SHEET, PAY REMAINING LEAVE BALANCES AS FOLLOWS:
ANNUAL LEAVE HOURS:
SICK LEAVE HOURS:                          (1/2 Accrued)
COMPENSATORY HOURS:
PERSONAL LEAVE HOURS:                              LAST DAY IN PAY STATUS:
TOTAL LEAVE HOURS:              0.0

**Section B**    To be completed with Forms 3,5,8,9 & 40 or Re-employment on Form 10

DEPARTMENT/DIVISION NUMBER:                    VERIFIED SOCIAL SECURITY NUMBER

THE FOLLOWING PERSON HAS BEEN APPOINTED TEMPORARY:              PERMANENT:

NAME:
            FIRST:        MI        LAST        EFFECTIVE DATE:
                                                            (MO/DA/YR)

STREET ADDRESS                CITY        STATE      ZIP                PHONE NUMBER

RACE            SEX            MARITAL              NO. OF              BIRTHDAY
                              STATUS              DEPENDENTS

HOURLY RATE      JOB CODE      PAY RANGE            STEP                REVIEW DATE

PAID:              WILL ACCRUE LEAVE:
    WEEKLY              YES              WILL PAY RETIREMENT:
    BI-WEEKLY           NO                   YES
                                            NO

SCHEDULED HOURS PER PAY PERIOD:              NON-SCHEDULED, PAID HOURS WORKED ONLY:

WAS EMPLOYEE PREVIOUSLY EMPLOYED BY THE CITY OF MONTGOMERY?              PAID WKLY OR BW
                                                         YES/NO
                                                         PREVIOUS SERVICE
IF YES:      DEPT #              TERM. DATE
                                                         MONTHS  DAYS  YEARS
REMARKS:

                                                  REVISED 5-03-02 PYR/RW

DATE:     20 Sep 1996

TO:          Mr. John Hooper #397

SUBJECT:   Assigned Duty Hours

1. Effective 20 Sept. 1996, you are hereby assigned the following duty hours. You are to report to work no later than 0630 hours, Monday through Friday. You will have a ONE HALF HOUR LUNCH PERIOD, which is to be coordinated with your supervisor. Your duty period ends at 1500 hours.

2. Holidays and weekend overtime may have different working hours. Weekend or holiday work schedules will be posted near the time clock reflecting the individuals scheduled for work, plus their work hours.

3. Your assigned duties are: AUTO MECHANIC - SMALL GAS ENGINE. From time to time your duty assignment may be changed due to Departmental requirements. The Class Specification as outlined in the City and County of Montgomery Personnel Rules and Regulations, Rule V states, in part, the following......"They are intended to indicate the kinds of positions that are allocated to the several classes, as determined by their duties and responsibilities, and shall not be construed as declaring to any extent, or in any way what the duties or responsibilities of any position shall be, or as limiting or in any way modifying the power of any appointing authority or administrative officer to assign, direct and control the work of employees under supervision."

4. Mr. KENDRICK, your supervisor, will outline your specific duties.

Terry H. Gaddis, Director
City Shops Department

DATE: 21 March 1991

TO:        Mr. John W. Hooper            #397            *Personnel File*

SUBJECT:  Assigned Duty Hours

1.  Effective 25 March 1991 you are hereby assigned the following
    duty hours.  You are to report to work no later than <u>0630</u>  hours,
    Monday through Friday.  You will have a Thirty (30) minute lunch
    period which will be coordinated with your supervisor.  Your duty
    period ends at <u>1500 hours.</u>

2.  Holidays and weekend overtime may have different working hours.
    Weekend and holiday work schedules will be posted near the time
    clock reflecting the individuals scheduled for work plus their work
    hours.

3.  Your assigned duties are <u>Automotive Mechanic --- Automotive/Light
    Truck Division</u>  From time to time your duty assignment may be
    changed due to departmental requirements.  The Class Specification
    as outlined in the City and County of Montgomery Personnel Rules
    and Regulations, Rule V states, in part, the following . . . .
    "They are intended to indicate the kind of positions that are
    allocated to the several classes, as determined by their duties and
    responsibilities, and shall not be construed as declaring to any
    extent, or in any way what the duties or responsibilities of any
    position shall be, or as limiting or in any way modifying the power
    of any appointing authority or administrative officer to assign,
    direct and control the work of employees under supervision."

