# CONFIDENTIAL EMPLOYEE HISTORY

| EMPLOYEE NAME | | EMPLOYMENT DATE | STATUS | | | |
|---|---|---|---|---|---|---|
| Barnes, James K. | | 9/27/83 | ☒ REGULAR ☐ PART TIME ☐ TEMPORARY | | | |

| YEARS OF SERVICE | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | SECURITY CLEARANCE | LEVEL | DATE GRANTED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

## PAYROLL DATA

| BIRTHDATE | SEX | SOCIAL SECURITY NO. | MARITAL STATUS | NAME OF SPOUSE | NO. OF CHILDREN |
|---|---|---|---|---|---|
| 12/5/52 | m | 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 | S M 2-3-90 | N/A  Edna R. Barnes | 1 |

| FEDERAL WITHHOLDING: | EXEMPTIONS CLAIMED | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | ADDITIONAL AMOUNT WITHHELD | | | | | | | | |

| | DATE ELIGIBLE | DATE JOINED | DATE WITHDRAWN | | INSURANCE | DATE ELIGIBLE | DATE JOINED | DATE WITHDRAWN |
|---|---|---|---|---|---|---|---|---|
| UNION STATUS | 9/27/83 | | | | LIFE | 9/27/83 | 9/27/83 | |
| PENSION PLAN | 9/27/83 | 9/27/83 | | | MEDICAL - SELF | 9/27/83 | 9/27/83 | |
| CREDIT UNION | 9/27/83 | | | | DEP. | | | |
| | | | | | MAJ. MED. - SELF | 9/27/83 | 9/27/83 | |
| | | | | | DEP. | | | |

## GENERAL INFORMATION

514-0332 11/5/9

| | CITY | STATE | ZIP | PHONE |
|---|---|---|---|---|
| ADDRESS 1049 Largo Lane | montgomery | AL | 36116 | 288-0822 |
| ADDRESS 3115 Old Selma Road | Montgomery | AL | 36108 | 263-6022 |
| ADDRESS  Sons Dr | | | | 834-3232 |
| ADDRESS | | 507-0332 | 272-9133 |

| IN EMERGENCY NOTIFY | RELATIONSHIP | CITY | STATE | ZIP | PHONE 7-12-90 |
|---|---|---|---|---|---|
| Edna R Barnes | Wife | | | | 507-0632 |
| | RELATIONSHIP | CITY | STATE | ZIP | PHONE |

| RELATIVES OR FRIENDS EMPLOYED BY THIS CO. | NAMES | RELATIONSHIP | NAMES | RELATIONSHIP |
|---|---|---|---|---|
| | | | | |

| EDUCATION | ELEM.          J H S    7th    S H S | SPECIAL SKILLS OR TRAINING |
|---|---|---|
| | COLLEGE  1  2  3  4  MAJOR | |
| | OTHER | |

## TERMINATION RECORD

| ☐ RESIGNATION | REASON |
|---|---|
| DATE | |
| ☐ DISMISSAL | REASON |
| DATE | |
| RECOMMENDED | REASON |

DEFENDANT'S EXHIBIT
A2

Form 10

Submit in Triplicate

# CITY AND COUNTY OF MONTGOMERY
## PERSONNEL DEPARTMENT
### RECOMMENDATION FOR PERSONNEL ACTION

Department/Division    Fleet Management                          Date  11/17/04

Name of Employee    James Ken Barnes                    Effective Date    11/16/04

Social Security #    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    Classification    Auto Mechanic    Job Code    5243

Item 2 requires the signature of both department heads. Items 2, 3, 4, 5, 6, 15 require approval of Personnel Director before action is official. Items 3, 4, 5, 7 must have copy of letter to employee attached. Item 8 should have copy of letter of resignation.

| | | | |
|---|---|---|---|
| 1. Transfer within department | ( ) | 9. Retirement . | ( **X** ) |
| 2. Transfer to another department | ( ) | 10. Separation by death | ( ) |
| 3. Demotion | ( ) | 11. Expiration by Temporary Appointment | ( ) |
| 4. Layoff | ( ) | 12. Return Leave Without Pay | ( ) |
| 5. Dismissal | ( ) | 13. Return from Military Leave | ( ) |
| 6. Leave without pay | ( ) | 14. Change of Name | ( ) |
| 7. Suspension | ( ) | 15. Change in Salary | ( ) |
| 8. Resignation | ( ) | 16. other | ( ) |

| ITEMS AFFECTED BY ACTION | FROM | TO |
|---|---|---|
| Department (items 1 & 2) | | |
| Classification & Salary (items 1 2 3) | | |
| Dates (items 6 & 7) | | |
| Name (Item 14) | | |
| Amount (Item 15) | | |
| Other (Item 16) | | |

Funds are available    _E. Lloyd Farmer_    Date  NOV 18 2004
Disbursing Officer

Explanation and remarks (Give reason for any action which is not self-explanatory)

(Signed) 1.    _Bobby N. Bright_    Date  NOV 18 2004
Appointing Authority

2.    _Jerry H. Baldi_    Date  11/17/2004

3.    Date

4.    _Barbara M. Montoya_    Date  NOV 24 2004
Personnel Director

PER 300-419
revised 10/04

FORM 100

# CITY PAYROLL DEPARTMENT

SUBMIT IN TRIPLICATE

**Section A**    To be completed for items 1, 2, 3, 15 & 16 on Form 10 and Promotion on Form 5

Dept./Div. Number _____4800_____    Employee's Name _____ James K. Barnes _____
                                                      FIRST                 M.I.                              LAST

Effective Date _____11/16/2004_____    Social Security Number: _____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_____
                      MO.      DA.      YR.

CURRENT CLASSIFICATION & SALARY    ___5243___    ___s09___    ___11___
                                                          JOB CODE         PAY RANGE         STEP

**NEW CLASSIFICATION & SALARY INFORMATION**    NEW PAYROLL/DEPT# ___4800___

NEW JOB CODE _____    NEW PAY RANGE _____    NEW STEP _____    IF APPLICABLE
                                                                                                            REVIEW DATE FOR
                                                                                                            NEXT INCREASE _____
                                                                                                                                    (MO/DA/YR)

ITEM 15 NEW HOURLY RATE: _____    WKLY / BW _____    SCH. HOURS _____

IF ACTION INVOLVES A PAY OUT ON PAYROLL, WAS EMPLOYEE ADVANCED WORK TIME ON BI-WKLY 4/15/83
WEEKLY PAYROLL 4/8/83 OR BI-WEEKLY/WEEKLY 1985?    _____no_____
                                                                                        YES/NO

IF YES: HOW MANY HOURS WERE ADVANCED:    (1983) _____ HOURS
                                                               (1985) _____ HOURS
                                                               TOTAL ___0.0___ HOURS

AFTER TIME USED ON FINAL TIME SHEET, PAY REMAINING LEAVE BALANCES AS FOLLOWS:

ANNUAL LEAVE HOURS: _____29.8_____
SICK LEAVE HOURS: _____3.4___ (1/2 Accrued)
COMPENSATORY HOURS: _____31.8_____
PERSONAL LEAVE HOURS: _____0.0_____    LAST DAY IN PAY STATUS: ___11/15/2004___
TOTAL LEAVE HOURS: _____65.0_____

**Section B**    To be completed with Forms 3,5,8,9 & 40 or Re-employment on Form 10

DEPARTMENT/DIVISION NUMBER: _____    VERIFIED SOCIAL SECURITY NUMBER _____

THE FOLLOWING PERSON HAS BEEN APPOINTED:    TEMPORARY: _____    PERMANENT: _____

NAME: _____    EFFECTIVE DATE: _____
          FIRST:           MI           LAST                                              (MO/DA/YR)

STREET ADDRESS _____    CITY ____    STATE ____    ZIP ____    PHONE NUMBER _____

RACE _____    SEX _____    MARITAL STATUS _____    NO. OF DEPENDENTS _____    BIRTHDAY _____

HOURLY RATE _____    JOB CODE _____    PAY RANGE _____    STEP _____    REVIEW DATE _____

PAID:                    WILL ACCRUE LEAVE:              WILL PAY RETIREMENT:
    WEEKLY _____        YES _____                      YES _____
    BI-WEEKLY _____     NO _____                       NO _____

SCHEDULED HOURS PER PAY PERIOD: _____    NON-SCHEDULED, PAID HOURS WORKED ONLY: _____

WAS EMPLOYEE PREVIOUSLY EMPLOYED BY THE CITY OF MONTGOMERY? _____    PAID WKLY OR BW _____
                                                                                            YES/NO

IF YES:    DEPT # _____    TERM. DATE _____    PREVIOUS SERVICE
                                                                                        MONTHS  DAYS  YEARS

REMARKS: _____

REVISED 5-03-02 PYR/RW

# CITY OF MONTGOMERY, ALABAMA
## BI-WEEKLY TIME RECORD

4800 DEPT/DIV GARAGE
NO. 5243 TITLE AUTO MECHANIC —
PAY PERIOD: 24

PAY PERIOD ENDING: 11/18/04
EMPLOYEE NAME: JAMES   K BARNES
EMPLOYEE NO:   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
HOURLY RATE  17.5413

ACCRUED LEAVE BALANCE AT   11/05/04   ANNUAL   38.0   SICK   4.0

SCH. HRS.   80.0000
COMP 31.8

### TYPE OF HOUR CODES

01 REGULAR
02 OVERTIME
10 ANNUAL LEAVE
11 SICK LEAVE
15 NEW COMPENSATORY LEAVE
52 TIME & ½ OVERTIME

25 MILITARY LEAVE
26 JURY DUTY W/PAY
27 RELIEVED OF DUTY W/PAY
28 EDUCATIONAL LEAVE W/PAY

29 REGULAR LEAVE W/O PAY
30 RELIEVED OF DUTY W/O PAY
31 MILITARY LEAVE W/O PAY
32 SUSPENSION
36 NO WORK AVAILABLE

90 INSTRUCTORS FEES
53 HOLIDAY PAY
54 HOLIDAY PERSONAL LEAVE

EMPLOYEE SHOULD SIGN
IF LEAVE TIME IS USED.

X _unavailable_
EMPLOYEE SIGNATURE
CERTIFIED BY:

X _[signature]_
SUPERVISOR SIGNATURE

| | REGULAR 01 HOURS | REGULAR 01 FUND | OVERTIME 02 HOURS | OVERTIME 02 FUND | CODE | OTHER HOURS | OTHER FUND | CODE | OTHER AMT | OTHER FUND |
|---|---|---|---|---|---|---|---|---|---|---|
| FRI 11/5 | 0 | | | | | 8 | 10 | | | |
| SAT | — | | | | | | | | | |
| SUN | — | | | | | | | | | |
| MON 11/8 | 8 | | | | | | | | | |
| TUES | 7.8 | | | | | .2 | 10 | | | |
| WED | 8 | | | | | | | | | |
| THURS | 0 | | | | | 8 | 53 | | | |
| FRI 11/12 | 8 | | | | | | | | | |
| SAT | — | | | | | | | | | |
| SUN | — | | | | | | | | | |
| MON 11/5 | 0 | | | | | 8 | 10 | | | |
| TUES | — | | | | | | | | | |
| WED | — | | | | | | | | | |
| THURS | — | | | | | | | | | |

COMP TIME TO BE ADDED TO ACCRUED

PERSONAL   49/      .

COMP.   99/      .
CODE   TOTAL   HOURS

10  16.2
53   8.0

52 [ . ]

| GRAND TOTALS | 01  31.8 | 02  . | OTHER  . | AMT.  . |

TOTAL REGULAR PLUS OTHER
MUST EQUAL SCHEDULED HOURS  →  56.0

NOTATIONS:  Retired effective 11/16/05.



# City of
# Montgomery, Alabama

**Employees' Retirement System**

## MEMORANDUM

TO:      TERRY H GADDIS, DIRECTOR
         FLEET MANAGEMENT

FROM:    CLAIRE KING
         ADMINISTRATOR

DATE:    10/14/04

SUBJECT: EMPLOYEE RETIREMENT

This is to inform you ____JAMES K BARNES____ , has filed the necessary application with the Employees' Retirement System for their retirement to be effective ___11/16/04___ . The last day for active status (work time, leave time or off days) will be ___11/15/04___ .

Form 16

Submit in Triplicate

# PERSONNEL DEPARTMENT
## RECOMMENDATION FOR PERSONNEL ACTION

| | | | |
|---|---|---|---|
| Department/Division | CITY SHOP | Date | 10/5/2002 |
| Name of Employee | JAMES K. BARNES | Effective Date | 10/11/2002 |
| Social Security # | 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  Classification  AUTO MECHANIC - SMALL GAS ENG | Job Code | 5243 |

Item 2 requires the signature of both department heads.

Items 2, 3, 4, 5, 6, 15 require approval of Personnel Director before action is official.  Items 3, 4, 5, 7 must have copy of letter to employee attached.  Item 8 should have copy of letter of resignation.

1. Transfer within department ...................... (   )
2. Transfer to another department .............. (   )
3. Demotion .................................................(   )
4. Layoff .................................................... (   )
5. Dismissal ................................................ (   )
6. Leave without pay ................................. (   )
7. Suspension ............................................ (   )
8. Resignation ............................................ (   )

9. Retirement ..................................................................( )
10. Separation by death ................................................. ( )
11. Expiration by Temporary Appointment....................... ( )
12. Return Leave Without Pay........................................,( )
13. Return from Military Leave......................................... ( )
14. Change of Name ........................................................ ( )
15. Change in Salary ...................................................... ( x )
16. Change in Title                                                          (   )

| ITEMS AFFECTED BY ACTION | | FROM | | | TO | | |
|---|---|---|---|---|---|---|---|
| **Department** (Items 1 & 2) | | | | | | | |
| **Classification & Salary** (Items 1, 2, 3) | | | | | | | |
| **Dates** (Items 6 & 7) | | | | | | | |
| **Name** (Item 14) | | | | | | | |
| **Amount** (Item 15) | Pos/Grade/Step | 5243 | 310 | 8 | 5243 | S09 | 10 |
| | Hrly/BW | 16.142 | 1,291.36 | | 16.6495 | 1,331.96 | |
| | Annual | 33,575.36 | | | 34,631.00 | | |
| **Other** (Item 16) | | | | | | | |

Funds are available _____ *E. Edward Lauerton* _____  Date OCT - 9 2002

Disbursing Officer

## Explanation and remarks (Give reason for any action which is not self-explanatory)

Employee warrants 1 step merit increase per rule 4 of new Pay Plan.

*reinstate Merit date to 9-27-83 JB*

(Signed) 1. _____    Date OCT - 9 2002
Appointing Authority

2. _____    Date Oct 5 2002

3. _____    Date

4. _____    Date OCT 16 2002
Personnel Director

PER 300-419
revised 5/20/02

FORM 100        **CITY PAYROLL DEPARTMENT**        SUBMIT IN TRIPLICATE

**Section A**    To be completed for items 1, 2, 3, 15 & 16 on Form 10 and Promotion on Form 5

Dept./Div. Number    4800/711     Employee's Name       JAMES K BARNES

                                      FIRST         M.I.                         LAST

Effective Date      10/11/2002      Social Security Number:     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

                 MO.    DA.    YR.

               CURRENT CLASSIFICATION & SALARY     5243       310         8

                                               JOB CODE       PAY RANGE       STEP

---

NEW CLASSIFICATION & SALARY INFORMATION           NEW PAYROLL/DEPT#

                                                    IF APPLICABLE

                                                    REVIEW DATE         9-27-03 24

                                                    FOR NEXT

NEW JOB CODE   5243      NEW PAY RANGE    S09     NEW STEP     10     INCREASE     ~~9/11/03~~ 11-18-03

                                                                 (MO/DA/YR)

ITEM 15 NEW HOURLY RATE:         16.6495       WKLY / BW     1,331.96      SCH. HOURS

IF ACTION INVOLVES A PAY OUT ON PAYROLL, WAS EMPLOYEE ADVANCED WORK TIME ON BI-WKLY 4/15/83

WEEKLY PAYROLL 4/8/83 OR BI-WEEKLY/WEEKLY 1985?

                                                     YES/NO

IF YES:  HOW MANY HOURS WERE ADVANCED:      (1983)              HOURS

                                        (1985)              HOURS

                                        TOTAL        0.0       HOURS

AFTER TIME USED ON FINAL TIME SHEET, PAY REMAINING LEAVE BALANCES AS FOLLOWS:

ANNUAL LEAVE HOURS:

SICK LEAVE HOURS:                   (1/2 Accrued)

COMPENSATORY HOURS

PERSONAL LEAVE HOURS:                      LAST DAY IN PAY STATUS:

TOTAL LEAVE HOURS:          0.0

---

**Section B**    To be completed with Forms 3,5,8,9 & 40 or Re-employment on Form 10

DEPARTMENT/DIVISION NUMBER:          VERIFIED SOCIAL SECURITY NUMBER

THE FOLLOWING PERSON HAS BEEN APPOINTED TEMPORARY:         PERMANENT:

NAME:                                       EFFECTIVE DATE:

       FIRST:         MI         LAST                                (MO/DA/YR)

STREET ADDRESS            CITY       STATE       ZIP                   PHONE NUMBER

RACE           SEX           MARITAL           NO. OF              BIRTHDAY

                                    STATUS            DEPENDENTS

HOURLY RATE       JOB CODE        PAY RANGE              STEP               REVIEW DATE

PAID:             WILL ACCRUE LEAVE:             WILL PAY RETIREMENT:

     WEEKLY         YES                     YES

     BI-WEEKLY      NO                     NO

SCHEDULED HOURS PER PAY PERIOD:          NON-SCHEDULED, PAID HOURS WORKED ONLY:

WAS EMPLOYEE PREVIOUSLY EMPLOYED BY THE CITY OF MONTGOMERY?          PAID WKLY OR BW

                                                   YES/NO

                                                         PREVIOUS SERVICE

IF YES:      DEPT #          TERM. DATE

                                                   MONTHS   DAYS   YEARS

REMARKS:

                                                    REVISED 5-03-02 PYR/RW

FORM 10

Submit in Triplicate

## CITY AND COUNTY OF MONTGOMERY
## PERSONNEL DEPARTMENT
## RECOMMENDATION FOR PERSONNEL ACTION

Department/Division __City Shops/4800__    Date __11 Nov 93__

Name of Employee __James K. Barnes__    Effective Date __19 Nov 93__

Classification __Auto Mechanic-Small Gas Engine__ Job Code __5243__

Item 2 requires the signature of both department heads.

