# CONFIDENTIAL EMPLOYEE HISTORY

| EMPLOYEE NAME | | | | | | | | | | | | | | | | | | | | | | | | | | EMPLOYMENT DATE | STATUS | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ammons, Paul D. | | | | | | | | | | | | | | | | | | | | | | | | | | 7-19-83 | ☑ REGULAR ☐ PART TIME ☐ TEMPORARY | | | |

| YEARS OF SERVICE | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | SECURITY CLEARANCE | LEVEL | DATE GRANTED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

## PAYROLL DATA

| BIRTHDATE | SEX | SOCIAL SECURITY NO. | MARITAL STATUS | NAME OF SPOUSE | NO. OF CHILDREN |
|---|---|---|---|---|---|
| 7-8-64 | m | 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 | S | N/A | N/A |

| FEDERAL WITHHOLDING: | EXEMPTIONS CLAIMED | |
|---|---|---|
| | ADDITIONAL AMOUNT WITHHELD | |

| | DATE ELIGIBLE | DATE JOINED | DATE WITHDRAWN |
|---|---|---|---|
| UNION STATUS | 7-19-83 | | |
| PENSION PLAN | 7-19-83 | 7-19-83 | |
| CREDIT UNION | 7-19-83 | | |

| INSURANCE | DATE ELIGIBLE | DATE JOINED | DATE WITHDRAWN |
|---|---|---|---|
| LIFE | 7-19-83 | | |
| MEDICAL - SELF | 7-19-83 | 7-1983 | |
| DEP. | | | |
| MAJ. MED. - SELF | 7-19-83 | 7-19-83 | |
| DEP. | | | |

## GENERAL INFORMATION

| ADDRESS | CITY | STATE | ZIP | PHONE |
|---|---|---|---|---|
| 3390 Browns Road | Millbrook | AL | 36054 | 285-4992 |
| Rt 1 Bx 66-K | Wetumpka | Al | 36092 | 567-9675 |
| | | | | 567-3083 |
| | | | | 514-0037 |

| IN EMERGENCY NOTIFY | RELATIONSHIP | CITY | STATE | ZIP | PHONE |
|---|---|---|---|---|---|
| Jean Ammons | mother | Millbrook | AL | 36054 | 285-4992 |
| Amy Ammons | Wife | Wetumpka | Al | 36054 | 514-0031 |

| RELATIVES OR FRIENDS EMPLOYED BY THIS CO. | NAMES | RELATIONSHIP | NAMES | RELATIONSHIP |
|---|---|---|---|---|
| | Maurice C. Ammons | Father | | |

| EDUCATION | ELEM. _____ JHS _____ SHS GED COLLEGE 1 2 3 4 MAJOR _____ OTHER John Patterson Tech. | SPECIAL SKILLS OR TRAINING | |
|---|---|---|---|

## TERMINATION RECORD

| ☐ RESIGNATION | REASON |
|---|---|
| DATE _____ | |
| ☐ DISMISSAL | REASON |
| DATE _____ | |
| RECOMMENDED OR | REASON |

DEFENDANT'S EXHIBIT
A3

Form 10

**CITY AND COUNTY OF MONTGOMERY**
**PERSONNEL DEPARTMENT**
**RECOMMENDATION FOR PERSONNEL ACTION**

Submit in Triplicate

| | | |
|---|---|---|
| Department/Division | 4800 Fleet Management | Date 12/20/04 |
| Name of Employee | Paul D. Ammons | Effective Date 12/16/04 |
| Social Security # | 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 | Classification Auto. Mech. Weld: Job Code 5242 |

Item 2 requires the signature of both department heads. Items 2, 3, 4, 5, 6, 15 require approval of Personnel Director before action is official. Items 3, 4, 5, 7 must have copy of letter to employee attached. Item 8 should have copy of letter of resignation.

1. Transfer within department ............................ (   )
2. Transfer to another department ............... (   )
3. Demotion .............................................. (   )
4. Layoff ................................................... (   )
5. Dismissal .............................................. (   )
6. Leave without pay ................................. (   )
7. Suspension ........................................... (   )
8. Resignation .......................................... (   )

9. Retirement . .............................................. ( ✗ )
10. Separation by death ............................. (   )
11. Expiration by Temporary Appointment ............ (   )
12. Return Leave Without Pay ................... (   )
13. Return from Military Leave ................... (   )
14. Change of Name .................................. (   )
15. Change in Salary ................................. (   )
16. other _____ (   )

| ITEMS AFFECTED BY ACTION | FROM | TO |
|---|---|---|
| Department (items 1 & 2) | | |
| Classification & Salary (items 1 2 3) | | |
| Dates (items 6 & 7) | | |
| Name (Item 14) | | |
| Amount (Item 15) | | |
| Other (Item 16) | | |

Funds are available _____ *E. Lloyd Faulk* _____     Date DEC 2 1 2004
                              Disbursing Officer

Explanation and remarks (Give reason for any action which is not self-explanatory)

Effective December 16, 2004

(Signed) 1. _____ *Bobby N. Bright* _____     Date DEC 2 1 2004
                    Appointing Authority

2. _____     Date Dec. 20, 2004

3. _____     Date

4. _____ *Barbara M. Montoya* _____     Date DEC 2 9 2004
              Personnel Director

PER 300-419
revised 10/04

FORM 100                      **CITY PAYROLL DEPARTMENT**                      SUBMIT IN TRIPLICATE

**Section A    To be completed for items 1, 2, 3, 15 & 16 on Form 10 and Promotion on Form 5**

Dept./Div. Number _____4800_____        Employee's Name _____Paul D. Ammons_____
                                                                FIRST        M.I.                              LAST

Effective Date _____12/16/2004_____        Social Security Number: _____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_____
                        MO.    DA.    YR.

                          CURRENT CLASSIFICATION & SALARY ____5242____    ____S09____    ____12____
                                                              JOB CODE        PAY RANGE        STEP

NEW CLASSIFICATION & SALARY INFORMATION                    NEW PAYROLL/DEPT# ____4800____

                                                                        IF APPLICABLE
                                                                        REVIEW DATE FOR
NEW JOB CODE _____    NEW PAY RANGE _____    NEW STEP _____    NEXT INCREASE _____
                                                                                                (MO/DA/YR)

ITEM 15 NEW HOURLY RATE: _____        WKLY / BW _____        SCH. HOURS _____

IF ACTION INVOLVES A PAY OUT ON PAYROLL, WAS EMPLOYEE ADVANCED WORK TIME ON BI-WKLY 4/15/83
WEEKLY PAYROLL 4/8/83 OR BI-WEEKLY/WEEKLY 1985?                    no
                                                                YES/NO
IF YES:  HOW MANY HOURS WERE ADVANCED:        (1983) _____ HOURS
                                              (1985) _____ HOURS
                                              TOTAL ____0.0____ HOURS

AFTER TIME USED ON FINAL TIME SHEET, PAY REMAINING LEAVE BALANCES AS FOLLOWS:
ANNUAL LEAVE HOURS:            ____4.8____
SICK LEAVE HOURS:             ____1.4____ (1/2 Accrued)
COMPENSATORY HOURS:           ____0.0____
PERSONAL LEAVE HOURS:         ____0.0____        LAST DAY IN PAY STATUS: _____12/16/2004_____
TOTAL LEAVE HOURS:            ____6.2____

**Section B    To be completed with Forms 3,5,8,9 & 40 or Re-employment on Form 10**
DEPARTMENT/DIVISION NUMBER: _____        VERIFIED SOCIAL SECURITY NUMBER _____

THE FOLLOWING PERSON HAS BEEN APPOINTED:    TEMPORARY: _____        PERMANENT: _____

NAME: _____        EFFECTIVE DATE: _____
        FIRST:              MI              LAST                                    (MO/DA/YR)

STREET ADDRESS _____        CITY _____ STATE _____ ZIP _____        PHONE NUMBER _____

RACE _____    SEX _____        MARITAL _____        NO. OF _____        BIRTHDAY _____
                                     STATUS                  DEPENDENTS

HOURLY RATE _____    JOB CODE _____    PAY RANGE _____        STEP _____        REVIEW DATE _____

PAID:                    WILL ACCRUE LEAVE:                  WILL PAY RETIREMENT:
    WEEKLY _____        YES _____                  YES _____
    BI-WEEKLY _____      NO _____                  NO _____

SCHEDULED HOURS PER PAY PERIOD: _____        NON-SCHEDULED, PAID HOURS WORKED ONLY: _____

WAS EMPLOYEE PREVIOUSLY EMPLOYED BY THE CITY OF MONTGOMERY? _____    PAID WKLY OR BW _____
                                                              YES/NO
                                                                        PREVIOUS SERVICE
IF YES:    DEPT # _____        TERM. DATE _____
                                                                        MONTHS  DAYS  YEARS
REMARKS: ┌──────────────────────────────────────────────────┐
         │                                                  │
         │                                                  │
         │                                                  │
         │  Employee #3364                                  │
         └──────────────────────────────────────────────────┘

                                                              REVISED 5-03-02 PYR/RW



**City of
Montgomery, Alabama**

Employees' Retirement System

## <u>MEMORANDUM</u>

TO:           TERRY GADDIS, DIRECTOR
              FLEET MANAGEMENT

FROM:         CLAIRE KING
              ADMINISTRATOR

DATE:         10/25/04

SUBJECT:      EMPLOYEE RETIREMENT

This is to inform you _____PAUL D AMMONS_____ , has filed the necessary application with the Employees' Retirement System for their retirement to be effective ____12/17/04____ . The last day for active status (work time, leave time or off days) will be ____12/16/04____ .

PH (334) 241-2018          P.O. BOX 1111, MONTGOMERY, ALABAMA 36101-1111          FAX (334) 241-2266

Form 19

Submit in Triplicate

# PERSONNEL DEPARTMENT
## RECOMMENDATION FOR PERSONNEL ACTION

| | | | |
|---|---|---|---|
| Department/Division | CITY SHOP | Date | 10/5/2002 |
| Name of Employee | PAUL D AMMONS | Effective Date | 10/11/2002 |
| Social Security # | 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  Classification  AUTO MECHANIC - WELDER | Job Code | 5242 |

Item 2 requires the signature of both department heads.

Items 2, 3, 4, 5, 6, 15 require approval of Personnel Director before action is official. Items 3, 4, 5, 7 must have copy of letter to employee attached. Item 8 should have copy of letter of resignation.

| | | | |
|---|---|---|---|
| 1. Transfer within department ...................... ( ) | 9. Retirement ........................................................... ( ) |
| 2. Transfer to another department .............. ( ) | 10. Separation by death .......................................... ( ) |
| 3. Demotion .................................................( ) | 11. Expiration by Temporary Appointment................ ( ) |
| 4. Layoff ......................................................( ) | 12. Return Leave Without Pay................................... ( ) |
| 5. Dismissal ................................................( ) | 13. Return from Military Leave.................................. ( ) |
| 6. Leave without pay ................................... ( ) | 14. Change of Name ................................................ ( ) |
| 7. Suspension .............................................( ) | 15. Change in Salary ............................................... ( x ) |
| 8. Resignation .............................................( ) | 16. Change in Title ( ) |

| ITEMS AFFECTED BY ACTION | FROM | | | TO | | |
|---|---|---|---|---|---|---|
| **Department** (Items 1 & 2) | | | | | | |
| **Classification & Salary** (Items 1, 2, 3) | | | | | | |
| **Dates** (Items 6 & 7) | | | | | | |
| **Name** (Item 14) | | | | | | |
| **Amount** (Item 15)  Pos/Grade/Step | 5242 | 310 | 8 | 5242 | S09 | 10 |
| Hrly/BW | 16.1420 | 1,291.36 | | 16.6495 | 1,331.96 | |
| Annual | 33,575.36 | | | 34,631.00 | | |
| **Other** (Item 16) | | | | | | |

| | | | |
|---|---|---|---|
| Funds are available | _E. Lloyd Faucett_ (Disbursing Officer) | Date | OCT - 9 2002 |

## Explanation and remarks (Give reason for any action which is not self-explanatory)

Employee warrants 1 step merit increase per rule 4 of new Pay Plan.

_Reinstate Merit date to 7-19-83 J.H._

| | | | |
|---|---|---|---|
| (Signed) 1. | _J.H._ (Appointing Authority) | Date | OCT - 9 2002 |
| 2. | _Jerry H. Baldwin_ | Date | Oct 5, 2002 |
| 3. | | Date | |
| 4. | _Barbara M. Montaye_ (Personnel Director) | Date | OCT 1 6 2002 |

PER 300-419
revised 5/20/02

FORM 100          **CITY PAYROLL DEPARTMENT**

**Section A    To be completed for items 1, 2, 3, 15 & 16 on Form 10 and Promotion on Form 5**

Dept./Div. Number    4800/711        Employee's Name            PAUL  D  AMMONS

                                                FIRST      M.I.                             LAST

Effective Date      10/11/2002        Social Security Number:        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

                 MO.   DA.    YR.

                   CURRENT CLASSIFICATION & SALARY        5242          310              8

                                           JOB CODE      PAY RANGE      STEP

NEW CLASSIFICATION & SALARY INFORMATION            NEW PAYROLL/DEPT#                          *03 P'*

                                                                               IF APPLICABLE        *7-19-83 24*

                                                                              REVIEW DATE

NEW JOB CODE  5242      NEW PAY RANGE      S09      NEW STEP      10      FOR NEXT
                                                                           INCREASE      7/2/03  *4-18-03*

                                                                                    (MO/DA/YR)

ITEM 15 NEW HOURLY RATE:            16.6495      WKLY / BW    1,331.96      SCH. HOURS

IF ACTION INVOLVES A PAY OUT ON PAYROLL, WAS EMPLOYEE ADVANCED WORK TIME ON BI-WKLY 4/15/83
WEEKLY PAYROLL 4/8/83 OR BI-WEEKLY/WEEKLY 1985?

