IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT
OF ALABAMA NORTHERN DIVISION

| | |
|---|---|
| CARL LEWIS, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| vs. | ) Civil Action No. 2:06-cv-237-CSC |
| | ) |
| CITY OF MONTGOMERY, ET AL. | ) |
| | ) |
| DEFENDANT. | ) |

## PLAINTIFF'S PROPOSED EXHIBIT LIST

**COMES NOW,** the Plaintiff and submits his anticipated witness list as follows:

1. Exhibit "1"   Complaint
2. Exhibit "2"   Amended Complaint
3. Exhibit "3"   Answer
4. Exhibit "4"   Defendant's Motion for Summary Judgment
5. Exhibit "5"   Plaintiff's Response to Reprimands
6. Exhibit "6"   Shuford's Letter to Personnel Hearing Board
7. Exhibit "7"   Plaintiff's First Affidavit
8. Exhibit "8"   Plaintiff's Second Affidavit
9. Exhibit "9"   Answer to Charges

Juraldine Battle-Hodge (3072-G-61J)
207 Montgomery Street, Suite 215
Montgomery, Alabama 36104
Telephone:   (334) 262-1177
Facsimile:   (334) 263-5569

## CERTIFICATE OF SERVICE

We hereby certify that we have on this 31st day of July 2007, served a copy of the foregoing on counsel by mailing a copy of the same by United States Mail property addressed and first class postage prepaid, to wit:

Hon. Wallace D. Mills
Assistant City Attorney
Legal Department
Post Office Box 1111
Montgomery, AL 36101-1111

_____
Of Counsel