IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

| | |
|---|---|
| CARL LEWIS, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| vs. | ) Civil Action No. 2:06-cv-237-CSC |
| | ) |
| CITY OF MONTGOMERY, ET AL., | ) |
| | ) |
| DEFENDANT. | ) |

## PLAINTIFF'S LIST OF PROPOSED WITNESSES

COMES NOW the Plaintiff and submits his anticipated witness list as follows:

1. Robert Shuford
   1175 Fitzpatrick Road
   Wetumpka, Al. 36092
   334-451-2002

2. Paul Ammons
   190 Cousins Court
   Wetumpka, Al. 36092
   334-567-3173

3. Larry Fitzpatrick
   Montgomery, Al.
   334-315-6860

4. Ken Barnes
   725 Persons Drive
   Wetumpka, Al. 36022
   334-567-0688

5. Daryl Phillips
   Hope Hull, Al.

6. John Hooper
   Letohatchee, Al.
   334-227-4043

7. Eugene Knox, Jr.
   662 Iris Lane
   Montgomery, Al.
   334-281-7164

Respectfully submitted,

_____
Juraldine Battle-Hodge (3072-G-61J)
207 Montgomery Street, Suite 215
Montgomery, Al. 36104
Telephone: (334) 262-1177
Facsimile: (334) 263-5569

## CERTIFICATE OF SERVICE

We hereby certify that we have on this 31st day of July 2007, served a copy of the foregoing on counsel by mailing a copy of the same by United States Mail property addressed and first class postage prepaid, to wit:

Hon. Wallace D. Mills
Assistant City Attorney
Legal Department
Post Office Box 1111
Montgomery, AL 36101-1111

_____
Of Counsel

2