**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                     TELEPHONE (334) 954-3600

August 1, 2007

# NOTICE OF CORRECTION

From:   Clerk's Office

**Case Style: Carl Lewis vs. City of Montgomery**
**Case Number: 2:06cv237-CSC**

**Pleading : #26-Response to Defendant's Assertion**

**Notice of Correction is being filed this date to advise that the referenced pleading was conventionally filed on 7/31/2007 without Exhibit A & B attached.**

**The pleading has been corrected and the corrected pdf document is attached to this notice.**