IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CARL LEWIS, | ) Case No.: 2:06cv237-CSC |
| Plaintiff, | ) **DEFENDANT'S EXHIBIT LIST** |
| vs. | ) |
| CITY OF MONTGOMERY, | ) |
| Defendant. | ) |

**COME NOW** the Defendants, City of Montgomery and Kelly Gordon, by and through counsel, and submit the following list of Exhibits to be submitted at the trial in the above styled action, which exhibits are available for inspection and copying at Counsel's request:

1. Garage Operating Instruction No. 6.

2. Garage Operating Instruction No. 8.

3. Notice of Departmental Disciplinary Hearing dated February 7, 2005.

4. Recommendation for Disciplinary Hearing dated February 18, 2005.

5. Any exhibits listed by Plaintiff.

6. Any exhibits necessary for impeachment or rebuttal.

Submitted this the 1st day of August, 2007.

　　　　　　　　　　　　　　　　　　__/s/ Wallace D. Mills____
　　　　　　　　　　　　　　　　　　Wallace D. Mills (MIL090)
　　　　　　　　　　　　　　　　　　Attorney for Defendant

CITY OF MONTGOMERY
Legal Department
Post Office Box 1111
Montgomery, Alabama  36101-1111
(334) 241-2050
(334) 241-2310 – facsimile

## CERTIFICATE OF SERVICE

      I hereby certify that on the 1st day of August, 2007, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system which will send notification of such filing to the following parties or counsel:

      Juraldine Battle-Hodge

and I hereby certify that I have mailed by United States Postal Service the document to the following:

      Juraldine Battle-Hodge, Esq
      207 Montgomery Street, Ste. 215
      Montgomery, AL  36104

      /s/Wallace D. Mills_____
      Wallace D. Mills
      Assistant City Attorney
      103 North Perry Street
      Montgomery, AL  36104