**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

|  |  |
|---|---|
| CARL LEWIS, | ) Case No.: 2:06cv237-CSC |
|             | ) |
|             | ) **DEFENDANT'S WITNESS LIST** |
| Plaintiff,  | ) |
|             | ) |
| vs.         | ) |
| CITY OF MONTGOMERY, | ) |
|             | ) |
| Defendant.  | ) |

**COME NOW** the defendant, City of Montgomery, by and through counsel, and submit the following list of potential witnesses for trial in the above styled action.

A.   The following witnesses are expected to be called at trial:

1.   Terry Gaddis
     934 North Ripley St.
     Montgomery, AL  36104
     (334) 241-2509

2.   Beverly Williams
     934 North Ripley St.
     Montgomery, AL  36104
     (334) 241-2509

5.   Barbara Montoya
     27 Madison Avenue
     Montgomery, AL 36104
     (334) 241-2675

6.   Michael Briddell
     103 North Perry St.
     Montgomery, AL 36104
     (334) 241- 2000

B.  The following witnesses will be called if the need arises:

1.  Eugene Knox
    934 North Ripley St.
    Montgomery, AL  36104
    (334) 241-2509

2.  Royce Albright
    934 North Ripley St.
    Montgomery, AL  36104

3.  Carl Lewis

4.  Any witness listed by Plaintiff or his counsel.

5.  Any witness necessary for rebuttal or impeachment testimony.

Respectfully submitted this the 1st day of August, 2007.

           /s/ Wallace D. Mills         .
           WALLACE D. MILLS (MIL090)
           Assistant City Attorney

CITY OF MONTGOMERY
Legal Department
Post Office Box 1111
Montgomery, Alabama  36101-1111
(334) 241-2050
(334) 241-2310 – facsimile

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of August, 2007, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system which will send notification of such filing to the following parties or counsel:

Juraldine Battle-Hodge

and I hereby certify that I have mailed by United States Postal Service the document to the following:

           Juraldine Battle-Hodge, Esq
           207 Montgomery Street, Ste. 215
           Montgomery, AL  36104

           /s/Wallace D. Mills_____
           Wallace D. Mills
           Assistant City Attorney

103 North Perry Street
Montgomery, AL  36104