# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

CARL LEWIS,                              )
PLAINTIFF,                               )
                                         )
                                         )
                                         ) Civil Action No. 2:06-CV-237-CSC
VS.                                      )
                                         )
                                         )
CITY OF MONTGOMERY, ET. AL.,             )
DEFENDANT.                               )
                                         )
                                         )

## AFFIDAVIT OF PAUL AMMONS

Before me, the undersigned authority in and for said county and state personally appeared Paul Ammons who is known to me and being duly sworn, deposes and says under oath as follows:

1. My name is Paul Ammons. I am over the age of nineteen (19) and I have personal knowledge of the matter set forth herein.
2. I personally know Mr. Carl Lewis.
3. I worked at the City of Montgomery during the time Mr. Lewis was employed with the City. I retired a few months before Mr. Lewis was fired.
4. I have taken time off of work without leave on several occasions.
5. I have also been late on several occasions.
6. To MY knowledge, I was never reprimanded for being late or for taking time off without leave.
7. I was not disciplined as Mr. Lewis was disciplined.
8. I was never fired, never given any days off or threatened.

Further saith not.

Dated this the 3rd day of _____August_____ 2009 7 .


PLAINTIFF'S EXHIBIT
C
Blumberg No. 5113

**PAUL AMMONS**

**STATE OF ALABAMA**
**COUNTY OF MONTGOMERY**

On this the 3RD day of August _____ 2007, before me, the undersigned Notary Public, in and for said State and County, personally appeared, Paul Ammons who is known to me, and states that the foregoing information is true and correct to the best of his information, belief and knowledge, and that he executed same voluntarily on the day the same bears date.

NOTARY PUBLIC

3/25/08
My Commission Expires