IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CARL LEWIS, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:06cv237-CSC |
| | ) |
| CITY OF MONTGOMERY, | ) |
| | ) |
|    Defendant. | ) |

**ORDER**

Now pending before the court is the August 6, 2007, motion for leave to amend plaintiff's response to defendant's assertions (doc. # 32) filed by the plaintiff. Upon consideration of the motion, it is

ORDERED that, to the extent the plaintiff requests leave to amend his reply to the defendant's response, the motion be and is hereby GRANTED.

Done this 13th day of August, 2007.

                                            /s/Charles S. Coody
                                      CHARLES S. COODY
                                      CHIEF UNITED STATES MAGISTRATE JUDGE