IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CARL LEWIS, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:06cv237-CSC |
| | ) |
| CITY OF MONTGOMERY, | ) |
| | ) |
|    Defendant. | ) |

## FINAL JUDGMENT

In accordance with the prior proceedings, opinions, and orders of the court, it is ORDERED and ADJUDGED that judgment be and is hereby entered in favor of the defendant and against the plaintiff, that this action be and is hereby dismissed, and that the defendant recover the costs of this action.

Done this 13th day of August, 2007.

                            /s/Charles S. Coody
                            CHARLES S. COODY
                            CHIEF UNITED STATES MAGISTRATE JUDGE