4.  Mr. Robert F. Wade, your supervisor, will outline your specific
    duties.

_____

Donald R. Hayes, Director
City Shops Department

Da. · 10 September 84

To:  Mr. John W. Hooper #397                    *Personnel File*

Subject:  Assigned Duty Hours

1.  Effective 25 September 1984 ___, you are hereby assigned the
    following duty hours.  You are to report to work no later than
    __7:00 a.m.__ __Monday__ through __Friday__.  You will have a
        Hour      Day            Day
    30-minute lunch/dinner period which will be coordinated with
    your supervisor.  Your duty periods ends at _____ 3:30 p.m.

2.  Holidays and weekend overtime may have different working hours.
    Weekend and holiday work schedules will be posted near the time
    clock reflecting the individuals schedule for work plus their
    work hours.

3.  Your assigned duties are Automotive Mechanic/Auto - Light
    Truck Division _____.  From time to time your duty
    assignment may be changed due to departmental requirements.  The
    Class Specification as outlined in the City and County of Mont-
    gomery Personnel Rules and Regulations, Rule V states, in part,
    the following . . . . ."They are intended to indicate the kind
    of positions that are allocated to the several classes, as
    determined by their duties and responsibilities, and shall not
    be construed as declaring to any extent, or in any way what the
    duties or responsibilities of any position shall be, or as limiting
    or in any way modifying the power of any appointing authority
    or administrative officer to assign, direct and control the work
    of employees under his supervision."

4.  Mr. William C. Coker ____, your supervisor, will outline your
    specific duties.

    *Donald R. Hayes*
    Donald R. Hayes, Director
    Garage Department

FORM 5                                                                    Submit in Triplicate

CITY AND COUNTY OF MONTGOMERY
PERSONNEL DEPARTMENT
PERSONNEL REQUISITION, CERTIFICATION, AND APPOINTMENT

REQUISITION
To: Personnel Department                                    Date___August 27, 1984___
    Please certify the names of persons eligible for the following position:
Title              Compensation                Temporary              Permanent

Auto Mechanic (Small Gas Engine)    $13,879
                                      533.80
                                      6.6725

(X) Replacement of ___Dennis K. Howsmon_____
( ) New Position

Date_____      Signature_____
                                                    Appointing Authority

Funds are available_____Date___SEP 6 1984_____
                                          Disbursing Officer

CERTIFICATION TO:

GARAGE & SHOPS

In response to your request, the names of the following persons who are eligible for appointment are hereby
certified. In making appointments, it is advisable, though not essential, that you interview all eligible persons
certified.
Name                          Address                    Phone      Age      Grade



APPOINTMENT
TO: Personnel Department              From___Garage_____
                                                         Department
From the certification above, the following person has been appointed:
Name                                  Effective Date      Temporary      Permanent

John W. Hooper                        25 September 84                       XX

Appointed by _____Date___SEP 07 1984_____
                                 Appointing Authority

                    Donald R. Hayes                       Date__6 September 84___
                    Department Head

Approved by ___Barbara M. Montoya_____ Date__9/7/84___
                    Personnel Director

(ITEM 16)  IF ACTION IS RE-EMPLOYMENT, DOWNGRADE (B/W TO WKLY), UPGRADE (WKLY TO B/W), OR TEMPORARY TO PERMANENT STATUS,
           COMPLETE SECTION B INSTEAD OF SECTION A.

DEPARTMENT/DIVISION NUMBER_____ EMPLOYEES' NAME_____

EFFECTIVE DATE_____/_____/_____(MO./DA./YR.)    SOCIAL SECURITY NUMBER_____/_____/_____

CURRENT CLASSIFICATION & SALARY (ITEMS 1, 2, & 3)  JOB CODE_____ PAY RANGE_____ STEP_____

ITEM 15)  NEW HOURLY RATE $____._____  REVIEW DATE FOR NEXT PAY INCREASE_____/_____/_____(MO./DA./YR.)