Items 2, 3, 4, 5, 6, 15 require approval of Personnel Director before action is official. Items 3, 4, 5, 7 must have copy of letter to employee attached. Item 8 should have copy of letter of resignation.

| | | |
|---|---|---|
| 1. Transfer within department............ ( ) | 9. Retirement.......................... ( ) |
| 2. Transfer to another department ........ ( ) | 10. Separation by death ................. ( ) |
| 3. Demotion ........................ ( ) | 11. Expiration of Temp. Apt............... ( ) |
| 4. Layoff........................... ( ) | 12. Return LWOP ...................... ( ) |
| 5. Dismissal........................ ( ) | 13. Return from Military Lv.............. ( ) |
| 6. Leave without Pay................. ( ) | 14. Change in Name ................... ( ) |
| 7. Suspension ...................... ( ) | 15. Change in Salary .................. ( XX) |
| 8. Resignation...................... ( ) | 16. |

| ITEMS AFFECTED BY ACTION | FROM | TO |
|---|---|---|
| Department (Items 1 & 2) | | |
| Classification & Salary (Items 1, 2, 3) | | |
| Dates (Items 6 & 7) | | |
| Name (Item 14) | | |
| Amount (Item 15) | $27,630<br>$1,062.70 (13.2837) | $28,625<br>$1,100.98 (13.7622) |
| Other (Item 16) | | |

If Action is Resignation or Layoff, is Reemployment Recommended?   Yes ( )   No ( )

Funds are available ___*Hugh Samuel Austin*___   Date __NOV 12 1993__
                        Disbursing Officer

Explanation and remarks (Give reason for any action which is not self-explanatory)

(Signed) 1. _____   Date __NOV 15 1993__
                Appointing Authority
              *Donald R. Hughs*

2. _____   Date __11 Nov 93__

3. _____   Date _____

4. ___*Barbara M. Montoya*___   Date __NOV 17 1993__
         Personnel Director

FORM 100
Revised 3/1/84

CITY AND COUNTY OF MONTGOMERY
PERSONNEL DEPARTMENT

SUBMIT IN TRIPLICATE
WITH FORM 10

SECTION A

(ITEM 16) If action is re-employment, downgrade (B/W to Wkly), upgrade (Wkly to B/W), or
temporary to permanent status, complete Section B instead of Section A.

DEPT/DIV NO. City Shops/4800   EMPLOYEE'S NAME  James K. Barnes

EFFECTIVE DATE Nov  / 19 / 93 (MO/DA/YR)   SOCIAL SECURITY NO. _____/_____/_____

CURRENT CLASSIFICATION & SALARY (ITEMS 1, 2, &3) JOB CODE 5243   PAY RANGE 310  STEP 7

(ITEM 15) NEW HOURLY RATE $ 13 .7622 REVIEW DATE FOR NEXT PAY INCREASE ____/____/____
                                                                       MO   DA   YR

(ITEM 3, 16 on FORM 10, PROMOTION on FORM 5)

NEW JOB CODE_____ NEW PAY RANGE_____ NEW STEP____ REVIEW DATE FOR NEXT PAY INCREASE
                                                        _____/_____/_____ MO/DA/YR

IF ACTION IS INVOLVING A PAY OUT ON PAYROLL:
Was employee advanced work time on 4/15/83 B/W or 4/8/83 Wkly Payroll? YES ( ) NO ( )
If YES:  How many hours were advanced:-____.____ Hrs
                        After time used on final time sheet, pay remaining leave balance
             as follows:  ANNUAL LEAVE HOURS:  _____._____
                          SICK LEAVE HOURS:    _____._____ (½ ACCRUED)
                          COMPENSATORY HOURS:  _____._____
                          TOTAL LEAVE HOURS:   _____._____
LAST DAY IN PAY STATUS _____/_____/_____  (MO/DA/YR)

SECTION B                              SUBMIT IN TRIPLICATE WITH FORMS 3, 5, 8, 9, & 40

DEPT/DIV NO._____ VERIFIED SOCIAL SECURITY NO._____/_____/_____
The following person has been appointed: TEMPORARY ( ) PERMANENT ( )
NAME:_____ EFFECTIVE DATE:_____/_____/_____
      First      M.I.      Last                        MO     DA     YR
STREET ADDRESS: _____

CITY _____ STATE _____ ZIP CODE _____

RACE_____ SEX_____ MARITAL STATUS_____ NO. DEPENDENTS_____ BIRTHDATE ____/____/____
                                                                          MO   DA   YR
Hourly Rate $_____._____ Job Code_____ Pay Range_____ Step____ Review Date for next
                                           Pay Increase_____/_____/_____(MO/DA/YR)
PAID: Wkly ( ) B/W ( ) Will Accrue Leave: Yes ( ) No ( ) Will pay Retirement: Yes( ) No(
Scheduled Hours per Pay Period:_____._____ Non-scheduled, pay hours worked only:
                                                                        Yes( ) No(

Was Employee previously employed by the City of Montgomery: Yes ( ) No ( )

If Yes:_____/_____ Was paid: Wkly ( ) B/W ( )
       Department                  Date Terminated

REMARKS:

CITY AND COUNTY OF MONTGOMERY
PERSONNEL DEPARTMENT
P.O. BOX 1111
MONTGOMERY, ALABAMA 36101-1111

PERSONNEL BOARD
MR. JOHN J. HOGG, JR., CHAIRMAN
MR. C. LAMAR CHAMPION
MR. EDWARD F. CROWELL

BARBARA M. MONTOYA
PERSONNEL DIRECTOR
KAREN B. CASON
ASSISTANT PERSONNEL DIRECTOR
TELEPHONE: 205-241-2675
FAX: 205-241-2219

November 9, 1993

Mayor Emory Folmar
City Hall
103 N. Perry Street
Montgomery, Alabama

Dear Mayor Folmar:

The Personnel Board asked me to advise you that they approved
your request to adjust the salary range for Auto Mechanic-Small Gas
Engine (5243) from $21,670/$27,630 to $21,670/$28,625.

If I can be of further assistance, please let me know.

Yours truly,

Barbara M. Montoya
Personnel Director

cc:  Mr. Jim Buckalew
     Mr. Don Hayes

DATE:    20 Sep 1996

TO:        Mr. James Barnes #362

SUBJECT:    Assigned Duty Hours

1.  Effective 20 Sept. 1996, you are hereby assigned the following duty
hours.  You are to report to work no later than 0700 hours, Monday
through Friday.  You will have a ONE HALF HOUR LUNCH PERIOD, which is
to be coordinated with your supervisor.  Your duty period ends at 1530
hours.

2.  Holidays and weekend overtime may have different working hours.
Weekend or holiday work schedules will be posted near the time clock
reflecting the individuals scheduled for work, plus their work hours.

3.  Your assigned duties are: AUTO MECHANIC-SMALL GAS ENGINE.  From
time to time your duty assignment may be changed due to Departmental
requirements.  The Class Specification as outlined in the City and
County of Montgomery Personnel Rules and Regulations, Rule V states, in
part, the following......"They are intended to indicate the kinds of
positions that are allocated to the several classes, as determined by
their duties and responsibilities, and shall not be construed as
declaring to any extent, or in any way what the duties or responsibili-
ties of any position shall be, or as limiting or in any way modifying
the power of any appointing authority or administrative officer to
assign, direct and control the work of employees under supervision."

4.  Mr. KENDRICK, your supervisor, will outline your specific duties.

Terry H. Geddis, Director
City Shops Department

M E M O R A N D U M

TO:        Payroll Clerk, Garage Department

DATE:      June 3, 1998

SUBJECT:   Overtime Designation

In accordance with Personnel Rule VIII, Section 2 and 3, dealing with Overtime and Legal Holidays -- Exerpt from Section 2, (a) (3), as follows:  "The employee has the sole option, by stating in writing, prior to the time that overtime work is performed, of either accepting overtime pay or compensatory time."

Therefore, in lieu of the above, I understand that I have the option to either accept overtime pay or compensatory time, as I have designated by the placement of my signature on the appropriate line below.

*Ken Barnes*
(TYPE EMPLOYEE'S LAST NAME)          362
                                     EMPLOYEE NO.

In accordance with Personnel Rule VIII, I elect to <u>receive pay</u> for any <u>overtime hours worked.</u>

_____
Employee's Full Signature

In accordance with Personnel Rule VIII, I elect to <u>credit any overtime</u> hours worked to <u>Compensatory Leave.</u>

X _____
Employee's Full Signature

NOTE:  I may elect to change my option at any future date by presenting a new letter reflecting my decision.  All letters will remain in effect until changed by the employee.

M E M O R A N D U M

TO:        Payroll Clerk, Garage Department

DATE:      *11-26-97*

SUBJECT:   Overtime Designation

In accordance with Personnel Rule VIII, Section 2 and 3, dealing with
Overtime and Legal Holidays -- Exerpt from Section 2, (a) (3), as
follows:  "The employee has the sole option, by stating in writing,
prior to the time that overtime work is performed, of either accepting
overtime pay or compensatory time."

Therefore, in lieu of the above, I understand that I have the option
to either accept overtime pay or compensatory time, as I have
designated by the placement of my signature on the appropriate line
below.

*Barnes*                              *3621*
(TYPE EMPLOYEE'S LAST NAME)           EMPLOYEE NO.

In accordance with Personnel Rule VIII, I elect to <u>receive pay</u> for
any <u>overtime hours worked.</u>

*Jen Barnes*
Employee's Full Signature

In accordance with Personnel Rule VIII, I elect to <u>credit any overtime</u>
hours worked to <u>Compensatory Leave.</u>


Employee's Full Signature


NOTE:  I may elect to change my option at any future date by presenting
       a new letter reflecting my decision.  All letters will remain
       in effect until changed by the employee.

M E M O R A N D U M

TO:          Payroll Clerk, Garage Department

DATE:        21 November 1994

SUBJECT:     Overtime Designation


In accordance with Personnel Rule VIII, Section 2 and 3, dealing with
Overtime and Legal Holidays -- Exerpt from Section 2, (a) (3), as
follows:  "The employee has the sole option, by stating in writing,
prior to the time that overtime work is performed, of either accepting
overtime pay or compensatory time."

Therefore, in lieu of the above, I understand that I have the option
to either accept overtime pay or compensatory time, as I have
designated by the placement of my signature on the appropriate line
below.



BARNES, James K.                        362
(TYPE EMPLOYEE'S LAST NAME)             EMPLOYEE NO.


In accordance with Personnel Rule VIII, I elect to receive pay for
any overtime hours worked.



_____
Employee's Full Signature


In accordance with Personnel Rule VIII, I elect to credit any overtime
hours worked to Compensatory Leave.

_James K. Barnes_____
Employee's Full Signature



NOTE:  I may elect to change my option at any future date by presenting
       a new letter reflecting my decision.  All letters will remain
       in effect until changed by the employee.

# MEMO

To:        All City Employees

From:      F. Tim McCollum
           City Attorney

Subject:   Ethics Code Violations

Date:      June 10, 1998

      <u>To reiterate</u> - The City of Montgomery's policy towards employee Ethics Code violations is as follows:

      "No public official or public employee shall use or cause to be used equipment, facilities, time, materials, human labor, or other public property under his or her discretion or control for the private benefit or business benefit of the public official, public employee, any other person . . . ."§36-25-5(c) <u>Code of Alabama</u>, 1975.

      Every employee of the City of Montgomery is a "public employee". Every employee is entrusted by the taxpayers of this city with the responsibility of carrying on business beneficial to the taxpayer. If an employee uses city/taxpayer time, equipment, facilities, materials, his or her work time, someone else's work time, or other public property for personal gain, that employee is guilty of violating the above quoted section. Summed up, the employee cannot use any City equipment to make money or gain a personal benefit. Any employee who engages in the activities described above will be subject to severe disciplinary action in addition to any prosecution by the Alabama Ethics Commission.

FTMcC/mwf


      On this the __11__ day of _____June_____, 1998, I have read the above memorandum and I understand the same.

                          _____
                          Employee's Signature

          GARAGE_____ Department

# FLEET MANAGEMENT DEPARTMENT

## CITY OF MONTGOMERY

### WRITTEN REPRIMAND

**TO:**      Mr. James Barnes

**FROM:**    Royce Albright, Superintendent
             Auto Light

**DATE:**    09 January 2003

**SUBJECT:**   LETTER OF REPRIMAND

Mr. James Barnes, Employee Number 362, is being given a Written Letter of Reprimand for failure to clock in on Wednesday, 08 January 2003. Operating Instruction No. 08, Paragraph 3 states in part, "Failure or neglect to clock in or out is considered a violation " of OI No. 08 which establishes policy and procedure for using the time clock and time accounting procedure. Mr. Barnes's start time is 0700.

It is the responsibility of an employee to ensure he clocks out when he ends his work shift, even if he leaves earlier or later than his scheduled shift time. Failure to follow this rule is a violation of Operating Instruction No. 08, Paragraph 3, as outlined above.

Employees receiving three (3) reprimands in a 180-day period for any violations in Paragraph Eight (8) CAN EXPECT TO RECEIVE A THREE (3) DAYS SUSPENSION WITHOUT PAY.

This is Mr. Barnes's first violation of this Operating Instruction within a 180-day period. The 180-day period for this violation will end 07 July 2003.

THIS LETTER OF REPRIMAND HAS BEEN READ TO MR. BARNES.

_____
Royce Albright, Superintendent

_____
Witness

_____
Employee Signature

CITY SHOPS DEPARTMENT                                           01/09/2003        7:36        Page:        22

## Employee Time Card Report

Employee:        362        BARNES JAMES
Department:        Auto Cycle
Work rule:        0700-1530-99                                From:                01/03/2003
                                                             To:                01/16/2003

| Date | Day | Type | Act. Entry | Act. Exit | Total Time | Miss. Time | Reg. | Prm 1 | Prm 2 | OT1 | OT2 | Pay Abs. | Late Entry | Early Exit | Adj. Time | All Excp. | Man Edit |
|------|-----|------|-----------|-----------|-----------|-----------|------|-------|-------|-----|-----|----------|------------|------------|-----------|-----------|----------|
| 01/03 | Fri | Regular | 6.54 | 15.27 | 8.33 | | 0.30 | 8.03 | | | | | | | | | |
| 01/04 | Sat | Weekend | | | | | | | | | | | | | | | |
| 01/05 | Sun | Weekend | | | | | | | | | | | | | | | |
| 01/06 | Mon | Regular | 6.53 | 15.25 | 8.32 | | 0.30 | 8.02 | | | | | | | | | |
| 01/07 | Tue | Regular | 6.53 | 15.26 | 8.33 | | 0.30 | 8.03 | | | | | | | | | |
| 01/08 | Wed | Regular | 15.25 | | | 8.00 | | | | | | | | | | Missing | |
| 01/09 | Thu | Regular | 6.53 | | | 8.00 | | | | | | | | | | Missing | |

| Time classes: | | Pay categories: | | Exceptions: | | | |
|---|---|---|---|---|---|---|---|
| Tot.  Reg. | 1.30 | PTot.  100% | 26.10 | Late  Entry | | Total  Late | |
| Tot.  Prm1 | 24.08 | PTot.  OT1 | | Early  Exit | | Total  Early | |
| Tot.  Prm2 | | PTot.  OT2 | | Sched  Days | 5 | Act.  Days | 3 |
| Tot.  OT1 | | PTot.  Abs. | | Miss.  Time | 14.22 | | |
| Tot.  OT2 | | | | | | | |

Tot.  Sick
Tot.  Vac.
Tot.  Hol.
Tot.  Berv.
Tot.  Oth.

Employee:_____

Supervisor:_____

CITY SHOPS DEPARTMENT                                           01/09/2003        7:26        Page:        54

Employee Time Card Report

Employee:        374        DUNN GLEN
Department:        Heavy Equipment                             From:        01/03/2003
Work rule:        0530-1400-99                                 To:        01/16/2003

| Date | Day | Type | Act. Entry | Act. Exit | Total Time | Miss. Time | Reg. | Prm 1 | Prm 2 | OT1 | OT2 | Pay Abs. | Late Entry | Early Exit | Adj. Time | All Exp. | Man Edit |
|------|-----|------|-----------|-----------|-----------|-----------|------|-------|-------|-----|-----|----------|------------|------------|-----------|-----------|----------|
| 01/03 | Fri | Regular | | | | 8.00 | | | | | | | | | | Absence | |
| 01/04 | Sat | Weekend | | | | | | | | | | | | | | | |
| 01/05 | Sun | Weekend | | | | | | | | | | | | | | | |
| 01/06 | Mon | Regular | | | | 8.00 | | | | | | | | | | Absence | |
| 01/07 | Tue | Regular | | | | 8.00 | | | | | | | | | | Absence | |
| 01/08 | Wed | Regular | | | | 8.00 | | | | | | | | | | Absence | |

Time classes:        Pay categories:        Exceptions:
Tot.  Reg.        PTot.  100%        Late  Entry        Total  Late
Tot.  Prm1        PTot.  OT1        Early  Exit        Total  Early        Employee:_____
Tot.  Prm2        PTot.  OT2        Sched  Days  4        Act.  Days  0
Tot.  OT1        PTot.  Abs.        Miss.  Time  32.00
Tot.  OT2
Tot.  Sick
Tot.  Vac.
Tot.  Hol.
Tot.  Berv.
Tot.  Oth.