                                                                YES/NO

IF YES:  HOW MANY HOURS WERE ADVANCED:        (1983)                        HOURS
                                             (1985)                        HOURS
                                             TOTAL      0.0      HOURS

AFTER TIME USED ON FINAL TIME SHEET, PAY REMAINING LEAVE BALANCES AS FOLLOWS:

ANNUAL LEAVE HOURS:

SICK LEAVE HOURS:                              (1/2 Accrued)

COMPENSATORY HOURS

PERSONAL LEAVE HOURS:                                LAST DAY IN PAY STATUS:

TOTAL LEAVE HOURS:                0.0

**Section B    To be completed with Forms 3,5,8,9 & 40 or Re-employment on Form 10**

DEPARTMENT/DIVISION NUMBER:                    VERIFIED SOCIAL SECURITY NUMBER

THE FOLLOWING PERSON HAS BEEN APPOINTED TEMPORARY:                PERMANENT:

NAME:

          FIRST:              MI              LAST                    EFFECTIVE DATE:
                                                                                  (MO/DA/YR)

STREET ADDRESS                CITY        STATE        ZIP                      PHONE NUMBER

RACE              SEX              MARITAL                NO. OF                      BIRTHDAY
                                   STATUS                DEPENDENTS

HOURLY RATE          JOB CODE          PAY RANGE                STEP                      REVIEW DATE

PAID:                  WILL ACCRUE LEAVE:                  WILL PAY RETIREMENT:
    WEEKLY                    YES                            YES
    BI-WEEKLY                  NO                            NO

SCHEDULED HOURS PER PAY PERIOD:                NON-SCHEDULED, PAID HOURS WORKED ONLY:

WAS EMPLOYEE PREVIOUSLY EMPLOYED BY THE CITY OF MONTGOMERY?                PAID WKLY OR BW
                                                            YES/NO

                                                                  PREVIOUS SERVICE

IF YES:        DEPT #                TERM. DATE

                                                          MONTHS  DAYS  YEARS

REMARKS:

REVISED 5-03-02 PYR/RW

FORM 10                                                                Submit in Triplicat

### CITY AND COUNTY OF MONTGOMERY
### PERSONNEL DEPARTMENT
### RECOMMENDATION FOR PERSONNEL ACTION

Department/Division _City Shops /4800_ ,_____ Date _11 Nov 93_

Name of Employee _Paul D. Ammons_ ._____ Effective Date _19 Nov 93_

Classification _Auto Mechanic-Welder_____ Job Code _5242_____

Item 2 requires the signature of both department heads.

Items 2, 3, 4, 5, 6, 15 require approval of Personnel Director before action is official. Items 3, 4, 5, 7 must hav
copy of letter to employee attached. Item 8 should have copy of letter of resignation.

| | | | | | |
|---|---|---|---|---|---|
| 1. | Transfer within department............ | ( ) | 9. | Retirement...................... | ( ) |
| 2. | Transfer to another department ......... | ( ) | 10. | Separation by death ................. | ( ) |
| 3. | Demotion......................... | ( ) | 11. | Expiration of Temp. Apt.............. | ( ) |
| 4. | Layoff............................ | ( ) | 12. | Return LWOP..................... | ( ) |
| 5. | Dismissal......................... | ( ) | 13. | Return from Military Lv............. | ( ) |
| 6. | Leave without Pay................... | ( ) | 14. | Change in Name .................. | ( ) |
| 7. | Suspension ....................... | ( ) | 15. | Change in Salary .................. | XX ) |
| 8. | Resignation....................... | ( ) | 16. | | |

| ITEMS AFFECTED BY ACTION | FROM | TO |
|---|---|---|
| Department (Items 1 & 2) | | |
| Classification & Salary (Items 1, 2, 3) | | |
| Dates (Items 6 & 7) | | |
| Name (Item 14) | | |
| Amount (Item 15) | $27,630<br>$1,062.70 (13.2837) | $28,625<br>$1,100.98 (13.7622) |
| Other (Item 16) | | |

If Action is Resignation or Layoff, is Reemployment Recommended?    Yes ( )    No ( )

Funds are available ___Hugh Samuel Austin___ Date _NOV 12 1993_
                          Disbursing Officer

Explanation and remarks (Give reason for any action which is not self-explanatory)

(Signed)  1. _Emory Folmar_____ Date _NOV 15 1993_
                    Appointing Authority

          _Donald R. Hayes_
          2. _____ Date _11 Nov 93_

          3. _____ Date _____

          4. _Barbara N. Montoya_____ Date _NOV 17 1993_
                    Personnel Director

FORM 100                         CITY AND COUNTY OF MONTGOMERY        SUBMIT IN TRIPLICATE
Revised 3/1/84                        PERSONNEL DEPARTMENT            WITH FORM 10

SECTION A

(ITEM 16) If action is re-employment, downgrade (B/W to Wkly), upgrade (Wkly to B/W), or
          temporary to permanent status, complete Section B instead of Section A.

DEPT/DIV NO. City Shops/4800 EMPLOYEE'S NAME    Paul D. Ammons

EFFECTIVE DATE Nov / 19 / 93 (MO/DA/YR)  SOCIAL SECURITY NO. 424 / 84 /4709

CURRENT CLASSIFICATION & SALARY (ITEMS 1, 2, &3) JOB CODE 5242    PAY RANGE 310    STEP 7

(ITEM 15) NEW HOURLY RATE $ 13 . 7622 REVIEW DATE FOR NEXT PAY INCREASE    /    /
                                                                        MO   DA   YR

(ITEM 3, 16 on FORM 10, PROMOTION on FORM 5)

NEW JOB CODE_____NEW PAY RANGE_____NEW STEP____REVIEW DATE FOR NEXT PAY INCREASE
                                              _____/_____/_____ MO/DA/YR

IF ACTION IS INVOLVING A PAY OUT ON PAYROLL:
Was employee advanced work time on 4/15/83 B/W or 4/8/83 Wkly Payroll? YES ( ) NO ( )
If YES: How many hours were advanced:-____.____ Hrs
                        After time used on final time sheet, pay remaining leave balance
               as follows:  ANNUAL LEAVE HOURS:  ____.____
                            SICK LEAVE HOURS:    ____.____ (½ ACCRUED)
                            COMPENSATORY HOURS:  ____.____
                            TOTAL LEAVE HOURS:   ____.____
LAST DAY IN PAY STATUS ____/____/____ (MO/DA/YR)

SECTION B                                SUBMIT IN TRIPLICATE WITH FORMS 3, 5, 8, 9, & 40

DEPT/DIV NO._____ VERIFIED SOCIAL SECURITY NO._____/_____/_____

The following person has been appointed: TEMPORARY ( ) PERMANENT ( )

NAME:_____ EFFECTIVE DATE:_____/_____/_____
      First      M.I.      Last                        MO      DA      YR

STREET ADDRESS:_____

CITY_____ STATE_____ ZIP CODE_____

RACE____SEX____MARITAL STATUS____NO. DEPENDENTS____BIRTHDATE____/____/____
                                                           MO   DA   YR

Hourly Rate $____.____ Job Code_____Pay Range_____Step____Review Date for next
                                              Pay Increase_____/_____/_____(MO/DA/YR)

PAID: Wkly ( ) B/W ( ) Will Accrue Leave: Yes ( ) No ( ) Will pay Retirement: Yes( ) No( )

Scheduled Hours per Pay Period:_____._____ Non-scheduled, pay hours worked only:
                                                                     Yes( ) No(

Was Employee previously employed by the City of Montgomery: Yes ( ) No ( )

If Yes:_____/_____ Was paid: Wkly ( ) B/W ( )
        Department.           Date Terminated

REMARKS:

CITY AND COUNTY OF MONTGOMERY
PERSONNEL DEPARTMENT
P.O. BOX 1111
MONTGOMERY, ALABAMA 36101-1111

PERSONNEL BOARD
MR. JOHN J. HOGG, JR., CHAIRMAN
MR. C. LAMAR CHAMPION
MR. EDWARD F. CROWELL

BARBARA M. MONTOYA
PERSONNEL DIRECTOR
KAREN B. CASON
ASSISTANT PERSONNEL DIRECTOR
TELEPHONE: 205-241-2875
FAX: 205-241-2219

November 9, 1993

Mayor Emory Folmar
City Hall
103 N. Perry Street
Montgomery, Alabama

Dear Mayor Folmar:

The Personnel Board asked me to advise you that they approved your request to adjust the salary range for Auto Mechanic-Welder (5242) from $21,670/$27,630 to $21,670/$28,625.

If I can be of further assistance, please let me know.

Yours truly,

Barbara M. Montoya
Personnel Director

cc:  Mr. Jim Buckalew
     Mr. Don Hayes

An Equal Opportunity Employer

✓

# CITY SHOPS DEPARTMENT

# CITY OF MONTGOMERY

# WRITTEN REPRIMAND

TO:            Mr. Paul D. Ammons  #364

FROM:        William D. Bass, Foreman
                Heavy Equipment Division
                City Shops Department

DATE:         18 April 2002

SUBJECT:    LETTER OF REPRIMAND

Mr. Paul D. Ammons,  Employee No. 364, is being given a written Letter of Reprimand for failure to clock out when he left work 17 April 2002.  Mr. Ammons clocked in to begin his regular shift, but failed to clock out at the end of his shift, which was 1800 hours.

Failure to clock in or out is a violation of Operating Instruction 08 Paragraph 6.

Personnel who receive three (3) letters of reprimand in one or a combination of any of the violations in Operating Instruction 08 in a one hundred eighty (180) day period will receive a three (3) day suspension without pay.  This is Mr. Ammons' first violation in this one hundred eighty (180) day period.  The expiration date for the period of time covered in this letter is 13 October 2002.

THIS LETTER HAS BEEN READ TO MR. AMMONS .

_William D. Bass_
William D. Bass, Foreman

_Paul D. Ammons_
Employee Signature

_Gary McDougl_
Witness

CITY SHOPS DEPARTMENT

04/18/2002    7:28    Page:    47

Employee Time Card Report

| Employee: | 364 | AMMONS PAUL |
|-----------|-----|-------------|
| Department: | Heavy Equipment | |
| Work rule: | 0700-1600-99 | No clock out |

From:    04/12/2002
To:    04/25/2002

| Date | Day | Type | Act. Entry | Act. Exit | Total Time | Miss. Time | Reg. | Prm 1 | Prm 2 | OT1 | OT2 | Pay Abs. | Late Entry | Early Exit | Adj. Time | All Excp. | Man Edit |
|------|-----|------|-----------|-----------|-----------|-----------|------|-------|-------|-----|-----|----------|-----------|-----------|-----------|-----------|----------|
| 04/12 | Fri | Regular | 9.23 | 17.55 | 8.32 | | 8.32 | | | | | | | | | | |
| 04/13 | Sat | Weekend | 6.53 | 14.03 | 7.15 | | 7.15 | | | | | | 2.23 | | | Late entry | |
| 04/14 | Sun | Weekend | | | | | | | | | | | | | | Early entry | |
| 04/15 | Mon | Regular | 9.23 | 17.55 | 8.32 | | 8.32 | | | | | | 2.23 | | | | |
| 04/16 | Tue | Regular | 9.23 | 17.55 | 8.32 | | 8.32 | | | | | | 2.23 | | | Late entry | |
| 04/17 | Wed | Regular | 9.23 | | | 8.00 | | | | | | | | | | Late entry | |
| 04/18 | Thu | Regular | 5.23 | | | 8.00 | | | | | | | | | | Missing | |
| | | | | | | | | | | | | | | | | Missing | |

| Time classes: | | Pay categories: | | Exceptions: | | | |
|---------------|--|-----------------|--|-------------|--|--|--|
| Tot. Reg. 32.51 | Tot. Sick | PTot. 100% 32.00 | Late Entry 3 | Total Late 7.09 |
| Tot. Prm1 | Tot. Vac. | PTot. OT1 1.23 | Early Exit 1 | Total Early |
| Tot. Prm2 | Tot. Hol. | PTot. OT2 | Sched Days 7 | Act. Days 4 |
| Tot. OT1 | Tot. Berv. | PTot. Abs. | Miss. Time 7.09 | |
| Tot. OT2 #1 | Tot. Oth. 10/13 | | | |

Employee:_____

Supervisor:_____

CITY SHOPS DEPARTMENT

CITY OF MONTGOMERY


W R I T T E N   R E P R I M A N D


TO:       Mr. Paul Ammons #364

FROM:     Terry H. Gaddis, Director
          City Shops Department

SUBJECT:  Written Letter of Reprimand

DATE:     November 3, 1997

Mr. Paul Ammons, Employee Number 364, is being given a Written
Reprimand for clocking out at the end of his shift on October
31, 1997 using the badge of another employee.

Operating Instruction No. 08 Paragraph 2 states that each
individual is responsible for punching the time clock and it is
not permissible for any person to clock in or out with a time
card other than his own.

Mr. Ammons shift time ended at 1530 hours and he clocked out at
1525 hours using Badge Number 362.

You are hereby reminded that receiving three (3) reprimands in a
180-day period for any violations in Paragraph 8 will result in
a three-day suspension without pay.  This is your first
reprimand in this 180-day period.  This 180-day period will end
May 2, 1998.