ITEM 3, 16 on FORM 10, PROMOTION on FORM 5)

NEW JOB CODE_____NEW PAY RANGE_____NEW STEP_____REVIEW DATE FOR NEXT PAY INCREASE_____/_____/_____
                                                                                    MO.     DA.     YR.
IF ACTION IS INVOLVING A PAY OUT ON PAYROLL:
WAS EMPLOYEE ADVANCED WORK TIME ON 4/15/83 B/W OR 4/8/83 WKLY PAYROLL?  YES ( )  NO ( )
IF YES:  HOW MANY HOURS WERE ADVANCED: __.____HRS.   AFTER TIME USED ON FINAL TIME SHEET, PAY REMAINING LEAVE BALANCES
                                                     AS FOLLOWS:  ANNUAL LEAVE HOURS:_____._____
                                                                  SICK LEAVE HOURS: _____._____(½ ACCRUED)
                                                                  COMPENSATORY HOURS:_____._____
LAST DAY IN PAY STATUS_____/_____/_____(MO./DA./YR.)           TOTAL LEAVE HOURS:_____._____

---

SECTION B                                          SUBMIT IN TRIPLICATE WITH FORMS 3, 5, 8, 9, & 40

DEPARTMENT/DIVISION NUMBER__4800__ VERIFIED SOCIAL SECURITY NUMBER__421_/_90_/_0925__
THE FOLLOWING PERSON HAS BEEN APPOINTED:  TEMPORARY ( )  PERMANENT (XX)

NAME: John_____W._____Hooper_____ EFFECTIVE DATE__9_/_25_/_84_
         FIRST        INITIAL       LAST                                 MO.   DA.   YR.
STREET ADDRESS__Rt. 1, Box 122_____ CITY Fort Deposit_____ STATE AL ZIP_____

RACE W  SEX M  MARITAL STATUS M  NO. DEPENDENTS____  BIRTHDATE 9_/_18_/_61_ (MO./DA./YR.)

HOURLY RATE $___6.6725__ JOB CODE 5243 PAY RANGE 0280 STEP 1  REVIEW DATE FOR NEXT PAY INCREASE 9_/_24_/_85_
                                                                                           MO.  DA.  YR.
PAID:  WKLY ( )  B/W (X)    WILL ACCRUE LEAVE: YES (X) NO ( )    WILL PAY RETIREMENT: YES (X) NO ( )

SCHEDULED HOURS PER PAY PERIOD:__80.00__   NON-SCHEDULED, PAY HOURS WORKED ONLY: YES ( )  NO (X)

IS EMPLOYEE PREVIOUSLY EMPLOYED BY THE CITY OF MONTGOMERY: YES ( ) NO (X)

YES:_____/_____ WAS PAID: WKLY ( ) B/W ( )
      DEPARTMENT     DATE TERMINATED

---

REMARKS:

Reintegral Case 2:06-cv-00237-CSC    Document 24-3    Filed 07/17/2007    Page 89 of 102

APPLICATION FOR EMPLOYMENT
CITY AND COUNTY OF MONTGOMERY
"An Equal Opportunity Employer"
PERSONNEL DEPARTMENT
City Hall
Montgomery, Alabama 36192

|  | Accepted | Rejected |
|---|---|---|
| City |  |  |
| Ed. |  |  |
| Exp. |  |  |
| Res |  |  |
| Other |  |  |

Title of Position: *Auto MECHANIC (SMALL GAS ENGINES)*
*Saffle Motors Mechanic*

INSTRUCTIONS: ALL BLANKS MUST BE FILLED IN COMPLETELY

Name: (Type or print name)
Mr.
Mrs. *John West Hooper*    Race *W*    Age *22*
Miss
Address *Rt 1 Box 122 Ft Deposit Al. 36032*    Tel. No. *227-8615*

How long have you lived in Alabama immediately prior to date of application *22*

Are you a U.S. citizen? *Yes*

Date of Birth *6-18-61*    Place of Birth *Huntsville Madison AL*

PERSONAL DATA: Height *6* ft __ in. Weight *175* lbs. What is the condition of your health? *Good*

Marital Status: Single ☐ Married ☒ Divorced ☐ Widowed ☐ Number of dependents under 18 ____

Do you have any physical handicaps? *no* If so, attach a description to this application. Do you object to having your present employer questioned about your work? *no*. Have you ever been discharged or forced to resign from a position? *no*. If so, attach a complete explanation to this application. Have you ever been convicted of any law violation other than a minor traffic violation? *no* If so, give name and location of court, date, nature of charge and disposition. ____

SOCIAL SECURITY NO. *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*

| EDUCATION | Circle Highest Grade You Completed | | | | | | | | | | | | Date Completed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Grammar and High School | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | ⑫ | *1980* |
| College or University (name of schools) | 1 | 2 | 3 | 4 | 5 | 6 | 7 | | Degrees | | | | |
|  | Major | | | | | | | | | | | | |
| Business, Trade or Correspondence School | Courses Studied | | | | | | | | | | | | |
| List your professional certificate or license | | | | | | | | | | | | | |

List three reliable persons, not relatives or employers, who know you well enough to give information about you:

| Name | Address | Occupation |
|---|---|---|
| Bill Skinner | Rt 1 Greenville (382-2162) | Quality inspector |
| Gary McGough | Montgomery City Garage | Welder |
| Johnny Andrews | Greenville - Andrews serv. station | Mechanic & owner |

WORK HISTORY

Beginning with your PRESENT or most recent employment, list in REVERSE ORDER periods of employment. Each time you chaged jobs or your title changed should be listed as a separate period. Give complete information, especially about the kind of work you did. (Use extra sheet if necessary). Applicant must be specific and accurate in stating their experience and training for this position.