Supervisor:_____

# CITY SHOPS DEPARTMENT

## CITY OF MONTGOMERY

## WRITTEN REPRIMAND

TO:        Mr. James K. Barnes #362

FROM:      Terry H. Gaddis, Director
           City Shops Department

DATE:      23 July 2001

SUBJECT:   LETTER OF REPRIMAND

Mr. James K. Barnes, Employee Number 362, is being given a Written Letter of Reprimand for failure to clock in. Operating Instruction No. 08, Paragraph 3 states in part, "Failure or neglect to clock in or out is considered a violation " of OI No. 08 which establishes policy and procedure for using the time clock and time accounting procedure. Mr. Barnes states that he was here at work, but failed to clock in at his regular shift start time.

It is the responsibility of an employee to ensure he clocks out when he ends his work shift, even if he leaves earlier or later than his scheduled shift time. Failure to follow this rule is a violation of Operating Instruction No. 08, Paragraph 3, as outlined above.

Employees receiving three (3) reprimands in a 180-day period for any violations in Paragraph Eight (8) CAN EXPECT TO RECEIVE A THREE (3) DAYS SUSPENSION WITHOUT PAY.

This is Mr. Barnes's second (2nd) violation of this Operating Instruction within a 180-day period. The 180-day period for this violation will end 15 January 2002.

THIS LETTER OF REPRIMAND HAS BEEN READ TO MR. BARNES.

_____
Terry H. Gaddis, Director

_____
Witness

_____
Employee Signature

| CITY SHOPS DEPARTMENT | | | | | | | | | 07/23/2001 | | 7:20 | | Page: | 18 |

**Employee Time Card Report**

| | | | | | |
|---|---|---|---|---|---|
| Employee: | 362 | BARNES JAMES | | | |
| Department: | Auto Cycle | | | From: | 07/20/2001 |
| Work rule: | 0700-1530-99 | | | To: | 08/02/2001 |

.1 (10)  *Clock in late*

| Date | Day | Type | Act. Entry | Act. Exit | Total Time | Miss. Time | Reg. | Prm 1 | Prm 2 | OT1 | OT2 | Pay Abs. | Late Entry | Early Exit | Adj. Time | All Excp. | Man Edit |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/20 | Fri | Regular | 7.04 | 15.25 | 8.21 | | 0.30 | 7.51 | | | | | | 0.04 | | Late entry | |
| 07/21 | Sat | Weekend | | | | | | | | | | | | | | | |
| 07/22 | Sun | Weekend | | | | | | | | | | | | | | | |
| 07/23 | Mon | Regular | 6.53 | | | 8.00 | | | | | | | | | | Missing | |

| Time classes: | | | | | | | Pay categories: | | | Exceptions: | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Tot. | Reg. | 0.30 | Tot. | Sick | | | PTot. | 100% | 8.21 | Late | Entry | 1 | Total | Late | 0.04 |
| Tot. | Prm1 | 7.51 | Tot. | Vac. | | | PTot. | OT1 | | Early | Exit | | Total | Early | |
| Tot. | Prm2 | | Tot. | Hol. | | | PTot. | OT2 | | Sched | Days | 2 | Act. | Days | 1 |
| Tot. | OT1 | | Tot. | Berv. | | | PTot. | Abs. | | Miss. | Time | 7.39 | | | |
| Tot. | OT2 | | Tot. | Oth. | | | | | | | | | | | |

Employee:_____

Supervisor:_____

# CITY SHOPS DEPARTMENT

# CITY OF MONTGOMERY

# WRITTEN REPRIMAND

TO:          Mr. James K. Barnes  #362

FROM:        Terry H. Gaddis, Director
             City Shops Department

SUBJECT:     Written Letter of Reprimand

DATE:        5 March 2001

Mr. James K. Barnes, Employee Number 362,   is being given a Written Letter of Reprimand for failure to call his Supervisor Thursday, 1 March 2001, to say that he would be late reporting to duty that day.  Mr. Barnes overslept and because of the lateness of the hour when he awoke, he decided to come into work rather than calling in.

When employees are going to be late reporting to duty, they are to call their Supervisor  PRIOR to the time their shift begins, and if they are not going to report for duty on that shift at all, it is  their responsibility to call again to inform their supervisor of their change in plans.   Failure to make this call as directed is a violation of Operating Instruction 08 Paragraph 6, which states, "Failure to call Foreman prior to shift start time will result in a Written Letter of Reprimand"....

Employees receiving three (3) Written Letters of Reprimand in a 180-day period for any violation in OI 08 can expect to receive a three (3) day suspension without pay.

This is Mr. Barnes' first (1st) violation of this Operating Instruction within a 180-day period.  The 180-day period for this violation will end 27 August 2001.  This letter of reprimand has been read to Mr. Barnes.

_____
Terry H. Gaddis, Director

_____
Employee Signature

_____
Witness

CITY SHOPS DEPARTMENT                                          03/02/2001      7:09        Page:      18

<div align="center">Employee Time Card Report</div>

Employee:        362      BARNES JAMES
Department:      Auto Cycle                                            From:            02/16/2001
Work rule:       0700-1530-99    *2.9 ( 10 )  No Call in*               To:              03/01/2001

| Date | Day | Type | Act. Entry | Act. Exit | Total Time | Miss. Time | Reg. | Prm 1 | Prm 2 | OT1 | OT2 | Pay Abs. | Late Entry | Early Exit | Adj. Time | All Excp. | Man Edit |
|------|-----|------|-----------|-----------|-----------|-----------|------|-------|-------|-----|-----|----------|-----------|-----------|-----------|-----------|----------|
| 2/16 | Fri | Regular | 6.55 | 15.25 | 8.30 | | 0.30 | 8.00 | | | | | | | | | |
| 2/17 | Sat | Weekend | | | | | | | | | | | | | | | |
| 2/18 | Sun | Weekend | | | | | | | | | | | | | | | |
| 2/19 | Mon | Regular | 5.53 | 14.25 | 8.32 | | 0.30 | 8.02 | | | | | | | | Early entry | |
| 2/20 | Tue | Regular | 8.54 | 15.25 | 6.31 | 1.29 | 0.30 | 6.01 | | | | | 1.54 | | | Late entry | |
| 2/21 | Wed | Regular | 6.58 | 15.25 | 8.27 | | 0.30 | 7.57 | | | | | | | | | |
| 2/22 | Thu | Regular | | | | 8.00 | | | | | | | | | | Absence | |
| 2/23 | Fri | Regular | 6.57 | 15.25 | 8.28 | | 0.30 | 7.58 | | | | | | | | | |
| 2/24 | Sat | Weekend | | | | | | | | | | | | | | | |
| 2/25 | Sun | Weekend | | | | | | | | | | | | | | | |
| 2/26 | Mon | Regular | 6.58 | 15.25 | 8.27 | | 0.30 | 7.57 | | | | | | | | | |
| 2/27 | Tue | Regular | 8.49 | 15.25 | 6.36 | 1.24 | 0.30 | 6.06 | | | | | 1.49 | | | Late entry | |
| 2/28 | Wed | Regular | 6.56 | 15.25 | 8.29 | | 0.30 | 7.59 | | | | | | | | | |
| 03/01 | Thu | Regular | 9.52 | 15.25 | 5.33 | 2.27 | 0.30 | 5.03 | | | | | 2.52 | | | Late entry | |

| Time classes: | | Pay categories: | | Exceptions: | | | |
|---|---|---|---|---|---|---|---|
| Tot.  Reg. | 4.30 | PTot.  100% | 69.33 | Late  Entry | 3 | Total  Late | 6.35 |
| Tot.  Prm1 | 65.03 | PTot.  OT1 | 0.28 | Early  Exit | 1 | Total  Early | |
| Tot.  Prm2 | | PTot.  OT2 | | Sched  Days | 10 | Act.  Days | 9 |
| Tot.  OT1 | | PTot.  Abs. | | Miss.  Time | 10.27 | | |
| Tot.  OT2 | | | | | | | |

Tot.  Sick
Tot.  Vac.
Tot.  Hol.
Tot.  Berv.
Tot.  Oth.

Employee:_____

Supervisor:_____

CITY SHOPS DEPARTMENT

CITY OF MONTGOMERY

W R I T T E N    R E P R I M A N D

TO:      Mr. James K. Barnes, #362

FROM:    Terry H. Gaddis, Director
         City Shops Department

DATE:    07 May 1998

SUBJECT:  LETTER OF REPRIMAND

Mr. James K. Barnes, Employee #362, is being given a Written Letter of
Reprimand for failure to call the Control Center/Foreman PRIOR to his
shift start time on 06 May 1998. Mr. Barnes's Shift Time begins at
0700 hours. When employees are going to be late reporting to duty, or
will not report for work at all on any given day they are to call the
Control Center or their Foreman PRIOR to time their shift begins.
Failure to make this call as directed is a violation of Operating
Instruction No. 08, Paragraph 6, which states "Failure to call Control
Center/Foreman prior to shift start time will result in a Written
Reprimand".

There were unforeseen circumstances, according to Mr. Barnes's
Foreman, Mr. Kendrick; however the call stating he would be late was
not made and he did clock in three (3) minutes after his shift time
began.

Employees receiving three (3) reprimands in a 180-day period for any
violations in Paragraph Eight (8) CAN expect to receive a three (3)
day suspension without pay.

THIS IS MR. BARNES'S SECOND VIOLATION OF THIS OPERATING INSTRUCTION
WITHIN A 180-DAY PERIOD. THE 180-DAY PERIOD FOR THIS VIOLATION WILL
END 02 NOVEMBER 1998.

THIS REPRIMAND HAS BEEN READ TO MR. BARNES.

_____
Employee Signature

_____          _____
WITNESS                                     Terry H. Gaddis, Director

BADGE: 356
GROUP: 0700-1530-99
EMP  : SHUFORD,R    4.0 (11)

| DATE | CLOCK IN | CLOCK OUT | ROUND IN | ROUND OUT | REG | OT1 | OT2 | OT3 | ST1 | ST2 |
|------|----------|-----------|----------|-----------|-----|-----|-----|-----|-----|-----|
| 05/06/98 | 6:54 | 10:59 | 6:54 | 10:59 | 4:05 | 0:00 | 0:00 | 0:00 | 0:00 | 0:00 |
| PERIOD TOTALS | | | | | 4:05 | 0:00 | 0:00 | 0:00 | 0:00 | 0:00 |

=================================================================================

BADGE: 359
GROUP: 0630-1530-99
EMP  : VANDERGRIFT,W ✓

| DATE | CLOCK IN | CLOCK OUT | ROUND IN | ROUND OUT | REG | OT1 | OT2 | OT3 | ST1 | ST2 |
|------|----------|-----------|----------|-----------|-----|-----|-----|-----|-----|-----|
| 05/06/98 | 6:23 | 15:25 | 6:23 | 15:25 | 9:02 | 0:00 | 0:00 | 0:00 | 0:00 | 0:00 |
| PERIOD TOTALS | | | | | 9:02 | 0:00 | 0:00 | 0:00 | 0:00 | 0:00 |

=================================================================================

BADGE: 362
GROUP: 0700-1530-02
EMP  : BARNES,J    .1 (10)   No CALL IN

| DATE | CLOCK IN | CLOCK OUT | ROUND IN | ROUND OUT | REG | OT1 | OT2 | OT3 | ST1 | ST2 |
|------|----------|-----------|----------|-----------|-----|-----|-----|-----|-----|-----|
| 05/06/98 | 7:03 | 15:26 | 7:03 | 15:26 | 8:23 | 0:00 | 0:00 | 0:00 | 0:00 | 0:00 |
| PERIOD TOTALS | | | | | 8:23 | 0:00 | 0:00 | 0:00 | 0:00 | 0:00 |

=================================================================================

BADGE: 364
GROUP: 0700-1600-99
EMP  : AMMONS,P

CITY SHOPS DEPARTMENT

CITY OF MONTGOMERY

W R I T T E N    R E P R I M A N D

TO:        Mr. James K. Barnes,    #362

FROM:      Terry H. Gaddis, Director
           City Shops Department

DATE:      15 November 1997

SUBJECT:   LETTER OF REPRIMAND

Mr. James K. Barnes, Employee No. 362, is being given a written
Letter of Reprimand for failure to clock out when he left work
17 November 1997.  Failure to clock in or out is a violation of
Operating Instruction 08 Paragraph 6.

Mr. Barnes clocked in at the beginning of his shift start time,
but failed to clock out when he left work after receiving a
telephone call from school that his daughter had been hurt.  Mr.
Barnes did complete the Leave Request form, but failed to clock
out.

Personnel who receive  three (3) reprimands in one or a
combination of any of the violations in Operating Instruction 08
in a one hundred eighty (180) day period will receive  a  three
(3) day suspension without pay.  This is Mr. Barnes' first
violation in this one hundred eighty (180) day period.  The
expiration date for the period of time covered in this letter is
16 May 1998.

THIS LETTER HAS BEEN READ TO MR. BARNES.

_____
(Employee Signature)

_____
(Witness)

_____
Terry H. Gaddis, Director
City Shops Department

PERIOD TOTALS          8:31    0:00    0:00    0:00    0:00    0:00
====================================================================

BADGE: 356
GROUP: 0700-1530-99          ✓
EMP  : SHUFORD,R

| DATE | CLOCK IN | CLOCK OUT | ROUND IN | ROUND OUT | REG | OT1 | OT2 | OT3 | ST1 | ST2 |
|------|----------|-----------|----------|-----------|-----|-----|-----|-----|-----|-----|
| 11/17/97 | 6:54 | 15:26 | 6:54 | 15:26 | 8:32 | 0:00 | 0:00 | 0:00 | 0:00 | 0:00 |
| | PERIOD TOTALS | | | | 8:32 | 0:00 | 0:00 | 0:00 | 0:00 | 0:00 |

====================================================================

BADGE: 359
GROUP: 0630-1530-99          ✓
EMP  : VANDERGRIFT,W

| DATE | CLOCK IN | CLOCK OUT | ROUND IN | ROUND OUT | REG | OT1 | OT2 | OT3 | ST1 | ST2 |
|------|----------|-----------|----------|-----------|-----|-----|-----|-----|-----|-----|
| 11/17/97 | 6:23 | 15:26 | 6:23 | 15:26 | 9:03 | 0:00 | 0:00 | 0:00 | 0:00 | 0:00 |
| | PERIOD TOTALS | | | | 9:03 | 0:00 | 0:00 | 0:00 | 0:00 | 0:00 |

====================================================================

BADGE: 362
GROUP: 0700-1530-99          2.5 (11)
EMP  : BARNES,J

| DATE | CLOCK IN | CLOCK OUT | ROUND IN | ROUND OUT | REG | OT1 | OT2 | OT3 | ST1 | ST2 |
|------|----------|-----------|----------|-----------|-----|-----|-----|-----|-----|-----|
| 11/17/97 | 6:57 | DID NOT CLOCK OUT | 6:57 | 6:57M | 0:00 | 0:00 | 0:00 | 0:00 | 0:00 | 0:00 |
| | PERIOD TOTALS | | | | 0:00 | 0:00 | 0:00 | 0:00 | 0:00 | 0:00 |

====================================================================

*file*

# M E M O R A N D U M

TO:       James K. Barnes

FROM:     Terry H. Gaddis, Director
          City Shops Department

THRU:     Eugene Knox, Jr., Asst Director
          City Shops Department

DATE:     28 September 1995

SUBJECT:  Letter of Counseling

This record will confirm the counseling session held on
_28 September 1995_____.

Since January 1995, you have called in to notify the Depart-
ment that you would be late to work or absent from work a
total of __32___ times. You have also been absent from work
for various reasons a total of __38_____ times. __5___
were scheduled and __33___ were unscheduled for a total of
145.0 hours.

You were made aware that your absenteeism is considered to be
excessive as compared to the general population of other
employees in this Department and is affecting the capability
of your Division to accomplish its daily mission. When you
are absent, unscheduled, someone else has to perform your
duties and many times, work has to be delayed and resched-
uled. This has a negative impact on our production effort
and causes unnecessary hardships on your supervisor, co-work-
ers and the Department.

We have been very lenient and understanding of your past
absenteeisms and you know that if a true emergency arises, we
will grant your request for leave. You are also aware that
we encourage you to take scheduled time off from work to
relax and enjoy whatever you like to do and we realize that
from time to time you require time off for medical/dental
appointments. All of this is part of the benefits you have
earned and all we ask is that you don't abuse your benefits.

You are reminded that you have a big responsibility to be
present for work, on time, everyday, unless there is a true
emergency.

This Department prides itself on accomplishing an enormous amount of quality work with a limited number of personnel, but we cannot continue to make this happen without you being present for work.

I strongly suggest that you take immediate action to correct your absenteeism and be a more dependable employee. Your job is important not only to you, but us and we need you present for work!

_____     _____
Employee's Signature          Supervisor's Signature

2

CITY SHOPS DEPARTMENT

CITY OF MONTGOMERY

W R I T T E N    R E P R I M A N D

TO:        Mr. James K. Barnes        #362

FROM:      Terry H. Gaddis, Director
           City Shops Department

DATE:      12 July 1995

SUBJECT:   LETTER OF REPRIMAND

Mr. James K. Barnes, #362, is being given a Written Reprimand for the following violation of the Rules, Regulations or Policies of the City Shops Department, Operating Instruction No. 8 - TIME ACCOUNTING, Paragraph 6, which states: "When employees are going to be late reporting to duty, they are to call the Control Center/Administrative Office PRIOR to their shift start time."