THIS LETTER OF REPRIMAND HAS BEEN READ TO MR. AMMONS.

                                    _____
                                    Employee Signature


_____
Terry H. Gaddis, Director

_____
Witness

| | IN | OUT | IN | OUT | REG | OT1 | OT2 | OT3 | ST1 | ST2 |
|---|---|---|---|---|---|---|---|---|---|---|

GROUP: 0630-1530-99
EMP  : VANDERGRIFT.W

| DATE | CLOCK IN | CLOCK OUT | ROUND IN | ROUND OUT | REG | OT1 | OT2 | OT3 | ST1 | ST2 |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/31/97 | 6:23 | 15:25 | 6:23 | 15:25 | 9:02 | 0:00 | 0:00 | 0:00 | 0:00 | 0:00 |
| | PERIOD TOTALS | | | | 9:02 | 0:00 | 0:00 | 0:00 | 0:00 | 0:00 |

BADGE: 362
GROUP: 0700-1530-99          *Clocked out @ 1555 by Badge. No. 361.*
EMP  : BARNES.J

| DATE | CLOCK IN | CLOCK OUT | ROUND IN | ROUND OUT | REG | OT1 | OT2 | OT3 | ST1 | ST2 |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/31/97 | 6:54 | 15:25 | 6:54 | 15:25 | | | | | | |
| | 15:55 | | 15:55 | 15:55M | 8:31 | 0:00 | 0:00 | 0:00 | 0:00 | 0:00 |
| | PERIOD TOTALS | | | | 8:31 | 0:00 | 0:00 | 0:00 | 0:00 | 0:00 |

BADGE: 364
GROUP: 0700-1600-99
EMP  : AMMONS.P

CITY SHOPS DEPARTMENT

CITY OF MONTGOMERY

W R I T T E N    R E P R I M A N D

TO:        Mr. Paul D. Ammons    #364

FROM:      Terry H. Gaddis, Director
           City Shops Department

DATE:  19 *th* September 1996

SUBJECT:   LETTER OF REPRIMAND

Mr. Paul Ammons is being given a Written Reprimand for his
failure to clock in on time at the beginning of his shift on 30
August 1996. Mr. Ammons clocked in at 0631 hours on the morning
of 30 August. Mr. Ammons shift begins at 0630 hours.

Failure to clock in at the time your shift begins or no earlier
than seven (7) minutes prior to shift time is a violation of
Operating Instruction No. 08 Paragraph 4, which states in part,
"A person clocking in after his scheduled shift start time is
considered "late", even if it is just one minute".

You are hereby reprimanded for your actions, and are reminded
that receiving three (3) reprimands in a 180-day period for any
violations in Paragraph 8 will result in a three-day suspension
without pay. This is your first reprimand in the 180-day period,
which will end February 26, 1997.

THIS REPRIMAND HAS BEEN READ TO MR. AMMONS.

_____
Employee Signature

_____          _____
WITNESS                          Terry H. Gaddis, Director

BADGE:
GROUP: 0630,--1500--99
EMP  : MCCALL,W

| DATE | CLOCK IN | CLOCK OUT | ROUND IN | ROUND OUT | REG | OT1 | OT2 | OT3 | ST1 | ST2 |
|------|------|------|------|------|------|------|------|------|------|------|
| 09/02/96 | HOLIDAY | | | | 8:00 | 0:00 | 0:00 | 0:00 | 0:00 | 0:00 |
| | PERIOD TOTALS | | | | 16:32 | 0:00 | 0:00 | 0:00 | 0:00 | 0:00 |

=================================================================================

BADGE: 364
GROUP: 0700-1600-99
EMP  : AMMONS,P      (10)

| DATE | CLOCK IN | CLOCK OUT | ROUND IN | ROUND OUT | REG | OT1 | OT2 | OT3 | ST1 | ST2 |
|------|------|------|------|------|------|------|------|------|------|------|
| 08/30/96 | 6:31 | 14:55 | 6:31 | 14:55 | 8:24 | 0:00 | 0:00 | 0:00 | 0:00 | 0:00 |
| 09/02/96 | HOLIDAY | | | | 8:00 | 0:00 | 0:00 | 0:00 | 0:00 | 0:00 |
| | PERIOD TOTALS | | | | 16:24 | 0:00 | 0:00 | 0:00 | 0:00 | 0:00 |

=================================================================================

BADGE: 365
GROUP: 0630-1530-02
EMP  : POWELL,J

| DATE | CLOCK IN | CLOCK OUT | ROUND IN | ROUND OUT | REG | OT1 | OT2 | OT3 | ST1 | ST2 |
|------|------|------|------|------|------|------|------|------|------|------|
| 08/30/96 | 6:25 | 15:25 | 6:25 | 15:25 | 9:00 | 0:00 | 0:00 | 0:00 | 0:00 | 0:00 |
| 09/02/96 | HOLIDAY | | | | 8:00 | 0:00 | 0:00 | 0:00 | 0:00 | 0:00 |
| | PERIOD TOTALS | | | | 17:00 | 0:00 | 0:00 | 0:00 | 0:00 | 0:00 |

=================================================================================

BADGE: 366
GROUP: 0630-1530-02
EMP  : THORNTON,W

| DATE | CLOCK IN | CLOCK OUT | ROUND IN | ROUND OUT | REG | OT1 | OT2 | OT3 | ST1 | ST2 |
|------|------|------|------|------|------|------|------|------|------|------|
| 08/30/96 | 6:25 | 15:25 | 6:25 | 15:25 | 9:00 | 0:00 | 0:00 | 0:00 | 0:00 | 0:00 |
| 09/02/96 | HOLIDAY | | | | | | | | | |

*Received*
*10/26/95*
*js*

MEMORANDUM

TO      :    Mr. Terry Gaddis, Garage & Shop Director

FROM    :    Chief John H. Wilson

DATE    :    October 26, 1995

SUBJECT:    COMMENDATION.

I received the attached memo from Captain Coker thanking you and
your  personnel for assisting them in building the water tank to
test fire weapons.

I  appreciate  this cooperation and ask that you pass our thanks
on  to  your personnel, and place a copy of this commendation in
their  personnel  files,  to  let  them know we appreciate their
efforts.


Attchm:

1st Ind                                  30 October 1995

TO:        Mr. William D. Bass
           Mr. Paul D. Ammons
           Mr. Maynard L. James
           Mr. Kenneth R. Moseley
           Mr. Jerry W. Sims

FROM:      Mr. Terry H. Gaddis, Director
           City Shops Department

I, also, want to express my thanks to each of you for your professional efforts
in fabricating this equipment for the Police Department.  Your ingenuity and
hard work not only saved the City $3,500.00, but will help the Police lab techni-
cians solve crime cases.

I am proud to be associated with personnel of your calibre.  Keep up the
outstanding job!


cc:  Individuals/Personnel Folders


/mbs

<u>MEMORANDUM</u>

TO       : CAPTAIN M. H. COKER

FROM     : LIEUTENANT C. E. MILLER

DATE     : 10-25-95

SUBJECT : WATER TANK TO TEST FIRE WEAPONS


Recently the Department of Forensic Sciences has gone on line with the
new DRUG-FIRE computer. With this they can enter the characteristics of
fired cartridge casings into this computer to store it and it will
automatically search its data bank for others that have been entered
with the same characteristics. This way if a casing was found at a
murder scene in Mobile Al. and the same weapon was used in Montgomery
and the casing entered in the computer we would get a hit on it. Soon
they hope to enter bullets in the computer also. This is like an AFIS
computer except for ballistics.

Due to this technology they have asked us to fire as many weapons as we
can before we give the weapons back to the owners and submit the
bullets and casings to them so they can search the data bank and see if
the weapon has been used in a crime and so they can store it in case
it's used in a crime in the future.

This posed a serious problem for us because the only way we had to fire
the weapons was into our firing tube (filled with cotton) and then to
feel around and search until we located the bullet. This could take as
long as 20 minutes per weapon. While at the IAI conference I talked
with Officers from other agencies and found out that they are now using
water to shoot into. They buy a water tank with a basket in the bottom
and fire the weapon into the water and pull up the basket and get a
completely intact bullet and casing. I priced these tanks and found out
the can cost upwards of $3500.00. I talked with Mr. Gaddis at the
garage and explained this to him and we got together on the specifics
of what we would need and they made us a water tank and catch basket.

The reason for this memo is that I would like for Mr. Gaddis and the
persons responsible for making this tank to know how much we appreciate
it. What would have taken us 20 minutes, now takes 20 seconds. It also
saved the city from having to eventually purchase a tank. The one they
made works great and we are already using it.

*File*

# M E M O R A N D U M

TO:        Paul D. Ammons

FROM:      Terry H. Gaddis, Director
           City Shops Department

THRU:      Eugene Knox, Jr., Asst Director
           City Shops Department

DATE:      28 September 1995

SUBJECT:   Letter of Counseling

This record will confirm the counseling session held on
28 September 1995        .

Since January 1995, you have called in to notify the Depart-
ment that you would be late to work or absent from work a
total of ___39___ times. You have also been absent from work
for various reasons a total of ___53___ times. ___15___
were scheduled and ___38___ were unscheduled for a total of
___304.5___ hours.

You were made aware that your absenteeism is considered to be
excessive as compared to the general population of other
employees in this Department and is affecting the capability
of your Division to accomplish its daily mission. When you
are absent, underlined, someone else has to perform your
duties and many times, work has to be delayed and resched-
uled. This has a negative impact on our production effort
and causes unnecessary hardships on your supervisor, co-work-
ers and the Department.

We have been very lenient and understanding of your past
absenteeisms and you know that if a true emergency arises, we
will grant your request for leave. You are also aware that
we encourage you to take scheduled time off from work to
relax and enjoy whatever you like to do and we realize that
from time to time you require time off for medical/dental
appointments. All of this is part of the benefits you have
earned and all we ask is that you don't abuse your benefits.

You are reminded that you have a big responsibility to be
present for work, on time, everyday, unless there is a true
emergency.

This Department prides itself on accomplishing an enormous amount of quality work with a limited number of personnel, but we cannot continue to make this happen without you being present for work.

I strongly suggest that you take immediate action to correct your absenteeism and be a more dependable employee. Your job is important not only to you, but us and we need you present for work!

_____          _____
Employee's Signature                Supervisor's Signature

2

M E M O R A N D U M

To:             Paul D. Ammons
                Memorandum-for-Record

From:           Eugene Knox, Jr.
                Assistant Director, City Shops

Date:           03 October 1991

Subject:        Absenteeism


This will confirm the verbal counsel session held in my office on
03 October 1991.

You were made aware that your absentee record was above average
for the period between 10-01-90 through 09-30-91.

During this period, you were absent from duty a total of forty-
seven (47) separate occasions, 23 were scheduled and 24 were
unscheduled. A total of 343.0 hours. You stated to me that you
would take corrective action to change this pattern.



cc:  Personnel File

GARAGE DEPARTMENT

CITY OF MONTGOMERY

W R I T T E N    R E P R I M A N D

TO:      Mr. Paul D. Ammons              #364

FROM:    Mr. Donald R. Hayes, Director
         Garage Department

DATE:    29 October 90

SUBJECT: WRITTEN REPRIMAND


Mr. Paul D. Ammons is being given a Written Reprimand for the follow-
ing violation of the Rules, Regulations or Policies of the Garage
Department, Operating Instruction No. 8 – TIME ACCOUNTING CARD Para.
6. which states " Neglect or failure to clock in or out is considered
a violation".  Mr. Ammons failed to clock out on 26 October 1990.

Mr. Ammons scheduled shift time is 0930 hours to 1800 hours.


THIS IS MR. AMMONS SECOND VIOLATION OF THIS OPERATING INSTRUCTION
WITHIN 180 DAYS.  THE 180-DAY PERIOD FOR THIS VIOLATION WILL END
24 APRIL 1991.

This Reprimand has been read to Mr. Ammons.

_____
Employee Signature


WITNESS:

_____


_____
Donald R. Hayes, Director

| MO-DA | IN | OUT | IN | OUT | IN | OUT | IN | OUT | I | II | TOTALS III | IV |
|-------|-----|-----|-----|-----|-----|-----|-----|-----|---|----|----|----|
| 10-26 | 09:23 | | | | | | | | | | | |

364  AMMONS, PAUL D.
0930 TO 1800 HRS.
SS 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
PERIOD END 08 NOV 1990

GARAGE DEPARTMENT

CITY OF MONTGOMERY

W R I T T E N    R E P R I M A N D

TO:          Mr. Paul Ammons                              #364

FROM:        Mr. Donald R. Hayes, Director
             Garage Department

DATE:        20 June 1990

SUBJECT:     WRITTEN REPRIMAND

Mr. Paul Ammons is being given a Written Reprimand for the
following violation of the Rules, Regulations or Policies of the
Garage Department, Operating Instruction No. 8 - TIME ACCOUNTING CARD
Para. 6 - "Neglect or failure to clock in or out is considered a
violation."

Mr. Ammons failed to clock in on 19 June 1990.


THIS IS MR. AMMONS' SECOND VIOLATION OF THIS OPERATING
INSTRUCTION WITHIN 180 DAYS.  THE 180-DAY PERIOD FOR THIS
VIOLATION WILL END 17 DECEMBER 1990.


This Reprimand has been read to Mr. Ammons.