**EMPLOYMENT RECORD: List all employment**

| Employment Dates | Occupation and Description of Duties | Employer's Name and Address | Salary Received | Reason For Leaving |
|---|---|---|---|---|
| FROM 79 TO 80 MOS | Auto Mechanics work on small motors and Cars | Bill Norman Pontiac Greenville | $100.00 | Out of Bissess |
| FROM 80 TO 81 MOS | Auto Mechanics work on small Motors and Cars - Tire changer, frontend tuneup | Goodyear tire & rubber Greenville | $135.00 | out of Bissess |
| FROM 76 TO 78 MOS | projectionest run projectors | Ritz Theater | $75.00 | Out of Bissess |
| FROM 80 TO present MOS | Part time small motors Mechanic | Logan small motors Ft. Deposit | acksong 0.3700 | |
| FROM 81 TO present MOS | Computer operator running - Howlett + Packerd Computer Cutter | Boss Mfg | $149.50 | |
| FROM 82 TO 83 MOS 3 | Stock boy part time Assy toys + bikes etc. | Howards Brothers | $100.00 | no more work |
| FROM 69 TO present MOS | work on Honda Motorcycles and other Brands + Chainsaws + lawnmowers Over haul + tune ups | work on the side 20 hr weekly mostly work on Hondas + suzukies and lawn mowers + Boat motors | | |
| FROM TO MOS | | | | |

6. Show other experience by using additional sheets.

I hereby certify that all statements made hereon and attached hereto are true and correct to the best of my knowledge. Any false statement may be cause for denying me the right to examination or employment.

Date 3/21/84      Signature John Hooper

CITY AND COUNTY OF MONTGOMERY
Case 2:06-cv-00237-CSC    Document 24    Filed 07/17/2007    Page 91 of 102
PERSONNEL DEPARTMENT    SUBMIT IN TRIPLICATE WITH FORM 10

ITEM 16) IF ACTION IS RE-EMPLOYMENT, DOWNGRADE (B/W TO WKLY), UPGRADE (WKLY TO B/W), OR TEMPORARY TO PERMANENT STATUS, COMPLETE SECTION B INSTEAD OF SECTION A.

DEPARTMENT/DIVISION NUMBER_____ EMPLOYEES' NAME_____

EFFECTIVE DATE_____/_____/_____ (MO./DA./YR.)    SOCIAL SECURITY NUMBER_____/_____/_____

CURRENT CLASSIFICATION & SALARY (ITEMS 1, 2, & 3)    JOB CODE_____ PAY RANGE_____ STEP_____

ITEM 15) NEW HOURLY RATE $____._____    REVIEW DATE FOR NEXT PAY INCREASE_____/_____/_____ (MO./DA./YR.)

ITEM 3, 16 on FORM 10, PROMOTION on FORM 5)

NEW JOB CODE_____ NEW PAY RANGE_____ NEW STEP_____ REVIEW DATE FOR NEXT PAY INCREASE_____/_____/_____
                                                                              MO.      DA.      YR.

IF ACTION IS INVOLVING A PAY OUT ON PAYROLL:
IS EMPLOYEE ADVANCED WORK TIME ON 4/15/83 B/W OR 4/8/83 WKLY PAYROLL? YES ( ) NO ( )
IF YES: HOW MANY HOURS WERE ADVANCED: _____.____ HRS.    AFTER TIME USED ON FINAL TIME SHEET, PAY REMAINING LEAVE BALANCES
                                                          AS FOLLOWS: ANNUAL LEAVE HOURS:_____._____
                                                                      SICK LEAVE HOURS:_____._____ (½ ACCRUED)
                                                                      COMPENSATORY HOURS:_____._____
LAST DAY IN PAY STATUS_____/_____/_____ (MO./DA./YR.)              TOTAL LEAVE HOURS:_____._____