Mr. Barnes failed to call in to say that he was going to be late reporting to duty on 30 June 1995. Mr. Barnes' scheduled shift hours are from 0700 -1530 Hours.

THIS IS MR. BARNES' FIRST VIOLATION OF THIS OPERATING INSTRUCTION WITHIN A 180-DAY PERIOD. THE 180-DAY PERIOD FOR THIS VIOLATION WILL END 30 JANUARY 1996.

This Reprimand was read to Mr. Barnes.

_____
Employee Signature

_____
WITNESS

_____
Terry H. Gaddis, Director

BADGE: 362
GROUP: 0700-1530--99        6/30/95
EMP  : BARNES,JAMES          AL= 0.2)

| DATE | CLOCK IN | CLOCK OUT | ROUND IN | ROUND OUT | REG | OT1 | OT2 | OT3 | ST1 | ST2 |
|------|----------|-----------|----------|-----------|-----|-----|-----|-----|-----|-----|
| 06/30/95 | 7:07 | 15:25 | 7:07 | 15:25 | 8:18 | 0:00 | 0:00 | 0:00 | 0:00 | 0:00 |
| 07/04/95 | JULY 4TH | | | | 0:00 | 0:00 | 0:00 | 0:00 | 8:00 | 0:00 |
| 07/05/95 | 6:54 | 15:25 | 6:54 | 15:25 | 8:31 | 0:00 | 0:00 | 0:00 | 0:00 | 0:00 |
| 07/06/95 | 6:53 | 15:25 | 6:53 | 15:25 | 8:32 | 0:00 | 0:00 | 0:00 | 0:00 | 0:00 |
| | PERIOD TOTALS | | | | 25:21 | 0:00 | 0:00 | 0:00 | 8:00 | 0:00 |

==================================================================================

PUNCH      ?
------------------------------------------

GROUP: 0630-1530--02       W/78/05 - 5-2-20   1.71

CITY SHOPS DEPARTMENT

CITY OF MONTGOMERY

W R I T T E N   R E P R I M A N D

TO:       Mr. James K. Barnes       #362

FROM:     Mr. Donald R. Hayes, Director
          City Shops Department

DATE:     23 November 1993

SUBJECT:  WRITTEN REPRIMAND


Mr. James K. Barnes is being given a Written Reprimand for the following violation of the Rules, Regulations or Policies of the City Shops Department, Operating Instruction No. 08 TIME ACCOUNTING CARD paragraph 4 which states "A person clocking in after their scheduled shift start time is considered "late" even if it's just one minute.

Mr. Barnes clocked in on 22 November 1993 at 0701. Mr. Barnes failed to inform the Control Center that he would be late reporting to work. Mr. Barnes' scheduled shift is 0700 to 1530 hours.

THIS IS MR. BARNES' SECOND VIOLATION OF THIS OPERATING INSTRUCTION WITHIN 180 DAYS. THE 180-DAY PERIOD FOR THIS VIOLATION WILL END 23 MAY 1994.


This Reprimand has been read to Mr. Barnes.

_____
Employee Signature

_____
WITNESS

_____
Donald R. Hayes, Director

| MO–DA | IN | OUT | IN | OUT | IN | OUT | IN | OUT | I | II | TOTALS III | IV |
|-------|-----|------|-----|-----|-----|-----|-----|-----|------|------|------|------|
| 11-19 | 06:54 | 15:25 | | | 11/22/93 (10) 0.1 | | | | 8:31 | 0:00 | 8:31 | 8:31 |
| 11-22 | 07:01 | 15:25 | | | | | | | 8:24 | 0:00 | 16:55 | 16:55 |
| 11-23 | 06:55 | | | | | | | | | | | |

SIMPLEX 1950-9850

362
BARNES, JAMES. K.
0700 TO 1530 HRS.
SS 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 02 PAY
PERIOD END 02 DEC 1993

23 Nov 93 - Written Reprimand - 2nd Violation within 180-Day Period. Failure to call in to report he would be late- clocked in on 22 Nov 93 @ 0701. mee

CITY SHOPS DEPARTMENT

CITY OF MONTGOMERY

W R I T T E N   R E P R I M A N D

TO:      Mr. James K. Barnes, #362

FROM:    Eugene Knox, Jr., Asst Director
         City Shops Department

DATE:    07 September 1993

SUBJECT: WRITTEN REPRIMAND

Mr. Barnes  is being given a Written Reprimand for the following violation of the Rules, Regulations or Policies of the City Shops Department,  Operating Instruction No.  8 - TIME ACCOUNTING CARD, paragraph  4  -  which  states:  "A  person clocking in after his scheduled  shift  start  time  is considered "late" even if it is just one minute.

Mr.  Barnes  failed to inform the Control Center that he would be late reporting  to work.  He clocked in for duty at 0704 hours on 02  September 1993.  Mr. Barnes' shift start time is 0700 to 1530 hours.

THIS  IS  MR. BARNES' SECOND VIOLATION OF THIS OPERATING INSTRUC- TION WITHIN 180 DAYS.  THE 180-DAY PERIOD FOR THIS VIOLATION WILL END 02 MARCH 1994.

This Reprimand was read to Mr. Barnes.

_____
Employee Signature

_____
WITNESS:

_____
Eugene Knox, Jr., Asst Director

362.
BARNES, JAMES K.
0700 TO 1530 HRS.
SS 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 02 PAY
PERIOD END 09 SEPT 1993

| MO–DA | IN | OUT | IN | OUT | IN | OUT | IN | OUT | I | TOTALS II | III | IV |
|-------|-----|------|----|-----|----|-----|----|-----|------|------|-------|-------|
| 08-27 | 06:53 | 15:25 | | | 8/30/93 (11) 8.0 | | | | 8:32 | 0:00 | 8:32 | 8:32 |
| 08-31 | 06:55 | 15:25 | | | 9/2/93 (14) 0.1 | | | | 8:30 | 0:00 | 17:02 | 17:02 |
| 09-01 | 06:57 | 15:25 | | | | | | | 8:28 | 0:00 | 25:30 | 25:30 |
| 09-02 | 07:04 | 15:25 | | | | | | | 8:21 | 0:00 | 33:51 | 33:51 |

3 Sep 93 - Written Reprimand for 2 Sep 93 - failed to call in
to state he would be late. Reprimand
dated for 1 Sep 93 - not here on 3 Sep 93. mel

CITY SHOPS DEPARTMENT

CITY OF MONTGOMERY

W R I T T E N    R E P R I M A N D

TO:        Mr. James K. Barnes,    #362

FROM:      Mr. Donald R. Hayes, Director
           City Shops Department

DATE:      10 May 1993

SUBJECT:   WRITTEN REPRIMAND


Mr. Barnes is being given a Written Reprimand for the following violation of the Rules, Regulations or Policies of the City Shops Department, Operating Instruction No. 8 - TIME ACCOUNTING CARD - para 4 - which states:  "A person clocking in after his scheduled shift start time is considered "late" even if it is just one minute.

Mr. Barnes failed to call in prior to clocking in at 0701, one (1) minute after his shift start time on 07 May 1993. Mr. Barnes' scheduled shift time is 0700 to 1530 hours.

THIS IS MR. BARNES' FIRST VIOLATION OF THIS OPERATING INSTRUCTION WITHIN 180 DAYS. THE 180-DAY PERIOD FOR THIS VIOLATION WILL END 08 NOVEMBER 1993.

This reprimand was read to Mr. Barnes.


_____
Employee Signature


_____          _____
WITNESS:                                  Donald R. Hayes, Director

| MO–DA | IN | SUT | OUT | IN | OUT | I. | III | IN |
|-------|-----|------|-----|-----|-----|-----|-----|-----|
| 05-07 | 07:01 | 15:25 | | 5/7/93 (10) 0:1 | | 8:24 | 0:00 | 8:24 | 8:24 |
| 05-10 | 06:56 | | | | | | | | |

SIMPLEX 1950-9850

362  BARNES, JAMES K.
0700 TO 1530 HRS.
SS 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  02 PAY
PERIOD END 20 MAY 1993

5/10/93 — Reprimand — Clock in @ 0701 — One(1) minute
late — Did not call in on 5/7/93.

CITY SHOPS DEPARTMENT

CITY OF MONTGOMERY

W R I T T E N    R E P R I M A N D

TO:      Mr. James K. Barnes        #362

FROM:    Mr. Eugene Knox, Assistant Director
         City Shops Department

DATE:    20 August 1992

SUBJECT: WRITTEN REPRIMAND

Mr. James Barnes  is  being  given  a  Written  Reprimand  for the
following violation of  the  Rules, Regulations or Policies of the
City Shops  Department, Operating Instruction No. 8 TIME ACCOUNTING
CARD Paragraph 6 which  states  "Neglect or failure to clock in or
out is considered a violation."

Mr. Barnes failed  to  clock  in on 18 August 1992.  Mr. Barnes'
scheduled shift time is 0700 hours to 1530 hours.

THIS IS  MR. BARNES' FIRST VIOLATION OF THIS OPERATING INSTRUCTION
WITHIN 180  DAYS.  THE  180-DAY PERIOD FOR THIS VIOLATION WILL END
14 FEBRUARY 1992.

This reprimand has been read to Mr. Barnes.

_____
Employee Signature

_____
WITNESS

_____
Eugene Knox, Assistant Director

| MO–DA | IN | OUT | IN | OUT | IN | OUT | IN | OUT | I | TOTALS II | III | IV |
|-------|------|-------|----|-----|----|-----|----|-----|------|------|-------|-------|
| 08-14 | 06:56 | 15:25 | | | | | | | 8:29 | 0:00 | 8:29 | 8:29 |
| | | | | | 8/16/94 (11) | .3 | | | | | | |
| | | | | | 8/19/99 (10) | .7 | | | | | | |
| 08-17 | 06:55 | 15:25 | | | | | | | 8:30 | 0:00 | 16:59 | 16:59 |
| 08-18 | | 15:25 | | | | | | | 0:00 | 0:00 | 16:59 | 16:59 |
| 08-20 | 07:07 | | | | | | | | | | | |

362  BARNES, JAMES K.
0700 TO 1530 HRS.
SS 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  02 PAY
PERIOD END 27 AUGUST 1992

CITY SHOPS DEPARTMENT

CITY OF MONTGOMERY

W R I T T E N    R E P R I M A N D

TO:       Mr. James K. Barnes   #362

FROM:     Mr. Eugene Knox, Jr. Assistant Director
          City Shops Department

DATE:     24 March 1992

SUBJECT:  WRITTEN REPRIMAND

Mr. James K. Barnes is being given a Written Reprimand for the following violation of the Rules, Regulations or Policies of the City Shops Department, Operating Instruction No. 37 - WEAR AND CARE OF UNIFORMS AND FOOTWEAR Para 3 - "Footwear worn by Mechanics and Auto Servicer's must conform to safety standards....Tennis shoes, footwear constructed of cloth, sandals, or high heeled shoes will not be worn at any time. Mr. Barnes was observed wearing tennis shoes on duty on 24 March 1992.

All personnel are responsible for complying with this policy. Non-compliance will result in appropriate disciplinary action.

To be further reviewed by Mr. Donald R. Hayes, Director.

_____
Employee Signature

_____        _____
WITNESS                                 Eugene Knox, Jr., Assistant Director
                                        City Shops Department

# RETURN TO WORK AUTHORIZATION

## DONALD A. MARSHALL AND C. KIRVEN ULMER, M.D.
1801 Pine Street, Suite 101 • Montgomery, Alabama 36106
269-9026 • 293-8000

This is to certify that _James Barnes_ Date _12-13-91_

has now recovered sufficiently to be able to return to (light) (regular) work duties on _____

Restrictions: _Pt will start in our office and is_
_medically cleared from our office_

Remarks: _Must d through Mon 12/23/91_

Dr. _Kirven Ulmer MD_

CKU-005 (5/90)   ADHS / Montgomery, AL / 272-9701

MEMORANDUM

To:          James K. Barnes
             Memorandum-for-Record

From:        Eugene Knox, Jr.
             Assistant Director, City Shops

Date:        03 October 1991

Subject:     Absenteeism


This will confirm the verbal counsel session held in my office on
03 October 1991.

You were made aware that your absentee record was above average
for the period between 10-01-90 through 09-30-91.

During this period, you were absent from duty a total of thirty-
eight (38) separate occasions, 8 were scheduled and 30 were
unscheduled. A total of 211.1 hours. You stated to me that you
would take corrective action to change this pattern.



cc: Personnel File

GARAGE   DEPARTMENT

CITY OF MONTGOMERY

W R I T T E N   R E P R I M A N D

TO:          Mr. James K. Barnes        #362

FROM:        Mr. Donald R. Hayes, Director
             Garage Department

DATE:        24 October 1988

SUBJECT:     WRITTEN REPRIMAND

Mr. James K. Barnes is being given a Written Reprimand for the
following violation of the Rules, Regulations or Policies of the
Garage Department, Operating Instruction No. 8 - TIME ACCOUNTING CARD
Par. 4 - "A person clocking in after their scheduled shift start time
is considered "late" even if it's just one minute."  Mr. Barnes failed
to call before his duty shift start time (0700 Hours) to state he
would be late.  Mr. Barnes called the Control Center at 0721 Hours on
21 October 1988 to state he had overslept and would be on to work
shortly.

This reprimand has been read to Mr. Barnes.

_____
Employee Signature

WITNESS:

_Robert F. Wade_____          _Donald R. Hayes_____
                                  Donald R. Hayes, Director

GARAGE   DEPARTMENT

CITY OF MONTGOMERY

W R I T T E N     R E P R I M A N D

TO:          Mr. James K. Barnes              #362

FROM:        Mr. Donald R. Hayes, Director
             Garage Department

DATE:        23 December 1987

SUBJECT:     WRITTEN REPRIMAND

Mr. James K. Barnes is being given a Written Reprimand for the
following violation of the Rules, Regulations or Policies of the
Garage Department, Operating Instruction No. 8 - TIME ACCOUNTING CARD
Par. 6 - Failure to clock in or out is considered a violation.  On 22
December 1987, Mr. Barnes failed to clock in before starting his
scheduled duty shift.

This reprimand has been read to Mr. Barnes.

_____
Employee Signature

WITNESS:

_____            _____
William H. Jones                            Donald R. Hayes
                                            Donald R. Hayes, Director

M E M O R A N D U M

To:                    Mr. James K. Barnes    #362
                       Memorandum-for-Record

From:                  Mr. Robert F. Wade, Garage Foreman

Date:                  14 July 1986

Subject:               Absenteeism


This will confirm the verbal counsel session held in my office on 11 July 86.

You were made aware that your absentee record was above average for the period between 1 October 1985 through 11 July 1986.

During this period, you were abesnt from duty a total of 262.9 hours.  In twenty-nine (29) separate occasions,  thirteen (13) were scheduled and sixteen (16) were unscheduled.  You stated to me that you would take corrective action to change this pattern.


copy:  Personnel File



## *City of* MONTGOMERY *Alabama*

**EMORY FOLMAR**
Mayor

MONTGOMERY CITY COUNCIL

MRS. ALICE D. REYNOLDS-Pres.
E.T. (BUD) CHAMBERS-Pres. Pro tem
HERCHEL CHRISTIAN
JOSEPH DICKERSON
MARK GILMORE, JR.
LEU HAMMONDS
WILLIAM (BILL) NUNN, III
JOE L. REED
BILLY M. TURNER

*Mr Barnes Personnel File*

11 May 1984


Mr. James K. Barnes
3115 Old Selma Road
Montgomery, Al 36108

Assistance to the Police Department


Your action on Thursday, 3 May 1984, following the tornado that hit north Montgomery, did not go unnoticed.

It's team work and interest in our community that was evident in your action. I speak for this Department and let me add my "Congratulations" and "Thanks" for your effort.

Donald R. Hayes, Director
Garage Department

edw

9 May 1984

Mr. Don R. Hayes
City Garage


Dear Mr. Don R. Hayes

We of the Evidence Technician Section of The Montgomery Police Department would like to commend Willie Lee Jackson and James Barnes for their assistance in transporting Bodies from our Station Wagon to the City Morgue on Thursday, 3rd. of May, 1984.  Their assistance enabled our unit to get back into service and return to the Tornado area much faster.  These men did not hesitate when ask to assist in placing the Bodies from the unit into the Body Coolers in the City Morgue.

Cpl. T.R. Shanks

Sgt. R.T. Ward

GARAGE DEPARTMENT

CITY OF MONTGOMERY

W R I T T E N   R E P R I M A N D


To:        Mr. James K. Barnes

From:      Donald R. Hayes, Director

Date:      23 February 1984

Subject:   WRITTEN REPRIMAND


Mr. James K. Barnes                    has been given a written reprimand

for the following violation of the Rules, Regulations or Policies of

the Garage Department: Operating Instruction No. 8 (6); Neglect or

failure to clock in or out.  Mr. Barnes failed to clock out on

22 February 1983.


This reprimand has been read to Mr. Barnes             .

_____
Employee

_____                    _____
Witness                                            Donald R. Hayes, Director

GARAGE DEPARTMENT

CITY OF MONTGOMERY

W R I T T E N   R E P R I M A N D


To:        Mr. James K. Barnes

From:      Donald R. Hayes, Director

Date:      20 December 1983

Subject:   WRITTEN REPRIMAND


Mr. James K. Barnes                    has been given a written reprimand

for the following violation of the Rules, Regulations or Policies of

the Garage Department: Operating Instruction No. 8 (6); Neglect or

failure to clock in or out.  Mr. Barnes failed to clock in on 19 Dec. 83.


This reprimand has been read to   Mr. Barnes           .


_James K. Barnes_
Employee


_Robert F. Wade_
Witness

_William H. Jones for_
Donald R. Hayes, Director

BEASLEY, WILSON, ALLEN, CROW & METHVIN, P.C.