_____
Employee Signature

_Donald R. Hayes_
_____
Donald R. Hayes, Director

WITNESS:

_____

GARAGE DEPARTMENT

CITY OF MONTGOMERY

W R I T T E N     R E P R I M A N D

TO:          Mr. Paul Ammons                    #364

FROM:        Mr. Gary G. Boettcher, Assistant Director
             Garage Department

DATE:        17 April 1990

SUBJECT:     WRITTEN REPRIMAND

Mr. Paul Ammons is being given a Written Reprimand for the

following violation of the Rules, Regulations or Policies of the

Garage Department, Operating Instruction No. 8 - TIME ACCOUNTING CARD

Par. 4 - "A person clocking in after their scheduled shift start

time is considered 'late' even if it's just one minute."

Mr. Ammons failed to call to report he was going to be late on

16 April 1990.

This is Mr. Ammons' first (1st) violation of this operating

instruction.  The 180 day period for this violation will end on

13 October 1990.


This Reprimand has been read to Mr. Ammons.


WITNESS:

_____
                                    _____
                                    Employee Signature

                                    _____
                                    Gary G. Boettcher, Asst. Director

GARAGE   DEPARTMENT

CITY OF MONTGOMERY

# W R I T T E N   R E P R I M A N D

TO:          Mr. Paul D. Ammons          #364

FROM:        Mr. Donald R. Hayes, Director
             Garage Department

DATE:        20 December 1988

SUBJECT:     WRITTEN REPRIMAND

Mr. Paul D. Ammons is being given a Written Reprimand for the following violation of the Rules, Regulations or Policies of the Garage Department, Operating Instruction No. 8 - TIME ACCOUNTING CARD Par. 4 - "A person clocking in after their scheduled shift start is considered 'late' even if it's just one minute."  Mr. Ammons clocked in at 0703 on 20 December 1988.  His scheduled shift start time is 0700 hours.

THIS IS MR. AMMONS' SECOND (2ND) REPRIMAND FOR VIOLATION OF OPERATING INSTRUCTION NO. 8 WITHIN AN 180-DAY PERIOD!

This reprimand has been read to Mr. Ammons.

_____
Employee Signature

WITNESS:

_____          _____
                                           Donald R. Hayes, Director

GARAGE   DEPARTMENT

CITY OF MONTGOMERY

W R I T T E N     R E P R I M A N D

TO:          Mr. Paul D. Ammons          #364

FROM:        Mr. William H. Jones, Assistant Director
             Garage Department

DATE:        26 September 1988

SUBJECT:     WRITTEN REPRIMAND

Mr. Paul D. Ammons is being given a Written Reprimand for the
following violation of the Rules, Regulations or Policies of the
Garage Department, Operating Instruction No. 8 - TIME ACCOUNTING CARD
Par. 4 - "A person clocking in after their scheduled shift start is
considered "late" even if it's just one minute."   Mr. Ammons clocked
in at 0811 on 26 September 1988.  His scheduled shift start time is
0700 hours.

This reprimand has been read to Mr. Ammons.

_____
Employee Signature

WITNESS:

_____
William H. Jones, Asst. Director

GARAGE   DEPARTMENT

CITY OF MONTGOMERY

W R I T T E N   R E P R I M A N D

TO:         Mr. Paul D. Ammons        #364

FROM:       Mr. Donald R. Hayes, Director
            Garage Department

DATE:       19 January 1988

SUBJECT:    WRITTEN REPRIMAND

Mr. Paul D. Ammons is being given a Written Reprimand for the
following violation of the Rules, Regulations or Policies of the
Garage Department, Operating Instruction No. 8 – TIME ACCOUNTING CARD
Par. 4 – A person clocking in after their scheduled shift start time is
considered "late" even if it's just one minute.  Mr. Ammons clocked in
at 0631 hours on 18 January 1988.  His scheduled shift start time as
reflected on the attached Holiday schedule was 0630 hours.  Mr. Ammons
initialed this Holiday schedule acknowledging his understanding and
compliance.  Further, Mr. Ammons did not call the Control Center to
state he would be late.

This reprimand has been read to Mr. Ammons.

_____
Employee Signature

WITNESS:

_____                _____
                                        Donald R. Hayes
                                        _____
                                        Donald R. Hayes, Director

GARAGE   DEPARTMENT

CITY OF MONTGOMERY

W R I T T E N   R E P R I M A N D

TO:        Mr. Paul D. Ammons        #364

FROM:      Mr. Donald R. Hayes, Director

DATE:      13 November 1986

SUBJECT:   WRITTEN REPRIMAND

Mr. Paul D. Ammons is being given a Written Reprimand for the following violation of the Rules, Regulations or Policies of the Garage Department:   You have failed to comply with Operating Instruction #8 (4); Subject: A person clocking in after their scheduled shift start time is considered "late" even if it's just one minute.  Mr. Ammons' shift starting time is 0930.  On 11/12/86, Mr. Ammons clocked in at 0932 and failed to call the Control Room to state that he would be late.

This reprimand has been read to Mr. Paul D. Ammons.

_____
Employee Signature

WITNESS:

_____        _____
                                          Donald R. Hayes, Director

M E M O R A N D U M

To:             Mr. Paul D. Ammons
                Memorandum-for-Record

From:           Mr. Eugene Knox, Jr.
                Garage Foreman

Date:           18 July 1986

Subject:        Absenteeism


This will confirm the verbal counsel session held in my office on
18 July 1986.

You were made aware that your absentee record was above average for
the period between 10-01-85 through 07-18-86.

During this period, you were absent from duty a total of 173.5 hours.
In twenty (20) separate occasions, six (6) were scheduled and four-
teen (14) were unscheduled.  You stated to me that you would take
corrective action to change this pattern.


/cmg

copy:  Personnel File

GARAGE DEPARTMENT

CITY OF MONTGOMERY

W R I T T E N   R E P R I M A N D

TO: _____ Mr. Paul D. Ammons _____

FROM: _____ Donald R. Hayes, Director _____

DATE: _____ 11 September 1985 _____

SUBJECT:   WRITTEN REPRIMAND

_____ Mr. Paul D. Ammons _____ HAS BEEN GIVEN A WRITTEN REPRIMAND FOR THE FOLLOWING VIOLATION OF THE RULES, REGULATIONS OR POLICIES OF THE GARAGE DEPARTMENT: _____ Operating Instruction No. 8 (3); Personnel may clock out no earlier than

5 minutes prior to the end of their shift.  Mr. Ammons' shift ends at 18:00.  On

11 September 85 he clocked out at 17:54, which is 6 minutes before his shift ending

time.

THIS IS MR. AMMONS' SECOND VIOLATION WITHIN AN 180 DAY PERIOD.

THIS REPRIMAND HAS BEEN READ TO _____ Mr. Paul D. Ammons _____

_____
                            EMPLOYEE

_____
WITNESS

_____
DONALD R. HAYES, DIRECTOR

GARAGE DEPARTMENT

CITY OF MONTGOMERY

W R I T T E N    R E P R I M A N D

TO:    MR. PAUL D. AMMONS        #364

FROM:    DONALD R. HAYES, DIRECTOR

DATE:    28 MAY 1985

SUBJECT:    WRITTEN REPRIMAND


MR. PAUL D. AMMONS                        HAS BEEN GIVEN A WRITTEN REPRIMAND FOR
THE FOLLOWING VIOLATION OF THE RULES, REGULATIONS OR POLICIES OF THE GARAGE DEPART-
MENT:    OPERATING INSTRUCTION NO. 8 (6) - NEGLECT TO CLOCK IN OR OUT, MR. AMMONS
FAILED TO CLOCK IN ON 27 MAY 1985.

_____

_____

_____

_____

_____

_____

_____

_____


THIS REPRIMAND HAS BEEN READ TO    MR. PAUL D. AMMONS                        .

_____
                                    EMPLOYEE

_____
WITNESS

_____
DONALD R. HAYES, DIRECTOR

# MEMORANDUM

**TO:**      Mr. Paul Ammons

**FROM:**    Mr. Terry H. Gaddis, Director
             City Shops Department

**DATE:**    15 May 2002

**SUBJECT:**  Assigned Vehicle/Unit(s)

This letter is in compliance with Operating Instruction No. 21 – Care and Maintenance of Department vehicles.

The following vehicles and welder(s), 4800-2075 and 4800-042, are being assigned to you as primary provider for care and maintenance, effective 15 May 2002. The unit(s) assigned to you will be inspected once a week to determine compliance with the Operating Instructions. Items such as gear shift knobs, turn signal, knobs, tire pressure, wiper blades, upholstery, exterior and interior cleanliness, lights, etc., will be of particular importance, as are the other requirements in the Operating Instruction.

Should, during the course of a follow-up inspection by the Director, Assistant Director or Foreman, it is found that items are missing, broken, not functioning, or in a state of neglect, you will be held peculiarly liable for the cost to repair or replace the items. Therefore, it is in your best interest to carefully inspect the vehicle/unit assigned to you and have any discrepancy repaired.

Additionally, a checklist is available in the Vehicle Administration Office, which will be used during your inspection. This checklist will be turned-in to your Foreman upon completion of your inspection/work. After the Foreman's review, he will forward the checklist to the Assistant Director for his review prior to filing by the clerk. If discrepancies are found during your inspection, the Foreman will forward a copy of the checklist to the Production Controller so a repair order can be initiated to make repairs. The day of the week you make your inspection is an individual choice; however, if you are not the primary operator of the vehicle, coordinate the time and availability with the primary operator. A vacuum cleaner is available outside the paint booth for keeping the interior of the vehicle clean – use it.

The Foreman of your Division will randomly inspect this vehicle to ensure compliance. Our vehicles are very expensive and essential for accomplishing the mission of our Department, so take the pride and responsibility in maintaining your assigned vehicle to the highest standards.

cc:    Mr. Derek Bass, Foreman
       Heavy Equipment Division

MEMORANDUM

TO:      Mr. Paul D. Ammons #364

FROM:    Mr. Terry H. Gaddis, Director
         City Shops Department

DATE:    23 December 1998

SUBJECT: Assigned Vehicle/Unit(s)

This letter is in compliance with Operating Instruction No.
21--Care and Maintenance of Department vehicles.

The following Vehicle(s), 4800-042 and 2075, are being assigned
to you as primary provider for care and maintenance, effective
23 December 1998.  The unit(s) assigned to you will be inspected
once a week to determine compliance with the Operating
Instructions.  Items such as gear shift knobs, turn signal
knobs, tire pressure, wiper blades, upholstery, exterior and
interior cleanliness, lights, etc., will be of particular
importance, as are the other requirements in the Operating
Instruction.

Should, during the course of a follow-up inspection by the Direc-
tor or Assistant Director, it is found that items are missing,
broken, not functioning, or in a state of neglect, you will be
held peculiarly liable for the cost to repair or replace the
items.  Therefore, it is in your best interest to carefully
inspect the vehicle/unit assigned to you and have any discrepancy
repaired.

Additionally, a checklist is available in the Administration
Office, which will be used during your inspection.  This check-
list will be turned-in either to the Director or Assistant
Director upon completion of your inspection/work.  Day of the
week is an individual choice; however, if you are not the primary
operator of the vehicle, coordinate the time and availability
with the primary operator.  A vacuum cleaner is available outside
the paint booth for keeping the interior of the vehicle clean
--use it.

The Foreman of your Division will also inspect this vehicle to
ensure compliance.  Our vehicles are very expensive and essential
for accomplishing the mission of our Department, so take the
pride and responsibility in maintaining your assigned vehicle to
the highest standards, and let's set a goal to ensure our City
Shops vehicles "OUTSHINE" all other Departments!

cc:  Mr. William D. Bass, Foreman
     Heavy Equipment Division

M E M O R A N D U M

TO:        Mr. Paul D. Ammons      #364

FROM:      Mr. Terry H. Gaddis, Director
           City Shops Department

DATE:      21 March 1994

SUBJECT:   Assigned Vehicle/Unit(s)


This letter is in compliance with Operating Instruction No. 21--
Care and Maintenance of Department vehicles.

The following Vehicle, 4800-2075 and equipment 4800-042 are being
assigned to you effective 21 March 1994, for care and mainte-
nance. The unit(s) assigned to you will be inspected once a week
to determine compliance with the Operating Instructions. Items
such as gear shift knobs, turn signal knobs, tire pressure, wiper
blades, upholstery, exterior and interior cleanliness, lights,
etc., will be of particular importance, as are the other require-
ments in the Operating Instruction.

Should during the course of a follow-up inspection by the Direc-
tor or Assistant Director, it is found that items are missing,
broken, not functioning, or in a state of neglect, you will be
held peculiarly liable for the cost to repair or replace the
items. Therefore, it is in your best interest to carefully
inspect the vehicle/unit assigned to you and have any discrepancy
repaired.

Additionally, a checklist is available in the Administration
Office, which will be used during your inspection. This check-
list will be turned-in either to the Director or Assistant
Director upon completion of your inspection/work. Day of the
week is an individual choice; however, if you are not the primary
operator of the vehicle, coordinate the time and availability
with the primary operator. A vacuum cleaner is available outside
the paint booth for keeping the interior of the vehicle clean --
use it.

The Foreman of your Division will also inspect this vehicle to
ensure compliance. Our vehicles are very expensive and essential
for accomplishing the mission of our Department, so take the
pride and responsibility in maintaining your assigned vehicle to
the highest standards, and let's set a goal to ensure our City
Shops vehicles "OUTSHINE" all other Departments!


cc:  Mr. Willie J. Arthur, Foreman
     Heavy Equipment Division


/mbl

M E M O R A N D U M

TO:            Mr. Paul Ammons            #364

FROM:          Mr. Donald R. Hayes, Director
               Garage Department

DATE:          25 January 1989

SUBJECT:       Assigned Vehicle/Unit(s)


   This letter is in compliance with Operating Instruction No. 21 -
Care and Maintenance of Garage Department vehicles.