SECTION B                                                SUBMIT IN TRIPLICATE WITH FORMS 3, 5, 8, 9, & 10

DEPARTMENT/DIVISION NUMBER ___4800___ VERIFIED SOCIAL SECURITY NUMBER __421__/__90__/__0925__
THE FOLLOWING PERSON HAS BEEN APPOINTED: TEMPORARY ( ) PERMANENT (XX)

NAME: __John__     __W.__     __Hooper__           EFFECTIVE DATE __9__/__25__/__84__
        FIRST     INITIAL     LAST                                MO.    DA.    YR.
STREET ADDRESS __Rt. 1, Box 122__        CITY __Fort Deposit__      STATE __AL__ ZIP_____

RACE _W_ SEX _M_ MARITAL STATUS _M_ NO. DEPENDENTS_____ BIRTHDATE __9__/__18__/__61__ (MO./DA./YR.)

HOURLY RATE $ __6.6725__ JOB CODE __5243__ PAY RANGE __0280__ STEP _1_ REVIEW DATE FOR NEXT PAY INCREASE __9__/__24__/__85__
                                                                                                        MO.    DA.    YR.

PAID: WKLY ( ) B/W (X)    WILL ACCRUE LEAVE: YES (X) NO ( )    WILL PAY RETIREMENT: YES (X) NO ( )

SCHEDULED HOURS PER PAY PERIOD: __80.00__    NON-SCHEDULED, PAY HOURS WORKED ONLY: YES ( ) NO (X)

IS EMPLOYEE PREVIOUSLY EMPLOYED BY THE CITY OF MONTGOMERY: YES ( ) NO (X)

IF YES:_____/_____ WAS PAID: WKLY ( ) B/W ( )
        DEPARTMENT       DATE TERMINATED

REMARKS:

# N E W   E M P L O Y E E   B R I E F I N G   O U T L I N E

The Employee Briefing Outline shall be completed for each new
employee on his/her first day at work. In the space provided
before each subject area, enter the briefer's man number when the
action has been completed.

| | |
|---|---|
| 399 JOB DESCRIPTION REVIEWED | 399 PROBATION PERIOD |
| 399 HOURS, WORK WEEK, WEEKENDS | 399 TERMINATION |
| 399 OVERTIME, WHEN, PAY, COMP | 398 ATTENDANCE, PUNCTUALITY |
| 321 JOB EVALUATION - "THE SUPERVISOR" | 399 DRESS CODE |
| 399 PAY PERIODS, FIRST PAY DAY | 399 ORGANIZATIONAL STRUCTURE |
| 399 MERIT SYSTEM - PAY STEPS | 399 AUTO PARKING |
| 399 VACATIONS - HOLIDAYS | 321 LUNCH AREAS |
| 399 ANNUAL LEAVE - COMP TIME | 321 EMPLOYEE FUEL CARD - USE |
| 399 EMERGENCY LEAVE | 399 GAMBLING, DRUGS, WEAPONS |
| 399 CITY BENEFITS | 399 TELEPHONE CALLS, IN/OUT |
| 321 REST PERIODS | 399 USE OF CITY VEHICLE |
| 399 OPERATING INSTRUCTIONS | 321 INTRODUCTION TO CO-WORKERS |
| 399 DISCIPLINE | 321 TOUR OF FACILITY |

I understand the above are general Garage Department guide lines and
may be changed as business necessity requires. The above do not
constitute a written contract and I understand my employment, and
qualification thereof, must satisfy the City and County of Montgomery
Personnel Board Rules and Regulations.

I acknowledge that the above subjects have been discussed.