*Attorneys at Law*

JERE LOCKE BEASLEY
FRANK M. WILSON
J. GREG ALLEN
MICHAEL J. CROW
THOMAS J. METHVIN
BLAINE C. STEVENS
J. COLE PORTIS
W. DANIEL MILES, III
STEPHEN W. DRINKARD
R. GRAHAM ESDALE, JR.
L. LANDIS SEXTON
JULIA ANNE BEASLEY
RHON E. JONES

JAMES W. TRAEGER
(1953-1987)

218 COMMERCE STREET (36104)
POST OFFICE BOX 4160
MONTGOMERY, ALABAMA 36103-4160
(334) 269-2343

TELECOPIER
(334) 223-1236

ROBERT L. PITTMAN
EDWARD P. KENDALL
LABARRON N. BOONE
RICHARD D. MORRISON
DAVID B. CHANCELLOR
ANDY D. BIRCHFIELD, JR.
C. LANCE GOULD
J. WESLEY McCOLLUM, JR.
JOSEPH H. AUGHTMAN
JACQUELINE C. SMOKE
DELACIE C. HESTER
O. LEE HAMILTON, III

October 30, 1998

Honorable Emory Folmar
Mayor, City of Montgomery
103 N. Perry Street
Montgomery, AL  36104

RE:   CHRISTOPHER SEXTON v. JOHN DEERE & COMPANY

Dear Mayor Folmar:

I recently settled a case for Chris Sexton, a City employee, who was seriously injured by a defective John Deere tractor.  As a part of the settlement, the City of Montgomery will be reimbursed for workmen's compensation benefits and medical expenses.

During the preparation of the case, a number of the City employees worked very diligently in assisting me with information about the incident and the tractor.  In addition, the City modified the tractor and made John Deere aware of a design flaw which represents a violation of a written industry safety standard.  Hopefully, this wakeup call to the manufacturer will result in preventing additional injury or death in the future.

The following employees were extremely helpful in the case:

Jim Wilder, Terry Gaddis, James Ken Barnes, Ellis Gardner,
Brian Lord, Doug Jones, Ross Darby, Kenny Boyer,
Morris Gilbert, Ralph Kelley and J.C. Carnell.

The people of Montgomery are lucky to have such fine people working for them.

CC:  Terry Gaddis
Ken Barnes



Honorable Emory Folmar
October 30, 1998
Page Two

Very truly yours,

BEASLEY, WILSON, ALLEN,
CROW & METHVIN, P.C.

J. GREG ALLEN

JGA/bgs
cc:    Ms. Barbara Montoya
       Personnel Director
       City of Montgomery

BEASLEY, WILSON, ALLEN, CROW & METHVIN, P.C.

*Attorneys at Law*

JERE LOCKE BEASLEY
FRANK M. WILSON
J. GREG ALLEN
MICHAEL J. CROW
THOMAS J. METHVIN
BLAINE C. STEVENS
J. COLE PORTIS
W. DANIEL MILES, III
STEPHEN W. DRINKARD
R. GRAHAM ESDALE, JR.
L. LANDIS SEXTON
JULIA ANNE BEASLEY
RHON E. JONES

JAMES W. TRAEGER
(1953-1987)

218 COMMERCE STREET (36104)
POST OFFICE BOX 4160
MONTGOMERY, ALABAMA 36103-4160
(334) 269-2343

TELECOPIER
(334) 223-1236

ROBERT L. PITTMAN
EDWARD P. KENDALL
LABARRON N. BOONE
RICHARD D. MORRISON
DAVID B. CHANCELLOR
ANDY D. BIRCHFIELD, JR.
C. LANCE GOULD
J. WESLEY MCCOLLUM, JR.
JOSEPH H. AUGHTMAN
JACQUELINE C. SMOKE
DELACIE C. HESTER
O. LEE HAMILTON, III

October 30, 1998

Mr. Ken Barnes
715 Persons Road
Wetumpka, AL  36092

  RE:   CHRIS SEXTON v. JOHN DEERE COMPANY

Dear Ken:

  I just wanted to write you and thank you for your help in this case.  You obviously know more about design than all those fancy engineer's they've got out in the Deere headquarters in Moline, Illinois.  If they would listen to you then their tractors would be much safer.  In any event, I know Chris is very appreciative of all that you did in this case.

  With best regards, I am

  Very truly yours,

  BEASLEY, WILSON, ALLEN,
  CROW & METHVIN, P.C.

  J. GREG ALLEN

JGA/bgs
cc:   Ms. Barbara Montoya
  Personnel Director
  City of Montgomery

*Garage*

This is to acknowledge that I attended the City of Montgomery's **Harassment in the Workplace** Training class at the Montgomery Civic Center and that I received a copy of Montgomery's Harassment Policy, which I have read and understand.

_____        _____
Signature                                                     Date

M E M O R A N D U M

TO:         Mayor Emory Folmar
            Mayor, City of Montgomery

FROM:       Terry H. Gaddis, Director
            City Shops Department

DATE:       28 October 1994

SUBJECT:    Voluntary Donation of Sick Leave To Employee


Mr. James K. Barnes, one of our automotive mechanics in the
Auto/Light Truck Division - Small Engines, has exhausted all
of his Sick Leave, due to hemorrhoidal problems, and hemor-
rhoidal surgery. The following employees would like to
donate Sick Leave to Mr. Barnes:

| Employee | Position | Hours |
|---|---|---|
| Mr. Thessalonia Kendrick 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 | Foreman | 40.0 |
| Mr. Donald R. White 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 | Mechanic | 10.0 |
| Mr. James D. Flynn 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 | Mechanic | 8.0 |
| Mr. Raymond A. Gipson 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 | Mechanic | 8.0 |
| Mr. Dallas D. Venable 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 | Mechanic | 8.0 |
| Mr. Willie Arthur 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 | Foreman | 4.0 |
| Mr. Clemmie E. Williams 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 | Master Mechanic | 4.0 |
| Mr. William D. Bass 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 | Petroleum Supvr | 2.0 |

Request approval for these employees to donate Sick Leave to
Mr. Barnes.


cc:  Mr. James E. Buckalew
     Exec Asst To The Mayor


/mbs

MEMORANDUM

TO:         Ms. Laina Goodson
            Payroll Division

FROM:       Marsha B. Lumpkin *signature*
            Payroll Clerk, City Shops Dept

DATE:       28 March 1994

SUBJECT:    Adjustment to Leave


Please make the following adjustment to Mr. Kenneth K. Barnes' leave balance:


            Kenneth K. Barnes
            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

            Delete 8.0- from Holiday/Personal Leave

            Subtract 8.0 hours from Annual Leave

Mr. Barnes was inadvertently charged for two (2) Personal Leave days during
the month of February 1994, and he only had one (1) day available.

Thank you for your assistance.

# CITY OF MONTGOMERY, ALABAMA
## BI-WEEKLY TIME RECORD

4800 DEPT./DIV. GARAGE                PAY PERIOD ENDING:  11/17/94

NO.  5243  TITLE AUTO MECHANIC –  EMPLOYEE NAME:  JAMES    K BARNES

PAY PERIOD: 24                EMPLOYEE NO:    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

HOURLY RATE: 14.1949        SCH. HRS.  80.0000

ACCRUED LEAVE BALANCES AT  10/20/94    ANNUAL  35.5    SICK  8.0    COMP    .0

**TYPE OF HOURS CODES**

01 REGULAR
02 OVERTIME
10 ANNUAL LEAVE
11 SICK LEAVE
15 NEW COMPENSATORY LEAVE

25 MILITARY LEAVE
26 JURY DUTY W/PAY
27 RELIEVED OF DUTY W/PAY
28 EDUCATIONAL LEAVE W/PAY

29 REGULAR LEAVE W/O PAY
30 RELIEVED OF DUTY W/O PAY
31 MILITARY LEAVE W/O PAY
32 SUSPENSION

90 INSTRUCTORS FEES
53 HOLIDAY PAY
54 HOLIDAY PERSONAL LEAVE

**EMPLOYEE SHOULD SIGN**
**IF LEAVE TIME IS USED.**

X _____
**EMPLOYEE SIGNATURE**

**CERTIFIED BY:**

X  *Marsha B Tarlex*
**SUPERVISOR SIGNATURE**  *Payroll Clerk*

| | | REGULAR 01 | | OVERTIME 02 | | CODE | OTHER | | CODE | OTHER | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | HOURS | FUND | HOURS | FUND | | HOURS | FUND | | AMT | FUND |
| 11/4 | FRI | | | | | 11 | 4.0 | | | | |
| | | | | | | 10 | 4.0 | | | | |
| | SAT | | | | | | | | | | |
| | SUN | | | | | | | | | | |
| | MON | 8.0 | | | | | | | | | |
| | TUES | 8.0 | | | | | | | | | |
| | WED | 8.0 | | | | | | | | | |
| | THURS | 7.8 | | | | 10 | 0.2 | | | | |
| | FRI | | | | | 53 | 8.0 | | | | |
| | SAT | | | | | | | | | | |
| | SUN | | | | | | | | | | |
| | MON | 8.0 | | | | | | | | | |
| | TUES | 8.0 | | | | | | | | | |
| | WED | 8.0 | | | | | | | | | |
| | THURS | 8.0 | | | | | | | | | |

*Paid – Will be on Paycheck dated 12/9/94  MB*

COMP TIME TO BE ADDED TO ACCRUED

49 / _____

99 / _____
CODE    TOTAL    HOURS

| 52 | |
|---|---|

| | |
| 10 | 4.2 |
| 11 | 4.0 |
| 53 | 8.0 |

| 01 | 02 | OTHER | AMT |
|---|---|---|---|
| GRAND TOTALS  63.8 | | 16.2 | |

TOTAL REGULAR PLUS OTHER
MUST EQUAL SCHEDULED HOURS  →  80.0

NOTATIONS:  Payroll:  Please make a correction for 4 November 1994, to reflect the above leave charges to Mr. James K. Barnes' time.  He was inadvertently charged a Code 29 for 4 November 1994.  Please pay him for 4 hours AL and 4 hours SL – paycheck for 9 December 1994 and DEDUCT 4 hours AL and 4 hours SL from his current balance. Thanks for your help.

*Marsha B Tarlex*

M E M O R A N D U M

TO:           Mr. James K. Barnes #362

FROM:         Mr. Donald R. Hayes, Director
              City Shops Department

DATE:         02 July 1991

SUBJECT:      Alabama State Driver's License Renewal

In reviewing your personnel file, I note that your current driver's
license #3116609 will expire on 02 September 1991.

A condition of your employment is a current Alabama Driver's License.
Therefore, request you obtain a current license and bring it to the
Administrative Office so we may update our records.

M E M O R A N D U M

TO:        420767898
           JAMES K BARNES
           48 0

FROM:      Hugh S. Austin
           Dept. of Finance

DATE:      05/31/88

SUBJECT:   ADVANCED LEAVE

Several employees have expressed a desire to apply their ad-
vanced leave time (this is the time which was advanced when we
changed the ending dates of the pay periods) against their
annual leave. They would rather get this cleared from their
leave records rather than wait until they leave the City. This
would be especially beneficial to those employees who lose leave
time each year because of the maximum carry-over rule. In this
case the advanced leave would be charged against leave which
would be lost anyway at the end of the fiscal year.

Your advanced hours balance is  16.0-  hours. If you would like
to take advantage of this, please sign and date the authoriza-
tion form on the bottom of this memo.


A U T H O R I Z A T I O N

I hereby authorize the Payroll Division to charge against my
annual leave balance the above number of advanced hours.


6-17-88
_____
Date

_Ken Barnes_____
                    Signature



### Office of District Attorney

### Janice Clardy

#### Nineteenth Judicial Circuit of Alabama

RANDALL V. HOUSTON
ASSISTANT DISTRICT ATTORNEY
WETUMPKA, ALABAMA 36092
567-2237

JOHN R. THORNTON
CHIEF ASSISTANT DIST. ATTY.

205-567-2237
POST OFFICE DRAWER 401
WETUMPKA, ALABAMA 36092

WALTER HAYDEN III
ASSISTANT DISTRICT ATTORNEY
CLANTON, ALABAMA
755-4242

TROY E. ALLEN, JR.
ASSISTANT DISTRICT ATTORNEY
PRATTVILLE, ALABAMA
365-5715

November 23, 1987

Mr. Ken Barnes
216 Lake Eagle Nest
Wetumpka, Al.  36092

Dear Mr. Barnes:

This is a reminder that you need to be in Court December 8, 1987
for the Danny Veitch case.  Please bring estimates for the damage
repairs on your property.  It is important that you bring those figures
with you since that is the point in time when the Judge will consider
restitution.  If you have questions please call me.

Sincerely,

Sandra Parsons
Victim Services Officer

SP/dn



M E M O R A N D U M

TO:          Mr. James K. Barnes

FROM:        Mr. William H. Jones, Assistant Director *Jones*
             Garage Department

DATE:        22 September 1987

SUBJECT:     Accident Reveiw Board Hearing


An Accident Review Board Hearing will convene 24 September 1987
at 0800 hours in the Director's Office.

Purpose of this hearing is to hear evidence concerning the
incident which occurred on 18 September 1987 in which a tire on
vehicle #4800-012 was damaged while being driven by yourself.

The Board Members will determine if negligence was involved and
take action accordingly.


/crs

Attachment (1)

M E M O R A N D U M

TO:             Mr. James K. Barnes                          *Mr Barnes Personnel Fa*

FROM:           Mr. William H. Jones, Assistant Director  *(Jones)*
                Garage Department

DATE:           24 September 1987

SUBJECT:        Accident Review Board Hearing


The Accident Review Board Hearing convened at 0802 hours, 24 September 1987 in
the Director's Office with Mr. William H. Jones presiding in the absence of the
Director, Mr. Donald R. Hayes.  Purpose of this hearing was to review the facts
surrounding the incident which occurred on 18 September 1987 and to determine if
negligence was involved as well as responsibility for damages to City equipment.
It is further the responsibility of the Board to decide on appropriate discipline
to preclude these types of incidents from recurring.

Members Present:

                Mr. William H. Jones, President
                Mr. William C. Coker, Garage Foreman
                Mr. Ronald Williams, Mechanic
                Ms. Cheryl Stephens, Recorder

Mr. Barnes' explanation of the incident was as follows:

        The forklift (4800-012) had been sitting there for a few days.  I got
        through working on the stump cutter and I pulled up the forklift to
        hook up.  When I backed out, I was in "First Low" -- as I backed up,
        the forklift went up and I knew something was wrong.  When I pulled
        back forward the jack stand punctured the tire.  I have no idea how the
        jack stand got there up under the forklift -- I did not put it there
        but it had to be under it because the tire was punctured on the inside.
        I did not see it, I got in on the left side and the jack stand was on
        the right.

Mr. Ronald Williams stated that he did not feel that Mr. Barnes had been negligent.
He said that if Mr. Barnes had not put the jack stand there -- then he had no way
of knowing it was there and to look for it.  The jack stand was not visible unless
you got down and looked under the forklift.

Mr. Coker agreed with Mr. Williams' statement and did not feel that Mr. Barnes
had been negligent.

Mr. Jones stated that the Board would not hold Mr. Barnes responsible for the
damaged tire (Cost $206.42) in view of the fact that he had not been negligent --
but further admonished Mr. Barnes to make sure he looked behind and under any
vehicle before attempting to move it.

The Board determined that no further disciplinary action would be taken.

/crs

cc:  Mr. Stan Robinson, Safety Supervisor
     Mrs. Barbara Montoya, Personnel Director

4800-012

INCIDENT REPORT
CITY OF MONTGOMERY

DEPARTMENT   Garage & Shops              DATE   September 18, 1987

COMPLAINANT:   Bill Coker, Supervisor City Garage

ADDRESS:        Public Works Facility

INCIDENT: Damage to Tire              REPORTED BY: Mr Coker

ADDRESS:   City Garage              PHONE:   241-2509

DATE & TIME OF INCIDENT:   September 18, 1987   11:00 AM

PLACE OF OCCURANCE:   City Garage

CITY PROPERTY: XX   PUBLIC PROPERTY: _____   PRIVATE PROPERTY:_____

DETAILS OF COMPLAINT:   Mr Bill Coker reported that Mr James K. Barnes

while operating city vehicle 4800-012 ran over a jack stand in the garage

area and damaged a tire . It was necessary to replace the tire.

There was no injury and there was no other vehicle involved..

STANSELL B. ROBINSON
Safety Director

## ---ACCIDENT/INCIDENT WORKSHEET---

VEHICLE #___4800 - 012_____    VIN #___202 660 1205____

MAKE, YEAR & MODEL___Fork Lift   1978_____

DATE OF ACCIDENT___9-18-87_____

DATE BROUGHT TO SHOP___9-18-87___ RETURNED TO SERVICE___9-18-87___

SUMMARY OF COSTS:

LABOR / MAN HOURS      1.00      @  $___1075___  =  $___1075___

MATERIALS                                        $___N/A___

PARTS / SUBLET COSTS                             $___206.42___

WRECKER FEES                                     $___N/A___

TOTAL COST TO REPAIR VEHICLE                     $___217 17___

*************************************************************************

GLASS COMPANY (VENDOR)___N/A_____

_____

M E M O R A N D U M

TO:             All Department Personnel

FROM:           Mr. Donald R. Hayes, Director
                Garage Department

DATE:           18 September 1987

SUBJECT:        Sick Leave


The following Rule VIII, Section 5 - Sick Leave (C), is quoted from
the City and County of Montgomery Personnel Department Rules and
Regulations:

> Sick Leave may be granted only for absence due to personal
> illness, maternity, legal quarantine, attendance upon members
> of the immediate family whose illness requires the care of
> the employee, or death in the immediate family of the
> employee.  Immediate family is hereby defined to include
> spouse, children, parents, grandparents, parents-in-law,
> and siblings.  Unusually strong ties with other other
> relatives may be recognized for leave purposes upon
> written justification by the employee and approval of the
> appointing authority and/or Personnel Director.  An employee
> claiming sick leave may be required by the appointing
> authority to file a certificate from a physician stating the
> kind and nature of sickness or injury, that the employee was
> incapacitated for work for the period of absence, that the
> employee is physically unable to perform duties or that the
> employee has no contagious disease that might jeopardize
> the health of other employees, or that the employee is
> required to provide care for an ill family member.