   The following vehicle/units 4800-042/711 is being assigned to
you effective 25 January 1989 for care and maintenance.  The unit
assigned to you will be inspected once a week to determine compliance
with the Operating Instructions.  Items such as gear shift knobs, turn
signal knobs, wiper blades, upholstery, interior cleanliness, etc.,
will be of particular importance, as are the other requirements in the
Operating Instruction.

   Should during the course of an inspection by the Director or
Assistant Director, it is found that items are missing, broken, not
functioning, or in a state of neglect, you will be held pecuniarily
liable for the cost to repair or replace the items.  Therefore, it
behooves you to inspect the vehicle/unit assigned to you and have any
discrepancy repaired.

   In addition, a checklist is available in the Administration Office
which shall be complied with at least weekly.  This checklist will be
turned-in either to the Director or Assistant Director on a weekly
basis.  Day of the week is an individual choice.  A vacuum cleaner is
available in the Tool Room for keeping the interior of the vehicle
clean.  You are strongly encouraged to use it.

   The Foreman of your Division is also herewith instructed to inspect
this vehicle/unit to ensure compliance.  Should repeat discrepancies
occur, necessary administrative action shall be taken.

cc:  Mr. Eugene Knox, Foreman

# MEMORANDUM

**TO:**        Payroll Clerk, Garage Department

**DATE:**      7 October 2004

**SUBJECT:**    Overtime Designation

In accordance with Personnel Rule VIII, Section 2 and 3, dealing with Overtime and Legal Holidays—Exerpt from Section 2, (a) (3), as follows: "The employee has the sole option, by stating in writing, prior to the time that overtime work is performed, of either accepting overtime pay or compensatory time."

Therefore, in lieu of the above, I understand that I have the option to either accept overtime pay or compensatory time, as I have designated by the placement of my signature on the appropriate line below.


Paul Ammons                     364
(Type Employee's Last Name)        Employee No.

In accordance with personnel Rule VIII, I elect to **receive pay** for any **overtime hours worked**.

Paul A. Ammons
Employee's Full Signature

In accordance with personnel Rule VIII, I elect to **credit any overtime** hours worked to **Compensatory Leave.**

Employee's Full Signature

**NOTE:** I may elect to change my option at any future date by presenting a new letter reflecting my decision.  All letters will remain in effect until changed by the employee.

M E M O R A N D U M

TO:        Payroll Clerk, Garage Department

DATE:      07 June 1991

SUBJECT:   Overtime Designation


In accordance with Personnel Rule VIII, Section 2 and 3, dealing with
Overtime and Legal Holidays -- Exerpt from Section 2, (a) (3), as
follows:  "The employee has the sole option, by stating in writing,
prior to the time that overtime work is performed, of either accepting
overtime pay or compensatory time."

Therefore, in lieu of the above, I understand that I have the option
to either accept overtime pay or compensatory time, as I have
designated by the placement of my signature on the appropriate line
below.


AMMONS                                      364
(TYPE EMPLOYEE'S LAST NAME)          EMPLOYEE NO.


In accordance with Personnel Rule VIII, I elect to receive pay for
any overtime hours worked.

Employee's Full Signature


In accordance with Personnel Rule VIII, I elect to credit any overtime
hours worked to Compensatory Leave.


Employee's Full Signature


NOTE:  I may elect to change my option at any future date by presenting
       a new letter reflecting my decision.  All letters will remain
       in effect until changed by the employee.

M E M O R A N D U M

TO:         Payroll Clerk, Garage Department

DATE:       02 January 1991

SUBJECT:    Overtime Designation

In accordance with Personnel Rule VIII, Section 2 and 3, dealing with
Overtime and Legal Holidays -- Exerpt from Section 2, (a) (3), as
follows:  "The employee has the sole option, by stating in writing,
prior to the time that overtime work is performed, of either accepting
overtime pay or compensatory time."

Therefore, in lieu of the above, I understand that I have the option
to either accept overtime pay or compensatory time, as I have
designated by the placement of my signature on the appropriate line
below.


_____AMMONS_____          364
(TYPE EMPLOYEE'S LAST NAME)      EMPLOYEE NO.


In accordance with Personnel Rule VIII, I elect to receive pay for
any overtime hours worked.


_____
Employee's Full Signature


In accordance with Personnel Rule VIII, I elect to credit any overtime
hours worked to Compensatory Leave.

_____
Employee's Full Signature


NOTE:  I may elect to change my option at any future date by presenting
       a new letter reflecting my decision.  All letters will remain
       in effect until changed by the employee.

STATEMENT                                        PAGE :    1

JAMES D MCRAE, MD                    09/30/86
MEDFIRST NORMANDIE DRIVE
2000 NORMANDIE DRIVE
MONTGOMERY, ALABAMA      36111

PHONE:  205-288-1405

TAX ID: 611049816

        PAUL D AMMONS
        1990  JOHNSON STREET
        MONTGOMERY, AL          36110


    R.P. NO: 00031468


        PATIENT NAME: PAUL D AMMONS
        PATIENT NO.:  00000786

        PHYSICIAN: JAMES D MCRAE MD


| ICDA CODE | DATE MO DAY YR | PL. OF SERV. | PROC. CODE | CPT CODE | PROCEDURE DESCRIPTION | CHARGES OR CREDITS (CR) |
|---|---|---|---|---|---|---|
| 216 | 09/30/86 | 3 | 00201 | | CASH PAYMENT | 5.00CR |
| 216 | 09/30/86 | 3 | 90060 | 90060 | EXAM,INTERMED RETURN | 30.00 |


                                CURRENT BALANCE----->        25.00


YOUR YEAR-TO-DATE PAYMENTS ARE:        $5.00

Mail To:

# COLONIAL

LIFE & ACCIDENT INSURANCE COMPANY
Post Office Box 1365
Columbia, South Carolina 29242

**1-800-325-2467**
**Toll Free Claims Number**
**SIDE I**

**CLAIM FORM**

Has a Claim been filed before
for this loss?   ☐ Yes   ☒ No

---

**A**

Policyholder
1. Name  first _Paul_  middle _D_  last _Ammons_  Social Security Number _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_
2. Address _Rt. 1 Box 166 K_   Home phone
   City _Wetumpka_  State _Al_  Zip _36092_   3. number _(205) 567-9695_  Date of Birth _07/08/64_
   ☒ check here if new address   Policy Number _____  ☒ male  ☐ female

4. **Injured/sick person**  first _Paul_  middle _D_  last _Ammons_  Date of Birth _07/08 64_  Age _23_
5. This person is your _Self_  (example self, wife, son, etc.)  ☒ male  ☐ female
6. This claim is filled   ☐ Hospital Income   ☒ Accident policy   ☐ Intensive Care   ☐ Other
   under your:   ☐ Sickness Policy   ☐ Cancer  **If claim is being filed for cancer enclose pathology report.**

---

**B**

7. What sickness or injury are you claiming? _Burn & puncture to Right Eye_
8. List all doctors that have treated you for this condition:  Name/Address _Dr J A Jeaves, Taylor Road_
   _Suite 16, Montgomery, Al_  Phone No. _279-6100_
9. Has a doctor treated you in the past for this or a similar condition? _No_  Date _____
   Name _____  Address _____
10. If you were hospitalized:  Date admitted _N/A_  Date discharged _____  Name of hospital _____
    Address _____  Phone No. _____

**IF ACCIDENTAL INJURY:**

11. (A) Date injured _6/19/87_  (B) Where did it happen? _Public Work Shop_  (C) Time of accident _2:41_  ☐ am  ☒ pm
12. (D) Tell us exactly how your accident happened _Was straightening a low Boy trailer frame and_
    _A piece of hot metal flew up & hit right eye_
13. (E) ☒ on job   ☐ off job   (F) Were you working for wage or profit when the accident happened? _yes_

---

**C**

14. Dates unable to work _____  ☐ am  ☐ pm  to _____  ☐ am  ☐ pm
15. Dates confined to your house _____  ☐ am  ☐ pm  to _____  ☐ am  ☐ pm
16. Have you returned to your main (or principal) duties? _yes_ Date returned part-time _____  Date returned full-time _6 22 87_

---

**D**

TO BE COMPLETED BY EMPLOYER:

17. Dates employee unable to work _6/19/87_  ☐ am  ☒ pm  to _6/22/87_  ☒ am  ☐ pm
18. Date employee returned to his main (or principal) duties:  Date returned part-time _____  Date returned full-time _6/22/87_
19. Employee's job title and duties _Auto Mechanic-Welder_  20. Is Workmans Compensation being filed? _Yes_
21. Name of company _City of Montgomery - Garage Dept._  Phone number of Company _(205) 241 - 2509_
22. Signed _Donald R Hayes_  Date _17 July 87_  Title _Director_

---

**E**

Alaska, Delaware, Idaho and Florida residents: Any person who knowingly and with intent to injure, defraud, or deceive any insurance company files a statement of claim containing any false, incomplete or misleading information is guilty of a felony. (Florida — Felony of the third degree.)

*Insured's Authorization*

I have checked the above answers and they are correct. I AUTHORIZE any physician, medical practitioner, hospital, clinic, other medical or medically related facility, insurance or reinsuring company, the Medical Information Bureau, Inc., consumer reporting agency, or employer having information available as to diagnosis, treatment and prognosis with respect to any physical or mental condition and/or treatment of me or my minor children and any other non-medical information of me or my minor children to give to Colonial Life & Accident Insurance Company or its legal representative, any and all such information. I UNDERSTAND the information obtained by use of the Authorization will be used by Colonial Life & Accident Insurance Company to determine eligibility for benefits under an existing policy. Any information obtained will not be released by Colonial Life & Accident Insurance Company to any person or organization EXCEPT to reinsuring companies, or other persons or organizations performing business or legal service in connection with my claim, or as may be otherwise lawfully required or as I may further authorize. I KNOW that I may request to receive a copy of this Authorization. I AGREE that a photographic copy of this authorization shall be as valid as the original. I AGREE this Authorization shall be valid for two and one-half years from the date shown below.

Signed this _17th_ day of _July_, 19 _87_.

_____  _____
Signature of Patient   Signature of Insured

Form 8727–14

**Prattville East Shopping Center**
1718 E. Main Street
Prattville, AL 36067
205/361-1447



**Vaughn Plaza**
2815 East Boulevard
Montgomery, AL 36116
205/271-4545

### PHYSICIAN REPORT

(Mr.)
Mrs.    Paul Ammons
Miss

has been under my care from _8-27-87_ to _present_

and is able to return to work/school on _8-31-87_

Remarks _Viral Gastritis, pt needs to rest_

Dr. _____    Date _8-27-87_

PRI-003 (2/84)                                                    ADHS / Montgomery, AL / 272-5781

---



**Prattville East Shopping Center**
1718 E. Main Street
Prattville, AL 36067
205/361-1447

**Atlanta Highway**
4305 Atlanta Highway
Montgomery, AL 36109
205/271-7051

**Vaughn Plaza**
2815 East Boulevard
Montgomery, AL 36116
205/271-4545

### PHYSICIAN REPORT

Mr.
Mrs.    Paul Ammons
Miss

has been under my care from _____ to _____

and is able to return to work/school on _3-23-89_

Remarks _____

Dr. _____    Date _3-21-89_



**Pri Med**
A Baptist Health Service

| **Prattville East Shopping Center**<br>1718 E. Main Street<br>Prattville, AL 36067<br>205/361-1447 | **Atlanta Highway**<br>4305 Atlanta Highway<br>Montgomery, AL 36109<br>205/271-7051 | **Vaughn Plaza**<br>2815 East Boulevard<br>Montgomery, AL 36116<br>205/271-4545 |
|---|---|---|

### PHYSICIAN REPORT

Mr.
Mrs.     *Paul Ammons*
Miss

has been under my care from _____ 4-20-88 _____ to _____

and is able to return to work/school on _____ 4-26-88 _____

Remarks _____

_____ Date _____ 4-20-88 _____

| ( ) | 90788 | $_____ | ( ) TETRCYCLN 500MG | 310 | $_____ | ( ) CRUTCHES | SM | _____ | $_____ |
|---|---|---|---|---|---|---|---|---|---|
| IV INJECTION | | | ( ) OTHER _____ | | $_____ | ( ) | LG | _____ | $_____ |
| ( ) | 90784 | $_____ | ( ) _____ | _____ | $_____ | ( ) ACE | | _____ | $_____ |
| ( ) | 90784 | $_____ | ( ) _____ | _____ | $_____ | ( ) C-COLLAR | | _____ | $_____ |
| IV THERAPY | | | ( ) _____ | _____ | $_____ | ( ) KNEE IMMOB. | | _____ | $_____ |
| ( ) | 36000 | $_____ | ( ) _____ | _____ | $_____ | ( ) CLAV. SPLINT | | _____ | $_____ |
| ( ) | 36000 | $_____ | ( ) _____ | _____ | $_____ | ( ) WOUND DRESSING | | _____ | $_____ |
| ( ) OTHER _____ | | $_____ | ( ) _____ | _____ | $_____ | ( ) WOUND DRAIN | | _____ | $_____ |
| | TOTAL | $_____ | | TOTAL | $_____ | ( ) IODOFORM GAUZE | | _____ | $_____ |

| **DOCTORS** | | **CODES** | |
|---|---|---|---|
| | **Atlanta Hwy** | **Vaughn** | **Prattville** |
| ( ) WAYNE ROSEN | 18587 | 14427 | 14617 |
| ( ) STANLEY MEERS | 18513 | 18515 | 18514 |
| ( ) MARCIAL MENDEZ | 18588 | 18589 | 14688 |
| ( ) JOEL SULLIVAN | 17217 | 13318 | 13326 |
| ( ) KEN TAYLOR | 17416 | 13319 | 13327 |
| ( ) WALLACE FALERO | 17218 | 13320 | 13328 |
| ( ) TOM DECARO | 16840 | 14002 | 14007 |
| ( ) JOSEPH MORING | 16810 | 16462 | 16463 |
| ( ) MORRIS W. (BUD) WHITE | 17517 | 17518 | 17519 |