_John Hooper_____ 9-25-84
Employee's signature    /    Date

JOHN W. HOOPER   # 397

_Donald R Hays_____ 25 Sep 84
Department Head    /    Date

_William C Cohen_____ 9-25-84
Supervisor's signature    /    Date

## CHECKLIST FOR PROCESSING NEW EMPLOYEE

___✓___    CONFIDENTIAL EMPLOYEE HISTORY FOLDER

___✓___    COPY OF JOB DESCRIPTION

___✓___    ASSIGNED DUTY HOURS FORM

___✓___    ASSIGN TIME CARD (USE RADIO CALL/TOOL CHIT NUMBER)

___✓___    (1) LOCATOR CARD*

___✓___    2 / 3 x 5 CARDS (1 FOR ALPHABETICAL CARD FILE, 1 FOR MERIT INCREASE FILE)

__N/A__    (1) W-4 FEDERAL TAX FORM*

__N/A__    (1) A-4 STATE TAX FORM*

__N/A__    (1) TRAVELER'S SUPPLEMENTAL INSURANCE CARD (YELLOW)

__N/A__    (1) RETIREMENT MEMBERSHIP FORM

___✓___    (1) PASS TO CITY LOT (NIGHT-DAY PHONE NUMBER)

__N/A__    (1) BLUE CROSS HOSPITALIZATION APPLICATION CARD (WHITE)

__N/A__    (1) EMPLOYEE ACTIVITY CARD (BLUE)

___✓___    (1) BLUE CROSS BENEFITS BOOKLET

_____    DRIVERS LICENSE NUMBER _3060110_    EXPIRATION DATE _5-1-87_

___✓___    EMPLOYEE READS OPERATING INSTRUCTIONS AND SIGN OI CARD

_____    CLOTHING SIZES: PANTS: W_____ L_____; SHIRTS: _____

___✓___    PERSONNEL HISTORY FORM

__N/A__    PAYROLL COMPUTER NEW HIRE INPUT FORMS

__N/A__    PAYROLL COMPUTER INSURANCE HISTORY FORM

_____    ADMINISTRATIVE OFFICE WILL CONTACT SAFETY SUPERVISOR AT EXT. 368
           FOR EMPLOYEE TO BE SCHEDULED FOR CITY DRIVER'S LICENSE

___✓___    EMPLOYEE IDENTIFICATION CARD FOR FUEL SYSTEM


_Hooper, John W._          _Auto Mechanic_          _9-25-84_
NAME                        POSITION                 DATE PROCESSED



*Make 1 photocopy of each and place in Personnel Folder

ELEPTIC CORPORATION
ONE SUN...
CRYSTAL LAKE, ILLINOIS 60014
(815) 459-7700

SUN ORIGINAL ORD...

# TRAINING REPORT

NAME OF
PURCHASER ____Garage/Public Works Facility_____    ORDER DATE __10-18-84__

BUSINESS
ADDRESS _____934 North Ripley Street_____

CITY _____Montgomery_____ COUNTY __Montgomery__ STATE __AL__ ZIP __36104__

P.O.
NUMBER _____    DATE SHIPPED ____10-27-84__

<u>TO OPERATIONS MANAGER:</u> Please assign the proper mechanics to the Sun Representative for familiarization training. When this has been completed, on each model, your signature is required, to confirm that these men have received this training.

| MODEL | SERIAL NUMBER | DESCRIPTION | SIGNATURE |
|-------|---------------|-------------|-----------|
| VAT-40 | 0790 | Volt Amperage Tester | |
| PTS-40 | 2378 | Portable STB... | |
| VAT-40 | 0864 | Volt Amperage Tester | |
| PTS-40 | 2377 | Portable ... | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

THE FOLLOWING MEN HAVE BEEN TRAINED:    MODELS TRAINED ON: _VAT 40_    DEPARTMENT:

_Ken Wilkie, J. Bailey, Ray T..._ _____ _Roger Collins_

_& Thomas Daniel (C.Shift)_

TRAINING
DATES ___16 NOV 84_____    TOTAL
TRAINING TIME ___1 Hour__

COMMENTS
ON TRAINING: _____

SUN SALES REPRESENTATIVE: FOR PROPER CREDIT, COMPLETED AND RETURN NO. 1 NO. 2 COPIES PROMPTLY TO YOUR REGIONAL SALES MANAGER

SUN
REPRESENTATIVE _William L. Lee_    NO. | 1 | 6 | 5 | 3 | 3 |    REGIONAL NUMBER | 4 | 0 | 1 | 3 |    ZONE NUMBER | 761 |

REGIONAL
SALES MANAGER _____ ____SEND NO.1 COPY TO SALES COMMISSIONS DEPT.

FINAL COPY DISTRIBUTION
NO. 1. TO SALES COMMISSION DEPT.    NO. 4. TO REG. SALESMGR. — "HOLD" COPY
NO. 2. TO REG. SALES MGR.    NO. 5. SALES REPRESENTATIVES COPY
NO. 3. TO CUSTOMER'S OPERATIONS MGR.

SEL-1207C    CUSTOMER'S OPERATIONS MGR.