As stated in this rule, an employee claiming sick leave may be required
to file a certificate from a physician.  This is the KEY PHRASE in the
rule.  Should you be required or directed to obtain a physician's
certificate, the physician must comply with this rule -- state the kind
and nature of sickness or injury, etc., etc., as outlined above.  The
certificate must include the date(s) the employee was absent from work
and under the doctor's care.  In other words, a mere doctor's
stamp, nurse's signature, etc. will not be accepted.  It is encumbent
upon the employee that this personnel rule be followed to the letter.

    NOTE:   ALSO SEE GARAGE DEPARTMENT OPERATING INSTRUCTION NO. 6
            SUBJECT:  LEAVE REQUEST

    I Acknowledge receipt and understanding of this memorandum.


_____        _____        _____
Employee Signature                      Employee #      Date
                                          362            9-22-87

James K. Barnes
YOU MAY WANT TO CARRY THESE INSTRUCTIONS ON YOUR PERSON.

M E M O R A N D U M

TO:          Mr. James K. Barnes      #362

FROM:        Mr. Donald R. Hayes, Director
             Garage Department

DATE:        25 November 1988

SUBJECT:     Leave Without Pay


In reviewing the accrual information on vacation, sick
and compensatory time, payroll records reflect that as
of 23 November 1988, you are out of sick leave and
compensatory leave.  You have thirty-five and eight
tenths (35.8) hours of annual leave remaining.  This is
a little more than four (4) days of leave time available
to you.

Should you use up your remaining leave and get in a
situation where you have to be off work, you will be
placed in a "Leave Without Pay Status".  Further, once
you are in a "Leave Without Pay Status", it is my policy
to recommend dismissal from City employment.  It would
therefore, behoove you to build your leave time which
could possibly prevent you from losing your job.


DRH:JFB

# M E M O R A N D U M

*Mr Barnes Personnel File*

TO:                 Mr. James K. Barnes      #362

FROM:               Donald R. Hayes, Director   *D. Hayes*
                    Garage Department

DATE:               26 March 1987

SUBJECT:            Leave Without Pay


In reviewing the accrual information on Vacation, Sick and Compensatory
Time, payroll records reflect that as of 24 March 87 you are out of
Sick Leave.   You have (14.0) fourteen hours of Annual Leave remaining.
This is somewhat less than (2) two days of Leave Time available to you.

Should you use up your remaining leave, you will be placed in a Leave
Without Pay Status.   Further, once you are in a Leave Without Pay Status,
it has been my policy to recommend dismissal from City employment.   It
would therefore, behoove you to build your leave time and not possible
lose your job.

M E M O R A N D U M

TO:          Mr. James K. Barnes                    *Mr Barnes Personnel*
                                                     *File*

FROM:        Mr. Donald R. Hayes, Director  *D. Hayes*
             Garage Department

DATE:        28 October 1986

SUBJECT:     Leave Without Pay


In reviewing the accrual information on Vacation, Sick and
Compensatory Time, payroll records reflect that you have fourteen
(14) hours of Annual Leave remaining.  This is somewhat less than
two (2) days of Leave Time available to you.

Should you use up your remaining leave, you will be placed in a
Leave Without Pay Status.  Further, once you are in a Leave
Without Pay Status, it has been my policy to recommend dismissal
from City employment.  It would therefore, behoove you to build
your leave time and not possibly lose your job.


/crs

<u>M E M O R A N D U M</u>

TO:          Mr. James K. Barnes    #362

FROM:        Mr. Donald R. Hayes, Director  *D. Hayes*
             Garage Department

DATE:        01 October 1986

SUBJECT:     Leave Time


This is to advise you that as of today, you have now used up your
Sick and Compensatory Leave.  You have 14.1 hours of Annual Leave
left.  If you should become ill, or have an emergency which
required you to be off in excess of the 14.1 hours --- you would
immediately be in a Leave Without Pay Status.

WITNESS:

_____    _____
                                   ACKNOWLEDED BY:  James K. Barnes

# C I T Y   O F   M O N T G O M E R Y

## GARAGE DEPARTMENT

Payroll Deduction Authorization

## TOOL CONTRACT

### V-016

I, ___James Kenneth Barnes_____ ,
(Name - please type)

S. S. # ____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_____ , do hereby

authorize my employer to deduct $ __20.00_____
(minimum - $20.00)

from my pay until a total of $____2,944.59_____

is attained.  Beginning this date: ___February 21, 19 85___.


SIGNED : ___James K. Barnes_____

DATE: 10-11-85

I, John Hooper (co-worker), have this date
(name and relationship)

picked up payroll check for James K. Barnes
(employee)

in the amount of $ 42.80 .

John Hooper
Signature

STATEMENT

TO WHOM IT MAY CONCERN                Date_____27 September 1983_____

Re:  Responsibility for personal tools


I,  ___James K. Barnes_____, acknowledge permission by the

Garage Director to provide my personal tools to be used in my assigned

duties as a mechanic with the Garage Department, City of Montgomery.


I furthermore acknowledge that I will be solely responsible for the

safekeeping and repair of my personal tools.  I understand and agree

that the City of Montgomery or any of its representatives shall not

bear any responsibility for replacing or paying for personal tools

that are lost, stolen, misplaced, broken or otherwise rendered

unusable.


I have voluntarily agreed to furnish my personal tools and to abide

by the aforementioned statement.


_____                _____
Witness                                  Employee

Date  9 September 83

To:   Mr. James K. Barnes #362

Subject:  Assigned Duty Hours

1.  Effective   27 September 1983  , you are hereby assigned the
    following duty hours.  You are to report to work no later than
    7:00 a.m.   Monday    through  Friday   .  You will have a
      Hour       Day              Day
    30-minute lunch/dinner period which will be coordinated with
    your supervisor.  Your duty periods ends at     3:30  p.m.

2.  Holidays and weekend overtime may have different working hours.
    Weekend and holiday work schedules will be posted near the time
    clock reflecting the individuals scheduled for work plus their
    work hours.

3.  Your assigned duties are   Automotive Mechanic/ Auto Light
     Truck Division          .  From time to time your duty
    assignment may be changed due to departmental requirements.  The
    Class Specification as outlined in the City and County of Mont-
    gomery Personnel Rules and Regulations, Rule V states, in part,
    the following . . . . ."They are intended to indicate the kind
    of positions that are allocated to the several classes, as
    determined by their duties and responsibilities, and shall not
    be construed as declaring to any extent, or in any way what the
    duties or responsibilities of any position shall be, or as limiting
    or in any way modifying the power of any appointing authority
    or administrative officer to assign, direct and control the work
    of employees under his supervision."

4.   Mr. Robert F. Wade    , your supervisor, will outline your
    specific duties.

         Donald R. Hayes
    ─────────────────────────
    Donald R. Hayes, Director
    Garage Department

Garage Department                                              REVISION 21 November 1980

To:   All Department Personnel                    Operating Instruction No. 38

Subject:   Accident Review Board

Purpose:   To establish an Accident Review Board and guidelines

1.  Effective 23 April 1980 a panel consisting of four (4) persons
    was designated to investigate, hear evidence from all parties
    involved, and determine cause of accidents.

2.  The Board members make a decision of the liability and responsi-
    bility of the parties involved.    In cases where negligence is
    proven to be the cause of an accident, appropriate disciplinary
    action will be taken against the offender.   Disciplinary action
    taken will be based on the severity of the accident and the
    degree of negligence involved.   Actions taken could be a written
    reprimand, suspension or dismissal.

3.  Members of the Board will consist of the:

        A.   Director
        B.   Assistant Director
        C.   Garage Foreman
        D.   Mechanic

4.  A copy of the accident, Board findings and actions taken will be
    placed in the vehicle folder, individual's personnel folder and
    one copy sent to Personnel Department, City Hall.

                                    Donald R. Hayes
                                    _____
                                    Donald R. Hayes, Director
                                    Garage Department

**Anderson Health Center, P.C.**
1135 HIGHWAY 231 NORTH
WETUMPKA, ALABAMA 36092
PHONE: (205) 567-8429

Feb
03/26/87
(WS)

## RETURN TO WORK - SCHOOL

Date 3-25-87

This is to certify that Ken Barnes

has recovered sufficiently to be able to return to

light ☒ regular ☐ (work) school duties on 3-26-87

Restrictions: Dr. Jim G. Anderson

Remarks: patient will be checked
Thurs. afternoon

TELEPHONE: 567-6109          STATE #8166          DEA FAM 7940770

---

**KRIS McCORMACK, M.D.**

1149 HOSPITAL DRIVE                    WETUMPKA, ALABAMA 36092

NAME James Ken Barnes          DATE 9/3/86

ADDRESS

℞  Mr. James Ken Barnes is sick and
should be excused from work
tomorrow and Friday.

REFILL 1 2 3 4 5

_____ M.D.        Kris McCormack MD  M.D.
PRODUCT SELECTION PERMITTED              DISPENSE AS WRITTEN

---

**Anderson Health Center, P.C.**
1135 HIGHWAY 231 NORTH
WETUMPKA, ALABAMA 36092
PHONE: (205) 567-8429

### DISABILITY CERTIFICATE

This is to certify that:

Ken Barnes

Date 3-23-87

has been under my professional care and was totally incapacitated

from 3-23-87 to 3-25-87

F16
03/26/87
(WS)

---

...CUSED ABSENCE

...Barnes

...er my care for the period

...-7-87

...-9-87

...o illness, no work

...t this patient's absence was physician

...ructions:

Feb
01/21/89
(WS)

**JOSEPH R. BENSON, M.D., P.A.**

Office Phone 567-6579                                                    WETUMPKA, ALABAMA
Hours: 9 to 12 and 2 to 4, Closed Wednesday, Saturday P.M.
AFTERNOONS BY APPOINTMENT

For _James Ken Barnes_

Address _____

Date _____

℞ unable to work Aug 18
thru Aug 22 1988
Dr. Crushing injury
lt low chest + lt. flank
He is able to return to
work - Aug 25, 1986

Joe Benson MD.
5676579

_____ M.D.

Product Selection Permitted                          Dispense

Pharmacist Label All Prescriptions. Refill 5 Times

This prescription is for you for
or by some

---

**MULBERRY FAMILY PRACTICE ASSOCIATES, P.A.**

1301 Mullberry Street
Montgomery, Alabama
Office Phone 265-7021

DONALD A. MARSHALL, M.D.
AM-57414411/6965

MONT F. HIGHLEY, III M.D.
AH-3147229/5501

PAUL L. CLASSEN, M.D.
AC-1856232/10589

GEORGE HANDEY, M.D.
AH-9454339/9825

FOR: _Ken Barnes_                          DATE: _____

OK to return to
work tomorrow

Refill 0 1 2 3 4 5 prn

Had a "Stomach
Bug"

Refill 0 1 2 3 4 5 prn

PHYSICIAN REPORT OFF JOB INJURY

CITY OF MONTGOMERY

DEPARTMENT _____ DATE __2/6/87__

TIME _____

EMPLOYEE NAME __Ken Barnes__

EMPLOYEE SEEN _____ OR ___X___ .
                (In Office)          (Emergency Room)

X-RAYS _____ OR ___X___ TAKEN.
        (Were)        (Were not)

DIAGNOSIS __Perirectal Abscess__

TREATMENT __I & D abscess__

MEDICATION PRESCRIBED __Tylenol #3 (24 x 0)__
(Types & Amounts)

_____

DISPOSITION: Employee _____ OR ___✓___ return to work **this**
                        (may)       (may not)

date.

TO: _____ OR _____ .
      (Normal Duty)        (Light Duty)

If employee cannot return to work this date, please indicate date
expected to return __2/9/87__ TO _____ OR ___✓___ .
                    (Date)        (Normal Duty)      (Light Duty)

DATE APPROVED BY DOCTOR: _____

DATE TO RETURN TO DOCTOR: __Feb 12, 3:30 pm__

_____
Signature of Attending Physician

REMARKS:

**JOSEPH R. BENSON, M.D., P.A.**
WETUMPKA, ALABAMA
Office Phone 567-6379
Hours 9 to 12 and 2 to 4, Closed Wednesday, Saturday P.M.
AFTERNOONS BY APPOINTMENT

For _____

Address _____ Date _____

℞

Talk To Mrs A.M. Benson
She Confirmed MR BARNES was
At DR Benson Office 9/21/87
Raymond O Zebulk

Rx taken
9/21/87

_____ M.D.    _____ M.D.

Product Selection Permitted          Dispense As Written

Pharmacist Label All Prescriptions. Refill 5 Times Unless Otherwise Specified Below. AB0482693
ACS 127
This prescription is for you for this illness. If taken by you for another illness
or by someone else at any time may be dangerous.

REPT. UT. DICT. 1 2 3 4 5 TIMES P.R.N. ☐    NON-REP. ☐

---

**JOSEPH R. BENSON, M.D., P.A.**
WETUMPKA, ALAB
Office Phone 567-6379
Hours 9 to 12 and 2 to 4, Closed Wednesday, Saturday P.M.
AFTERNOONS BY APPOINTMENT

For _____

Address _____ Date _____

℞

couldn't work

Talen — Possible
(Tuesday — Dee)

Pat Strength.
Confirmed MR Barnes
Was At DR Benson
office 9-2-87
Raymond Zebulk

9/2/87

_____ M.D.    _____ M.D.

Product Selection Permitted          Dispense As Written

Pharmacist Label All Prescriptions. Refill 5 Times Unless Otherwise Specified Below. AB0482
ACS 127
This prescription is for you for this illness. If taken by you for another illness
or by someone else at any time may be dangerous.

REPT. UT. DICT. 1 2 3 4 5 TIMES P.R.N. ☐    NON-REP. ☐



4143 Atlanta Highway
Montgomery, Alabama
36109

### CERTIFICATE FOR RETURN TO SCHOOL OR WORK

DATE _6/19/87_    _Ken Barnes_ has been under my care

from _____ to _____ and is able

to return to school on _____

LIMITATIONS / REMARKS: _Excuse from work_
_6/19/87 — 6/19/87_

Dr. _EL Masri / C. Smith LPN_


# FAMILY PRACTICE

4143 Atlanta Highway
Montgomery, Alabama 36109
(205) 271-4503

Shepherd A. Odom, M.D., P.C.                    David El-Masri, M.D.

_Barnes, Ken_ has been under my care and is able

to return to work/school on _Thurs 1 Sep 88_
_Seen @ Dr Odom's office  30 Aug88_
_Sinusitis_

Dr. _Odom_

Date _8-30-88_

## CENTRAL ALABAMA MEDICAL CENTER

1201 Company St., Wetumpka, Al. 36092                567-4311

For _James Barnes_ _____ Age _____

Address _____ Date _9-16-90_

R̥

Please restrict Mr. Barnes
to light duty only. No heavy
lifting due to a back injury
that was treated in our
emergency room on 9-16-90
through 9-21-90

ER Director
567-4813

M Hayden

_____ Do Not Substitute

_____ Substitution Allowed

DEA No. _____  Ala.Reg.# _____

☐ PLEASE LABEL        REP I. UT. DICT. 1 2 3 4 5 TIMES  P.R.N. ☐  NON-REP. ☐
                      TAKE TO THE DRUG STORE OF YOUR CHOICE

AM-PD 1

CARLTON G. KING, D.M.D., P.A.
5731 WOODMERE BOULEVARD
MONTGOMERY, ALABAMA  36117

*File*
*9-30-88*

TELEPHONE 277-5401

DEA REG. NO. AK5677983
LIC. NO. 3050CS

NAME _Ken Barnes_

AGE _____

ADDRESS _____  DATE _9/30/88_

℞   Ken had 2 Teeth extracted today.

☐ LABEL

REFILL_____ TIMES

_____, D.M.D.   _Terri McClain  Office Manager_

PRODUCT SELECTION PERMITTED   DISPENSE AS WRITTEN

---

CARLTON G. KING, D.M.D., P.A.
5731 WOODMERE BOULEVARD
MONTGOMERY, ALABAMA  36117

TELEPHONE 277-5401

DEA REG. NO. AK5677983
LIC. NO. 3050CS

NAME _Ken Barnes_

AGE _____

ADDRESS _____  DATE _8/29/88_

℞   Ken Barnes was a patient here today at 3:40 _____

☐ LABEL

REFILL_____ TIMES

_____, D.M.D.   _Carlton King_ , D.M.D.

PRODUCT SELECTION PERMITTED   DISPENSE AS WRITTEN

---

KING, [
5731 WOODMERE BOULEVARD
MONTGOMERY, ALABAMA  36117

TELEPHONE 277-5401

DEA REG. NO. AK5677983
LIC. NO. 3050CS

NAME _Ken Barnes_

ADDRESS _____

DATE _7/21/88_   AGE _____

℞   Ken was seen in our office today for an emergency exam — we referred him on to Dr. Rightfoot today —

☐ LABEL

REFILL_____ TIMES

# RETURN TO WORK AUTHORIZATION

### DONALD A. MARSHALL AND C. KIRVEN ULMER, M.D.
1801 Pine Street, Suite 101 • Montgomery, Alabama 36106
269-9026 • 293-8000

Date _8-27-91_

This is to certify that _James Barnes_

has now recovered sufficiently to be able to return to (light) (regular) work duties on _8/29/91_

Restrictions: _Pt was seen in our office and was diagnosed with gastroenteritis and_

Remarks: _is medically excused from work until Thurs 8/29/91_

CKU-005 (5/90)  ADHS / Montgomery, AL / 272-6781

Dr. _C Kirven Ulmer MD_

# RETURN TO WORK AUTHORIZATION

## DONALD A. MARSHALL AND C. KIRVEN ULMER, M.D.
1801 Pine Street, Suite 101 • Montgomery, Alabama 36106
269-9026 • 293-8000

Date _6/20/91_

This is to certify that _Ken Barnes_

has now recovered sufficiently to be able to return to (light) (regular) work duties on _____

Restrictions: _May not return to work until Friday 6-28-91 due to lumbar sacial strain_

Remarks: _____

Dr. _Kirven Ulmer M.D._

CKU-005 (5/90) "ADHS / Montgomery, AL / 272-6781

# RETURN TO WORK AUTHORIZATION



## DONALD A. MARSHALL AND C. KIRVEN ULMER, M.D.
1801 Pine Street, Suite 101 • Montgomery, Alabama 36106
269-9026 • 293-8000

This is to certify that _James Barnes_          Date _10/18/90_

has now recovered sufficiently to be able to return to (light) (regular) work duties on _10/19/90_

Restrictions: _____

Remarks: _Dx: frontal Sinusitis_

Dr. _Ullmer md/BR_

CKU-005 (5/90)  ADHS / Montgomery, AL / 272-6781

# MEMORANDUM

**TO:**       Mr. Ken Barnes

**FROM:**    Mr. Terry H. Gaddis, Director
             City Shops Department

**DATE:**     15 May 2002

**SUBJECT:**   Assigned Vehicle/Unit(s)

This letter is in compliance with Operating Instruction No. 21 – Care and Maintenance of Department vehicles.