( ) KERLIX FLUFF _____ $_____
( ) ICE PACK _____ $_____
( ) NG TUBE _____ $_____
( ) EAR/EYE TRAY _____ $_____
( ) BURN KIT _____ $_____
( ) OTHER _____ $_____
( ) _____ $_____
**TOTAL** $_____

**OTHER**
( ) _____

DIAGNOSIS: _____

Physician's Signature _____

TAX I.D. # 630854175

TOTAL CHARGES _____
DISCOUNT _____
AMOUNT PAID _____
PAID BY CHECK _____ CHECK # _____
CASH _____ VISA _____ MC _____



**Pri Med**

| ☐ **ATLANTA HIGHWAY**<br>4305 ATLANTA HIGHWAY<br>MONTGOMERY, ALABAMA 36109 | ☐ **VAUGHN PLAZA**<br>2815 EAST BOULEVARD<br>MONTGOMERY, ALABAMA 36116 | ☐ **PRATTVILLE EAST SHOPPING CENTER**<br>1718 E. MAIN STREET<br>PRATTVILLE, ALABAMA 36067 |
|---|---|---|

NOTICE TO INSURANCE CARRIERS: This form has been devised to reduce costs. If any additional forms or itemized bills are required they will be completed upon receipt of $15.00.



| **Prattville East Shopping Center** | **Atlanta Highway** | **Vaughn Plaza** |
|---|---|---|
| 1718 E. Main Street | 4305 Atlanta Highway | 2815 East Boulevard |
| Prattville, AL 36067 | Montgomery, AL 36109 | Montgomery, AL 36116 |
| 205/361-1447 | 205/271-7051 | 205/271-4545 |

### PHYSICIAN REPORT

Mr.
Mrs.
Miss _____ *Paul Ammons* _____

has been under my care from ____ 1/24/89 ____ to ____ Present ____

and is able to return to work/school on ____ Thursday, Jan. 26, 1989 ____

Remarks _____

Dr. _____    Date ____ 1/24/89 ____

Certificate to return to work or school

Mr.
Mrs.
Miss _Doug Ammons_

has been under my care from _____ to _____

and is able to return to work/school on _____

Remarks _Excuse from Work_
_Today_

Dr. **DRS. ODOM, McRAE & NICKLES** Phone _288-1403_
**2000 NORMANDIE DRIVE**
Address **MONTGOMERY, AL 36111** Date _5-28-84_

Eli Lilly and Company • Indianapolis, Indiana 46285

60-CR-0131-0  PRINTED IN U.S.A.  200026-1181100  NOVEMBER, 1983

---

Certificate to return to work or school

Mr
Mrs
Ms _Paul Ammons_

has been under my care from _4-7-89_ to _____

and is able to return to work/school on _Wed 4-8-87_

Remarks _____

Dr _____ Phone _271-4503_

Address _4143 Atlanta Hwy_ Date _4-7-89_

**Eli Lilly Industries, Inc.** • Carolina, Puerto Rico 00630
A Subsidiary of Eli Lilly and Company • Indianapolis, Indiana 46285

60-CR-0131-2  PRINTED IN USA  600389-38675  MARCH 1986

---

Certificate to return to work or school

Mr.
Mrs.
Miss _Doug Ammons_

has been under my care from _3-5-84_ to

and is able to return to work/school on

Remarks _May return to work today_

**DRS. ODOM, McRAE & NICKLES**
**2000 NORMANDIE DRIVE**
**MONTGOMERY, AL 36111** Phone _288-1405_ Date _3-5-84_

DATE:  15 August 1989

To: Mr. Paul D. Ammons          #364

SUBJECT:  Assigned Duty Hours

1.  Effective 21 August 1989, you are hereby assigned the following
    duty hours.  You are to report to work no later than __0930__ hours,
    Monday through Friday.  You will have a 30-minute lunch/dinner
    period which will be coordinated with your supervisor.  Your duty
    period ends at __1800__ .

2.  Holidays and weekend overtime may have different working hours.
    Weekend and holiday work schedules will be posted near the time
    clock reflecting the individuals scheduled for work plus their work
    hours.

3.  Your assigned duties are Automotive Mechanic-Welder,Heavy Equip.
    Division          .  From time to time your duty assignment may be
    changed due to departmental requirements.  The Class Specification
    as outlined in the City and County of Montgomery Personnel Rules
    and Regulations, Rule V states, in part, the following . . . .
    "They are intended to indicate the kind of positions that are
    allocated to the several classes, as determined by their duties and
    responsibilities, and shall not be construed as declaring to any
    extent, or in any way what the duties or responsibilities of any
    position shall be, or as limiting or in any way modifying the power
    of any appointing authority or administrative officer to assign,
    direct and control the work of employees under supervision."

4.  Mr. Eugene Knox,Jr., your supervisor, will outline your specific
    duties.

_Donald R. Hayes_
_____
Donald R. Hayes, Director
Garage Department

# Certificate to return to work

Name _Paul Ammons_

has been under my care from _3/26/92_ to _3/26/92_

and will be able to return to work on _3/30/92_

Nature of illness or injury _____

☐ Restrictions    ☐ Light Work

Comments _____

Dr _Scott Naley_    Phone _567-4447_

Address _815 Jackson Trace Rd Wetumpka, Al_    Date _3-26-92_

Please see complete Prescribing Information at the back of this pad.
© 1992, Bristol-Myers Squibb Company, Princeton, New Jersey 08543, U.S.A.
B-F96-2-92

# Certificate to Return to School or Work

Name _Paul Armour_

is my patient and has been under my care from _2/26/93_____ to

_____ and is able to return to work/school on

_____

Remarks: _____

_____

Dr _Scott Haley_____ Date _2/26/93_
        (signature)

Address _815 Jackson Trace_

_Wetumpka, Al_____ Telephone _567-4447_

## Certificate to return to work

Name _____ Paul Ammons _____

has been under my care from _____ 4-3-00 _____ to _____

and is able to return to work on _____ 4-10-00 _____

Nature of illness or injury _____

_____

☐ restrictions          ☐ no restrictions

Comments _____ DR. RONALDO DeJESUS
74186 Tallassee Hwy., Suite B
Wetumpka, AL 36092

Signature _____

*Provided as a service by Astra Pharmaceuticals, L.P.*

153702 3/99

DATE:    13 Sep 1996

TO:        Mr. Paul Ammons #364

SUBJECT:  Assigned Duty Hours

1.  Effective 13 Sept. 1996, you are hereby assigned the following duty hours.  You are to report  to  work  no  later  than 0700 hours, Monday through Friday.  You will have  a ONE HOUR LUNCH PERIOD, which is to be coordinated with your supervisor.  Your duty period ends at 1600 hours.

2.  Holidays and weekend  overtime  may  have  different working hours. Weekend or holiday work schedules  will  be  posted near the time clock reflecting the individuals scheduled for work, plus their work hours.

3.  Your assigned duties are:  AUTO MECHANIC-HEAVY EQUIPMENT. From time to time your duty assignment  may  be  changed  due to Departmental requirements.  The Class Specification as outlined in the City and County of Montgomery Personnel Rules and  Regulations, Rule V states, in part, the following. . . . . ."They are intended  to  indicate  the kinds of positions that are allocated to the several classes, as determined by their duties and responsibilities, and shall not be construed as declaring to any extent, or in any way  what  the  duties or responsibilities of any position shall be, or as limiting  or in any way modifying the power of any appointing authority or  administrative  officer  to assign, direct and control the work of employees under supervision."

4.  Mr.  Willie  Arthur,  your  supervisor,  will outline your specific duties.

Terry H. Gaddis, Director
City Shops Department

*Personnel File*

DATE: 29 April 1993

TO:      Mr. Paul D. Ammons        #364

SUBJECT:  Assigned Duty Hours

1. Effective 03 May 1993 you are hereby assigned the following duty hours. You are to report to work no later than 0700 hours, Monday through Friday. You will have a ONE HOUR LUNCH period which is to be coordinated with your supervisor. Your duty period ends at 1600 hours.

2. Holidays and weekend overtime may have different working hours. Weekend or holiday work schedules will be posted near the time clock reflecting the individuals scheduled for work, plus their work hours.

3. Your assigned duties are: AUTO MECHANIC - WELDER - HEAVY EQUIPMENT DIVISION. From time to time your duty assignment may be changed due to Departmental requirements. The Class Specification as outlined in the City and County of Montgomery Personnel Rules and Regulations, Rule V states, in part, the following......"They are intended to indicate the kinds of positions that are allocated to the several classes, as determined by their duties and responsibilities, and shall not be construed as declaring to any extent, or in any way what the duties or responsibilities of any position shall be, or as limiting or in any way modifying the power of any appointing authority or administrative officer to assign, direct and control the work of employees under supervision."

4. Mr. Willie J, Arthur, your supervisor, will outline your specific duties.

DONALD R. HAYES, DIRECTOR
CITY SHOPS DEPARTMENT

*Personnel File*

DATE: 29 October 1991

TO:      Mr. Paul D. Ammons          #364

SUBJECT:  Assigned Duty Hours

1.  Effective  04  November  1991 you are hereby assigned the following duty hours.  You are to report to work no later than 0700 hours, Monday through Friday.  You will have a One Hour Lunch period which is to be coordinated with your supervisor.  Your duty period ends at 1600 hours.

2.  Holidays and weekend overtime may have different working hours. Weekend or holiday work schedules will be posted near the time clock reflecting the individuals scheduled for work, plus their work hours.

3.  Your  assigned duties are:  AUTO MECHANIC - WELDER--HEAVY EQUIPMENT DIVISION.  From time to time your duty assignment may be changed due to Departmental requirements.  The Class Specification as outline in the City and County of Montgomery Personnel Rules and Regulations, Rule V states, in part, the following......"They are intended to indicate the kind of positions that are allocated to the several classes, as deter-mined by their duties and responsibilities, and shall not be construed as declaring to any extent, or in any way what the duties or responsi-bilities of any position shall be, or as limiting or in any way modify-ing the power of any appointing authority or administrative officer to assign, direct and control the work of employees under supervision."

4.  Mr.  Willie J. Arthur, your supervisor, will outline your specific duties.

*Donald R Hayes*
DONALD R. HAYES, DIRECTOR
CITY SHOPS DEPARTMENT

*Personnel File*

DATE: 19 October 1992

TO:      Mr. Paul D. Ammons            #364

SUBJECT:  Assigned Duty Hours

1. Effective 02 November 1992 you are hereby assigned the following duty hours. You are to report to work no later than 0900 hours, Monday through Friday. You will have a One Hour Lunch period which is to be coordinated with your supervisor. Your duty period ends at 1800 hours.

2. Holidays and weekend overtime may have different working hours. Weekend or holiday work schedules will be posted near the time clock reflecting the individuals scheduled for work, plus their work hours.

3. Your assigned duties are: AUTO MECHANIC - WELDER - HEAVY EQUIPMENT DIVISION. From time to time your duty assignment may be changed due to Departmental requirements. The Class Specification as outlined in the City and County of Montgomery Personnel Rules and Regulations, Rule V states, in part, the following......"They are intended to indicate the kind of positions that are allocated to the several classes, as determined by their duties and responsibilities, and shall not be construed as declaring to any extent, or in any way what the duties or responsibilities of any position shall be, or as limiting or in any way modifying the power of any appointing authority or administrative officer to assign, direct and control the work of employees under supervision."

4. Mr. Willie J. Arthur, your supervisor, will outline your specific duties.


DONALD R. HAYES, DIRECTOR
CITY SHOPS DEPARTMENT

*Personnel File*

DATE:  28 December 1987

TO:  Mr. Paul D. Ammons          #364

SUBJECT:  Assigned Duty Hours

1.  Effective 04 January 1988, you are hereby assigned the following
    duty hours.  You are to report to work no later than  0700  hours,
    Monday through Friday.  You will have a 1-hour lunch/dinner
    period which will be coordinated with your supervisor.  Your duty
    period ends at  1600  .

2.  Holidays and weekend overtime may have different working hours.
    Weekend and holiday work schedules will be posted near the time
    clock reflecting the individuals scheduled for work plus their work
    hours.

3.  Your assigned duties are  Automotive Mechanic-Welder, Heavy Equip.
     Division     .  From time to time your duty assignment may be
    changed due to departmental requirements.  The Class Specification
    as outlined in the City and County of Montgomery Personnel Rules
    and Regulations, Rule V states, in part, the following . . . .
    "They are intended to indicate the kind of positions that are
    allocated to the several classes, as determined by their duties and
    responsibilities, and shall not be construed as declaring to any
    extent, or in any way what the duties or responsibilities of any
    position shall be, or as limiting or in any way modifying the power
    of any appointing authority or administrative officer to assign,
    direct and control the work of employees under his supervision.