## DATA FOR PAY ROLL

1.  NAME: Hooper, John A

2.  SOCIAL SECURITY NO. 421 05 ____

3.  HOME PHONE NO. 0 ___ ___ ___ - ___ ___ ___ ___

4.  SPOUSE'S NAME: Donna Hooper

5.  FATHER'S NAME: John Hooper

6.  MOTHER'S MAIDEN NAME: Opal Byrd

7.  WORK ASSIGNMENT: _____ ;DATE: 6-24-__

8.  DIVISION: All

9.  SHIFT: 0600 - 1537

10. DATE OF LAST PHYSICAL ___ ___ ___ ___ ___ ___

11. HEIGHT: FEET 6   INCHES 2   WEIGHT: POUNDS 190

12. BLOOD TYPE ___ ___

IN CASE OF EMERGENCY, NOTIFY:

1.  NAME Hilda McGough   RELATIONSHIP O
    PHONE # 227 - 8615 ___ ___ ___
    OTHER # ___ ___ ___ - ___ ___ ___ ___

2.  NAME Opal Hooper   RELATIONSHIP M
    PHONE # 842 - 3368 ___ ___ ___
    OTHER # ___ ___ ___ - ___ ___ ___ ___

RELATIONSHIP CODES:

| CODE | DESCRIPTION |
|------|-------------|
| A | AUNT |
| B | BROTHER |
| C | CHILD |
| F | FATHER |
| G | GUARDIAN |
| H | HUSBAND |
| M | MOTHER |
| O | OTHER |
| S | SISTER |
| U | UNCLE |
| W | WIFE |

THIS CONTRACT VOIDS AND SUPERCEDES PREVIOUS CONTRACT DATED
FEBRUARY 7, 1985.

STATE OF ALABAMA      )

COUNTY OF MONTGOMERY  )

<u>AGREEMENT</u>

THIS AGREEMENT made this the __16th__ day of ___May___,
19_85_, ____John W. Hooper____, an employee of the
City of Montgomery, Department of Garage and Shops (hereinafter
referred to as "purchaser") and the City of Montgomery,
Alabama, a municipal corporation (hereinafter referred to as
"City") witnesseth:

WHEREAS, the City is desirous that its employees in the
Department of Garage and Shops purchase and retain ownership
of mechanics' tool sets so that said tools can and will be
used by such employees in carrying out their job with the
City; and

WHEREAS, the purchaser is a mechanic employed by the
City of Montgomery, Department of Garage and Shops and is
desirous of purchasing from the City of Montgomery a tool
set; and

WHEREAS, the purchaser intends and requests that the
City deduct a sum of $20.00 bi-weekly from the purchaser's
accumulated wages until such time as the indebtedness, subject
to no interest, has been satisfied in the amount of $2,614.90
dollars; and

WHEREAS, the purchaser understands that the tool set
and/or tools are not to be removed from the Garage and Shops
Department until the entire indebtedness has been satisfied;
and

WHEREAS, the superintendent of the Garage and Shops and/
or his representative shall from time to time conduct a
physical inventory of all tools; and

WHEREAS, if it is determined that any items of such items shall be replaced at the expense of the purchaser; and

WHEREAS, in the event the purchaser's employment with the City of Montgomery is terminated either voluntarily or involuntarily before the indebtedness is satisfied, the tool set will be inventoried and any missing tools will be replaced from funds previously paid against the indebtedness by the purchaser and after the Superintendent of the Department of Garage and Shops is reasonably satisfied that all items have been replaced, the purchaser will be reimbursed the balance resulting from the sum total of his payments minus any deductions for the replacement of missing inventory; and

WHEREAS, if it is determined by the superintendent of the Department of Garage and Shops that the purchaser is under-going a legitimate hardship and is unable to continue payment against his indebtedness for the tools he shall have the option of assigning the balance of the indebtedness with title to the tools to another employee of the Department of Garage and Shops willing to accept the indebtedness or he may assign the tools and the balance of the indebtedness back to the Department of Garage and Shops.

NOW THEREFORE, IN CONSIDERATION of $2,614.90 Dollars, and other valuable consideration in hand paid by the purchaser and the City, the receipt and sufficiency of which is hereby acknowledged, it is understood and agreed by the parties as follows:

1. The purchaser shall be issued a set of tools with an inventory of said tools to be attached as Exhibit "A" and incorporated herein as a part of this agreement.

2. The purchaser hereby agrees to incur an indebtedness for such tools in the amount of $2,614.90 Dollars and hereby authorizes the Department of Finance for the City of Montgomery

to deduct bi-weekly payments in the amount of ($20.00) Twenty Dollars from his accumulated wages bi-weekly.