The following Small Fork Lift(s), 4800-1312, are being assigned to you as primary provider for care and maintenance, effective 15 May 2002. The unit(s) assigned to you will be inspected once a week to determine compliance with the Operating Instructions. Items such as gear shift knobs, turn signal, knobs, tire pressure, wiper blades, upholstery, exterior and interior cleanliness, lights, etc., will be of particular importance, as are the other requirements in the Operating Instruction.

Should, during the course of a follow-up inspection by the Director, Assistant Director or Foreman, it is found that items are missing, broken, not functioning, or in a state of neglect, you will be held peculiarly liable for the cost to repair or replace the items. Therefore, it is in your best interest to carefully inspect the vehicle/unit assigned to you and have any discrepancy repaired.

Additionally, a checklist is available in the Vehicle Administration Office, which will be used during your inspection. This checklist will be turned-in to your Foreman upon completion of your inspection/work. After the Foreman's review, he will forward the checklist to the Assistant Director for his review prior to filing by the clerk. If discrepancies are found during your inspection, the Foreman will forward a copy of the checklist to the Production Controller so a repair order can be initiated to make repairs. The day of the week you make your inspection is an individual choice; however, if you are not the primary operator of the vehicle, coordinate the time and availability with the primary operator – A vacuum cleaner is available outside the paint booth for keeping the interior of the vehicle clean – use it.

The Foreman of your Division will randomly inspect this vehicle to ensure compliance. Our vehicles are very expensive and essential for accomplishing the mission of our Department, so take the pride and responsibility in maintaining your assigned vehicle to the highest standards.

cc:    Mr. Royce Albright, Foreman
       Auto Light Equipment Division

M E M O R A N D U M

TO:      Mr. James K. Barnes #362

FROM:    Mr. Terry H. Gaddis, Director
         City Shops Department

DATE:    16 February 1996

SUBJECT: Assigned Vehicle/Unit(s)

This letter is in compliance with Operating Instruction No. 21--
Care and Maintenance of Department vehicles.

The following Vehicle, 4800-1312, is being assigned to you,
effective 20 February 1996, for care and maintenance. The
unit(s) assigned to you will be inspected once a week to deter-
mine compliance with the Operating Instructions. Items such as
gear shift knobs, turn signal knobs, tire pressure, wiper blades,
upholstery, exterior and interior cleanliness, lights, etc., will
be of particular importance, as are the other requirements in the
Operating Instruction.

Should during the course of a follow-up inspection by the Direc-
tor or Assistant Director, it is found that items are missing,
broken, not functioning, or in a state of neglect, you will be
held peculiarly liable for the cost to repair or replace the
items. Therefore, it is in your best interest to carefully
inspect the vehicle/unit assigned to you and have any discrepancy
repaired.

Additionally, a checklist is available in the Administration
Office, which will be used during your inspection. This check-
list will be turned-in either to the Director or Assistant
Director upon completion of your inspection/work. Day of the
week is an individual choice; however, if you are not the primary
operator of the vehicle, coordinate the time and availability
with the primary operator. A vacuum cleaner is available outside
the paint booth for keeping the interior of the vehicle clean --
use it.

The Foreman of your Division will also inspect this vehicle to
ensure compliance. Our vehicles are very expensive and essential
for accomplishing the mission of our Department, so take the
pride and responsibility in maintaining your assigned vehicle to
the highest standards, and let's set a goal to ensure our City
Shops vehicles "OUTSHINE" all other Departments!

cc:  Mr. Thessalonia Kendrick, Foreman
     Auto/Light Truck Division

FORM 5

Submit in Triplicate

## CITY AND COUNTY OF MONTGOMERY
## PERSONNEL DEPARTMENT
## PERSONNEL REQUISITION, CERTIFICATION, AND APPOINTMENT

**REQUISITION**

To: Personnel Department                                        Date___8-31-83___

Please certify the names of persons eligible for the following position:

| Title | Compensation | Temporary | Permanent |
|---|---|---|---|
| AUTO MECHANIC=SMALL GAS ENGINES | $13,345 | | |
| | $513.12 | | |

( X ) Replacement of   John W. Johnson
(   ) New Position

Date___9/8/83___        Signature _____

Appointing Authority

Funds are available _____        Date   SEP 0 9 1983

Disbursing Officer

## CERTIFICATION TO:

GARAGE AND SHOPS

In response to your request, the names of the following persons who are eligible for appointment are hereby certified. In making appointments, it is advisable, though not essential, that you interview all eligible persons certified.

| Name | Address | Phone | Age | Grade |
|---|---|---|---|---|
| | | | | |

## APPOINTMENT

TO: Personnel Department                From ___Garage___

Department

From the certification above, the following person has been appointed:

| Name | Effective Date | Temporary | Permanent |
|---|---|---|---|
| James K. Barnes | 9/27/83 | | XX |

Appointed by _____        Date   SEP 0 9 1983

Appointing Authority

_____        Date   9/8/83

Donald R. Flayer

Department Head

Approved by _____        Date   9/12/83

Personnel Director

524

## AUTOMOTIVE MECHANIC

### NATURE OF WORK

This is skilled mechanical work of the journeyman level in the maintenance and repair of automotive and related equipment, requiring a high degree of technical ability as this relates to motor or major assembly rebuilding.

The work requires more than average ability for speedy and quick performance in automotive repair work on automobiles, buses, trucks, and similar equipment. Employees work under general direction and supervision and are expected to exercise independent judgment as to the method of repair after receiving written or oral instructions concerning the operating condition of a piece of equipment. Work may be inspected or tested by a foreman after work is completed.

### EXAMPLES OF WORK (Any one position may not include all of the duties listed nor do the listed examples include all tasks which may be found in positions of this class.)

Rebuilds gasoline and diesel engines, air compressors, door engines and door valves, fitting and adjusting bearings and timing valves.

Tests and adjusts engines, fuel injection system, fuel or oil-supply pump and governor.

Rebuilds rear ends and other assemblies on automobiles, buses, trucks, and similar equipment, including transmissions, differentials, drive lines and clutches.

Keeps simple records of work performed.

Performs related work as required.

### REQUIREMENTS OF WORK

Ability to perform heavy lifting and other strenuous physical task over extended periods of time.

Ability to diagnose defects in and repair automotive equipment.

Ability to understand and effectively carry out oral and written instructions.

Ability to establish and maintain effective working relationships with other employees.

Ability to secure a chauffeur's license.

Considerable knowledge of the methods, materials, tools and standard practices of the automotive mechanic's trade.

Considerable knowledge of the principles of operation of internal combustion engines.

Considerable knowledge of the hazards and safety precautions of the trade.

Skill in the care and use of tools employed in all phases of automotive repair and maintenance.

### DESIRABLE EXPERIENCE AND TRAINING

Considerable experience as a journeyman automotive mechanic or completion of a recognized apprenticeship in this work; and completion of the tenth school grade.

CHECKLIST FOR PROCESSING NEW EMPLOYEE

| | |
|---|---|
| ✓ | CONFIDENTIAL EMPLOYEE HISTORY FOLDER |
| ✓ | COPY OF JOB DESCRIPTION |
| 362 | ASSIGNED DUTY HOURS FORM |
| ✓ | ASSIGN TIME CARD (USE RADIO CALL/TOOL CHIT NUMBER) #362 |
| ✓ | (1) LOCATOR CARD* |
| ✓ | 2  3 x 5 CARDS (1 FOR ALPHABETICAL CARD FILE, 1 FOR MERIT INCREASE FILE) |
| N/A | (1) W-4 FEDERAL TAX FORM* |
| N/A | (1) A-4 STATE TAX FORM* |
| N/A | (1)  TRAVELER'S SUPPLEMENTAL INSURANCE CARD (YELLOW) |
| N/A | (1) RETIREMENT MEMBERSHIP FORM |
| ✓ | (1) PASS TO CITY LOT (NIGHT-DAY PHONE NUMBER) |
| N/A | (1) BLUE CROSS HOSPITALIZATION APPLICATION CARD (WHITE) |
| N/A | (1) EMPLOYEE ACTIVITY CARD (BLUE) |
| N/A | (1) BLUE CROSS BENEFITS BOOKLET |
| ✓ | DRIVERS LICENSE NUMBER 3116609          EXPIRATION DATE 09/02/87 |
| ✓ | EMPLOYEE READS OPERATING INSTRUCTIONS AND SIGN OI CARD |
| | CLOTHING SIZES: PANTS: W_____ L_____ ; SHIRTS: _16_____ |
| ✓ | PERSONNEL HISTORY FORM |
| N/A | PAYROLL COMPUTER NEW HIRE INPUT FORMS |
| N/A | PAYROLL COMPUTER INSURANCE HISTORY FORM |
| ✓ | ADMINISTRATIVE OFFICE WILL CONTACT SAFETY SUPERVISOR AT EXT. 368 FOR EMPLOYEE TO BE SCHEDULED FOR CITY DRIVER'S LICENSE |
| ✓ | EMPLOYEE IDENTIFICATION CARD FOR FUEL SYSTEM # |

James K. Barnes          Auto Mechanic/          9/27/83
NAME                     Auto Light / Truck       DATE PROCESSED
                         POSITION

*Make 1 photocopy  of each and place in Personnel Folder

## DATA FOR PAY ROLL

1. NAME: Barnes, James K.

2. SOCIAL SECURITY NO. 420 76 7648

3. HOME PHONE NO. 205- 567-430-7___    (4197)

4. SPOUSE'S NAME: Sue Owens Barnes

5. FATHER'S NAME: Jim Robison

6. MOTHER'S MAIDEN NAME: May Nell Robison

7. WORK ASSIGNMENT: Auto Mech.- Shop Couty DATE: 09-27-63

8. DIVISION: AU

9. SHIFT: 0700-1530

10. DATE OF LAST PHYSICAL 4-18-82

11. HEIGHT: FEET 5 INCHES 8    WEIGHT: POUNDS 198

12. BLOOD TYPE __ __

IN CASE OF EMERGENCY, NOTIFY:

1. NAME May Nell Robison RELATIONSHIP M
   PHONE # 205-272 9133
   OTHER # ___-_____

2. NAME Gail Barnes RELATIONSHIP S
   PHONE # 834-9914___
   OTHER # ___-_____

RELATIONSHIP CODES:

| CODE | DESCRIPTION |
|------|-------------|
| A | AUNT |
| B | BROTHER |
| C | CHILD |
| F | FATHER |
| G | GUARDIAN |
| H | HUSBAND |
| M | MOTHER |
| O | OTHER |
| S | SISTER |
| U | UNCLE |
| W | WIFE |

STATE OF ALABAMA       )

COUNTY OF MONTGOMERY )

AGREEMENT

THIS AGREEMENT made this the 21st day of February
19 85 , _____ James K. Barnes _____ , an employee of the
City of Montgomery, Department of Garage and Shops (hereinafter
referred to as "purchaser") and the City of Montgomery,
Alabama, a municipal corporation (hereinafter referred to as
"City") witnesseth:

WHEREAS, the City is desirous that its employees in the
Department of Garage and Shops purchase and retain ownership
of mechanics' tool sets so that said tools can and will be
used by such employees in carrying out their job with the
City; and

WHEREAS, the purchaser is a mechanic employed by the
City of Montgomery, Department of Garage and Shops and is
desirous of purchasing from the City of Montgomery a tool
set; and

WHEREAS, the purchaser intends and requests that the
City deduct a sum of $20.00 bi-weekly from the purchaser's
accumulated wages until such time as the indebtedness, subject
to no interest, has been satisfied in the amount of $2,944.59
dollars; and

WHEREAS, the purchaser understands that the tool set
and/or tools are not to be removed from the Garage and Shops
Department until the entire indebtedness has been satisfied;
and

WHEREAS, the superintendent of the Garage and Shops and/
or his representative shall from time to time conduct a
physical inventory of all tools; and

WHEREAS, if it is determined that any items are missing, such items shall be replaced at the expense of the purchaser; and

WHEREAS, in the event the purchaser's employment with the City of Montgomery is terminated either voluntarily or involuntarily before the indebtedness is satisfied, the tool set will be inventoried and any missing tools will be replaced from funds previously paid against the indebtedness by the purchaser and after the Superintendent of the Department of Garage and Shops is reasonably satisfied that all items have been replaced, the purchaser will be reimbursed the balance resulting from the sum total of his payments minus any deductions for the replacement of missing inventory; and

WHEREAS, if it is determined by the superintendent of the Department of Garage and Shops that the purchaser is under-going a legitimate hardship and is unable to continue payment against his indebtedness for the tools he shall have the option of assigning the balance of the indebtedness with title to the tools to another employee of the Department of Garage and Shops willing to accept the indebtedness or he may assign the tools and the balance of the indebtedness back to the Department of Garage and Shops.

NOW THEREFORE, IN CONSIDERATION of $2,944.59 Dollars, and other valuable consideration in hand paid by the purchaser and the City, the receipt and sufficiency of which is hereby acknowledged, it is understood and agreed by the parties as follows:

1. The purchaser shall be issued a set of tools with an inventory of said tools to be attached as Exhibit "A" and incorporated herein as a part of this agreement.

2. The purchaser hereby agrees to incur an indebtedness for such tools in the amount of $2,944.59 Dollars and hereby authorizes the Department of Finance for the City of Montgomery

to deduct bi-weekly payments in the amount of ($20.00) Twenty Dollars from his accumulated wages bi-weekly.

3. It is understood and agreed that until the indebtedness is satisfied the City of Montgomery shall retain complete ownership to all tools and the purchaser is responsible for any inventory loss.

4. It is also understood and agreed that one of the purposes for the City of Montgomery to enter into this agreement is so that the employee will use the tools purchased under the agreement to fulfill his job with the City and that if the employee fails to use the tools accordingly prior to satisfying the indebtedness, this agreement is terminated and full possession of the tools reverts to the City.

IN WITNESS WHEREOF, the parties have caused this Agreement to be executed on the date first above written.

This contract combines and replaces all previous contracts signed by Mr. Barnes.  Combined amount $1,729.59, total $2,944.59:

_____
WITNESS

_____
Employee, Department of Garage and Shops

_____
WITNESS

_____
Donald R. Hayes, Superintendent Department of Garage and Shops

to deduct bi-weekly payments in the amount of ($20.00) Twenty Dollars from his accumulated wages bi-weekly.

3.  It is understood and agreed that until the indebtedness is satisfied the City of Montgomery shall retain complete ownership to all tools and the purchaser is responsible for any inventory loss.

4.  It is also understood and agreed that one of the purposes for the City of Montgomery to enter into this agreement is so that the employee will use the tools purchased under the agreement to fulfill his job with the City and that if the employee fails to use the tools accordingly prior to satisfying the indebtedness, this agreement is terminated and full possession of the tools reverts to the City.

IN WITNESS WHEREOF, the parties have caused this Agreement to be executed on the date first above written.

This contract combines and replaces all previous contracts signed by Mr. Barnes.  Combined amount $1,729.59, total $2,944.59.