4.  Mr. Eugene Knox, Jr., your supervisor, will outline your specific
    duties.

*Donald R. Hayes*

Donald R. Hayes, Director
Garage Department

*Per. file*

Date    6 August 1985

TO:  Mr. Paul D. Ammons        #364

SUBJECT:  Assigned Duty Hours

1.  Effective _____12 August 1985_____ , you are hereby assigned the
    following duty hours.  You are to report to work no later than 9:30 a.m.
    _____ Hour
    Monday_____ through ____Friday_____ .  You will have a 30-minute lunch/
    Day                              Day
    dinner period which will be coordinated with your supervisor.  Your duty period
    ends at ____6:00____ p.m.

2.  Holidays and weekend overtime may have different working hours.  Weekend and
    holiday work schedules will be posted near the time clock reflecting the indivi-
    duals scheduled for work plus their work hours.

3.  Your assigned duties are ___Automotive Mechanic (Welder) - Heavy Equipment___
    Division _____ .  From time to time your duty
    assignment may be changed due to departmental requirements.  The Class Specifi-
    cation as outlined in the City and County of Montgomery Personnel Rules and
    Regulations, Rule V states, in part, the following . . . . . "They are intended
    to indicate the kind of positions that are allocated to the several classes, as
    determined by their duties and responsibilities, and shall not be construed as
    declaring to any extent, or in any way what the duties or responsibilities of any
    position shall be, or as limiting or in any way modifying the power of any
    appointing authority or administrative officer to assign, direct and control the
    work of employees under his supervision."

4.  Mr. William C. Coker_____ , your supervisor, will outline your specific
    duties.

    *Donald R. Hayes*
    _____
    Donald R. Hayes, Director
    Garage Department

Date  11 July 1983

To:  Mr. Paul D. Ammons #364

Subject:  Assigned Duty Hours

1.  Effective  19 July 1983          , you are hereby assigned the

    following duty hours.  You are to report to work no later than

    7.00 a.m.  Monday       through Friday      .  You will have a
    Hour      Day                   Day
    30-minute lunch/dinner period which will be coordinated with

    your supervisor.  Your duty periods ends at       3:30  p.m.

2.  Holidays and weekend overtime may have different working hours.

    Weekend and holiday work schedules will be posted near the time

    clock reflecting the individuals scheduled for work plus their

    work hours.

3.  Your assigned duties are  Automotive Mechanic ( Welder) -

    Day Heavy Equipment Division From time to time your duty

    assignment may be changed due to departmental requirements.  The

    Class Specification as outlined in the City and County of Mont-

    gomery Personnel Rules and Regulations, Rule V states, in part,

    the following . . . . ."They are intended to indicate the kind

    of positions that are allocated to the several classes, as

    determined by their duties and responsibilities, and shall not

    be construed as declaring to any extent, or in any way what the

    duties or responsibilities of any position shall be, or as limiting

    or in any way modifying the power of any appointing authority

    or administrative officer to assign, direct and control the work

    of employees under his supervision."

4.  Mr. Thomas G. McGough  , your supervisor, will outline your
    specific duties.

    *Donald R. Hayes*

    Donald R. Hayes, Director
    Garage Department

# MEMO

To:       All City Employees

From:     F. Tim McCollum
          City Attorney

Subject:  Ethics Code Violations

Date:     June 10, 1998

     To reiterate - The City of Montgomery's policy towards employee Ethics Code violations is as follows:

     "No public official or public employee shall use or cause to be used equipment, facilities, time, materials, human labor, or other public property under his or her discretion or control for the private benefit or business benefit of the public official, public employee, any other person . . . ."§36-25-5(c) Code of Alabama, 1975.

     Every employee of the City of Montgomery is a "public employee". Every employee is entrusted by the taxpayers of this city with the responsibility of carrying on business beneficial to the taxpayer. If an employee uses city/taxpayer time, equipment, facilities, materials, his or her work time, someone else's work time, or other public property for personal gain, that employee is guilty of violating the above quoted section. Summed up, the employee cannot use any City equipment to make money or gain a personal benefit. Any employee who engages in the activities described above will be subject to severe disciplinary action in addition to any prosecution by the Alabama Ethics Commission.

FTMcC/mwf

     On this the _12_ day of _June_ , 1998, I have read the above memorandum and I understand the same.

_____
Employee's Signature

_____ Department

# CITY SHOPS DEPARTMENT

This is to acknowledge that I have read and understand the City of Montgomery's
**Harassment in the Workplace Policy.**


_____          _____
Signature                                Date.

S T A T E M E N T

To:      Whom it may concern.

Date:    12-17-01

Subject: Responsibility For Personal Tools

I, Paul D Ammous              , acknowledge  permission  by  the

City Shops Director to provide my personal tools to be used in my

assigned  duties  as  a  employee with the City Shops Department,

City of Montgomery.


I furthermore  acknowledge  that I will be solely responsible for

the safekeeping  and  repair  of  my  personal tool box and tools

therein. I  understand  and  agree that the City of Montgomery or

any of  its representatives shall not bear any responsibility for

replacing or  paying  for personal tool box, tools that are lost,

stolen, misplaced, broken or otherwise rendered unusable.


I have  voluntarily  agreed  to  furnish my personal tool box and

tools and to abide by the aforementioned statement.

_____          _____
Witness                            Employee



**City of**
**Montgomery Alabama**

EMORY FOLMAR
Mayor

MONTGOMERY CITY COUNCIL
JOSEPH DICKERSON-Pres.
MRS. ALICE D. REYNOLDS-Pres. Pro tem
E.T. (BUD) CHAMBERS
MARK GILMORE, JR.
LEU HAMMONDS

RICK McBRIDE
RICHARD MONCUS
JOE L. REED
BILLY M. TURNER

9 March 1995

TO WHOM IT MAY CONCERN:

I have known Paul D. Ammons since 19 July 1983, when he came to work for the City Shops Department in the Welding Shop. At that time, I was Paul's immediate Supervisor, and I grew to like and respect Paul because of his pleasant attitude and diligence in completing work assignments.

During the past 12 years that I have known Paul, he has been a hard worker and conscientious individual. His devotion to efficiently completing job assignments and moral values creates an excellent working atmosphere, not only in the Welding Shop, but throughout the City Shops Department.

Paul is a hardworking, responsible young man, and is admired by his coworkers as a person to have as a friend. With the problems that we as parents face in today's society with our children, I believe that if more parents had Paul's attitude and devotion to their children, our children would be better disciplined and responsible persons.

If I can be of further assistance to Paul in this matter, please feel free to contact me at: (334) 241-2514.

Sincerely,

Eugene Knox, Jr.
Assistant Director
City Shops Department

EK:mbs

M E M O R A N D U M

TO:        424844709
           PAUL D AMMONS
           48 0

FROM:      Hugh S. Austin
           Dept. of Finance

DATE:      05/31/88

SUBJECT:   ADVANCED LEAVE

Several employees have expressed a desire to apply their ad-
vanced leave time (this is the time which was advanced when we
changed the ending dates of the pay periods) against their
annual leave. They would rather get this cleared from their
leave records rather than wait until they leave the City. This
would be especially beneficial to those employees who lose leave
time each year because of the maximum carry-over rule. In this
case the advanced leave would be charged against leave which
would be lost anyway at the end of the fiscal year.

Your advanced hours balance is __16.0-__ hours. If you would like
to take advantage of this, please sign and date the authoriza-
tion form on the bottom of this memo.

A U T H O R I Z A T I O N

I hereby authorize the Payroll Division to charge against my
annual leave balance the above number of advanced hours.

__6-14-88__
   Date

_____
                       Signature

M E M O R A N D U M

TO:             All Department Personnel

FROM:           Mr. Donald R. Hayes, Director
                Garage Department

DATE:           18 September 1987

SUBJECT:        Sick Leave


The following Rule VIII, Section 5 - Sick Leave (C), is quoted from
the City and County of Montgomery Personnel Department Rules and
Regulations:

> Sick Leave may be granted only for absence due to personal
> illness, maternity, legal quarantine, attendance upon members
> of the immediate family whose illness requires the care of
> the employee, or death in the immediate family of the
> employee.  Immediate family is hereby defined to include
> spouse, children, parents, grandparents, parents-in-law,
> and siblings.  Unusually strong ties with other other
> relatives may be recognized for leave purposes upon
> written justification by the employee and approval of the
> appointing authority and/or Personnel Director.  An employee
> claiming sick leave may be required by the appointing
> authority to file a certificate from a physician stating the
> kind and nature of sickness or injury, that the employee was
> incapacitated for work for the period of absence, that the
> employee is physically unable to perform duties or that the
> employee has no contagious disease that might jeopardize
> the health of other employees, or that the employee is
> required to provide care for an ill family member.

As stated in this rule, an employee claiming sick leave may be required
to file a certificate from a physician.  This is the KEY PHRASE in the
rule.  Should you be required or directed to obtain a physician's
certificate, the physician must comply with this rule -- state the kind
and nature of sickness or injury, etc., etc., as outlined above.  The
certificate must include the date(s) the employee was absent from work
and under the doctor's care.  In other words, a mere doctor's
stamp, nurse's signature, etc. will not be accepted.  It is encumbent
upon the employee that this personnel rule be followed to the letter.

        NOTE:  ALSO SEE GARAGE DEPARTMENT OPERATING INSTRUCTION NO. 6
               SUBJECT:  LEAVE REQUEST

        I Acknowledge receipt and understanding of this memorandum.


_____      _364_      _9-21-87_
Employee Signature           Employee #      Date

    Paul D. Ammons

YOU MAY WANT TO CARRY THESE INSTRUCTIONS ON YOUR PERSON.

NAME OF EMPLOYEE — (PLEASE PRINT)   SOCIAL SECURITY NUMBER

LAST _Ammons_   FIRST _Paul_   MIDDLE INITIAL _D_   _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_

| YOUR DATE OF BIRTH | | | SEX (M OR F) | DATE EMPLOYED | | | PAYROLL NO., DEPT. OR EMPLOYER MEMBER |
|---|---|---|---|---|---|---|---|
| MONTH _7_ | DAY _8_ | YEAR _64_ | _m_ | MONTH _7_ | DAY _19_ | YEAR _83_ | _4800 Garage_ |

NAME OF YOUR EMPLOYER OR POLICYHOLDER
_City of Montgomery_

OCCUPATION OR POSITION   _Auto Mech. (welder)_   INS. CLASS   LOCATION OF DIVISION WHERE EMPLOYED _Montgomery, Montgomery, AL_
(CITY)    (COUNTY)    (STATE)

DO YOU HAVE A SPOUSE?   ☐ YES  ☒ NO

HOW MANY ELIGIBLE DEPENDENT CHILDREN? _N/A_

DO YOU DESIRE DEPENDENTS INSURANCE?   ☐ YES  ☒ NO

DATE OF BIRTH —

BENEFICIARY — (PLEASE PRINT)  COMPLETE ONLY WHEN PLAN INCLUDES GROUP LIFE AND/OR GROUP ACCIDENTAL DEATH AND DISMEMBERMENT INSURANCE.  THE RIGHT TO CHANGE THE BENEFICIARY IS RESERVED.

RELATIONSHIP TO EMPLOYEE  NAME OF BENEFICIARY — (EXAMPLE:  SMITH, MARY W., NOT SMITH, MRS JOHN A:A, NOR SMITH, MRS. J.A.)

LAST _Ammons_   FIRST _Jean_   MIDDLE INITIAL _B_

ADDRESS OF BENEFICIARY   _3390 Browns Rd Millbrook_

SUBJECT TO MY RIGHT TO REVOKE THIS ORDER AT ANY TIME BY WRITTEN NOTICE I HEREBY REQUEST THE INSURANCE FOR WHICH I AM NOW OR MAY BECOME ELIGIBLE UNDER THE GROUP POLICY OR POLICIES ISSUED BY THE TRAVELERS COMPANIES AND HEREBY AUTHORIZE THE DEDUCTION BY MY EMPLOYER FROM MY EARNINGS OF SUCH AMOUNT, IF ANY, AS MAY FROM TIME TO TIME BE DETERMINED AND REQUIRED TO APPLY TOWARD THE PREMIUM FOR SUCH INSURANCE.

_19 July 83_   X _Paul Ammons_
DATE CARD IS SIGNED    SIGNATURE OF EMPLOYEE

_I do or do not desire supplemental life insurance._

**THE TRAVELERS COMPANIES**
**GROUP INSURANCE RECORD CARD** — GI-4311f  REV. 7-73  PRINTED IN U.S.A.

---

me   Ammons    Paul    D.    Dept. 4800
     Last     First    Middle

dress: 3390 Browns Road , Millbrook, AL    Zip Code : 36054

rital Status: Single    No. of Children: N/A    Exemptions : 0

ce: White    Sex: Male    Telephone No.: 285-4992

te of pay: 513.27    Method of Pay: Bi-wkly    Date of Birth : 7/8/64

assification: Auto Mech. 0564    Date Employed: 7/19/83    Social Sec.# 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

mporary: _____    Permanent: XXX    Spouse's Name: N/A

ther's Maiden Name:

ther's Name:

*Starts to work 19 July 83*

APPLICATION FOR EMPLOYMENT

CITY AND COUNTY OF MONTGOMERY

"An Equal Opportunity Employer"

**PERSONNEL DEPARTMENT**

City Hall

Montgomery, Alabama 36192

(6)

|  | Accepted | Rejected |
|---|---|---|
| Citz |  |  |
| Ed. |  |  |
| Exp |  |  |
| Res. |  |  |
| Other |  |  |

**Title of Position:** Automotive Mechanic Welder

INSTRUCTIONS:
ALL BLANKS MUST BE
FILLED IN COMPLETELY

**Name:** (Type or print name)

Mr.