3. It is understood and agreed that until the indebtedness is satisfied the City of Montgomery shall retain complete ownership to all tools and the purchaser is responsible for any inventory loss.

4. It is also understood and agreed that one of the purposes for the City of Montgomery to enter into this agreement is so that the employee will use the tools purchased under the agreement to fulfill his job with the City and that if the employee fails to use the tools accordingly prior to satisfying the indebtedness, this agreement is terminated and full possession of the tools reverts to the City.

IN WITNESS WHEREOF, the parties have caused this Agreement to be executed on the date first above written.


WITNESS _____        _____
                                       Employee, Department of Garage
                                       and Shops

WITNESS _____        _____
                                       Donald R. Hayes, Superintendent
                                       Department of Garage and Shops

STATE OF ALABAMA        )
COUNTY OF MONTGOMERY )

AGREEMENT

THIS AGREEMENT made this the _7th_ day of _February_____,
19_85_, _____John W. Hooper_____, an employee of the
City of Montgomery, Department of Garage and Shops (hereinafter
referred to as "purchaser") and the City of Montgomery,
Alabama, a municipal corporation (hereinafter referred to as
"City") witnesseth:

WHEREAS, the City is desirous that its employees in the
Department of Garage and Shops purchase and retain ownership
of mechanics' tool sets so that said tools can and will be
used by such employees in carrying out their job with the
City; and

WHEREAS, the purchaser is a mechanic employed by the
City of Montgomery, Department of Garage and Shops and is
desirous of purchasing from the City of Montgomery a tool
set; and

WHEREAS, the purchaser intends and requests that the
City deduct a sum of $20.00 bi-weekly from the purchaser's
accumulated wages until such time as the indebtedness, subject
to no interest, has been satisfied in the amount of $2,773.40
dollars; and

WHEREAS, the purchaser understands that the tool set
and/or tools are not to be removed from the Garage and Shops
Department until the entire indebtedness has been satisfied;
and

WHEREAS, the superintendent of the Garage and Shops and/
or his representative shall from time to time conduct a
physical inventory of all tools; and

WHEREAS, if it is determined that any items are missing, such items shall be replaced at the expense of the purchaser; and

WHEREAS, in the event the purchaser's employment with the City of Montgomery is terminated either voluntarily or involuntarily before the indebtedness is satisfied, the tool set will be inventoried and any missing tools will be replaced from funds previously paid against the indebtedness by the purchaser and after the Superintendent of the Department of Garage and Shops is reasonably satisfied that all items have been replaced, the purchaser will be reimbursed the balance resulting from the sum total of his payments minus any deductions for the replacement of missing inventory; and

WHEREAS, if it is determined by the superintendent of the Department of Garage and Shops that the purchaser is under-going a legitimate hardship and is unable to continue payment against his indebtedness for the tools he shall have the option of assigning the balance of the indebtedness with title to the tools to another employee of the Department of Garage and Shops willing to accept the indebtedness or he may assign the tools and the balance of the indebtedness back to the Department of Garage and Shops.

NOW THEREFORE, IN CONSIDERATION of $2,773.40Dollars, and other valuable consideration in hand paid by the purchaser and the City, the receipt and sufficiency of which is hereby acknowledged, it is understood and agreed by the parties as follows:

1. The purchaser shall be issued a set of tools with an inventory of said tools to be attached as Exhibit "A" and incorporated herein as a part of this agreement.

2. The purchaser hereby agrees to incur an indebtedness for such tools in the amount of $2,773.40Dollars and hereby authorizes the Department of Finance for the City of Montgomery

to deduct bi-weekly payments in the amount of ($20.00) Twenty
Dollars from his accumulated wages bi-weekly.

3. It is understood and agreed that until the indebted-
ness is satisfied the City of Montgomery shall retain
complete ownership to all tools and the purchaser is responsi-
ble for any inventory loss.

4. It is also understood and agreed that one of the
purposes for the City of Montgomery to enter into this
agreement is so that the employee will use the tools pur-
chased under the agreement to fulfill his job with the City
and that if the employee fails to use the tools accordingly
prior to satisfying the indebtedness, this agreement is
terminated and full possession of the tools reverts to
the City.

IN WITNESS WHEREOF, the parties have caused this
Agreement to be executed on the date first above written.


_Cheryl Stephens_
WITNESS

_John P. Hayes_
Employee, Department of Garage
and Shops


_William H. Jones_
WITNESS

_Donald R. Hayes_
Donald R. Hayes, Superintendent
Department of Garage and Shops

3