_Cheryl Stephens_
WITNESS

_James K. Barnes_
Employee, Department of Garage and Shops

_William H. Jones_
WITNESS

_Donald R. Hayes_
Donald R. Hayes, Superintendent
Department of Garage and Shops

<u>M E M O R A N D U M</u>

Tools Bought on Garage Tool Program

Purchase Order #54701

Date:  January 22, 1985

Inventory:

| Qty | Part # | Description | Price |
|-----|--------|-------------|-------|
| 1 each | #9RY65034N | Sears Tools Box | $ 525.00 |
| 1 set | #9RY4362 | Crow Boot | 30.00 |
| 1 set | #9RY4342 | Regular Socket | 12.85 |
| 1 set | #9RY44438 | Deep Socket | 21.00 |
| 1 set | #9RY43812 | Socket | 25.50 |
| 1 set | #9RY4967 | Metric Wrench | 60.00 |
| 1 set | #9RY46283 | Hex Key Set | 3.25 |
| 1 set | #9RY46696 | Hex Set | 6.00 |
| 1 set | 9GT43036 | Punch Set | 21.50 |
| 1 each | 9GT42892 | Wedge Bar | 9.50 |
| 1 each | 9RY6567 | Pry Bar | 7.70 |
| 1 each | 9RY4319 | Cutter | 19.70 |
| 1 each | 9RY4159 | Cotter Key Puller | 3.68 |
| 1 set | 9RY41401 | Screwdriver Set | 25.70 |
| 1 set | 9RY4196 | Torx Driver | 12.85 |
| 1 each | 9GT30844 | Nut Driver | 17.00 |
| 1 each | 9RY95072 | Pipe Wrench | 25.70 |
| 1 each | 9RY38467 | Knife | 10.20 |
| 1 each | 9GT7473 | Hammer | 12.85 |
| 1 set | 9GT52151 | Rivetor | 18.85 |
| 1 each | 9GT45164 | Tap and Dies | 109.00 |
| 1 each | 9GT46905 | Stethoscope | 7.70 |
| 1 each | 9GT46906 | Puller | 17.00 |
| 1 each | 9GT6092 | Puller | 30.00 |
| 1 each | 9GT61002 | Electric Tool | 10.20 |
| 1 each | 9GT25008 | Power Tool | 34.00 |
| 1 each | 9GT25031 | Cutter | 3.25 |
| 1 each | 9GT25033 | Polishing Comp. | 1.45 |
| 1 set | 9GT25025 | Polishing Wheel | 1.45 |
| 1 set | 9RY6819 | Cutting Wheel | 3.25 |
| 1 each | 9RY1004 | Drill Set | 42.86 |
| 1 set | 9RY20616 | Drill | 34.20 |
| 1 set | 9RY45279 | Extension & Bit | 12.00 |
| 1 each | 9RY38461 | Piers | 18.85 |
| 1 each | 9RY38465 | Hammer | 8.50 |
| 1 each | 9GT47641 | Hammer | 10.20 |
| 1 each | 9GT47626 | Hand Impact | 14.50 |
| 1 each | 9GT4133 | Harmonic Puller | 12.85 |
| 1 set | 9RY67063 | Magnetic Pick-up | 3.40 |
| 1 each | 9RY2791 | Stop Collar Set | 8.50 |
| 1 each | 9GT82391 | Drill Cordless | 120.00 |
| | | AC-DC Tester | 79.00 |

Total - - $1,450.99

"Thank you for your confidence in buying a quality CRAFTSMAN TOOL .SET. Only the finest tools can qualify for the CRAFTSMAN NAME."

SEARS, ROEBUCK AND CO.

PARTS LIST FOR 575 PC. MECHANICS TOOL SET NO. 46385

| CATALOG NO. | | DESCRIPTION | SIZE-DRIVE |
|---|---|---|---|
| 43481 | 5/32 | Socket 6 Pt. Std. | 1/4" Drive |
| 43491 | 3/16 | Socket 6 Pt. Std. | " " |
| 43492 | 7/32 | Socket 6 Pt. Std. | " " |
| 43493 | 1/4 | Socket 6 Pt. Std. | " " |
| 43494 | 9/32 | Socket 6 Pt. Std. | " " |
| 43495 | 5/16 | Socket 6 Pt. Std. | " " |
| 43496 | 11/32 | Socket 6 Pt. Std. | " " |
| 43497 | 3/8 | Socket 6 Pt. Std. | " " |
| 43498 | 7/16 | Socket 6 Pt. Std. | " " |
| 43499 | 1/2 | Socket 6 Pt. Std. | " " |
| 43571 | 3/16 | Socket 6 Pt. Dp. | 1/4" Drive |
| 43572 | 7/32 | Socket 6 Pt. Dp. | " " |
| 43573 | 1/4 | Socket 6 Pt. Dp. | " " |
| 43574 | 9/32 | Socket 6 Pt. Dp. | " " |
| 43575 | 5/16 | Socket 6 Pt. Dp. | " " |
| 43576 | 11/32 | Socket 6 Pt. Dp. | " " |
| 43577 | 3/8 | Socket 6 Pt. Dp. | " " |
| 43578 | 7/16 | Socket 6 Pt. Dp. | " " |
| 43589 | 1/2 | Socket 6 Pt. Dp. | " " |
| 43505 | 4mm | Socket 6 Pt. Met. | 1/4" Drive |
| 43501 | 5mm | Socket 6 Pt. Met. | " " |
| 43502 | 6mm | Socket 6 Pt. Met. | " " |
| 43503 | 7mm | Socket 6 Pt. Met. | " " |
| 43504 | 8mm | Socket 6 Pt. Met. | " " |
| 43507 | 9mm | Socket 6 Pt. Met. | " " |
| 43508 | 10mm | Socket 6 Pt. Met. | " " |
| 43509 | 11mm | Socket 6 Pt. Met. | " " |
| 43513 | 12mm | Socket 6 Pt. Met. | " " |
| 43514 | 13mm | Socket 6 Pt. Met. | " " |
| 44401 | 4mm | Socket 6 Pt. Met. Dp. | 1/4" Drive |
| 44402 | 5mm | Socket 6 Pt. Met. Dp. | " " |
| 44403 | 6mm | Socket 6 Pt. Met. Dp. | " " |
| 44404 | 7mm | Socket 6 Pt. Met. Dp. | " " |
| 44405 | 8mm | Socket 6 Pt. Met. Dp. | " " |
| 44406 | 9mm | Socket 6 Pt. Met. Dp. | " " |
| 44407 | 10mm | Socket 6 Pt. Met. Dp. | " " |
| 44408 | 11mm | Socket 6 Pt. Met. Dp. | " " |
| 44409 | 12mm | Socket 6 Pt. Met. Dp. | " " |
| 44411 | 13mm | Socket 6 Pt. Met. Dp. | " " |
| 44412 | 14mm | Socket 6 Pt. Met. Dp. | " " |
| 43187 | | F.T.Q.R. Ratchet | 1/4" Drive |
| 43523 | | Flex T Handle | " " |
| 4354 | 4 1/2 | Slide Bar | " " |
| 4257 | 3/8 | Socket Adapter | " " |
| 4280 | | Universal Joint | " " |
| 43539 | 3" | Extension Bar | " " |
| 43531 | 6" | Extension Bar | " " |
| 43372 | 6" | Spinner Handle | " " |
| 4336 | | Flex Extension | " " |
| 4281 | 15 1/2 | Speeder | " " |
| 42691 | .030 | Screwdriver Bit | 1/4" Drive |
| 42692 | .039 | Screwdriver Bit | " " |
| 42681 | #1 | Phillips Bit | " " |
| 42682 | #2 | Phillips Bit | " " |
| 42701 | 3/16 | Hex Socket | " " |
| 42702 | 7/32 | Hex Socket | " " |
| 42703 | 1/4 | Hex Socket | " " |
| 42704 | 5/16 | Hex Socket | " " |
| 42705 | 3/8 | Hex Socket | " " |
| 44331 | 3/8 | Socket 12 Pt. Std. | 3/8" Drive |
| 44332 | 7/16 | Socket 12 Pt. Std. | " " |
| 44333 | 1/2 | Socket 12 Pt. Std. | " " |
| 44334 | 9/16 | Socket 12 Pt. Std. | " " |
| 44335 | 5/8 | Socket 12 Pt. Std. | " " |
| 44336 | 11/16 | Socket 12 Pt. Std. | " " |
| 44337 | 3/4 | Socket 12 Pt. Std. | " " |
| 44338 | 13/16 | Socket 12 Pt. Std. | " " |
| 43333 | 3/8 | Socket 6 Pt. Dp. | 3/8" Drive |
| 43331 | 7/16 | Socket 6 Pt. Dp. | " " |
| 43332 | 1/2 | Socket 6 Pt. Dp. | " " |
| 43334 | 9/16 | Socket 6 Pt. Dp. | " " |
| 43335 | 5/8 | Socket 6 Pt. Dp. | " " |
| 43336 | 11/16 | Socket 6 Pt. Dp. | " " |
| 43337 | 3/4 | Socket 6 Pt. Dp. | " " |
| 43338 | 13/16 | Socket 6 Pt. Dp. | " " |
| 44341 | 1/4 | Socket 8 Pt. Std. | 3/8" Drive |
| 44342 | 5/16 | Socket 8 Pt. Std. | " " |
| 44343 | 3/8 | Socket 8 Pt. Std. | " " |
| 44344 | 7/16 | Socket 8 Pt. Std. | " " |
| 44345 | 1/2 | Socket 8 Pt. Std. | " " |
| 43261 | 3/8 | Socket 6 Pt. Flex | 3/8" Drive |
| 43262 | 7/16 | Socket 6 Pt. Flex | " " |
| 43263 | 1/2 | Socket 6 Pt. Flex | " " |
| 43264 | 9/16 | Socket 6 Pt. Flex | " " |
| 43265 | 5/8 | Socket 6 Pt. Flex | " " |
| 43266 | 11/16 | Socket 6 Pt. Flex | " " |
| 43267 | 3/4 | Socket 6 Pt. Flex | " " |
| 47571 | 5/16 | Socket 6 Pt. Imp. | 3/8" Drive |
| 47572 | 3/8 | Socket 6 Pt. Imp. | " " |
| 47573 | 7/16 | Socket 6 Pt. Imp. | " " |
| 47574 | 1/2 | Socket 6 Pt. Imp. | " " |
| 47575 | 9/16 | Socket 6 Pt. Imp. | " " |
| 47576 | 5/8 | Socket 6 Pt. Imp. | " " |
| 47577 | 11/16 | Socket 6 Pt. Imp. | " " |
| 43321 | 13/16 | Socket 6 Pt. Sp. Plg. | 3/8" Drive |
| 43322 | 5/8 | Socket 6 Pt. Flex Sp. Plg. | " " |
| 43323 | 13/16 | Socket 6 Pt. Flex Sp. Plg. | " " |
| 43326 | 5/8 | Socket 6 Pt. Sp. Plg. | " " |
| 44301 | 9mm | Socket 12 Pt. Met. | 3/8" Drive |
| 44302 | 10mm | Socket 12 Pt. Met. | " " |
| 44309 | 11mm | Socket 12 Pt. Met. | " " |
| 44303 | 12mm | Socket 12 Pt. Met. | " " |
| 44304 | 13mm | Socket 12 Pt. Met. | " " |
| 44305 | 14mm | Socket 12 Pt. Met. | " " |
| 44306 | 15mm | Socket 12 Pt. Met. | " " |
| 44311 | 16mm | Socket 12 Pt. Met. | " " |
| 44307 | 17mm | Socket 12 Pt. Met. | " " |

| CATALOG NO. | | DESCRIPTION | SIZE-DRIVE |
|---|---|---|---|
| 44425 | 9mm | Socket 6 Pt. Met. Dp. | 3/8" Drive |
| 44426 | 10mm | Socket 6 Pt. Met. Dp. | " " |
| 44427 | 11mm | Socket 6 Pt. Met. Dp. | " " |
| 44428 | 12mm | Socket 6 Pt. Met. Dp. | " " |
| 44429 | 13mm | Socket 6 Pt. Met. Dp. | " " |
| 44431 | 14mm | Socket 6 Pt. Met. Dp. | " " |
| 44432 | 15mm | Socket 6 Pt. Met. Dp. | " " |
| 44433 | 16mm | Socket 6 Pt. Met. Dp. | " " |
| 44434 | 17mm | Socket 6 Pt. Met. Dp. | " " |
| 44435 | 18mm | Socket 6 Pt. Met. Dp. | " " |
| 44436 | 19mm | Socket 6 Pt. Met. Dp. | " " |
| 43781 | | F.T.Q.R. Ratchet | 3/8" Drive |
| 42793 | | Q.R. Flex Ratchet | " " |
| 44363 | 10" | Flex T Handle | " " |
| 4428 | 7" | Slide Bar | " " |
| 4427 | 16" | Speeder | " " |
| 4256 | 1/4 | Soc. Adapter | " " |
| 4258 | 1/2 | Soc. Adapter | " " |
| 43537 | 1 1/2 | Extension Bar | " " |
| 44264 | 3" | Extension Bar | " " |
| 44261 | 6" | Extension Bar | " " |
| 44262 | 10" | Extension Bar | " " |
| 44263 | 20" | Extension Bar | " " |
| 4435 | | Universal Joint | " " |
| 42651 | .030 | Screwdriver Bit | 3/8" Drive |
| 42652 | .039 | Screwdriver Bit | " " |
| 42653 | .055 | Screwdriver Bit | " " |
| 44371 | #2 | Phillips Bit | 3/8" Drive |
| 44372 | #3 | Phillips Bit | " " |
| 44373 | #4 | Phillips Bit | " " |
| 46669 | 5/32 | Hex Socket | 3/8" Drive |
| 46661 | 3/16 | Hex Socket | " " |
| 46662 | 7/32 | Hex Socket | " " |
| 46663 | 1/4 | Hex Socket | " " |
| 46664 | 5/16 | Hex Socket | " " |
| 46665 | 3/8 | Hex Socket | " " |
| 43611 | 3/8 | Crowfoot Wrench | 3/8" Drive |
| 43621 | 7/16 | Crowfoot Wrench | " " |
| 43622 | 1/2 | Crowfoot Wrench | " " |
| 43623 | 9/16 | Crowfoot Wrench | " " |
| 43624 | 5/8 | Crowfoot Wrench | " " |
| 43625 | 11/16 | Crowfoot Wrench | " " |
| 43626 | 3/4 | Crowfoot Wrench | " " |
| 43627 | 13/16 | Crowfoot Wrench | " " |
| 43628 | 7/8 | Crowfoot Wrench | " " |
| 43629 | 1" | Crowfoot Wrench | " " |
| 47501 | 7/16 | Socket 12 Pt. Std. | 1/2" Drive |
| 47502 | 1/2 | Socket 12 Pt. Std. | " " |
| 47503 | 9/16 | Socket 12 Pt. Std. | " " |
| 47505 | 5/8 | Socket 12 Pt. Std. | " " |
| 47507 | 11/16 | Socket 12 Pt. Std. | " " |
| 47508 | 3/4 | Socket 12 Pt. Std. | " " |
| 47511 | 13/16 | Socket 12 Pt. Std. | " " |
| 47512 | 7/8 | Socket 12 Pt. Std. | " " |
| 47513 | 15/16 | Socket 12 Pt. Std. | " " |
| 47514 | 1" | Socket 12 Pt. Std. | " " |
| 47515 | 1 1/16 | Socket 12 Pt. Std. | " " |
| 47516 | 1 1/8 | Socket 12 Pt. Std. | " " |
| 47517 | 1 1/4 | Socket 12 Pt. Std. | " " |
| 47521 | 1/2 | Socket 12 Pt. Dp. | 1/2" Drive |
| 47522 | 9/16 | Socket 12 Pt. Dp. | " " |
| 47523 | 5/8 | Socket 12 Pt. Dp. | " " |
| 47524 | 11/16 | Socket 12 Pt. Dp. | " " |
| 47525 | 3/4 | Socket 12 Pt. Dp. | " " |
| 47527 | 13/16 | Socket 12 Pt. Dp. | " " |
| 47528 | 7/8 | Socket 12 Pt. Dp. | " " |
| 47529 | 15/16 | Socket 12 Pt. Dp. | " " |
| 47531 | 1" | Socket 12 Pt. Dp. | " " |
| 47532 | 1 1/16 | Socket 12 Pt. Dp. | " " |
| 47533 | 1 1/8 | Socket 12 Pt. Dp. | " " |
| 44221 | 7/16 | Socket 8 Pt. Std. | 1/2" Drive |
| 44222 | 1/2 | Socket 8 Pt. Std. | " " |
| 44223 | 9/16 | Socket 8 Pt. Std. | " " |
| 44224 | 5/8 | Socket 8 Pt. Std. | " " |
| 44225 | 11/16 | Socket 8 Pt. Std. | " " |
| 44226 | 3/4 | Socket 8 Pt. Std. | " " |
| 44231 | 9mm | Socket 12 Pt. Met. | 1/2" Drive |
| 44232 | 10mm | Socket 12 Pt. Met. | " " |
| 44229 | 11mm | Socket 12 Pt. Met. | " " |
| 44233 | 12mm | Socket 12 Pt. Met. | " " |
| 44234 | 13mm | Socket 12 Pt. Met. | " " |
| 44235 | 14mm | Socket 12 Pt. Met. | " " |
| 44236 | 15mm | Socket 12 Pt. Met. | " " |
| 44266 | 16mm | Socket 12 Pt. Met. | " " |
| 44237 | 17mm | Socket 12 Pt. Met. | " " |
| 44267 | 18mm | Socket 12 Pt. Met. | " " |
| 44238 | 19mm | Socket 12 Pt. Met. | " " |
| 44249 | 21mm | Socket 12 Pt. Met. | " " |
| 44239 | 22mm | Socket 12 Pt. Met. | " " |
| 44242 | 24mm | Socket 12 Pt. Met. | " " |
| 44444 | 14mm | Socket 12 Pt. Met. Dp. | 1/2" Drive |
| 44445 | 17mm | Socket 12 Pt. Met. Dp. | " " |
| 44446 | 19mm | Socket 12 Pt. Met. Dp. | " " |
| 44447 | 21mm | Socket 12 Pt. Met. Dp. | " " |
| 44448 | 22mm | Socket 12 Pt. Met. Dp. | " " |
| 44449 | 27mm | Socket 12 Pt. Met. Dp. | " " |
| 44241 | 13/16 | Socket 6 Pt. Sp. Plg. | 1/2" Drive |
| 44977 | | F.T.Q.R. Ratchet | 1/2" Drive |
| 44984 | | Q.R. Flex Ratchet | " " |
| 44201 | 15" | Flex T Handle | " " |
| 4416 | 18" | Speeder | " " |
| 4259 | 3/8 | Socket Adapter | " " |
| 44151 | 15" | Slide Bar | " " |
| 4458 | | Stud Extractor | " " |
| 44133 | 3" | Extension Bar | " " |
| 44131 | 6" | Extension Bar | " " |