Mrs.    PAUL         D.              AMMONS    Race ___W___  Age _18_

Miss    First        Middle          Last

**Address** ___3390 BROWNS ROAD, MILLBROOK, ALABAMA     36054___  Tel. No. __285-4992__

House No   Street         City         State      Zip

How long have you lived in Alabama immediately prior to date of application ___10___ Yr  ___2___ Mo

Are you a U.S. citizen? _YES_

Date of Birth _7/8/64_  Place of Birth _ALEXANDRIA,    FAIRFAX,    VIRGINIA_

City    County    State

**PERSONAL DATA:** Height _6_ ft. _1_ in. Weight ___180___ lbs. What is the condition of your health? _excellent_

Marital Status:  Single ☒  Married ☐;  Divorced ☐;  Widowed ☐;  Number of dependents under 18. ___0___

Do you have any physical handicaps? ___no___. If so, attach a description to this application. Do you object to having

your present employer questioned about your work? ___no___. Have you ever been discharged or forced to resign from a

position? _no_. If so, attach a complete explanation to this application. Have you ever been convicted of any

law violation other than a minor traffic violation? ___no___ If so, give name and location of court, date, nature

of charge and disposition. _____

SOCIAL SECURITY NO. _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_

| EDUCATION | Circle Highest Grade you Completed | | | | | | | | | | | | Date Completed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Grammar and High School | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | GED /1982 |
| College or University (name of schools) | 1 | 2 | 3 | 4 | 5 | 6 | 7 | | Degrees | | | | |
| | Major | | | | | | | | | | | | |
| Business, Trade or Correspondence School | JOHN PATTERSON TECH. | | | | | WELDING | | | | | | | 5/82 to present |
| | Courses Studied | | | | | | | | | | | | |
| List your professional certificate or license | | | | | | | | | | | | | |

List three reliable persons, not relatives or employers, who know you well enough to give information about you:

| | Address | Occupation |
|---|---|---|
| Ms. France Trott | Browns Road, Millbrook, Ala. | housewife |
| Mrs. Knapp | Browns Road, Millbrook, Alabama | secretary |
| Ms. Cheryl Grant | Tallassee, Alabama | Assistant to President |

Form 300-108

**WORK HISTORY**

Beginning with your PRESENT or most recent employment, list in REVERSE ORDER periods of employment. Each time you chaged jobs or your title changed should be listed as a separate period. Give complete information, especially about the kind of work you did. (Use extra sheet if necessary). Applicant must be specific and accurate in stating their experience and training for this position.

EMPLOYMENT RECORD: List all employment

| Employment Dates | Occupation and Description of Duties | Employer's Name and Address | Salary Received | Reason For Leaving |
|---|---|---|---|---|
| FROM 8/82 | STOCK CLERK | Winn Dixie/Montgomery | 3.45 | |
| TO present | | | | |
| TOTAL MOS | | | | |
| FROM 4/81 | Welders helper | Gold Kist, Newnan, Georgia | 7.00 hr- | job complete |
| TO 12/81 | | | | |
| TOTAL MOS 8 | | | | |
| FROM | | | | |
| TO | | | | |
| TOTAL MOS | | | | |
| FROM | | | | |
| TO | | | | |
| TOTAL MOS | | | | |
| FROM | | | | |
| TO | | | | |
| TOTAL MOS | | | | |
| FROM | | | | |
| TO | | | | |
| TOTAL MOS | | | | |
| FROM | | | | |
| TO | | | | |
| TOTAL MOS | | | | |
| FROM | | | | |
| TO | | | | |
| TOTAL MOS | | | | |

6. Show other experience by using additional sheets.

I hereby certify that all statements made hereon and attached hereto are true and correct to the best of my knowledge. Any false statement may be cause for denying me the right to examination or employment.

Date __4-1-83__          Signature __Paul D Ammons__

FORM 5                                                                    Submit in Triplicate

## CITY AND COUNTY OF MONTGOMERY
## PERSONNEL DEPARTMENT
## PERSONNEL REQUISITION, CERTIFICATION, AND APPOINTMENT

**REQUISITION**

To: Personnel Department                                  Date June 22, 1983
       Please certify the names of persons eligible for the following position:

Title                    Compensation                  Temporary              Permanent

   Automotive Mechanic Welder        $13,345
                                      $513.27

(xx) Replacement of _William C. Jeffries_
( ) New Position

Date_____ Signature_____
                                                    Appointing Authority

Funds are available_____ Date _____ JUL 8 1983
                                          Disbursing Officer

**CERTIFICATION TO:**

   Garage & Shops

In response to your request, the names of the following persons who are eligible for appointment are hereby certified. In making appointments, it is advisable, though not essential, that you interview all eligible persons certified.

| Name | Address | Phone | Age | Grade |
|------|---------|-------|-----|-------|
|      |         |       |     |       |

**APPOINTMENT**

TO: Personnel Department                From _____Garage_____
                                                        Department

From the certification above, the following person has been appointed:

Name                                Effective Date          Temporary          Permanent
Paul D. Ammons                      July 19, 1983                                  XXX

Appointed by_____ Date  JUL 11 1983
                            Appointing Authority

_____ Date  July 8, 1983
                            Department Head

Approved by_____ Date  7/11/83
                            Personnel Director

## CHECKLIST FOR PROCESSING NEW EMPLOYEE

X  CONFIDENTIAL EMPLOYEE HISTORY FOLDER

X  COPY OF JOB DESCRIPTION

X  ASSIGNED DUTY HOURS FORM

X  ASSIGN TIME CARD (USE RADIO CALL/TOOL CHIT NUMBER)

X  (1) LOCATOR CARD*

X  2  3 x 5 CARDS (1 FOR ALPHABETICAL CARD FILE, 1 FOR MERIT INCREASE FILE)

X  (1) W-4 FEDERAL TAX FORM*

X  (1) A-4 STATE TAX FORM*

X  (1)  TRAVELER'S SUPPLEMENTAL INSURANCE CARD (YELLOW)

X  (1) RETIREMENT MEMBERSHIP FORM

X  (1) PASS TO CITY LOT (NIGHT-DAY PHONE NUMBER)

X  (1) BLUE CROSS HOSPITALIZATION APPLICATION CARD (WHITE)

✓  (1) EMPLOYEE ACTIVITY CARD (BLUE)

X  (1) BLUE CROSS BENEFITS BOOKLET

N/A  DRIVERS LICENSE NUMBER_____EXPIRATION DATE_____

✓  EMPLOYEE READS OPERATING INSTRUCTIONS AND SIGN OI CARD

X  CLOTHING SIZES:  PANTS: W _30_ L _34_ ; SHIRTS: _Med Long Slv_

✓  PERSONNEL HISTORY FORM

___  PAYROLL COMPUTER NEW HIRE INPUT FORMS

___  PAYROLL COMPUTER INSURANCE HISTORY FORM

N/A  ADMINISTRATIVE OFFICE WILL CONTACT SAFETY SUPERVISOR AT EXT. 368 FOR EMPLOYEE TO BE SCHEDULED FOR CITY DRIVER'S LICENSE

✓  EMPLOYEE IDENTIFICATION CARD FOR FUEL SYSTEM

_Ammons, Paul D._    _Auto Mech. (welder)_  _7-19-83_
NAME                    POSITION          DATE PROCESSED


*Make 1 photocopy  of each and place in Personnel Folder

Name __Ammons__ __Paul__ _____
       Last        First      MI

Address: __3390 Pinnacle__. Home Phone # __285-4912__

( SSAN: __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__   D.O.B. : __8__ __July__ __64__
                             Day   Month  Yr.

5 meet Periods

Emergency Notification: __Jean Ammons__
Address __3390 Pinnacle Rd.__   Phone # __285-4912__
Drivers License Expires: __N/A__
Merit Date __7-18-84__
Pay Rate as of __7-19-83__   Annual __13,345__   Bi-weekly __513.27__   Hourly __6.415__
  "  "  "  "  __27 SEP 83__   " __13,879__   " __533.80__   " __6.673__
  "  "  "  "  _____   " _____   " _____   " _____
  "  "  "  "  _____   " _____   " _____   " _____
  "  "  "  "  _____   " _____   " _____   " _____
  "  "  "  "  _____   " _____   " _____   " _____

Date of Employment: __19__ __July__ __83__   Position: __Auto Mech__
                  Day    Month  Yr.         (welder)

Date Promoted: _____   Position: _____
  "     "  _____   " _____

## DISCIPLINARY ACTIONS

Date:      Nature:      For:

## DATA FOR PAY ROLL

1. NAME: Ammons, Paul D

2. SOCIAL SECURITY NO. 424 84 4409

3. HOME PHONE NO. 205 262-1542

4. SPOUSE'S NAME: _____

5. FATHER'S NAME: Joe Ammons

6. MOTHER'S MAIDEN NAME: Jean Kenner

7. WORK ASSIGNMENT: Auto Mech-Welder  DATE: 04-19-83

8. DIVISION: HE

9. SHIFT: 0930 - 1800.

10. DATE OF LAST PHYSICAL _ _ _ _ _ _

11. HEIGHT: FEET 6  INCHES 1  WEIGHT: POUNDS 205

12. BLOOD TYPE O +

IN CASE OF EMERGENCY, NOTIFY:

1. NAME Gwen Erickson  RELATIONSHIP S
   PHONE # 205-2854992
   OTHER # 205-5672620

2. NAME Brenda Fields  RELATIONSHIP S
   PHONE # 205-2818282
   OTHER # _ _ _ - _ _ _ _

RELATIONSHIP CODES:

| CODE | DESCRIPTION |
|------|-------------|
| A | AUNT |
| B | BROTHER |
| C | CHILD |
| F | FATHER |
| G | GUARDIAN |
| H | HUSBAND |
| M | MOTHER |
| O | OTHER |
| S | SISTER |
| U | UNCLE |
| W | WIFE |

Form **W-4**
(Rev. October 1979)

Department of the Treasury—Internal Revenue Service

## Employee's Withholding Allowance Certificate

| Print your full name ▶ Paul D. Ammons | Your social security number ▶ 424 84 4709 |
|---|---|

Address (including ZIP code) ▶ 3390 Brown Road, Millbrook, AL 36054

**Marital status:** ☒ Single ☐ Married ☐ Married, but withhold at higher Single rate

**Note:** *If married, but legally separated, or spouse is a nonresident alien, check the single block.*

| | |
|---|---|
| **1** Total number of allowances you are claiming (from line F of the worksheet on page 2) . . . . . . . . . | 0 |
| **2** Additional amount, if any, you want deducted from each pay (if your employer agrees) . . . . . . . . | $ |
| **3** I claim exemption from withholding because (see instructions and check boxes below that apply): | |
|   **a** ☐ Last year I did not owe any Federal income tax and had a right to a full refund of ALL income tax withheld, AND | |
|   **b** ☐ This year I do not expect to owe any Federal income tax and expect to have a right to a full refund of ALL income tax withheld. If both | |
|     a and b apply, enter "EXEMPT" here . . . . . . . . . . . . . . . . . . . ▶ | |
|   **c** If you entered "EXEMPT" on line 3b, are you a full-time student? . . . . . . . . . . . . . . | ☐ Yes ☐ No |

Under the penalties of perjury, I certify that I am entitled to the number of withholding allowances claimed on this certificate, or if claiming exemption from withholding, that I am entitled to claim the exempt status.

Employee's signature ▶ Paul Ammons    Date ▶ July 19, 1983

| Employer's name and address (including ZIP code) (FOR EMPLOYER'S USE ONLY) | Employer identification number |
|---|---|

------ Detach along this line ------

**FORM A-4**

## STATE DEPARTMENT OF REVENUE – MONTGOMERY, ALABAMA 36130
### EMPLOYEE'S WITHHOLDING EXEMPTION CERTIFICATE

Full Name Paul D. Ammons    Social Security No. 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

Home Address 3390 Browns Rd City Millbrook    State AL    Zip Code 36054

**EMPLOYEE:**
File this form with your employer. Otherwise, he must withhold Alabama income tax from your wages without exemption.

**EMPLOYER:**
Keep this certificate with your records. If the employee is believed to have claimed too many exemptions, the Alabama Department of Revenue should be so advised.

### HOW TO CLAIM YOUR WITHHOLDING EXEMPTIONS

1. IF YOU ARE SINGLE, $1500 personal exemption is allowed.
   (a) if you claim full personal exemption ($1500) write letter "S"
   (b) if you claim no personal exemption write figure "0" (Note: If you claim no personal exemption on Lines 1 or 2, you cannot claim dependents on Line 3.) . . . . . . . . . . . . . . . . . .  0

2. IF YOU ARE MARRIED, $3000 personal exemption is allowed for husband and wife.
   (a) if you claim exemption for both spouses ($3000) write letter "M"
   (b) if you claim exemption for yourself only ($1500) write letter "S"
   (c) if you claim no personal exemption write figure "0" (See note 1 (b).). . . . . . . . . . .  0

3. If during the year you will provide more than one-half of the support of persons closely related to you (other than spouse) write the number of such dependents. (See instructions on other side.) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

4. THIS LINE TO BE COMPLETED BY EMPLOYER:
   TOTAL EXEMPTIONS (Example: Employee claims "S" on Line 2 and "1" on Line 3. Employer should use column headed S-1 in Withholding Tables.) . . . . . . . . . . . . . . . . . . . . . . .

I certify that the withholding exemptions claimed on this certificate do not exceed the amount to which I am entitled.

Date July 19, 19 83    Signed Paul Ammons